AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00126 |
| JOSEPH RANDALL BIGGS | ) | Assigned to: Judge Robin M. Meriweather |
| ▮ | ) | Assign Date: 1/19/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1512(c) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (F) | Violent and Disorderly Conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Eric S. McGuire, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: 01/19/2021

2021.01.19 21:17:47 -05'00'

_Judge's signature_

City and state: Washington, DC

Robin M. Meriweather
U.S. Magistrate Judge
_Printed name and title_