# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Case No: 21-mj-126 (RMM) |
| : | |
| **JOSEPH RANDALL BIGGS,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

## JOINT MOTION TO TOLL SPEEDY TRIAL

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Joseph Randall Biggs ("Biggs"), by and through his counsel, respectfully move the Court for an Order to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b).

1. On January 19, 2021, Biggs was charged by criminal complaint with violations of 18 U.S.C. §§ 1512(c) and 1752(a), and 40 U.S.C. §§ 5104(e)(2)(D) and (F) for his conduct in and around the U.S. Capitol on January 6, 2021.

2. On January 20, 2021, Biggs was presented in U.S. District Court for the Middle District of Florida and participated in an initial appearance. Biggs was ordered released with conditions that included an order to stay away from Washington, D.C.

3. On or about January 22, 2021, counsel for the government and the defendant held a telephone call concerning the scheduling of a hearing in this district. Counsel have been in contact by telephone since that date. Defense counsel has been contact with Defendant Biggs, who resides in Florida. Counsel have discussed and agree that the interests of justice are best served by the exclusion of time under the Speedy Trial Act.

1

**WHEREFORE**, the parties respectfully request that this Court issue an Order excluding all time from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b) from February 9, 2021, until a hearing can be scheduled in this matter. The parties respectfully request that such hearing be scheduled on a date and time after March 8, 2021.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        N.Y. Bar No. 4444188


        By: /s/ *Jason McCullough*
        JASON B.A. MCCULLOUGH
        Assistant United States Attorney
        DC Bar No. 998006; NY Bar No. 4544953
        555 4th Street, N.W.
        Washington, D.C. 20001
        (202) 252-7233
        jason.mccullough2@usdoj.gov



        J. DANIEL HULL
        COUNSEL FOR DEFENDANT


        By: /s/ *Daniel Hull*
        J. DANIEL HULL
        Partner
        DC Bar No. 323006; California Bar No. 222862
        Hull McGuire PC
        1420 N Street, N.W.
        Washington, D.C.   20005
        (619) 895-8336
        jdhull@hullmcguire.com

Dated:   February 9, 2021