IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 21-mj-126 (RMM) |
| | : | |
| JOSEPH RANDALL BIGGS, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

Upon consideration of the Parties Joint Motion to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b), it is **HEREBY ORDERED** that all time from February 9, 2021, until the next hearing in this matter shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b). It is further HEREBY ORDERED that the Parties are directed to appear for a hearing by videoconference on March __, 2021, at ____ [a.m./p.m.].

**SO ORDERED** this _____ day of _____, 2020.

Date: _____

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE