# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-mj-126 (RMM) |
| | : | |
| **JOSEPH RANDALL BIGGS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

Upon consideration of the parties' Joint Motion to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b), it is hereby

**ORDERED** that all time from February 9, 2021, the date this Motion was filed, until the date of this Order shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(a)(D); it is further

**ORDERED** that the time from the date of this Order until March 9, 2021 shall shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), as the undersigned finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the delay will provide Defendant and parties with additional time to schedule Defendant's initial appearance in this jurisdiction; it is further

**ORDERED** that the Parties are directed to appear for a hearing by video teleconference on March 9, 2021, at 1:00 p.m. before Magistrate Judge Zia M. Faruqui.

_____
Robin M. Meriweather
U.S. Magistrate Judge

3