AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| CHARLES DONOHOE | ) Case No. 21-CR-175 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __CHARLES DONOHOE__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 - Conspiracy
18 U.S.C. 1512(c)(2) - Obstruction of an Agency Proceeding
18 U.S.C. 1361 - Destruction of Property
18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During a Civil Disorder
18 U.S.C. 1752(a)(1) - Enter/Remain in Restricted Building or Grounds
18 U.S.C. 1752(a)(2) - Disorderly or Disruptive Conduct in Restricted Building or Grounds

Date: 03/10/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.03.10 16:31:29 -05'00'

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/11/21, and the person was arrested on *(date)* 3/17/21
at *(city and state)* Kernersville, NC.

Date: 3/17/21

*Arresting officer's signature*

Robert Finch - FBI TFO
*Printed name and title*