AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSEPH RANDALL BIGGS | ) | Case No. |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Joseph Randall Biggs                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C § 1512(c), Obstruction of an Official Proceeding
18 U.S.C. § 1752(a), Restricted Building or Grounds
40 U.S.C. §§ 5104(e)(2)(D) and (F), Violent and Disorderly Conduct

2021.01.19
21:13:12
-05'00'

Date:   01/19/2021

_Issuing officer's signature_

Robin M. Meriweather
United States Magistrate Judge

City and state:   Washington, D.C.

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  1/19/2021  , and the person was arrested on _(date)_  1/20/2021 at _(city and state)_  ORMOND BEACH, FL  . |
| Date:  2/9/2021 |
| _Arresting officer's signature_ |
| TODD MYERS, SPECIAL AGENT |
| _Printed name and title_ |