UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175 |
| ETHAN NORDEAN, | ) **District Judge Timothy J. Kelly** |
| Defendant. | ) |

### DECLARATION OF MICHALE GRAVES

I, MICHALE GRAVES, a resident of the State of New York, hereby declare under penalty of perjury that the following is true and correct:

1. I am a singer-songwriter who used to lead the Misfits, a punk-rock band.

2. On January 5, 2021, I came to Washington, D.C. to perform music at a rally held by Latinos for Trump.

3. On January 5, 2021, I had conversations with the defendant in this case, Ethan Nordean, whom I knew as "Rufio," in Washington, D.C.

4. In those conversations, Mr. Nordean proposed that I perform for Mr. Nordean and the fellow members of his group at a residence in Washington, D.C., which they rented through Airbnb. His original proposal was that I perform at the Airbnb residence on the evening of January 5. However, that proposal did not end up panning out. Mr. Nordean then proposed that I perform at the residence on January 6.

5. Given the timing of my performance for Latinos for Trump, Mr. Nordean's proposal that I perform at his Airbnb residence on January 6 would mean that I would have probably arrived at the residence at approximately 3-4 p.m., had the events on January 6 at

Capitol not transpired.

Executed on March 25, 2021.

                                                             Respectfully submitted,

                                                             Michale Graves

2