Case 1:21-cr-00175-TJK Document 47-1 Filed 04/01/21 Page 1 of 2



J. Daniel Hull <jdhull@hullmcguire.com>

---

## RE: Joseph Randall Biggs; Compliance with Pretrial Release Conditions 01.20.2021 (DDC No. 21-MJ-126)

**Charles Sweatt** <Charles_Sweatt@flmpt.uscourts.gov>    Mon, Mar 22, 2021 at 1:56 PM
To: John Daniel Hull <jdhull@hullmcguire.com>

Good afternoon Mr. Hull,

Mr. Biggs has presented no concerns regarding compliance since his release from custody in our district. He has maintained compliance regarding his conditions of release and location monitoring and maintained regular communication with me.

---

**From:** John Daniel Hull <jdhull@hullmcguire.com>
**Sent:** Monday, March 22, 2021 1:44 PM
**To:** Charles Sweatt <Charles_Sweatt@flmpt.uscourts.gov>
**Cc:** Danielle Jackson <djackson@hullmcguire.com>
**Subject:** Joseph Randall Biggs; Compliance with Pretrial Release Conditions 01.20.2021 (DDC No. 21-MJ-126)

**CAUTION - EXTERNAL:**

Mr. Charles Sweatt

U.S. Pretrial Services Office - Florida Middle District

101 W. Central Blvd.

Orlando, Florida 32801

Dear Mr. Sweatt:

I know you just returned from your vacation so thanks especially for your time today to explain the procedure in the Middle District's Orlando Division for my inquiry.

You've been our client Joseph Biggs' probation officer and main point of contact at Pretrial Services since his home detention release in Orlando on January 20, 2021.

What's your view of the extent of his compliance with any and all Conditions of Release over the past two months?

Thank you.


Dan Hull



John Daniel Hull
Hull McGuire PC

Washington, D.C.  20036

001.202.429.6520  office

001.619.895.8336  cell



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.