IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21-CR-175-4 |
| v. ) | |
| ) | |
| CHARLES DONOHOE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE DETENTION HEARING

NOW COMES Defendant, CHARLES DONOHOE, by and through counsel, and moves that the Detention Hearing scheduled for April 12, 2021 at 3:00 p.m., be continued, and in support of this Motion respectfully shows unto the Court:

1. On April 6, 2021, the undersigned, who practices law in Winston Salem, North Carolina was appointed to represent Mr. Donohoe. At the time of the appointment, Mr. Donohoe was housed in the Alamance County Detention Center, located in Graham, North Carolina approximately 51 miles from the undersigned's office. Due to the COVID-19 virus, the undersigned regularly utilizes Jurislink, a confidential video conferencing system for inmates and attorneys which is available at the Alamance County Detention Center. Using Jurislink, attorneys can schedule meeting up to 120 minutes long. Jurislink also allows attorneys to review discovery and other documents with detained clients. The undersigned scheduled a

       Jurislink meeting with Mr. Donohoe for Friday, April 9, 2021 at 4:15, and planned a second meeting for Sunday, April 11 to prepare for the upcoming detention hearing. The undersigned had two potential bench trials scheduled in state court on April 7 and April 8, therefore April 9 was the earliest date a meeting could be scheduled with Mr. Donohoe.

2.    On Friday, April 9, 2021 at 4:15 pm, the undersigned learned that Mr. Donohoe was no longer housed at the Alamance County Detention Center. The undersigned was informed of this when Mr. Donohoe did not appear for the scheduled Jurislink meeting. The undersigned checked with all of the local jails that housed federal inmates and could not locate Mr. Donohoe. Later that evening, the undersigned learned that Mr. Donohoe had been removed from the Alamance County Jail earlier that day and flown to Oklahoma. Mr. Donohoe's current location in Oklahoma was confirmed this morning by the U.S. Marshal.

3.    Because Mr. Donohoe was moved to Oklahoma, the undersigned was unable to confer with Mr. Donohoe and prepare for the hearing.

4.    In order to provide effective representation to Mr. Donohoe it is necessary for the undersigned to meet with him prior to the detention hearing. Therefore, the undersigned respectfully requests a continuance of the scheduled detention hearing for one week, until

April 19, 2021 so that she can arrange to schedule meetings that will allow for confidential attorney/client discussions with Mr. Donohoe in order to fully prepare for the detention hearing.

5. The undersigned has not requested any previous continuances. This request is not for the purpose of unnecessary delay, and further that the ends of justice would be served by continuing this case until the undersigned can arrange to meet with Mr. Donohoe. For the reasons stated above, failure to continue this matter would result in a miscarriage of justice.

6. The period of delay, if any, occasioned by this continuance should be excluded in computing the time within which Defendant's trial must commence pursuant to 18 U.S.C. § 3161 (The Speedy Trial Act) as the ends of justice served by any such delay outweigh the best interests of the public and the Defendant in a speedy trial.

7. The undersigned has informed Assistant United States Attorney Jason McCullough of this motion, and he has no objection.

WHEREFORE, the undersigned requests that the Court continue the detention hearing in the above-captioned matter for one week, until April 19, 2021.

Respectfully submitted, April 12, 2021.

/s/ Lisa S. Costner
_____
Lisa S. Costner
N.C. State Bar #14308
Lisa S. Costner, P.A.

952 W. 4th St., Ste 200<br>
Winston-Salem, NC   27101<br>
(336)748-1885<br>
lisa@lisacostnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jason McCullough
Assistant United States Attorney

Respectfully Submitted, April 12, 2021.

/s/ Lisa S Costner
_____
Lisa S. Costner
N.C. State Bar #14308
Lisa S. Costner, P.A.
952 W. 4th St., Ste 200
Winston-Salem, NC  27101
(336)748-1885
lisa@lisacostnerlaw.com