IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21-CR-175-4 |
| v. ) | |
| ) | |
| CHARLES DONOHOE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER is before the Court on the Defendant's motion to continue the detention hearing scheduled for April 12, 2021 at 3:00 p.m. for one week, until April 19, 2021.

The Court finds that such a continuance is necessary in order for counsel for Defendant to meet with the Defendant, who is currently in custody and was moved from the Alamance County Detention Center in the Middle District of North Carolina to Oklahoma on April 9, 2021. Counsel for the Government has no objection to the Defendant's requested continuance. The Court finds that Defendant has waived the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* The Court, therefore concludes that the failure to grant the Defendant's motion to continue would likely result in a miscarriage of justice by denying counsel for the Defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, the ends of justice served by the granting of a continuance of this matter outweigh the best interests of the public and the Defendant in

a speedy trial.

    IT IS THEREFORE ORDERED that this matter is continued.

    IT IS FURTHER ORDERED THAT THE period from April 12, 2021, up to and including April 19, 2021, is hereby excluded from the provisions of 18 U.S.C.§ 3161, *et seq.,* pursuant to 18 U.S.C. §§ 3161(h)H7)(A) and (B)(iv).

    SO ORDERED, This the ___ day of _____, 2021.


_____
Honorable G. Michael Harvey
United States Magistrate Judge