UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175 |
| | ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** |
| | ) |
| Defendants. | ) |

**DEFENDANT NORDEAN'S NOTICE OF *BRADY* MATERIAL FILED BY THE GOVERNMENT IN ANOTHER CAPITOL CASE**

Defendant Ethan Nordean, through his counsel, files this notice of *Brady* material with respect to Nordean that the government filed in a different Capitol case last night.

On April 12, the government filed a motion to detain pretrial Defendant Christopher Quaglin. *United States v. Christopher Quaglin*, 21-mj-355, ECF No. 8 (D.D.C. 2021). In the motion, the government asserts that Quaglin shoves a U.S. Capitol Police officer around the Lower West Terrace of the Capitol Building. *Id.*, p. 4. The government informed the Court that a surveillance video caught this moment on film. *Id.* It submitted that video to the Court as "Exhibit B." *Id.* The government then added, "Notably, one of the individuals he is seen interacting with and *who grabs Quaglin by the shoulder to stop him after he pushes the officer*, is *Ethan Nordean*." *Id.* (emphasis added).

Today, Nordean's counsel requested a copy of the video from the government, which had not been produced to the defense. The government provided a copy of the video to Nordean, which he submits directly to chambers with Bates number "NORDEANPROD_00000003.mp3." In addition, Nordean notes that he does not know—or have any relationship with—Quaglin.

1

Quaglin was a protestor standing near Nordean in the crowd, but when the strangely-attired Quaglin shoved the officer Nordean stopped him.

| | |
|---|---|
| Dated: April 13, 2021 | Respectfully submitted.<br>DAVID B. SMITH, PLLC<br><br>/s/ David B. Smith<br>David B. Smith (D.C. Bar No. 403068)<br>108 N. Alfred St.<br>Alexandria, VA 22314<br>Phone:(703)548-8911<br>Fax:(703)548-8935<br>dbs@davidbsmithpllc.com<br><br>Nicholas D. Smith (D.C. Bar No. 1029802)<br>7 East 20th Street<br>New York, NY 10003<br>Phone: (917) 902-3869<br>nds@davidbsmithpllc.com |

## Certificate of Service

I hereby certify that on the 13th day of April, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Jim Nelson
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530
> (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314

2

(703) 548-8911 / Fax (703) 548-8935<br>
dbs@davidbsmithpllc.com<br>
*Counsel to Ethan Nordean*