Charles J. Donohoe, Jr.
Jacklyn G. Donohoe

Charles Joseph Donohoe [Charley], is our grandson and we love him. Charley has a twin brother, Liam and they are the sons of our daughter, Stuart. Jackie and I have been close with both of them since their birth and in many ways they have been like sons to us.

I have tried to be a mentor to both of them from early childhood and was particularly active in this as they went through Scouting, both as Cub Scouts and Boy Scouts.

For purposes of this meeting, I will list key accomplishments that I am aware of for Charley, many of which I had the opportunity to see up close. The number one accomplishment in his Mimi's [Jackie's] memory happened on the day of his birth…he won her heart!

### SCOUTING, Age 11-18
- Charley transitioned from Cub Scouts to Boy Scouts and joined Troop 942, a very active troop with much adult involvement and supervision, encouraging the boys to advance through the ranks from Tenderfoot to Eagle
- Over his seven years in the Troop, Charley attained "Eagle Scout", having earned 28 Merit Badges plus God and Church Award and World Conservation Award
- Held roles in the Troop including Assistant Patrol Leader, Patrol Leader and Instructor
- Attended Camp Raven Knob each summer and in his last two years served as Staff Instructor in the Nature Area
- For his Eagle project, planned and led the repairing of the Horse Barn and Paddock; made and installed building signs in the Farm area of the Children's Home in Winston-Salem, a facility serving "at risk" children

### FORBUSH HIGH SCHOOL
- Named Co-Captain of the varsity Wrestling Team; named All-Conference wrestler
- Graduated June, 2006

### U.S. MARINE CORPS
- Joined right after High School graduation; active duty from 2006-2010
- Completed "Boot" training at Parris Island, SC, where young men are transformed from civilians to Marines

EXHIBIT A

PAGE 2

- Promoted to Private First Class after graduation due to his having been an Eagle Scout, the Marine Corps honoring this accomplishment
- Chose Marine Infantry as his preferred role and assigned to the Third Marine Regiment based at Kanehoe Bay, Hawaii following his infantry training
- Served with his unit on two seven-month deployments to Iraq, attaining the rank of Corporal, E-4
- Honorably Discharged having completed his Active Duty requirement in July, 2010

AFGHANISTAN

- Received intensive training in providing security to American civilians serving in numerous bases in Afghanistan
- After thorough investigation, awarded "Top Secret" clearance
- Trained Afghan security support
- Served as a Shift Leader in a 24/7 environment
- Served five years in this role, each deployment consisting of three months on site, one month R&R

CIVILIAN EMPLOYMENT

- Work for numerous organizations as a self-employed contractor

## Re: Charley Donohoe

To Whom It May Concern:

I have been dating Charley since July 2018. During this time, I have witnessed Charley be a devoted and loving dad to his son Sawyer who will be 4 this year. Charley adores his son, his face just lights up every Sunday thinking about Sawyer coming to stay with us from Monday-Wednesday every week, and sometimes longer.  Charley is so passionate, dedicated and patient about teaching his son manners, patience, how to fish, how to ride a bike, plant a garden, and how important it is to eat all of his veggies at meal time in order to be a strong young man. Charley reads to Sawyer every night before bed, and tells him how much he loves him.

Sawyer, also gets as excited to come and stay with us every week because he knows that he is going to get to go fishing, help daddy in the garden, or just work on things. Sawyer adores his daddy!

Charley is the only one that was allowed to take Sawyer's pacifier away forever, and the only one that could talk Sawyer into wearing "big boy underwear."  There is nothing that means more to Charley than his son.

Stephnie Burnette

EXHIBIT B

To whom it may concern,

Charles Donohoe "Charlie" has been an employee of my company for a few months now. I have also known him informally as a customer in my establishment for at least 2 years. He helps with general maintenance and upkeep at our facility.

Charlie is a kind, selfless, reliable, and hardworking father. He is honest to a fault. His mouth gets him into trouble. He is not a risk to anyone. He is a natural protector, and friend to everyone, no matter who they are or their beliefs.

I was surprised by the news of him being arrested for involvement in these acts. It Is unfortunate, and I am confident the truth will be found.

Charlie will have a job with my company when he is released.

I know he will be focused on his son, and getting past this episode of his life. I will do what I can to see he is able to do this.

Thank you for taking the time to read this.

Andy Kennedy  
The Brewers Kettle  
308 E Mountain St  
Kernersville NC 27284  
Andy@thebrewerskettle.com

EXHIBIT C