1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                    Criminal Action
4              Plaintiff,           No. 1:21-cr-0175-TJK-4

5         vs.                       Washington, DC
                                    April 22, 2021
6    CHARLES DONOHOE,
                                    3:09 p.m.
7              Defendant.
     _____/
8

9


10         TRANSCRIPT OF DETENTION HEARING (CONTINUED)
              BEFORE THE HONORABLE G. MICHAEL HARVEY
11               UNITED STATES MAGISTRATE JUDGE

12


13           APPEARANCES BY VIDEOCONFERENCE

14
     For the Government:    JASON MCCULLOUGH
15                          LUKE JONES
                               U.S. Attorney's Office for the
16                             District of Columbia
                               555 4th Street, NW
17                             Washington, DC 20530

18

19   For the Defendant:    LISA COSTNER
                               Lisa S. Costner, P.A.
20                             952 W 4th Street, Suite 200
                               Winston-Salem, NC 27101
21

22

     Court Reporter:       JEFF M. HOOK
23                            Official Court Reporter
                              U.S. District & Bankruptcy Courts
24                            333 Constitution Avenue, NW
                              Room 4700-C
25                            Washington, DC 20001

1      **P R O C E E D I N G S**

2      **DEPUTY CLERK:**  This is case 21-cr-175, United

3   States of America versus Charles Donohoe.  This is scheduled

4   to be a continued detention hearing held by video.  Will the

5   parties please introduce themselves to the Court, beginning

6   with the Government.

7      **MR. McCULLOUGH:**  Good afternoon, your Honor.  This

8   is Jason McCullough for the United States.  I'm joined by my

9   colleague Luke Jones.

10      **MS. COSTNER:**  Good afternoon, your Honor.  Lisa

11   Costner appearing for Charles Donohoe.

12      **PRETRIAL SERVICES OFFICER HOLMAN:**  Shay Holman,

13   Pretrial Services.

14      **THE COURT:**  Good afternoon.  So I want to go ahead

15   and -- I have reviewed the parties' submissions last night,

16   the chats, and I do want to instruct the parties that they

17   need to be filed on the Court's docket.  I don't know if

18   there's a protective order entered or not.  And if they need

19   to file under seal or redact it, however you want to do it,

20   but I do think we need to make a record of those chats as

21   well as the Government's other exhibits need to be placed on

22   the docket in this case.  If there is an appeal of the

23   decision, it will assist in a later review in court.

24      **MR. McCULLOUGH:**  Understood, your Honor.  The

25   Government would formally move the exhibits that it

1  submitted into evidence.  It submitted three video files

2  that were labeled Exhibits A, B and C.  It also submitted a

3  PowerPoint that it would submit as Exhibit D, as well as the

4  additional materials that it submitted last night which it

5  will file in accordance with the instructions of your Honor.

6       **THE COURT:**  Well, I think everything but the

7  videos can be filed on the docket, and I'd ask you to do

8  that.  You'll have to keep the video files, there's no way

9  to do that on ECF still yet.  So the Government needs to

10  keep those exhibits.

11       Okay, let's go ahead and get started.  I'm going

12  to ask everyone to please mute so there's no other sounds.

13  I'll go ahead and get started.  Detention decisions in these

14  Capitol cases are challenging.  Each one must be considered

15  on its own merits.  There are many factors to consider.

16  This case is no different.  There are certain aspects to

17  this case which would weigh in favor of Mr. Donohoe's

18  release, and certain that do not.

19       I've considered all of them, and after having

20  considered the full record of this case as presented in the

21  indictment, and the parties' briefings in support of their

22  various positions, and the evidence that has been submitted

23  to the Court, I do find that while I do not believe the

24  defendant is a risk of flight, I do believe that his release

25  in this case would pose a danger to the community.  And I do

1    find that the Government has demonstrated by clear and

2    convincing evidence that his release would pose such a

3    danger, and a danger that could not be sufficiently

4    mitigated by any condition, or combination of conditions, of

5    release.  That is my judgment based on review of this case.

6    I'm going to explain the basis for my decision here in some

7    detail.  There is a court reporter, so the parties can order

8    the transcript.  That should assist them if they want to

9    seek further relief from Judge Kelly or beyond with respect

10   to this decision.

11        As I indicated yesterday, I did review the

12   transcript of Judge Kelly's opinion granting the

13   Government's motion with respect to Mr. Biggs and

14   Mr. Nordean.  For what it's worth, I do agree with Judge

15   Kelly's detention decision with respect to those two

16   defendants.  Every case is different, and Mr. Donohoe is

17   certainly not Mr. Nordean nor is he Mr. Biggs.  So I have,

18   of course, focused on his case and what distinguishes him

19   from them.  I've endeavored to do that, and I asked the

20   parties to assist me in that endeavor.

21        There are certainly differences between him and

22   Mr. Biggs and Mr. Nordean.  To name only a few that I have

23   considered, he does appear to have less of a leadership role

24   with respect to this conspiracy -- more on that in a

25   moment -- than either Mr. Biggs or Mr. Nordean.  And unlike

1   either of those two gentlemen, there's no evidence that he

2   entered the Capitol.  He appears to have a more stable

3   family life than at least one of those two defendants.

4   Unlike him -- unlike them, on the other side of the ledger,

5   Mr. Donohoe hasn't been on release either for the past few

6   weeks or months, so he does not have a record of compliance

7   with conditions of release to rely upon like those two

8   individuals did.

9           In any event, having considered all those

10  differences and similarities, I've concluded that

11  Mr. Donohoe's alleged criminal conduct, the evidence against

12  him, the circumstances and the danger that I think his

13  release poses to the community are not so materially

14  different from Mr. Biggs and Mr. Nordean so as to require a

15  different result in this case with respect to pretrial

16  detention.  I believe the Government's strengths -- the

17  strengths of its arguments and the weaknesses with respect

18  to detention, are pretty much the same for both of these --

19  all three of these defendants.

20          With that as background, I don't think that there

21  is any dispute with respect to the Government's basis for a

22  detention hearing in this case.  I won't spend time going

23  through that.  I don't think that there is any real

24  objection here to the basis for a detention hearing.  The

25  rebuttable presumption is also I think clearly triggered, we

1    covered that in the hearing yesterday.  I don't think that

2    there's any dispute on the record.  And I certainly agree

3    with the Government that there is a basis here both for a

4    detention hearing as well as a rebuttable presumption of

5    detention given count four of the indictment which alleges a

6    violation of 18 U.S.C. section 1361, a felony which carries

7    with it up to 10 years in jail which I think plainly

8    triggers both the Government's right to a detention hearing

9    in this case as well as the rebuttable presumption under 18

10   U.S.C. section 3142(e)(3)(C).

11         Nevertheless, I do find that Mr. Donohoe has

12   rebutted the presumption with respect to risk of flight.  I

13   don't believe he is a risk of flight; the Government didn't

14   argue otherwise.  He is 33 years old.  He's an Eagle Scout,

15   former Marine deployed in Iraq multiple times.  And then

16   after he left the military, he was stationed in Afghanistan

17   and Pakistan as a private civilian defense contractor.  He's

18   presently employed, has strong ties to his community, a

19   stable relationship and the father of a four-year-old son.

20   So I do think that he has strong support from his family and

21   the community where he lives.  He has no criminal record to

22   speak of, no prior criminal convictions, no prior failures

23   to appear for court or bench warrants or contempt charges or

24   any other indication that he's failed to follow the

25   directives of the Court in the past.  For all those reasons,

1    I find that he is not a risk of flight.

2              For those same reasons, I also find that he has

3    rebutted the presumption with respect to dangerousness.

4    Nevertheless, the burden, even where it has been rebutted,

5    does not go away.  The case law is clear that the Court must

6    consider that presumption along with the four factors under

7    3142(g), and that it has some weight, some force still after

8    it has been rebutted.  But having considered those four

9    factors in addition to the presumption, I do find that they

10   together militate Mr. Donohoe's pretrial detention.  I'm

11   going to review my analysis of each of those four 3142(g)

12   factors in turn now.

13             The first factor is the nature and circumstances

14   of the offense.  The Court was aided in evaluating the

15   circumstances of the offenses here by Judge Kelly's effort

16   during his detention hearing with respect to Mr. Biggs and

17   Mr. Nordean.  Really, a quite laborious effort to go through

18   the docket in this case and to line up the Government's

19   allegations and evidence in chronological order.  That can

20   be found in the transcript of Judge Kelly's hearing on

21   April 19th.  I have it at pages 14 through 39 of the draft

22   transcript.  I'm not going to repeat all those factual

23   allegations here.  I do, however, incorporate that recital

24   of the Government's factual allegations and evidence as part

25   of my decision here.  And I rely upon it as one of the bases

1    for my determination that this first factor, the nature and

2    circumstances of the offense, weighs in favor of detention.

3              As Judge Kelly found, the Government's factual

4    allegations and evidence demonstrate or describe a concerted

5    effort by the defendant and his alleged co-conspirators to

6    plan, organize and lead members of a group, co-conspirators

7    to storm the Capitol with the goal of stopping the

8    congressional certification of the Electoral College vote.

9    In the process, they also interfered with and obstructed law

10   enforcement from engaging in their duties to protect the

11   Capitol and lawmakers and their staff inside the building.

12   I believe that those are very serious offenses that weigh in

13   favor of the defendant's detention.

14             I agree with Judge Kelly that in this conspiracy

15   case, alleged in a group acting in concert to storm the

16   Capitol, the alleged statements and actions of Mr. Donohoe's

17   co-conspirators, whether indicted or unindicted, are fairly

18   used by this Court to evaluate, to assess the nature and

19   circumstances of this offense that Mr. Donohoe had a

20   critical role in.  So I have looked at all of that evidence,

21   and I do count that as part of my decision here today.  But

22   I've also focused on just what the defendant has said and

23   what the defendant did leading up to, during and after the

24   assault on the Capitol.  Even viewing his statements and

25   actions in a vacuum without consideration of the words and

1    actions of his co-conspirators, I believe that the first

2    3142(g) factor weighs in favor of detention.

3             Overall with respect to Mr. Donohoe, the

4    Government alleges that he played a direct role in the

5    conspiracy.  He helped the group to communicate, to plan and

6    organize prior to the Capitol riot on January 6th.  Further,

7    I would note that afterwards and prior to his arrest, he

8    never renounced what happened that day or broke ties with

9    this group of co-conspirators or renounced his membership in

10   the Proud Boys.  Indeed, he celebrated the assault on the

11   Capitol with his co-conspirators the evening of January 6th.

12            According to the Government's evidence,

13   Mr. Donohoe's primary role in the days leading up to the

14   Capitol riot appears to have been maintaining secure

15   communications for the group, and doing what he could to

16   ensure that the group's communication channels concerning

17   its planning and operations for the 6th were not discovered

18   by law enforcement.

19            In the days immediately prior to the assault on

20   the Capitol, the Government has proffered that the chairman

21   of the Proud Boys was arrested on local charges here in D.C.

22   Following his arrest, the Government alleges that

23   Mr. Donohoe created a new chat group on Telegram because of

24   fear that the group's communication channels had been

25   compromised by law enforcement as a result of that

1     chairman's arrest.  The Government has proffered yesterday

2     that Telegram is a means of communication that self-reports,

3     that it does not respond to law enforcement service of

4     process.

5            The Government's allegations are supported by

6     Telegram chat messages that the Government has recovered

7     during its investigation.  In those chats, Mr. Donohoe

8     orders group members to leave the earlier chat so that they

9     can be deleted, or in his words nuked.  He told the chat

10    participants to personally clear -- I think it's, "Clear our

11    history of the MOSD chat."  The Government proffers that

12    MOSD refers to the ministry of self-defense.  Throughout the

13    chats that I have been provided, the defendant appears to

14    have knowledge of the need for and the facility for creating

15    secure communication channels, a good sense of operational

16    security with regard to communications more generally.  On a

17    number of occasions, he's the first to offer ideas on how to

18    make the group's communications more secure.  And by that --

19    and I think this is clear from the chats, I mean more secure

20    from law enforcement.

21           I reviewed as well the chat messages by

22    Mr. Donohoe referenced by the defense yesterday wherein he

23    asked for help from other members of the group in setting up

24    a new, what he believes would be a more secure chat group.

25    I've read all those texts.  But in context, I do not read

1    those chats as suggesting that he was asking for help from

2    others to do so because he didn't know what he was doing,

3    but because it was a lot of work to invite everybody into

4    new chats and he wanted help doing that.  I'm not saying

5    that the record shows that he's some sort of computer

6    wizard, but the chats do support the conclusion that he had

7    some knowledge in the area of secure communications, that he

8    was entrusted with doing that in the days prior to the

9    January 6th assault.

10          There was also an argument from the parties

11   yesterday about whether the information that the defendant

12   was seeking to keep secure from law enforcement was evidence

13   of criminal conduct.  On this score, I think the chats are

14   less clear.  There's no explicit statement in the chats that

15   I saw of what the group's plan was for the 6th.  But it is

16   clear that the defendant and others did not want law

17   enforcement to know what the plan was.  Notably, there's one

18   chat exchange on January 4th where another member of the

19   group says, "If you're talking about playing Minecraft, you

20   just make sure you don't use your phone at all or even have

21   it anywhere around you."  To which Mr. Donovan -- Donohoe,

22   excuse me, responds, "Well, at least they won't get our

23   boots-on-the-ground plans, because we are one step ahead of

24   them."  The Government proffers that based on its

25   investigation, quote, "Minecraft," unquote, is a reference

1    to illegal activity.  Read in context from the chats I've

2    seen, that would appear to be a fair interpretation.

3           So in that exchange, the defendant appears to be

4    concerned about law enforcement discovering the group's

5    plans for January 6th.  And read in context or fairly

6    interpreted, those texts are him being concerned about that,

7    of discovery from law enforcement because the group's plans

8    concern illegal activities.  Perhaps even more directly,

9    Mr. Donovan (sic) also sent a message in the group chat in

10   the immediate aftermath of the arrest of the Proud Boys

11   chairman warning that, quote, "Everything is compromised,

12   and we can be looking at gang charges," end quote.

13          As for Mr. Donovan's -- sorry, Donohoe's

14   leadership role within the group, the Government also

15   alleges that he is the president of his local chapter of the

16   Proud Boys.  There's no allegation, however, that he was a

17   member of the Proud Boys elders chapter which the Government

18   alleges, along with the group's chairman, are individuals

19   with top leadership roles in the group.  The elders appear

20   to act like some sort of executive committee for the group.

21   Again, there's no allegation that Mr. Donohoe is an elder.

22   The only co-defendant so far charged in this conspiracy the

23   Government alleges is an elder is Mr. Nordean.  And it does

24   not appear from the Government's evidence -- or it does

25   appear from the Government's evidence that in the absence of

1    the Proud Boys chairman, it was Mr. Nordean apparently who

2    was in charge of the events leading up to the assault on the

3    Capitol.

4         That said, it does appear from the Government's

5    allegations and evidence that the defendant had some

6    leadership role.  He was, at the very least, what appears to

7    me -- he served as sort of a trusted senior lieutenant who

8    would convey to the rank and file members of the group

9    directives of the group's leaders and/or stand in for those

10   leaders when they were absent.  For example, the defendant

11   told the participants in the group chat that he was

12   conveying a, quote, "message from the top," which was that

13   there was to be, quote, "no planning of any sorts," end

14   quote.  Thereafter, planning apparently resumed, and

15   Mr. Donohoe used the newly created Telegram chat to relay

16   other directives including that Proud Boys members who would

17   be coming to Washington not wear their, quote, "colors," end

18   quote, in Washington on January 6th.

19        The night before January 6th, he gave instructions

20   to the chat group about shared communication methods and

21   channels that were to be used on the 6th, including what

22   appears to be a radio frequency for a Baofeng channel, which

23   I understand to be kind of a ham radio based walkie-talkie.

24   And it would have a longer range than you would normally

25   assume a walkie-talkie would have.  The defendant also

1    conveyed in chat messages about where the group's meeting

2    point would be on the morning of the 6th, and that, quote,

3    "details," end quote, would be, quote, "laid out at the

4    pre-meeting."

5            Further, at 6:30 a.m. on the morning of the 6th,

6    the defendant asked the Telegram group chat, quote, "Are we

7    going to do a commander's briefing before 10:00 a.m.?"

8    suggesting again that he had some leadership role with

9    respect to the group's activities on the 6th.  Subsequently,

10   he communicated to the Telegram chat group that he was on

11   his way to the Washington Monument, and stated that, quote,

12   "he had the keys," end quote, until co-defendants Nordean or

13   Rehl arrived.  "He had the keys," a phrase which the

14   Government I think fairly interprets as Mr. Donohoe being in

15   charge until either Mr. Nordean or Mr. Rehl arrived.  So

16   again, I think Mr. Donohoe did have a leadership role in

17   this conspiracy or alleged conspiracy.  As I said, something

18   like a trusted senior lieutenant.  And there's certainly

19   indications in there that other members, rank and file

20   members, would follow his instructions.

21           As for Mr. Donohoe's actions on January 6th, the

22   Government alleges that at 10:00 a.m. that morning, he along

23   with a group of Proud Boys gathered at the Washington

24   Monument, and as instructed none of them wore their colors.

25   The Government alleges then that that group, including

1   Mr. Donohoe, marched to the east side of the Capitol.  The

2   Government has produced a video which the Government

3   proffers occurred sometime between 11:00 and noon on the

4   morning of the 6th, a video of the group gathered outside

5   the Capitol where one member of the group was heard yelling,

6   quote, "Let's take the fucking Capitol," end quote, to which

7   someone else responds, "Let's not fucking yell that," end

8   quote.  Biggs and Rehl and Nordean I believe can all be seen

9   in that video, but notably Mr. Donohoe is not seen in that

10  video.

11       The Government alleges that that group, which they

12  are alleging does include Mr. Donohoe, then marched to the

13  Capitol where shortly before 1:00 p.m. they advanced as a

14  group, the Government estimates, of somewhere between 40 and

15  50 people.  The group advanced past barriers overwhelming

16  law enforcement and entered the Capitol's restricted

17  perimeter.  All indications from the Government's evidence

18  are that the defendant was in active participation in that

19  concerted, forceful advance into the restricted area of the

20  Capitol.  He can be seen in photos -- photos of what I

21  understand is a video, photos of that group's initial

22  advance past the barriers.

23       Further, about 11 minutes later in response to two

24  messages from group members involved in the assault -- one

25  of which stated, quote, "Push inside!  Find some eggs and

1    rotten tomatoes!" and another chat which asks, "They deploy

2    the mace yet?" Mr. Donohoe responds, "We are trying."

3          Twenty-five minutes later, Mr. Donohoe can be seen

4    in a video assisting another Proud Boys member, Dominic

5    Pezzola, carry a stolen police riot shield, the shield that

6    would later be used by Mr. Pezzola to shatter a window which

7    was recorded on video and is one of the initial breaches

8    into the Capitol building.  Although the Government has no

9    evidence that Mr. Donohoe was involved in the theft of that

10   shield or the breaking of the window, he did celebrate the

11   shield's theft in a message in the Telegram chat at

12   1:37 p.m. where he stated, quote, "Got a riot shield!"

13   Further, later in the afternoon when Co-Defendant Rehl

14   denies in the chat that he -- that there was any video of,

15   quote, "anyone he knew breaking the windows or entering a

16   building," end quote, Mr. Donohoe responds, "Def a video of

17   one of our guys smashing out the window with a stolen police

18   shield," end quote.

19         The Government has also produced a video from

20   around 2:00 p.m. during the assault on the Capitol of the

21   defendant and a group of rioters overwhelming law

22   enforcement and pushing up the stairs to reach the West

23   Terrace of the Capitol.  In the video, the defendant is in

24   the crowd of rioters.  Whereas in the earlier video, when

25   the defendant is seen carrying the police shield some

1    distance away from the Capitol, in the second video he had

2    no -- in that video he had no covering over his face.  But

3    in the second video, the one in front of the Capitol steps,

4    he has pulled over his face and hair a red, white and blue

5    neck gaiter.

6            The crowd in that video includes other known Proud

7    Boys members that the Government has identified, including

8    Pezzola with a riot shield and the individual -- I guess

9    nicknamed Milkshake, the individual who in the earlier video

10   had shouted, "Let's take the fucking Capitol."  There are

11   many others in the crowd as well.  The Government does not

12   allege that all the individuals in the crowd of rioters are

13   part of this conspiracy or all Proud Boys.

14           Nevertheless, in the video of the rioters,

15   including the defendant who appears to be four or five rows

16   back from the front row, push up the stairs in concert --

17   it's very sudden -- overwhelming a very thin line of law

18   enforcement who was seeking to block the rioters' advance

19   onto the West Terrace.  Individuals at the front of the

20   advancing crowd of rioters can be seen assaulting the police

21   officers.  Mr. Donohoe was not physically assaulting any of

22   the police officers in that video, but it certainly appears

23   to me that it is the sheer numbers of the advancing rioters

24   acting in concert that contribute significantly to the

25   officers' retreat from their positions and up the stairs.

1   Mr. Donohoe appears from the video, at least to my eyes, to

2   be an active and willing participant in that advancing mob.

3          And notably, the Government alleges that he would

4   later state in a Telegram chat that evening that, quote, "I

5   stood on the front line the entire time, and I pushed it

6   twice," end quote.  Thereafter, the Government's evidence

7   with respect to Mr. Donohoe's activities during the riot is

8   somewhat less clear.  Notably, and unlike Mr. Biggs and

9   Mr. Nordean, the Government does not have evidence that

10  Mr. Donohoe actually entered the Capitol.  It does not

11  appear, however, that Mr. Donovan (sic) withdrew from the

12  conspiracy that day or any day since.  There was some

13  suggestion of that from the defense.  I don't see that in

14  the evidence, particularly in the chats that I reviewed last

15  night.  It appears that the defendant had a different role

16  that day other than entering the Capitol.

17         More than an hour after Pezzola and others had

18  breached the building, Mr. Donohoe sent a message to the

19  group that said, quote, "We are regrouping with the second

20  force," end quote.  The Government has provided no further

21  evidence with respect to this second force, what it was,

22  whether it existed, who was in it, et cetera.  But about

23  five minutes after that message, Mr. Donohoe sent another

24  message advising the group that the National Guard and DHS

25  agents were, quote, "incoming," end quote.  One minute

1    later, he sent a breaking news article that stated that,

2    quote, "Security forces were staging, ready to move in."

3    One minute after that, he sent another news article that

4    stated, quote, "Virginia National Guard and 200 State

5    Troopers are now being deployed to Washington, D.C.," end

6    quote.  Two minutes after that, he sent the group the

7    statement from Vice President Pence telling those who were

8    assaulting the Capitol to, quote, "immediately leave the

9    building," end quote; and that those involved, quote, "will

10   be prosecuted to the fullest extent of the law," end quote.

11           In context, it appears to me from those messages

12   not that Mr. Donovan -- Donohoe, sorry I keep doing that,

13   had withdrawn from the conspiracy that afternoon, but he was

14   trying to regroup with other members who were still outside

15   the Capitol; and to warn those inside, those still involved

16   in the assault, of incoming law enforcement and security

17   forces.  Indeed, and as I referenced a few minutes ago,

18   following the storming of the Capitol on the evening of the

19   6th, Donohoe celebrated the day's events with other members

20   of the group in the Telegram chat.  He stated, quote, "Thank

21   God we were not wearing colors.  We should never wear colors

22   ever again for any event, only for meetings," end quote.  He

23   also boasted in that chat that he, quote, "felt like a

24   complete warrior," end quote.  And he celebrated that,

25   quote, "We stormed the Capitol unarmed, and we took it over

1    unarmed.  The people are fucking done.  Wait when Joe Biden

2    tells us we are all criminals" -- criminals is misspelled,

3    just a typo, end quote.  To which another person in the chat

4    responds, quote, "By then it's too late," to which

5    Mr. Donohoe responds, quote, "No, it's not, it's never too

6    late, ever."

7            After a break in the chat, Mr. Donovan (sic)

8    states further, quote, "Facial recognition doesn't mean shit

9    when you've got a 5.56 green tip," end quote.  A 5.56 green

10   tip, the Government proffers, is a reference to a type of

11   armor-piercing bullet.  However, when the defendant was

12   arrested on May 17th, it should be noted that no guns or

13   ammunition were found in his house.  Notably, however, the

14   defendant was arrested some weeks after his co-conspirators.

15   The Government did find clothing with the Proud Boys logo on

16   it in the defendant's own home.

17           Based on that factual record, the defendant, along

18   with his alleged co-conspirators, now stands charged with

19   six offenses, four of them federal felonies including

20   conspiracy, felony destruction of property, obstruction of

21   law enforcement during civil disorder and obstruction of an

22   official proceeding.  The most serious of which, obstruction

23   of an official proceeding, carries with it up to 20 years in

24   jail.  Those are significant criminal charges, and they

25   reflect the seriousness of the criminal conduct the

1    indictment describes.

2         As other judges on this Court have observed, the

3    storming of the Capitol on January 6th struck at the very

4    heart of our democracy.  Indeed, the acts alleged in the

5    indictment, and specifically count four, would meet in my

6    view the statutory definition of a federal crime of

7    terrorism found in 18 U.S.C. section 2332b(g)(5); and that

8    the alleged destruction of property at the Capitol building

9    by the conspiracy I find is fairly described as, quote,

10   "calculated to influence or affect the conduct of government

11   by intimidation or coercion or to retaliate against

12   government conduct."

13        Indeed, that's the whole thrust of the

14   Government's indictment.  It was a goal of the conspiracy

15   effectively to overturn the election by stopping, delaying

16   or hindering Congress' certification of the Electoral

17   College vote for the 2020 presidential election.  I believe

18   the acts described in the indictment in this case fits

19   comfortably within the statutory definition of a federal

20   crime of terrorism, which again is one of the aspects of

21   this first factor under 3142(g) I'm supposed to consider.

22        Beyond the defendant's offenses and the

23   description of his offense, Chief Judge Howell in her

24   Chrestman opinion has outlined a number of criteria in which

25   the severity of a defendant's conduct on January 6th can be

1    assessed for purposes of making a detention decision.  Those
2    factors include whether a defendant, one, has been charged
3    with a felony or a misdemeanor offense; two, engaged in
4    prior planning before arriving at the Capitol; three,
5    carried or used dangerous weapons during the riot; four,
6    coordinated with other participants before, during or after
7    the riot; five, assumed either a formal or a de facto
8    leadership role in the assault by encouraging other rioters'
9    conduct; and six, the nature of the defendant's words and
10   movements during the riot, including whether he or she
11   damaged federal property, threatened or confronted law
12   enforcement officers or otherwise promoted or celebrated
13   efforts to dispute the certification of the Electoral
14   College vote.

15        I believe the defendant's conduct, as I have
16   described it a moment ago, meets all of those factors.
17   First, he's charged with serious felony offenses.  Second,
18   the Government alleges that he engaged in prior planning
19   along with his other alleged co-conspirators before arriving
20   at the Capitol.  Certainly given the record before me, his
21   conduct on the 6th, as alleged in the indictment, could not
22   be fairly described as some sort of spontaneous I just got
23   caught up in the moment kind of thing, which we have heard
24   from other defendants.

25        Third, he's seen in the video during the riot

1    carrying a stolen riot shield that was later used by another

2    co-conspirator, Pezzola, to force entry into the Capitol by

3    breaking a window through which rioters poured into the

4    building.   Fourth, the Telegram chats demonstrate that

5    Mr. Donohoe coordinated with his alleged co-conspirators

6    before, during and after the riot.   He did this especially

7    with respect to communications, as I've described.   He also

8    destroyed or attempted to destroy or to nuke those

9    communications -- to use the defendant's word, to nuke the

10   group's chats both before and after the assault for the same

11   purpose; that is, to avoid law enforcement.

12          Fifth, although not as clear as it is for some of

13   his co-defendants as discussed previously, the defendant

14   certainly had a leadership role here.   As I've said before,

15   for me, he's something like a trusted senior lieutenant with

16   respect to the group's planning prior to the 6th, and

17   organization of the group on the morning of the assault.

18          Finally, the defendant's actions during the riot

19   and the statements in the chats demonstrate that he was an

20   active participant in the group's efforts to storm the

21   Capitol, and he promoted and celebrated those efforts during

22   and after the assault.   All of these considerations, all

23   these Chrestman factors I think serve to distinguish the

24   defendant from other rioters whose release would pose less

25   of a danger to the community, and weigh -- each of them in

1    my view, in favor of his pretrial detention.

2          Now, it's important to note, and as the defense

3    points out, there's no evidence that the defendant laid

4    hands on anyone, a law enforcement officer or anyone else,

5    on January 6th.  Indeed, there's no evidence that any of his

6    co-defendants used actual hands-on physical violence

7    directly against any other person nor is there any evidence

8    that the defendant himself, with his own hands, removed or

9    broke down any barrier.  There's some suggestion that some

10   of his co-defendants did so, but not the defendant, not

11   Mr. Donohoe.

12         All of those facts are significant, and I've

13   considered them in balancing all the other factors that I

14   must as I considered the Government's motion to detain the

15   defendant pretrial.  In my view, they don't get the

16   defendant very far, not in this case.  The fact of the

17   matter is that the defendant was an active participant in

18   the group's forceful assault on the Capitol and on law

19   enforcement officers seeking to protect the Capitol.  And he

20   crowed about it later when he said, quote, "I stood on that

21   front line the entire time, and pushed it twice."

22         The defendant's efforts to push the crowd of

23   rioters forward to overwhelm law enforcement, who were

24   seeking to protect the stairs leading up to the West

25   Terrace, can be seen in the Government's video.  That mob,

1    acting in concert in which the defendant appears to me to

2    have been a willing participant, was aggressive, was

3    forceful, and by any common-sense understanding of the term,

4    it was violent.  I doubt very seriously that the law

5    enforcement officers who were overrun by the mob in seconds,

6    I doubt those officers would say that the mob's actions were

7    nonviolent or that they only found the rioters in the front

8    row of the mob threatening.  So I think the fact that the

9    defendant was not at the very front of the pack of rioters

10   throwing blows at law enforcement works somewhat in his

11   favor.

12            But given the entire record of this case, it does

13   not move the needle very much.  Indeed, as the D.C. Circuit

14   directed in Munchel, quote, "It is not only those who

15   actually assaulted police officers and broke through

16   windows, doors and barricades," end quote, that are in a,

17   quote, "different category of dangerousness," end quote, but

18   also, quote, "those who aided, conspired with, planned or

19   coordinated such actions," end quote.

20            For all these reasons, I find that the other

21   considerations discussed above outweigh the fact that there

22   is no evidence that the defendant either laid hands on

23   anyone or any barrier during the assault on the Capitol.  In

24   sum, I find that this first 3142(g) factor, the nature and

25   circumstances of the charged offense, weigh heavily in favor

1    of his detention.

2         I find that the second factor, the weight of the

3    Government's evidence against the defendant, also weighs in

4    favor of detention.  The Government's evidence against the

5    defendant of his criminal culpability is strong.  And that

6    includes photographs and videos of the defendant and his

7    co-conspirators during the assault on the Capitol on

8    January 6th reflecting the conduct charged in the indictment

9    as well as inculpatory statements made by him in the

10   Telegram chats prior to, during and after the assault.

11        I agree with Judge Kelly's observation that most

12   of the evidence submitted with respect to the object of the

13   conspiracy is circumstantial.  There's no chat that I've

14   seen that clearly says prior to the event what the plan was,

15   but that's not unusual in a conspiracy case.  As Judge Kelly

16   observed, it's rare for -- in a conspiracy for there to be a

17   document or conversation that lays out the conspiracy

18   plainly.  Rather, the principal evidence of the objective of

19   a conspiracy in most conspiracy cases is actually what

20   happened, what did the alleged co-conspirators do, what did

21   they act in concert to do.  This case is no different.  And

22   here, based on the evidence I have seen, the object of the

23   conspiracy is quite clear from the group's actions, and it

24   is what the indictment alleges, and what indeed Milkshake

25   said, which was banding together to storm the Capitol,

1    thereby stopping, delaying or hindering Congress'

2    certification of the Electoral College vote.  So I think the

3    Government has plenty of evidence in this case.  For that

4    reason, I do find that the second factor weighs in favor of

5    the defendant's pretrial detention.

6         With respect to the history and characteristics of

7    the defendant, I've considered those as well.  I've

8    discussed many of them already which I think do weigh in

9    favor of his release, including his lack of a criminal

10   record, his employment, his status as a veteran, his

11   connections to the community, his family.  I'd note as well

12   as his connections to the community his willingness to

13   search for a missing girl in his community.  And this was to

14   put himself out there even when he must have known that he

15   was under investigation or likely was.  So I credit all of

16   those.

17        But in my view, those positive characteristics are

18   undercut, and significantly, by two other considerations.

19   First, at no time prior to his arrest has the defendant

20   disclaimed any beliefs or views that may have motivated his

21   actions on January 6th nor has he renounced his membership

22   in the Proud Boys.  For that reason, like Chief Judge Howell

23   found in Chrestman, I find that there's an insufficient

24   evidentiary basis to believe that the defendant will refrain

25   from using or aiding and abetting in the use of force and

1    violence to promote those views in the future, his and the

2    views of his alleged co-conspirators.

3            On the contrary, based on the record before me,

4    the defendant's last statements on the evening of

5    January 6th reflect not only his pride in what took place on

6    that day and his role in those events, but suggest that he

7    will not give up if, quote, "Joe Biden tells us we are all

8    criminals," end quote.  The evidence suggests that at least

9    for the defendant, the political moment has not passed and

10   that his fight will continue.  The defense suggests that

11   perhaps the defendant meant by that text that he will

12   continue to advance his views through peaceful protest in

13   the future.  Given the record before me, given what I

14   believe the Government's evidence shows with respect to

15   Mr. Donohoe and his alleged co-conspirators and what they

16   did on January 6th, I do not believe that there's an

17   evidentiary basis to reach that conclusion, that in the

18   future he will only pursue peaceful protest.

19           The defense also suggests that this analysis

20   violates the defendant's Fifth Amendment rights.  I don't

21   agree with that.  The Court in this case is basing this

22   consideration on the record before it, on what the defendant

23   voluntarily has stated or failed to do or say prior to his

24   arrest, and without prompting from law enforcement or the

25   Court, none of which implicates in my view the Fifth

1    Amendment.

2           Second, the Court believes that the third 3142(g)

3    factor, the history and characteristics of the defendant, is

4    also undermined by the Government's evidence of the

5    defendant's knowledge and facility with respect to secure

6    communications; his efforts to destroy evidence related to

7    this case as well, namely his deletion or attempted deletion

8    of the group's chats involving planning for the January 6th

9    event; and his deletion or attempted deletion of the group's

10   chats following events on the 6th.  Again, as alleged in the

11   indictment and demonstrated in the chats, to avoid law

12   enforcement's discovery of the group's plans prior to the

13   6th, the defendant instructed his co-conspirators to

14   communicate through Telegram, a new Telegram chat group.

15          The Government has also proffered that the

16   defendant also destroyed or attempted to destroy the group's

17   chats on January 13th, five days after the assault on the

18   Capitol, again trying to avoid discovery by law enforcement.

19   That's what the Government alleges.  I believe that these

20   facts about the defendant's ability and actions with respect

21   to secure communications and deletion of evidence reflect

22   poorly on his character in a way that should and does impact

23   my detention analysis.  It leaves me with little confidence

24   that I could fashion conditions of release, including

25   electronic monitoring, that would avoid his future

1    destruction of evidence or attempted surreptitious

2    communication with his co-conspirators, both indicted and

3    unindicted.

4            In sum, I find that these various competing facts

5    and circumstances, both good and bad, both in favor of

6    detention and not, effectively cancel each other out with

7    respect to the 3142(g) third factor.  Certainly it's my view

8    the defendant's positive attributes -- and there are -- I'm

9    not saying that they're insignificant, but that those

10   positive attributes nonetheless are outweighed by the other

11   3142(g) factors which weigh strongly in my favor -- which

12   way strongly in my view in favor of detention.

13           Finally with respect to the last 3142(g) factor --

14   it's really the ultimate inquiry, it's the nature and

15   seriousness of the danger to any person or the community

16   that would be posed by the defendant's release.  For all the

17   reasons I've stated -- well, I should say this:  In my view,

18   that factor also weighs in favor of his detention.  The

19   Circuit has indicated -- the D.C. Circuit has indicated that

20   we must -- a court must have an identifiable and articulable

21   threat to the safety of the community with respect to this

22   factor.  The defendant's release must pose a, quote,

23   "concrete prospective threat to public safety," end quote.

24   Or as the Supreme Court articulated in the Salerno case,

25   quote, "an identified and articulable threat to an

1    individual or the community," end quote.  As the Circuit
2    found in Munchel, the threat must be considered in context,
3    and that the Court must also consider whether the defendant
4    poses a particular threat based on the nature of the threat
5    identified and the resources and capabilities of the
6    defendant.
7           Having considered and applied that standard, I
8    believe that this final factor weighs in favor of the
9    defendant's detention.  Here, the danger posed by his
10   release is that he will continue in the future with his
11   co-conspirators, both indicted and unindicted, to engage in
12   acts of political violence or to aid and abet those who do
13   in the service of his and his co-conspirators' political
14   views.
15          As Judge Kelly said with respect to Mr. Donohoe's
16   co-defendants, quote, "In this case through their leadership
17   by Nordean, and their planning skills in the case of
18   Mr. Biggs, and the networks that these two individuals can
19   draw on, these defendants produce events that draw large
20   numbers of people, including Proud Boys, others sympathetic
21   to Proud Boys' perspectives, and still others on the
22   opposite of the political spectrum like Antifa.  And they
23   have now -- they're at least alleged to have facilitated
24   violence either against other civilians or law enforcement
25   at a large event.  So even if the election has passed, all

1    of politics has not."  That is what Judge Kelly said.

2              I think the same is true of Mr. Donohoe.  Through

3    his own critical role in the conspiracy, both as the trusted

4    senior lieutenant and an individual with responsibility for

5    ensuring the group's secure communications, Mr. Donohoe has

6    access to and can help marshal a network of individuals who,

7    based on what occurred on January 6th the evidence would

8    suggest, would continue to engage in force and violence or

9    aid and abet those who would to promote their political

10   views.  In that sense, Mr. Donohoe and his co-conspirators

11   are differently situated than the defendants in Munchel.

12             There was no evidence presented in Munchel that

13   the defendants there -- Mr. Munchel and his mother,

14   Ms. Eisenhart, that they were members of any anti-government

15   extremists or militia groups on January 6th.  To the

16   contrary, the Circuit found that Mr. Munchel and

17   Ms. Eisenhart only had the, quote, "unique opportunity to

18   obstruct democracy," end quote, on January 6th because they

19   joined, quote, "the large group of people who had gathered

20   at the Capitol in protest that day," end quote.  It was the,

21   quote, "presence of that group," end quote, protesting at

22   the Capitol -- which the Circuit apparently viewed as an

23   extraordinarily and likely to be repeated event, that,

24   quote, "was critical to Munchel and Eisenhart's ability to

25   obstruct the vote and to cause danger to the community."

1      Here the calculus is different.  The defendant was

2  not alone when he showed up at the Capitol on January 6th.

3  The indictment alleges, and the Government has evidence to

4  support with those allegations, that he was a critical part

5  of, and acting in concert with, a group which the Government

6  alleges demonstrated on January 6th that it will engage in

7  intimidation, force and violence or aid and abet those who

8  will to promote its political views.  Further, while some

9  may believe that the political moment that spawned the

10  events on January 6th has passed, there's no evidence that

11  the defendant or his co-conspirators believe that.

12      Indeed, the evidence in this case is to the

13  contrary.  In the chat room conversations that the

14  defendant's co-conspirators believed were secret prior to

15  January 6th, they spoke of political violence, of the spirit

16  of 1776, of revolution, of war.  There's no evidence in the

17  record that the defendant and his co-conspirators saw

18  January 6th, or even the transfer of power to the Biden

19  administration on January 20th, as the end of that struggle.

20  To use the defendant's own words in response to a chat from

21  another member of the group on the evening of January 6th

22  that lamented that it will, quote, "be too late," end quote,

23  when, quote, "Joe Biden tells us we are all criminals," end

24  quote, Mr. Donohoe responded, quote, "No, it's not.  It's

25  never too late, ever."  He then stated, quote, "Facial

1    recognition doesn't mean shit when you've got a 5.56 green

2    tip," end quote, which again the Government proffers is some

3    sort of armor-piercing bullet.  The defense reads that

4    exchange as mere bravado.  I cannot reach that conclusion,

5    not based on this record.

6          Indeed, the defendant proved on January 6th that

7    he would back up his words with forceful action, and would

8    aid and abet the violence of others in the service of his

9    and his co-conspirators' political views.  There's nothing

10   in the record that suggests that any of that has changed for

11   the defendant.  Therefore, for all these reasons, I find

12   that the fourth 3142(g) factor weighs in favor of his

13   pretrial detention.

14         For the record, I have also considered all

15   possible conditions of release.  I find that none of them,

16   even in combination, will reasonably mitigate the danger

17   that I believe the defendant's release poses to the

18   community.  On that score, I highlight and I adopt Judge

19   Kelly's assessment of the inadequacy of potential conditions

20   of release for the defendant's alleged co-conspirators

21   Mr. Biggs and Mr. Nordean.  I would further add that unlike

22   those co-defendants, Mr. Donovan (sic) has not been on

23   release in this matter for the past few weeks or months.  He

24   has no track record of compliance on which to rely.

25         Further, for the reasons stated previously, I

1   believe that Mr. Donovan (sic) poses unique concerns because

2   of the Government's evidence of his knowledge and facility

3   with using secure communications to communicate with his

4   alleged co-conspirators; his willingness to make use of such

5   communications specifically to evade detection by law

6   enforcement; and his willingness to destroy evidence

7   pertinent to the Government's investigation of this matter.

8   For all these reasons, I have no confidence that any

9   conditions, or combination of conditions, of release, to

10  include electronic monitoring or home detention, could

11  reasonably assure the safety of the community or the

12  integrity of the Government's investigation.

13          In sum, I have considered all four 3142(g) factors

14  in the presumption of detention, and I find that together

15  the Government has proven by clear and convincing evidence

16  that the defendant's release will pose a danger to the

17  community, and that no condition, or combination of

18  conditions, can reasonably mitigate that risk.  That is my

19  decision.

20          Mr. Donohoe, two things.  One, that's just my

21  decision.  You can appeal it.  You can appeal it to Judge

22  Kelly and past him to the Circuit if that's what you wish to

23  do.  Ms. Costner can help you do that, she can advise you

24  about that.  Second, understand that you have the

25  presumption of innocence.  The jury will never be told my

1    decision or any of the factual -- or my assessment of some

2    of the Government's factual evidence.  The jury will never

3    know that.  So I share all that with you, and let's talk

4    about next dates.

5            I think the next date is in front of Judge Kelly.

6    I don't know if you've reached out to him to find out when

7    the next status is.  I know he's trying to bring all these

8    cases together on one day soon.

9            Government, what can you tell me?

10   **MR. McCULLOUGH:**  Your Honor, the next status

11   scheduled for the Nordean case, the 21-cr-175, is May 4th at

12   11:30 a.m.  There is a detention hearing for co-defendant

13   Zachary Rehl on May 3rd at 2:00 p.m.  The Government -- that

14   is basically the schedule of where we are with the larger

15   case.

16           With respect to this case, your Honor, one

17   housekeeping matter is that the statute of -- sorry, the

18   Speedy Trial clock had been tolled through April 12th.  That

19   was when the detention hearing in this matter for Donohoe

20   was expected to be held on that date.  So the Government

21   would ask, for the reasons previously said on the record --

22   that being that this is a complex investigation involving

23   voluminous discovery and a number of government agencies, to

24   allow time for both the Government and the defendant to

25   prepare, it would be appropriate for us to toll the Speedy

1    Trial clock nunc pro tunc back from April 12th through

2    today's date.  And, your Honor, the Government would also

3    propose that the Speedy Trial clock be tolled through

4    May 4th for Mr. Donohoe to ensure that the parties have

5    appropriate time to prepare.

6         THE COURT:  Well, there's another issue of where

7    Mr. Donohoe should go right now.  But let's just deal with

8    Speedy Trial first so we get this all done.

9         Ms. Costner, do you have a position on the next

10   date?  I think the Government makes some sense to have a

11   status date on May 4th along with the other co-defendants in

12   front of Judge Kelly.  Do you agree with that?  And

13   secondly, what about Speedy Trial, tolling through May 4th?

14        MS. COSTNER:  Yes, your Honor, I was aware of the

15   status conference date and do have that on my calendar, and

16   we have no objection to waiving Speedy Trial through

17   May 4th.

18        THE COURT:  Okay.  Well, based on that, I will

19   schedule this case in front of Judge Kelly for May 4th.

20        What time did you say it was, Mr. McCullough?

21        MR. McCULLOUGH:  Your Honor, that is at 11:30 a.m.

22        THE COURT:  At 11:30 a.m. before Judge Kelly.  I

23   will also toll all time from April 12th through that date

24   for purposes of any calculation under the Speedy Trial Act.

25   I'll just tell you, I think it would also be tolled right up

1   to the moment of me resolving your motion here right now.

2   But in any event, I will also toll all that time from

3   April 12th to the next date, because I do find based on the

4   representations of the parties that such a tolling would be

5   in the interest of justice and outweighs the interests of

6   the defendant and the public in a speedy trial.

7          So I think the harder issue -- and apologize, I

8   meant to call the Marshals Service before this call and I

9   just forgot, is where does Mr. Donohoe go now?  One easy

10   option is that he comes to D.C.  A harder option, but one

11   that I think is not impossible, is that he goes back to

12   North Carolina.

13          Ms. Costner, what is your preference?

14          **MS. COSTNER:**  I would absolutely prefer that he

15   come to North Carolina, your Honor, preferably somewhere in

16   the middle district of North Carolina.  He was in the

17   Alamance County jail in Graham, North Carolina, which is a

18   facility that has federal beds, before he was taken to

19   Oklahoma.  There is a way for me to communicate with him

20   through something called JurisLink which is a video app that

21   is available to attorneys and U.S. probation officers to

22   have communications with inmates that are secure.  And I can

23   share discovery through JurisLink, so it would be great to

24   have that available.  And certainly, it would be great to

25   have better access to Mr. Donohoe.

1          **THE COURT:**  What is the name of that facility,

2     Ms. Costner?

3          **MS. COSTNER:**  The Alamance County jail,

4     A-L-A-M-A-N-C-E.  I guess it's probably the Alamance County

5     Detention Center officially, but it's in Graham, North

6     Carolina.

7          **THE COURT:**  Are you in Winston-Salem?

8          **MS. COSTNER:**  Yes, I am.

9          **THE COURT:**  So is that close to you?  I don't know

10    where Graham is.

11         **MS. COSTNER:**  It's about 50 miles away, it's not

12    far.  Actually, in the county that I practice in, Forsyth

13    County, they also accept federal beds -- I mean federal

14    inmates.  So that is also a possibility.  Guilford County,

15    which is the county next to the county that I'm in, also

16    has -- takes federal inmates.  So within at least a 50-mile

17    range, there are a few options where Mr. Donohoe could be

18    and where I could easily meet with him.

19         **THE COURT:**  Well, two things.  A, I don't know if

20    I can do this at all, or if I can, if I can say he's going

21    to go here.  I'm meaning go to a facility of your choice.

22    But I certainly appreciate why you would want that to

23    happen.

24         Mr. McCullough, I don't know if you had a

25    position.  I've raised this with Mr. Gillice.  It's come up

1   in a few other cases.  I don't know what the Government's

2   position is.

3          **MR. McCULLOUGH:**  Your Honor, given the fact that

4   this is a broader issue with the defendants in this matter,

5   I would like to consult with Mr. Gillice and make sure that

6   I am squared away with our office.  And if you would like,

7   the Government can get back to you on its answer here.

8          **THE COURT:**  Well, I'll tell you, I think we

9   have -- I issued an order yesterday saying Mr. Donohoe can't

10  move at least until not before tomorrow.  I don't know if my

11  clerk's on the line.  I don't remember exactly how we styled

12  it.  Does that mean that we have until tonight or do we have

13  until the close of business tomorrow to figure this out?

14  Speak up, clerks.  Who knows, right?  Okay.

15         **MR. McCULLOUGH:**  Your Honor, the Government --

16         **THE COURT:**  So I'm going to do what I can.  I know

17  some other judges -- I think Judge Faruqui has ordered it,

18  though he didn't know if it was allowed.  I think Judge

19  Sullivan has ordered something like it.  But I just want to

20  do it before he gets moved again.  I mean, once he's here --

21  and the Marshals Service who works for the Department of

22  Justice by the way, you know, they might just put the kibosh

23  on this whole thing.  And that's why I wish that I had

24  called Lamont Ruffin before this hearing.  And I meant to,

25  Mr. Donohoe, and I just -- I forgot.  I'm happy to do it

1    right after the hearing.

2              But how do we like make sure this all happens if

3    it can't?  Should we have another status tomorrow to discuss

4    this issue?

5              **MR. McCULLOUGH:**  Your Honor, the Government has no

6    objection to having a status tomorrow.  If the Government is

7    able to submit something to chambers in advance of that that

8    would forestall any need for a status conference, we can do

9    so.  And I will take this up immediately with my office and

10   make sure that we have an answer by no later than the status

11   hearing tomorrow.

12             **THE COURT:**  Ms. Costner, tell me, where does the

13   defendant live?  Does he live close to this Alamance County

14   jail?  It would be great if he could be near where his

15   family is.

16             **MS. COSTNER:**  Your Honor, he resides in

17   Kernersville which is in the same county that I'm in.  It's

18   a little bit closer actually to Graham, I would say probably

19   40 miles.

20             **THE COURT:**  Okay.  So that would be --

21             **LAW CLERK:**  Judge, I have an update on what the

22   order said from yesterday.

23             **THE COURT:**  Yes.

24             **LAW CLERK:**  It said that, "The U.S. Marshals

25   Service shall keep the defendant in his current detention

1  facility to ensure his appearance at the detention hearing

2  scheduled before the undersigned on April 22nd, 2021.  The

3  U.S. Marshals Service shall not transport defendant to

4  Washington, D.C. until and unless an order to that effect is

5  issued by this Court.  The U.S. Marshals Service shall

6  coordinate with the detention facility counsel and this

7  Court to ensure that defendant is available for any future

8  remote hearings."  So I guess that leaves it open ended.

9         **THE COURT:**  Yeah, that's open ended.  But what's

10  the "that"?  Open ended, great, you've just read a vague

11  order.

12         **LAW CLERK:**  I know.

13         **THE COURT:**  What is "that"?  Is "that" the

14  conclusion of this hearing?  Because this hearing has just

15  concluded.

16         **LAW CLERK:**  I'm not sure.

17         **THE COURT:**  Well, again, I feel like we need to

18  get on top of this even before tomorrow.

19         **MR. McCULLOUGH:**  Your Honor, I had reached out to

20  the U.S. Marshals Service yesterday and communicated your

21  oral order.  And I did get a response from those folks that

22  I had been in touch with.  The Government would do the same

23  thing here to -- in an effort to ensure that Mr. Donohoe

24  stay in place at least through tomorrow.  I will do that

25  immediately.

1      **THE COURT:**  Okay, let's do that.  Again, I'll

2  reach out to Lamont Ruffin myself -- who runs the Marshals

3  Service right here in D.C. and who's been very helpful, when

4  I'm finished with this call.  Unfortunately I have two more

5  hearings that I'm already late for.  But let's pick a time

6  tomorrow that works.  And the purpose of this hearing is

7  to -- hopefully the Government will come forward and tell me

8  what their position is, and tell me how we're going to

9  effectuate his transfer back to North Carolina, assuming the

10 Government agrees.  And if the Government disagrees, you

11 know, I guess we'll hear argument on it and I'll make a

12 decision.  Again, I know judges who have done just this.

13     **MR. McCULLOUGH:**  Yes, your Honor.

14     **THE COURT:**  So what time?  We could do it tomorrow

15 at 4:30 -- no, I've got something -- no, it's vacated.  We

16 can do it tomorrow at 4:30.

17     **MR. McCULLOUGH:**  That works for the Government,

18 your Honor.

19     **THE COURT:**  Ms. Costner?

20     **MS. COSTNER:**  4:30 works, your Honor.

21     **THE COURT:**  Well, let's set this for a status

22 hearing tomorrow at 4:30 to address these issues with where

23 Mr. Donohoe is going to go.  I will reach out to Lamont

24 Ruffin.  Mr. McCullough, you should do the same thing

25 through your channels.

1      **MR. McCULLOUGH:**  Yes, sir.

2      **THE COURT:**  Make sure he stays there at least

3  until tomorrow, and get some position about what we can do

4  to keep him there longer if the Marshals Service is going to

5  permit that.  I just heard where their preference would be,

6  and I don't know why they wouldn't just send him back to his

7  home detention center so he could be closer to his family

8  and closer to his counsel.

9          All right, then, the parties are excused until

10  tomorrow.

11      (Proceedings adjourned at 4:15 p.m.)

1

**C E R T I F I C A T E**

2

3        I, **Jeff Hook, Official Court Reporter**,

4  certify that the foregoing is a true and correct transcript

5  of the remotely reported proceedings in the above-entitled

6  matter.

7               **PLEASE NOTE:**  This hearing occurred during

8  the COVID-19 pandemic and is therefore subject to the

9  technological limitations of court reporting remotely.

10

11

12

13     **April 26, 2021**

14        **DATE**                        **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**1**

10 [1]   6/7
10:00 a.m [2]   14/7
14/22
11 [1]   15/23
11:00 and [1]   15/3
11:30 a.m [3]   36/12
37/21 37/22
12th [4]   36/18 37/1
37/23 38/3
1361 [1]   6/6
13th [1]   29/17
14 [1]   7/21
175 [2]   2/2 36/11
1776 [1]   33/16
17th [1]   20/12
18 [3]   6/6 6/9 21/7
19 [1]   45/8
19th [1]   7/21
1:00 p.m [1]   15/13
1:21-cr-0175-TJK-4 [1]
1/4
1:37 p.m [1]   16/12

**2**

20 [1]   20/23
200 [2]   1/20 19/4
20001 [1]   1/25
2020 [1]   21/17
2021 [2]   1/5 42/2
20530 [1]   1/17
20th [1]   33/19
21-cr-175 [2]   2/2
36/11
22 [1]   1/5
22nd [1]   42/2
2332b [1]   21/7
27101 [1]   1/20
2:00 p.m [2]   16/20
36/13

**3**

3142 [12]   6/10 7/7
7/11 9/2 21/21
25/24 29/2 30/7
30/11 30/13 34/12
35/13
33 [1]   6/14
333 [1]   1/24
39 [1]   7/21
3:09 [1]   1/6
3rd [1]   36/13

**4**

40 [1]   15/14
40 miles [1]   41/19
4700-C [1]   1/24
4:15 p.m [1]   44/11
4:30 [2]   43/15
43/16
4:30 to [1]   43/22
4:30 works [1]
43/20
4th [9]   1/16 1/20
11/18 36/11 37/4
37/11 37/13 37/17
37/19

**5**

5.56 [3]   20/9 20/9
34/1
50 [1]   15/15
50 miles [1]   39/11
50-mile [1]   39/16
555 [1]   1/16

**6**

6:30 a.m [1]   14/5
6th [37]   9/6 9/11
9/17 11/9 11/15
12/5 13/18 13/19
13/21 14/2 14/5
14/9 14/21 15/4
19/19 21/3 21/25
22/21 23/16 24/5
26/8 27/21 28/5
28/16 29/8 29/10
29/13 32/7 32/15
32/18 33/2 33/6
33/10 33/15 33/18
33/21 34/6

**9**

952 [1]   1/20

**A**

A-L-A-M-A-N-C-E [1]
39/4
a.m [6]   14/5 14/7
14/22 36/12 37/21
37/22
abet [4]   31/12 32/9
33/7 34/8
abetting [1]   27/25
ability [2]   29/20
32/24
able [1]   41/7
above [2]   25/21
45/5
above-entitled [1]
45/5
absence [1]   12/25
absent [1]   13/10
absolutely [1]
38/14
accept [1]   39/13
access [2]   32/6
38/25
accordance [1]   3/5
According [1]   9/12
act [3]   12/20 26/21
37/24
acting [4]   8/15
17/24 25/1 33/5
action [2]   1/3 34/7
actions [10]   8/16
8/25 9/1 14/21
23/18 25/6 25/19
26/23 27/21 29/20
active [4]   15/18
18/2 23/20 24/17
activities [3]   12/8
14/9 18/7
activity [1]   12/1
acts [3]   21/4 21/18
31/12
actual [1]   24/6

actually [5]   18/10
25/15 26/19 39/12
41/18
add [1]   34/21
addition [1]   7/9
additional [1]   3/4
address [1]   43/22
adjourned [1]   44/11
administration [1]
33/19
adopt [1]   34/18
advance [5]   15/19
15/22 17/18 28/12
41/7
advanced [2]   15/13
15/15
advancing [3]   17/20
17/23 18/2
advise [1]   35/23
advising [1]   18/24
affect [1]   21/10
Afghanistan [1]
6/16
aftermath [1]   12/10
afternoon [5]   2/7
2/10 2/14 16/13
19/13
afterwards [1]   9/7
again [12]   12/21
14/8 14/16 19/22
21/20 29/10 29/18
34/2 40/20 42/17
43/1 43/12
against [6]   5/11
21/11 24/7 26/3
26/4 31/24
agencies [1]   36/23
agents [1]   18/25
aggressive [1]   25/2
ago [2]   19/17 22/16
agree [6]   4/14 6/2
8/14 26/11 28/21
37/12
agrees [1]   43/10
ahead [4]   2/14 3/11
3/13 11/23
aid [4]   31/12 32/9
33/7 34/8
aided [2]   7/14
25/18
aiding [1]   27/25
Alamance [4]   38/17
39/3 39/4 41/13
allegation [2]
12/16 12/21
allegations [7]
7/19 7/23 7/24 8/4
10/5 13/5 33/4
allege [1]   17/12
alleged [18]   5/11
8/5 8/15 8/16 14/17
20/18 21/4 21/8
22/19 22/21 23/5
26/20 28/2 28/15
29/10 31/23 34/20
35/4
alleges [15]   6/5
9/4 9/22 12/15
12/18 12/23 14/22
14/25 15/11 18/3

22/18 26/24 29/19
33/3 33/6
alleging [1]   15/12
allow [1]   36/24
allowed [1]   40/18
alone [1]   33/2
along [6]   7/6 12/18
14/22 20/17 22/19
37/11
although [2]   16/8
23/12
Amendment [2]   28/20
29/1
AMERICA [2]   1/3 2/3
ammunition [1]
20/13
analysis [3]   7/11
28/19 29/23
and/or [1]   13/9
anti [1]   32/14
anti-government [1]
32/14
Antifa [1]   31/22
apologize [1]   38/7
app [1]   38/20
apparently [3]   13/1
13/14 32/22
appeal [3]   2/22
35/21 35/21
appear [8]   4/23
6/23 12/2 12/23
12/24 12/25 13/4
18/11
appearance [1]   42/1
APPEARANCES [1]
1/13
appearing [1]   2/11
appears [12]   5/2
9/14 10/13 12/3
13/6 13/22 17/15
17/22 18/1 18/15
19/11 25/1
applied [1]   31/7
appreciate [1]
39/22
appropriate [2]
36/25 37/5
April [7]   1/5 7/21
36/18 37/1 37/23
38/3 42/2
April 12th [4]
36/18 37/1 37/23
38/3
April 19th [1]   7/21
April 22nd [1]   42/2
area [2]   11/7 15/19
argue [1]   6/14
argument [2]   11/10
43/11
arguments [1]   5/17
armor [2]   20/11
34/3
armor-piercing [2]
20/11 34/3
around [2]   11/21
16/20
arrest [6]   9/7 9/22
10/1 12/10 27/19
28/24
arrested [3]   9/21

**A**

arrested... [2]
20/12 20/14
arrived [2]   14/13
14/15
arriving [2]   22/4
22/19
article [2]   19/1
19/3
articulable [2]
30/20 30/25
articulated [1]
30/24
aspects [2]   3/16
21/20
assault [17]   8/24
9/10 9/19 11/9 13/2
15/24 16/20 19/16
22/8 23/10 23/17
23/22 24/18 25/23
26/7 26/10 29/17
assaulted [1]   25/15
assaulting [3]
17/20 17/21 19/8
assess [1]   8/18
assessed [1]   22/1
assessment [2]
34/19 36/1
assist [3]   2/23 4/8
4/20
assisting [1]   16/4
assume [1]   13/25
assumed [1]   22/7
assuming [1]   43/9
assure [1]   35/11
attempted [5]   23/8
29/7 29/9 29/16
30/1
Attorney's [1]   1/15
attorneys [1]   38/21
attributes [2]   30/8
30/10
available [3]   38/21
38/24 42/7
Avenue [1]   1/24
avoid [4]   23/11
29/11 29/18 29/25
aware [1]   37/14
away [4]   7/5 17/1
39/11 40/6

**B**

back [7]   17/16 34/7
37/1 38/11 40/7
43/9 44/6
background [1]   5/20
bad [1]   30/5
balancing [1]   24/13
banding [1]   26/25
Bankruptcy [1]   1/23
Baofeng [1]   13/22
barricades [1]
25/16
barrier [2]   24/9
25/23
barriers [2]   15/15
15/22
based [11]   4/5
11/24 13/23 20/17

26/22 28/3 31/4
32/7 34/5 37/18
38/3
bases [1]   7/25
basically [1]   36/14
basing [1]   28/21
basis [6]   4/6 5/21
5/24 6/3 27/24
28/17
beds [2]   38/18
39/13
beginning [1]   2/5
beliefs [1]   27/20
believes [2]   10/24
29/2
bench [1]   6/23
better [1]   38/25
beyond [2]   4/9
21/22
Biden [4]   20/1 28/7
33/18 33/23
Biggs [10]   4/13
4/17 4/22 4/25 5/14
7/16 15/8 18/8
31/18 34/21
bit [1]   41/18
block [1]   17/18
blows [1]   25/10
blue [1]   17/4
boasted [1]   19/23
boots [1]   11/23
boots-on-the-ground
11/23
both [10]   5/18 6/3
6/8 23/10 30/2 30/5
30/5 31/11 32/3
36/24
Boys [14]   9/10 9/21
12/10 12/16 12/17
13/1 13/16 14/23
16/4 17/7 17/13
20/15 27/22 31/20
Boys' [1]   31/21
bravado [1]   34/4
breached [1]   18/18
breaches [1]   16/7
break [1]   20/7
breaking [4]   16/10
16/15 19/1 23/3
briefing [1]   14/7
briefings [1]   3/21
bring [1]   36/7
broader [1]   40/4
broke [3]   9/8 24/9
25/15
building [7]   8/11
16/8 16/16 18/18
19/9 21/8 23/4
bullet [2]   20/11
34/3
burden [1]   7/4
business [1]   40/13

**C**

calculated [1]
21/10
calculation [1]
37/24
calculus [1]   33/1
calendar [1]   37/15

call [3]   38/8 38/8
43/4
called [2]   38/20
40/24
can [28]   3/7 4/7
7/19 10/9 12/12
15/8 15/20 16/3
17/20 21/25 24/25
31/18 32/6 35/18
35/21 35/21 35/23
35/23 36/9 38/22
39/20 39/20 39/20
40/7 40/16 41/8
43/16 44/3
cancel [1]   30/6
capabilities [1]
31/5
Capitol [43]   3/14
5/2 8/7 8/11 8/16
8/24 9/6 9/11 9/14
9/20 13/3 15/1 15/5
15/6 15/13 15/20
16/8 16/20 16/23
17/1 17/3 17/10
18/10 18/16 19/8
19/15 19/18 19/25
21/3 21/8 22/4
22/20 23/2 23/21
24/18 24/19 25/23
26/7 26/25 29/18
32/20 32/22 33/2
Capitol's [1]   15/16
Carolina [6]   38/12
38/15 38/16 38/17
39/6 43/9
carried [1]   22/5
carries [2]   6/6
20/23
carry [1]   16/5
carrying [2]   16/25
23/1
case [31]   2/2 2/22
3/16 3/17 3/20 3/25
4/5 4/16 4/18 5/15
5/22 6/9 7/5 7/18
8/15 21/18 24/16
25/12 26/15 26/21
27/3 28/21 29/7
30/24 31/16 31/17
33/12 36/11 36/15
36/16 37/19
cases [4]   3/14
26/19 36/8 40/1
category [1]   25/17
caught [1]   22/23
cause [1]   32/25
celebrate [1]   16/10
celebrated [5]   9/10
19/19 19/24 22/12
23/21
center [2]   39/5
44/7
certain [2]   3/16
3/18
certainly [10]   4/17
4/21 6/2 14/18
17/22 22/20 23/14
30/7 38/24 39/22
certification [4]
8/8 21/16 22/13

27/2
certify [1]   45/4
cetera [1]   18/22
chairman [4]   9/20
12/11 12/18 13/1
chairman's [1]   10/1
challenging [1]
3/14
chambers [1]   41/7
changed [1]   34/10
channel [1]   13/22
channels [5]   9/16
9/24 10/15 13/21
43/25
chapter [2]   12/15
12/17
character [1]   29/22
characteristics [3]
27/6 27/17 29/3
charge [2]   13/2
14/15
charged [6]   12/22
20/18 22/2 22/17
25/25 26/8
charges [4]   6/23
9/21 12/12 20/24
CHARLES [3]   1/6 2/3
2/11
chat [27]   9/23 10/6
10/8 10/9 10/11
10/21 10/24 11/18
12/9 13/11 13/15
13/20 14/1 14/6
14/10 16/1 16/11
16/14 18/4 19/20
19/23 20/3 20/7
26/13 29/14 33/13
33/20
chats [20]   2/16
2/20 10/7 10/13
10/19 11/1 11/4
11/6 11/13 11/14
12/1 18/14 23/4
23/10 23/19 26/10
29/8 29/10 29/11
29/17
Chief [2]   21/23
27/22
choice [1]   39/21
Chrestman [3]   21/24
23/23 27/23
chronological [1]
7/19
Circuit [7]   25/13
30/19 30/19 31/1
32/16 32/22 35/22
circumstances [7]
5/12 7/13 7/15 8/2
8/19 25/25 30/5
circumstantial [1]
26/13
civil [1]   20/21
civilian [1]   6/17
civilians [1]   31/24
clear [11]   4/1 7/5
10/10 10/10 10/19
11/14 11/16 18/8
23/12 26/23 35/15
clearly [2]   5/25
26/14

**C**

clerk's [1]   40/11
clerks [1]   40/14
clock [3]   36/18
37/1 37/3
close [3]   39/9
40/13 41/13
closer [3]   41/18
44/7 44/8
clothing [1]   20/15
co [36]   8/5 8/6
8/17 9/1 9/9 9/11
12/22 14/12 16/13
20/14 20/18 22/19
23/2 23/5 23/13
24/6 24/10 26/7
26/20 28/2 28/15
29/13 30/2 31/11
31/13 31/16 32/10
33/11 33/14 33/17
34/9 34/20 34/22
35/4 36/12 37/11
co-conspirator [1]
23/2
co-conspirators [23]
8/5 8/6 8/17 9/1
9/9 9/11 20/14
20/18 22/19 23/5
26/7 26/20 28/2
28/15 29/13 30/2
31/11 32/10 33/11
33/14 33/17 34/20
35/4
co-conspirators' [2]
31/13 34/9
co-defendant [3]
12/22 16/13 36/12
co-defendants [7]
14/12 23/13 24/6
24/10 31/16 34/22
37/11
coercion [1]   21/11
colleague [1]   2/9
College [4]   8/8
21/17 22/14 27/2
colors [4]   13/17
14/24 19/21 19/21
COLUMBIA [2]   1/1
1/16
combination [4]   4/4
34/16 35/9 35/17
comfortably [1]
21/19
coming [1]   13/17
commander's [1]
14/7
committee [1]   12/20
common [1]   25/3
common-sense [1]
25/3
communicate [4]   9/5
29/14 35/3 38/19
communicated [2]
14/10 42/20
communication [6]
9/16 9/24 10/2
10/15 13/20 30/2
communications [12]
9/15 10/16 10/18

11/7 23/7 23/9 29/6
29/21 32/5 35/3
35/5 38/22
community [15]   3/25
5/13 6/18 6/21
23/25 27/11 27/12
27/13 30/15 30/21
31/1 32/25 34/18
35/11 35/17
competing [1]   30/4
complete [1]   19/24
complex [1]   36/22
compliance [2]   5/6
34/24
compromised [2]
9/25 12/11
computer [1]   11/5
concern [1]   12/8
concerned [2]   12/4
12/6
concerning [1]   9/16
concerns [1]   35/1
concert [6]   8/15
17/16 17/24 25/1
26/21 33/5
concerted [2]   8/4
15/19
concluded [2]   5/10
42/15
conclusion [4]   11/6
28/17 34/4 42/14
concrete [1]   30/23
condition [2]   4/4
35/17
conditions [8]   4/4
5/7 29/24 34/15
34/19 35/9 35/9
35/18
conduct [10]   5/11
11/13 20/25 21/10
21/12 21/25 22/9
22/15 22/21 26/8
conference [2]
37/15 41/8
confidence [2]
29/23 35/8
confronted [1]
22/11
Congress' [2]   21/16
27/1
congressional [1]
8/8
connections [2]
27/11 27/12
consider [4]   3/15
7/6 21/21 31/3
consideration [2]
8/25 28/22
considerations [3]
23/22 25/21 27/18
considered [13]
3/14 3/19 3/20 4/23
5/9 7/8 24/13 24/14
27/7 31/2 31/7
34/14 35/13
conspiracy [20]
4/24 8/14 9/5 12/22
14/17 14/17 17/13
18/12 19/13 20/20
21/9 21/14 26/13

26/15 26/16 26/17
26/19 26/19 26/23
32/3
conspirator [1]
23/2
conspirators [23]
8/5 8/6 8/17 9/1
9/9 9/11 20/14
20/18 22/19 23/5
26/7 26/20 28/2
28/15 29/13 30/2
31/11 32/10 33/11
33/14 33/17 34/20
35/4
conspirators' [2]
31/13 34/9
conspired [1]   25/18
Constitution [1]
1/24
consult [1]   40/5
contempt [1]   6/23
context [5]   10/25
12/1 12/5 19/11
31/2
continue [4]   28/10
28/12 31/16 32/8
continued [2]   1/10
2/4
contractor [1]   6/17
contrary [3]   28/3
32/16 33/13
contribute [1]
17/24
conversation [1]
26/17
conversations [1]
33/13
convey [1]   13/8
conveyed [1]   14/1
conveying [1]   13/12
convictions [1]
6/22
convincing [2]   4/2
35/15
coordinate [1]   42/6
coordinated [3]
22/6 23/5 25/19
COSTNER [9]   1/19
1/19 2/11 35/23
37/9 38/13 39/2
41/12 43/19
counsel [2]   42/6
44/8
count [3]   6/5 8/21
21/5
county [10]   38/17
39/3 39/4 39/12
39/13 39/14 39/15
39/15 41/13 41/17
course [1]   4/18
court [23]   1/1 1/22
1/23 2/5 2/23 3/23
4/7 6/23 6/25 7/5
7/14 8/18 21/2
28/21 28/25 29/2
30/20 30/24 31/3
42/5 42/7 45/3 45/9
Court's [1]   2/17
Courts [1]   1/23
covered [1]   6/1

covering [1]   17/2
COVID [1]   45/8
COVID-19 [1]   45/8
cr [3]   1/4 2/2
36/11
created [2]   9/23
13/15
creating [1]   10/14
credit [1]   27/15
crime [2]   21/6
21/20
criminal [9]   1/3
5/11 6/21 6/22
11/13 20/24 20/25
26/5 27/9
criminals [4]   20/2
20/2 28/8 33/23
criteria [1]   21/24
critical [4]   8/20
32/3 32/24 33/4
crowd [6]   16/24
17/6 17/11 17/12
17/20 24/22
crowed [1]   24/20
culpability [1]
26/5
current [1]   41/25

**D**

D.C [7]   9/21 19/5
25/13 30/19 38/10
42/4 43/3
damaged [1]   22/11
danger [10]   3/25
4/3 4/3 5/12 23/25
30/15 31/9 32/25
34/16 35/16
dangerous [1]   22/5
dangerousness [2]
7/3 25/17
date [9]   36/5 36/20
37/2 37/10 37/11
37/15 37/23 38/3
45/14
dates [1]   36/4
day [7]   9/8 18/12
18/12 18/16 28/6
32/20 36/8
day's [1]   19/19
days [4]   9/13 9/19
11/8 29/17
DC [3]   1/5 1/17
1/25
de [1]   22/7
deal [1]   37/7
decision [11]   2/23
4/6 4/10 4/15 7/25
8/21 22/1 35/19
35/21 36/1 43/12
decisions [1]   3/13
Def [1]   16/16
defendant [63]
defendant's [23]
8/13 20/16 21/22
21/25 22/9 22/15
23/9 23/18 24/22
27/5 28/4 28/20
29/5 29/20 30/8
30/16 30/22 31/9
33/14 33/20 34/17

**D**

**defendant's... [2]**
34/20 35/16
**defendants [15]**
4/16 5/3 5/19 14/12
22/24 23/13 24/6
24/10 31/16 31/19
32/11 32/13 34/22
37/11 40/4
**defense [8]**   6/17
10/12 10/22 18/13
24/2 28/10 28/19
34/3
**definition [2]**   21/6
21/19
**delaying [2]**   21/15
27/1
**deleted [1]**   10/9
**deletion [5]**   29/7
29/7 29/9 29/9
29/21
**democracy [2]**   21/4
32/18
**demonstrate [3]**   8/4
23/4 23/19
**demonstrated [3]**
4/1 29/11 33/6
**denies [1]**   16/14
**Department [1]**
40/21
**deploy [1]**   16/1
**deployed [2]**   6/15
19/5
**describe [1]**   8/4
**described [5]**   21/9
21/18 22/16 22/22
23/7
**describes [1]**   21/1
**description [1]**
21/23
**destroy [4]**   23/8
29/6 29/16 35/6
**destroyed [2]**   23/8
29/16
**destruction [3]**
20/20 21/8 30/1
**detail [1]**   4/7
**details [1]**   14/3
**detain [1]**   24/14
**detection [1]**   35/5
**detention [36]**   1/10
2/4 3/13 4/15 5/16
5/18 5/22 5/24 6/4
6/5 6/8 7/10 7/16
8/2 8/13 9/2 22/1
24/1 26/1 26/4 27/5
29/23 30/6 30/12
30/18 31/9 34/13
35/10 35/14 36/12
36/19 39/5 41/25
42/1 42/6 44/7
**determination [1]**
8/1
**DHS [1]**   18/24
**differences [2]**
4/21 5/10
**different [8]**   3/16
4/16 5/14 5/15
18/15 25/17 26/21

33/1
**differently [1]**
32/11
**direct [1]**   9/4
**directed [1]**   25/14
**directives [3]**   6/25
13/9 13/16
**directly [2]**   12/8
24/7
**disagrees [1]**   43/10
**disclaimed [1]**
27/20
**discovered [1]**   9/17
**discovering [1]**
12/4
**discovery [5]**   12/7
29/12 29/18 36/23
38/23
**discuss [1]**   41/3
**discussed [3]**   23/13
25/21 27/8
**disorder [1]**   20/21
**dispute [3]**   5/21
6/2 22/13
**distance [1]**   17/1
**distinguish [1]**
23/23
**distinguishes [1]**
4/18
**district [5]**   1/1
1/1 1/16 1/23 38/16
**docket [4]**   2/17
2/22 3/7 7/18
**document [1]**   26/17
**Dominic [1]**   16/4
**done [3]**   20/1 37/8
43/12
**DONOHOE [49]**
**Donohoe's [9]**   3/17
5/11 7/10 8/16 9/13
12/13 14/21 18/7
31/15
**Donovan [2]**   11/21
12/9 18/11 19/12
20/7 34/22 35/1
**Donovan's [1]**   12/13
**doors [1]**   25/16
**doubt [2]**   25/4 25/6
**down [1]**   24/9
**draft [1]**   7/21
**draw [2]**   31/19
31/19
**during [17]**   7/16
8/23 10/7 16/20
18/7 20/21 22/5
22/6 22/10 22/25
23/6 23/18 23/21
25/23 26/7 26/10
45/7
**duties [1]**   8/10

**E**

**Eagle [1]**   6/14
**earlier [3]**   10/8
16/24 17/9
**easily [1]**   39/18
**east [1]**   15/1
**easy [1]**   38/9
**ECF [1]**   3/9
**effect [1]**   42/4

**effectively [2]**
21/15 30/6
**effectuate [1]**   43/9
**effort [4]**   7/15
7/17 8/5 42/23
**efforts [5]**   22/13
23/20 23/21 24/22
29/6
**eggs [1]**   15/25
**Eisenhart [2]**   32/14
32/17
**Eisenhart's [1]**
32/24
**either [7]**   4/25 5/1
5/5 14/15 22/7
25/22 31/24
**elder [2]**   12/21
12/23
**elders [2]**   12/17
12/19
**election [3]**   21/15
21/17 31/25
**Electoral [4]**   8/8
21/16 22/13 27/2
**electronic [2]**
29/25 35/10
**else [2]**   15/7 24/4
**employed [1]**   6/18
**employment [1]**
27/10
**encouraging [1]**
22/8
**end [32]**   12/12
13/13 13/17 14/3
14/12 15/6 15/7
16/16 16/18 18/6
18/20 18/25 19/5
19/9 19/10 19/22
19/24 20/3 20/9
25/16 25/17 25/19
28/8 30/23 31/1
32/18 32/20 32/21
33/19 33/22 33/23
34/2
**endeavor [1]**   4/20
**endeavored [1]**   4/19
**ended [3]**   42/8 42/9
42/10
**enforcement [25]**
8/10 9/18 9/25 10/3
10/20 11/12 11/17
12/4 12/7 15/16
16/22 17/18 19/16
20/21 22/12 23/11
24/4 24/19 24/23
25/5 25/10 28/24
29/18 31/24 35/6
**enforcement's [1]**
29/12
**engage [3]**   31/11
32/8 33/6
**engaged [2]**   22/3
22/18
**engaging [1]**   8/10
**ensure [5]**   9/16
37/4 42/1 42/7
42/23
**ensuring [1]**   32/5
**entered [4]**   2/18
5/2 15/16 18/10

**entering [2]**   16/15
18/16
**entire [3]**   18/5
24/21 25/12
**entitled [1]**   45/5
**entrusted [1]**   11/8
**entry [1]**   23/2
**especially [1]**   23/6
**estimates [1]**   15/14
**et [1]**   18/22
**evade [1]**   35/5
**evaluate [1]**   8/18
**evaluating [1]**   7/14
**even [9]**   7/4 8/24
11/20 12/8 27/14
31/25 33/18 34/16
42/18
**evening [5]**   9/11
18/4 19/18 28/4
33/21
**event [7]**   5/9 19/22
26/14 29/9 31/25
32/23 38/2
**events [6]**   13/2
19/19 28/6 29/10
31/19 33/10
**everybody [1]**   11/3
**everyone [1]**   3/12
**evidence [46]**
**evidentiary [2]**
27/24 28/17
**exactly [1]**   40/11
**example [1]**   13/10
**exchange [3]**   11/18
12/3 34/4
**excuse [1]**   11/22
**excused [1]**   44/9
**executive [1]**   12/20
**Exhibit [1]**   3/3
**Exhibit D [1]**   3/3
**exhibits [4]**   2/21
2/25 3/2 3/10
**Exhibits A [1]**   3/2
**existed [1]**   18/22
**expected [1]**   36/20
**explain [1]**   4/6
**explicit [1]**   11/14
**extent [1]**   19/10
**extraordinarily [1]**
32/23
**extremists [1]**
32/15
**eyes [1]**   18/1

**F**

**face [2]**   17/2 17/4
**Facial [2]**   20/8
33/25
**facilitated [1]**
31/23
**facility [8]**   10/14
29/5 35/2 38/18
39/1 39/21 42/1
42/6
**fact [4]**   24/16 25/8
25/21 40/3
**facto [1]**   22/7
**factor [14]**   7/13
8/1 9/2 21/21 25/24
26/2 27/4 29/3 30/7

**F**

factor... [5]   30/13 30/18 30/22 31/8 34/12
factors [10]   3/15 7/6 7/9 7/12 22/2 22/16 23/23 24/13 30/11 35/13
facts [3]   24/12 29/20 30/4
factual [6]   7/22 7/24 8/3 20/17 36/1 36/2
failed [2]   6/24 28/23
failures [1]   6/22
fair [1]   12/2
fairly [5]   8/17 12/5 14/14 21/9 22/22
family [5]   5/3 6/20 27/11 41/15 44/7
far [3]   12/22 24/16 39/12
Faruqui [1]   40/17
fashion [1]   29/24
father [1]   6/19
favor [16]   3/17 8/2 8/13 9/2 24/1 25/11 25/25 26/4 27/4 27/9 30/5 30/11 30/12 30/18 31/8 34/12
fear [1]   9/24
federal [8]   20/19 21/6 21/19 22/11 38/18 39/13 39/13 39/16
feel [1]   42/17
felonies [1]   20/19
felony [4]   6/6 20/20 22/3 22/17
felt [1]   19/23
few [6]   4/22 5/5 19/17 34/23 39/17 40/1
Fifth [3]   23/12 28/20 28/25
fight [1]   28/10
figure [1]   40/13
file [4]   2/19 3/5 13/8 14/19
filed [2]   2/17 3/7
files [2]   3/1 3/8
final [1]   31/8
Finally [2]   23/18 30/13
find [20]   3/23 4/1 6/11 7/1 7/2 7/9 15/25 20/15 21/9 25/20 25/24 26/2 27/4 27/23 30/4 34/11 34/15 35/14 36/6 38/3
finished [1]   43/4
first [9]   7/13 8/1 9/1 10/17 21/21 22/17 25/24 27/19 37/8

fits [1]   21/18
five [5]   16/3 17/15 18/23 22/7 29/17
flight [4]   3/24 6/12 6/13 7/1
focused [2]   4/18 8/22
folks [1]   42/21
follow [2]   6/24 14/20
following [3]   9/22 19/18 29/10
For the Defendant [1]   1/19
force [7]   7/7 18/20 18/21 23/2 27/25 32/8 33/7
forceful [4]   15/19 24/18 25/3 34/7
forces [2]   19/2 19/17
foregoing [1]   45/4
forestall [1]   41/8
forgot [2]   38/9 40/25
formal [1]   22/7
formally [1]   2/25
former [1]   6/15
Forsyth [1]   39/12
forward [2]   24/23 43/7
found [8]   7/20 8/3 20/13 21/7 25/7 27/23 31/2 32/16
four [10]   6/5 6/19 7/6 7/8 7/11 17/15 20/19 21/5 22/5 35/13
four-year-old [1]   6/19
fourth [2]   23/4 34/12
frequency [1]   13/22
front [10]   17/3 17/16 17/19 18/5 24/21 25/7 25/9 36/5 37/12 37/19
fucking [4]   15/6 15/7 17/10 20/1
full [1]   3/20
fullest [1]   19/10
further [10]   4/9 9/6 14/5 15/23 16/13 18/20 20/8 33/8 34/21 34/25
future [6]   28/1 28/13 28/18 29/25 31/10 42/7

**G**

gaiter [1]   17/5
gang [1]   12/12
gathered [3]   14/23 15/4 32/19
gave [1]   13/19
generally [1]   10/16
gentlemen [1]   5/1
gets [1]   40/20
Gillice [2]   39/25 40/5

girl [1]   27/13
given [6]   6/5 22/20 25/12 28/13 28/13 40/3
goal [2]   8/7 21/14
God [1]   19/21
goes [1]   38/11
good [5]   2/7 2/10 2/14 10/15 30/5
got something [1]   43/15
government [60]
Government's [27]   2/21 4/13 5/16 5/21 6/8 7/18 7/24 8/3 9/12 10/5 12/24 12/25 13/4 15/17 18/6 21/14 24/14 24/25 26/3 26/4 28/14 29/4 35/2 35/7 35/12 36/2 40/1
Graham [4]   38/17 39/5 39/10 41/18
granting [1]   4/12
great [4]   38/23 38/24 41/14 42/10
green [3]   20/9 20/9 34/1
ground [1]   11/23
group [38]   8/6 8/15 9/5 9/9 9/15 9/23 10/8 10/23 10/24 11/19 12/9 12/14 12/19 12/20 13/8 13/11 13/20 14/6 14/10 14/23 14/25 15/4 15/5 15/11 15/14 15/15 15/24 16/21 18/19 18/24 19/6 19/20 23/17 29/14 32/19 32/21 33/5 33/21
group's [21]   9/16 9/24 10/18 11/15 12/4 12/7 12/18 13/9 14/1 14/9 15/21 23/10 23/16 23/20 24/18 26/23 29/8 29/9 29/12 29/16 32/5
groups [1]   32/15
Guard [2]   18/24 19/4
guess [4]   17/8 39/4 42/8 43/11
Guilford [1]   39/14
guns [1]   20/12
guys [1]   16/17

**H**

hair [1]   17/4
ham [1]   13/23
hands [4]   24/4 24/6 24/8 25/22
hands-on [1]   24/6
happen [1]   39/23
happened [2]   9/8 26/20
happens [1]   41/2

happy [1]   40/25
harder [2]   38/7 38/10
HARVEY [1]   1/10
hear [1]   43/11
heard [3]   15/5 22/23 44/5
hearing [20]   1/10 2/4 5/22 5/24 6/1 6/4 6/8 7/16 7/20 36/12 36/19 40/24 41/1 41/11 42/1 42/14 42/14 43/6 43/22 45/7
hearings [2]   42/8 43/5
heart [1]   21/4
heavily [1]   25/25
held [2]   2/4 36/20
help [5]   10/23 11/1 11/4 32/6 35/23
helped [1]   9/5
helpful [1]   43/3
highlight [1]   34/18
himself [2]   24/8 27/14
hindering [2]   21/16 27/1
history [3]   10/11 27/6 29/3
Holman [1]   2/12
home [3]   20/16 35/10 44/7
Honor [18]   2/7 2/10 2/24 3/5 36/10 36/16 37/2 37/14 37/21 38/15 40/3 40/15 41/5 41/16 42/19 43/13 43/18 43/20
HONORABLE [1]   1/10
HOOK [3]   1/22 45/3 45/14
hopefully [1]   43/7
hour [1]   18/17
house [1]   20/13
housekeeping [1]   36/17
Howell [2]   21/23 27/22

**I**

ideas [1]   10/17
identifiable [1]   30/20
identified [3]   17/7 30/25 31/5
illegal [2]   12/1 12/8
immediate [1]   12/10
immediately [4]   9/19 19/8 41/9 42/25
impact [1]   29/22
implicates [1]   28/25
important [1]   24/2
impossible [1]   38/11
inadequacy [1]

**I**

inadequacy... [1]
34/19
include [3]   15/12
22/2 35/10
includes [2]   17/6
26/6
including [10]
13/16 13/21 14/25
17/7 17/15 20/19
22/10 27/9 29/24
31/20
incoming [2]   18/25
19/16
incorporate [1]
7/23
inculpatory [1]
26/9
indeed [9]   9/10
19/17 21/4 21/13
24/5 25/13 26/24
33/12 34/6
indicated [3]   4/11
30/19 30/19
indication [1]   6/24
indications [2]
14/19 15/17
indicted [3]   8/17
30/2 31/11
indictment [11]
3/21 6/5 21/1 21/5
21/14 21/18 22/21
26/8 26/24 29/11
33/3
individual [4]   17/8
17/9 31/1 32/4
individuals [6]   5/8
12/18 17/12 17/19
31/18 32/6
influence [1]   21/10
information [1]
11/11
initial [2]   15/21
16/7
inmates [3]   38/22
39/14 39/16
innocence [1]   35/25
inquiry [1]   30/14
inside [3]   8/11
15/25 19/15
insignificant [1]
30/9
instruct [1]   2/16
instructed [2]
14/24 29/13
instructions [3]
3/5 13/19 14/20
insufficient [1]
27/23
integrity [1]   35/12
interest [1]   38/5
interests [1]   38/5
interfered [1]   8/9
interpretation [1]
12/2
interpreted [1]
12/6
interprets [1]
14/14

intimidation [2]
21/11 33/7
into [6]   3/1 11/3
15/19 16/8 23/2
23/3
introduce [1]   2/5
investigation [6]
10/7 11/25 27/15
35/7 35/12 36/22
invite [1]   11/3
involved [4]   15/24
16/9 19/9 19/15
involving [2]   29/8
36/22
Iraq [1]   6/15
issue [4]   37/6 38/7
40/4 41/4
issued [2]   40/9
42/5
issues [1]   43/22

**J**

jail [5]   6/7 20/24
38/17 39/3 41/14
January [28]   9/6
9/11 11/9 11/18
12/5 13/18 13/19
14/21 21/3 21/25
24/5 26/8 27/21
28/5 28/16 29/8
29/17 32/7 32/15
32/18 33/2 33/6
33/10 33/15 33/18
33/19 33/21 34/6
January 13th [1]
29/17
January 20th [1]
33/19
January 4th [1]
11/18
January 6th [23]
9/6 9/11 11/9 12/5
13/19 14/21 21/3
21/25 24/5 26/8
27/21 28/5 28/16
29/8 32/7 32/15
32/18 33/2 33/6
33/10 33/18 33/21
34/6
JASON [2]   1/14 2/8
JEFF [3]   1/22 45/3
45/14
Joe [3]   20/1 28/7
33/23
joined [2]   2/8
32/19
JONES [2]   1/15 2/9
JUDGE [23]   1/11 4/9
4/12 4/14 7/15 7/20
8/3 8/14 21/23
26/11 26/15 27/22
31/15 32/1 34/18
35/21 36/5 37/12
37/19 37/22 40/17
40/18 41/21
judges [3]   21/2
40/17 43/12
judgment [1]   4/5
JurisLink [2]   38/20
38/23

jury [2]   35/25 36/2
justice [2]   38/5
40/22

**K**

keep [6]   3/8 3/10
11/12 19/12 41/25
44/4
Kelly [11]   4/9 8/3
8/14 26/15 31/15
32/1 35/22 36/5
37/12 37/19 37/22
Kelly's [6]   4/12
4/15 7/15 7/20
26/11 34/19
Kernersville [1]
41/17
keys [2]   14/12
14/13
kibosh [1]   40/22
kind [2]   13/23
22/23
knew [1]   16/15
knowledge [4]   10/14
11/7 29/5 35/2
known [2]   17/6
27/14
knows [1]   40/14

**L**

labeled [1]   3/2
laborious [1]   7/17
lack [1]   27/9
laid [3]   14/3 24/3
25/22
lamented [1]   33/22
Lamont [3]   40/24
43/2 43/23
large [3]   31/19
31/25 32/19
larger [1]   36/14
last [5]   2/15 3/4
18/14 28/4 30/13
late [5]   20/4 20/6
33/22 33/25 43/5
later [10]   2/23
15/23 16/3 16/6
16/13 18/4 19/1
23/1 24/20 41/10
law [28]   7/5 8/9
9/18 9/25 10/3
10/20 11/12 11/16
12/4 12/7 15/16
16/21 17/17 19/10
19/16 20/21 22/11
23/11 24/4 24/18
24/23 25/4 25/10
28/24 29/11 29/18
31/24 35/5
lawmakers [1]   8/11
lays [1]   26/17
lead [1]   8/6
leaders [2]   13/9
13/10
leadership [9]   4/23
12/14 12/19 13/6
14/8 14/16 22/8
23/14 31/16
leading [4]   8/23
9/13 13/2 24/24

least [10]   5/3
11/22 13/6 18/1
28/8 31/23 39/16
40/10 42/24 44/2
leave [2]   10/8 19/8
leaves [1]   29/23
42/8
ledger [1]   5/4
left [1]   6/16
less [4]   4/23 11/14
18/8 23/24
lieutenant [4]   13/7
14/18 23/15 32/4
life [1]   5/3
likely [2]   27/15
32/23
limitations [1]
45/9
line [5]   7/18 17/17
18/5 24/21 40/11
LISA [3]   1/19 1/19
2/10
little [2]   29/23
41/18
live [2]   41/13
41/13
lives [1]   6/21
local [2]   9/21
12/15
logo [1]   20/15
longer [2]   13/24
44/4
looked [1]   8/20
looking [1]   12/12
lot [1]   11/3
LUKE [2]   1/15 2/9

**M**

mace [1]   16/2
MAGISTRATE [1]   1/11
maintaining [1]
9/14
makes [1]   37/10
making [1]   22/1
many [3]   3/15 17/11
27/8
marched [2]   15/1
15/12
Marine [1]   6/15
marshal [1]   32/6
Marshals [8]   38/8
40/21 41/24 42/3
42/5 42/20 43/2
44/4
materially [1]   5/13
materials [1]   3/4
matter [7]   24/17
34/23 35/7 36/17
36/19 40/4 45/6
may [10]   20/12
27/20 33/9 36/11
36/13 37/4 37/11
37/13 37/17 37/19
May 17th [1]   20/12
May 3rd [1]   36/13
May 4th [6]   36/11
37/4 37/11 37/13
37/17 37/19
MCCULLOUGH [5]   1/14
2/8 37/20 39/24

**M**

MCCULLOUGH... [1]   43/24
mean [6]   10/19 20/8   34/1 39/13 40/12   40/20
meaning [1]   39/21
means [1]   10/2
meant [3]   28/11   38/8 40/24
meet [2]   21/5 39/18
meeting [2]   14/1   14/4
meetings [1]   19/22
meets [1]   22/16
member [5]   11/18   12/17 15/5 16/4   33/21
members [12]   8/6   10/8 10/23 13/8   13/16 14/19 14/20   15/24 17/7 19/14   19/19 32/14
membership [2]   9/9   27/21
mere [1]   34/4
merits [1]   3/15
message [6]   12/9   13/12 16/11 18/18   18/23 18/24
messages [5]   10/6   10/21 14/1 15/24   19/11
methods [1]   13/20
MICHAEL [1]   1/10
middle [1]   38/16
might [1]   40/22
mile [1]   39/16
miles [2]   39/11   41/19
military [1]   6/16
militate [1]   7/10
militia [1]   32/15
Milkshake [2]   17/9   26/24
Minecraft [2]   11/19   11/25
ministry [1]   10/12
minute [2]   18/25   19/3
minutes [5]   15/23   16/3 18/23 19/6   19/17
misdemeanor [1]   22/3
missing [1]   27/13
misspelled [1]   20/2
mitigate [2]   34/16   35/18
mitigated [1]   4/4
mob [4]   18/2 24/25   25/5 25/8
mob's [1]   25/6
moment [6]   4/25   22/16 22/23 28/9   33/9 38/1
monitoring [2]   29/25 35/10
months [2]   5/6

34/23
Monument [2]   14/11   14/24
more [9]   4/24 5/2   10/16 10/18 10/19   10/24 12/8 18/17   43/4
morning [5]   14/2   14/5 14/22 15/4   23/17
MOSD [2]   10/11   10/12
most [3]   20/22   26/11 26/19
mother [1]   32/13
motion [3]   4/13   24/14 38/1
motivated [1]   27/20
move [4]   2/25 19/2   25/13 40/10
moved [1]   40/20
movements [1]   22/10
Mr. [87]
Mr. Biggs [9]   4/13   4/17 4/22 4/25 5/14   7/16 18/8 31/18   34/21
Mr. Donohoe [42]   4/16 5/5 6/11 8/19   9/3 9/23 10/7 10/22   12/21 13/15 14/14   14/16 15/1 15/9   15/12 16/2 16/3   16/9 16/16 17/21   18/1 18/10 18/18   18/23 20/5 23/5   24/11 28/15 32/2   32/5 32/10 33/24   35/20 37/4 37/7   38/9 38/25 39/17   40/9 40/25 42/23   43/23
Mr. Donohoe's [8]   3/17 5/11 7/10 8/16   9/13 14/21 18/7   31/15
Mr. Donovan [7]   11/21 12/9 18/11   19/12 20/7 34/22   35/1
Mr. Donovan's [1]   12/13
Mr. Gillice [2]   39/25 40/5
Mr. McCullough [3]   37/20 39/24 43/24
Mr. Munchel [2]   32/13 32/16
Mr. Nordean [11]   4/14 4/17 4/22 4/25   5/14 7/17 12/23   13/1 14/15 18/9   34/21
Mr. Pezzola [1]   16/6
Mr. Rehl [1]   14/15
Ms. [8]   32/14 32/17   35/23 37/9 38/13   39/2 41/12 43/19
Ms. Costner [6]

35/23 37/9 38/13   39/2 41/12 43/19
Ms. Eisenhart [2]   32/14 32/17
much [2]   5/18 25/13
multiple [1]   6/15
Munchel [7]   25/14   31/2 32/11 32/12   32/13 32/16 32/24   must [9]   3/14 7/5   24/14 27/14 30/20   30/20 30/22 31/2   31/3
mute [1]   3/12
myself [1]   43/2

**N**

name [2]   4/22 39/1
namely [1]   29/7
National [2]   18/24   19/4
nature [7]   7/13 8/1   8/18 22/9 25/24   30/14 31/4
NC [1]   1/20
near [1]   41/14
neck [1]   17/5
need [7]   2/17 2/18   2/20 2/21 10/14   41/8 42/17
needle [1]   25/13
needs [1]   3/9
network [1]   32/6
networks [1]   31/18
Nevertheless [3]   6/11 7/4 17/14
new [4]   9/23 10/24   11/4 29/14
newly [1]   13/15
news [2]   19/1 19/3
next [7]   36/4 36/5   36/7 36/10 37/9   38/3 39/15
nicknamed [1]   17/9
night [4]   2/15 3/4   13/19 18/15
none [3]   14/24   28/25 34/15
nonetheless [1]   30/10
nonviolent [1]   25/7
noon [1]   15/3
nor [3]   4/17 24/7   27/21
Nordean [15]   4/14   4/17 4/22 4/25 5/14   7/17 12/23 13/1   14/12 14/15 15/8   18/9 31/17 34/21   36/11
normally [1]   13/24
North [6]   38/12   38/15 38/16 38/17   39/5 43/9
notably [5]   11/17   15/9 18/3 18/8   20/13
note [4]   9/7 24/2   27/11 45/7
noted [1]   20/12

nuke [2]   23/8 23/9
nuked [1]   10/9
number [3]   10/17   21/24 36/23
numbers [2]   17/23   31/20
nunc [1]   37/1
NW [2]   1/16 1/24

**O**

object [2]   26/12   26/22
objection [3]   5/24   37/16 41/6
objective [1]   26/18
observation [1]   26/11
observed [2]   21/2   26/16
obstruct [2]   32/18   32/25
obstructed [1]   8/9
obstruction [3]   20/20 20/21 20/22
occasions [1]   10/17
occurred [3]   15/3   32/7 45/7
offense [6]   7/14   8/2 8/19 21/23 22/3   25/25
offenses [5]   7/15   8/12 20/19 21/22   22/17
offer [1]   10/17
office [3]   1/15   40/6 41/9
officer [1]   24/4
officers [8]   17/21   17/22 22/12 24/19   25/5 25/6 25/15   38/21
officers' [1]   17/25
official [4]   1/23   20/22 20/23 45/3
officially [1]   39/5
Oklahoma [1]   38/19
old [2]   6/14 6/19
once [1]   40/20
one [19]   3/14 5/3   7/25 11/17 11/23   15/5 15/24 16/7   16/17 17/3 18/25   19/3 21/20 22/2   35/20 36/8 36/16   38/9 38/10
only [8]   4/22 12/22   19/22 25/7 25/14   28/5 28/18 32/17
onto [1]   17/19
open [3]   42/8 42/9   42/10
operational [1]   10/15
operations [1]   9/17
opinion [2]   4/12   21/24
opportunity [1]   32/17
opposite [1]   31/22
option [2]   38/10

**O**

option... [1]   38/10
options [1]   39/17
oral [1]   42/21
order [8]   2/18 4/7
7/19 40/9 41/22
42/4 42/11 42/21
ordered [2]   40/17
40/19
orders [1]   10/8
organization [1]
23/17
organize [2]   8/6
9/6
others [7]   11/2
11/16 17/11 18/17
31/20 31/21 34/8
otherwise [2]   6/14
22/12
out [12]   14/3 16/17
24/3 26/17 27/14
30/6 36/6 36/6
40/13 42/19 43/2
43/23
outlined [1]   21/24
outside [2]   15/4
19/14
outweigh [1]   25/21
outweighed [1]
30/10
outweighs [1]   38/5
over [3]   17/2 17/4
19/25
Overall [1]   9/3
overrun [1]   25/5
overturn [1]   21/15
overwhelm [1]   24/23
overwhelming [3]
15/15 16/21 17/17
own [5]   3/15 20/16
24/8 32/3 33/20

**P**

P.A [1]   1/19
p.m [6]   1/6 15/13
16/12 16/20 36/13
44/11
pack [1]   25/9
pages [1]   7/21
Pakistan [1]   6/17
pandemic [1]   45/8
part [4]   7/24 8/21
17/13 33/4
participant [4]
18/2 23/20 24/17
25/2
participants [3]
10/10 13/11 22/6
participation [1]
15/18
particular [1]   31/4
particularly [1]
18/14
parties [8]   2/5
2/16 4/7 4/20 11/10
37/4 38/4 44/9
parties' [2]   2/15
3/21
passed [3]   28/9

31/25 33/10
past [6]   5/5 6/25
15/15 15/22 34/23
35/22
peaceful [2]   28/12
28/18
Pence [1]   19/7
people [4]   15/15
20/1 31/20 32/19
perhaps [2]   12/8
28/11
perimeter [1]   15/17
permit [1]   44/5
person [3]   20/3
24/7 30/15
personally [1]
10/10
perspectives [1]
31/21
pertinent [1]   35/7
Pezzola [5]   16/5
16/6 17/8 18/17
23/2
phone [1]   11/20
photographs [1]
26/6
photos [3]   15/20
15/20 15/21
phrase [1]   14/13
physical [1]   24/6
physically [1]
17/21
pick [1]   43/5
piercing [2]   20/11
34/3
place [2]   28/5
42/24
placed [1]   2/21
plainly [2]   6/7
26/18
Plaintiff [1]   1/4
plan [5]   8/6 9/5
11/15 11/17 26/14
planned [1]   25/18
planning [8]   9/17
13/13 13/14 22/4
22/18 23/16 29/8
31/17
plans [4]   11/23
12/5 12/7 29/12
played [1]   9/4
playing [1]   11/19
please [3]   2/5 3/12
45/7
plenty [1]   27/3
point [1]   14/2
points [1]   24/3
police [6]   16/5
16/17 16/25 17/20
17/22 25/15
political [9]   28/9
31/12 31/13 31/22
32/9 33/8 33/9
33/15 34/9
politics [1]   32/1
poorly [1]   29/22
pose [5]   3/25 4/2
23/24 30/22 35/16
posed [2]   30/16
31/9

poses [4]   5/13 31/4
34/17 35/1
position [5]   37/9
39/25 40/2 43/8
44/3
positions [2]   3/22
17/25
positive [3]   27/17
30/8 30/10
possibility [1]
39/14
possible [1]   34/15
potential [1]   34/19
poured [1]   23/3
power [1]   33/18
PowerPoint [1]   3/3
practice [1]   39/12
pre [1]   14/4
pre-meeting [1]
14/4
prefer [1]   38/14
preferably [1]
38/15
preference [2]
38/13 44/5
prepare [2]   36/25
37/5
presence [1]   32/21
presented [2]   3/20
32/12
presently [1]   6/18
president [2]   12/15
19/7
presidential [1]
21/17
presumption [9]
5/25 6/4 6/9 6/12
7/3 7/6 7/9 35/14
35/25
pretrial [7]   2/13
5/15 7/10 24/11
24/15 27/5 34/13
pretty [1]   5/18
previously [3]
23/13 34/25 36/21
pride [1]   28/5
primary [1]   9/13
principal [1]   26/18
prior [15]   6/22
6/22 9/6 9/7 9/19
11/8 22/4 22/18
23/16 26/10 26/14
27/19 28/23 29/12
33/14
private [1]   6/17
pro [1]   37/1
probably [2]   39/4
41/18
probation [1]   38/21
proceeding [2]
20/22 20/23
proceedings [2]
44/11 45/5
process [2]   8/9
10/4
produce [1]   31/19
produced [2]   15/2
16/19
proffered [3]   9/20
10/1 29/15

proffers [5]   10/11
11/24 15/3 20/10
34/2
promote [3]   28/1
32/9 33/8
promoted [2]   22/12
23/21
prompting [1]   28/24
property [3]   20/20
21/8 22/11
propose [1]   37/3
prosecuted [1]
19/10
prospective [1]
30/23
protect [3]   8/10
24/19 24/24
protective [1]   2/18
protest [3]   28/12
28/18 32/20
protesting [1]
32/21
Proud [15]   9/10
9/21 12/10 12/16
12/17 13/1 13/16
14/23 16/4 17/6
17/13 20/15 27/22
31/20 31/21
proved [1]   34/6
proven [1]   35/15
provided [2]   10/13
18/20
public [2]   30/23
38/6
pulled [1]   17/4
purpose [2]   23/11
43/6
purposes [2]   22/1
37/24
pursue [1]   28/18
push [3]   15/25
17/16 24/22
pushed [2]   18/5
24/21
pushing [1]   16/22
put [2]   27/14 40/22

**Q**

quite [2]   7/17
26/23
quote [74]

**R**

radio [2]   13/22
13/23
raised [1]   39/25
range [2]   13/24
39/17
rank [2]   13/8 14/19
rare [1]   26/16
Rather [2]   26/18
reach [5]   16/22
28/17 34/4 43/2
43/23
reached [2]   36/6
42/19
read [5]   10/25
10/25 12/1 12/5
42/10
reads [1]   34/3

**R**

ready [1]   19/2
real [1]   5/23
really [2]   7/17
30/14
reason [2]   27/4
27/22
reasonably [3]
34/16 35/11 35/18
reasons [8]   6/25
7/2 25/20 30/17
34/11 34/25 35/8
36/21
rebuttable [3]   5/25
6/4 6/9
rebutted [4]   6/12
7/3 7/4 7/8
recital [1]   7/23
recognition [2]
20/8 34/1
record [19]   2/20
3/20 5/6 6/2 6/21
11/5 20/17 22/20
25/12 27/10 28/3
28/13 28/22 33/17
34/5 34/10 34/14
34/24 36/21
recorded [1]   16/7
recovered [1]   10/6
red [1]   17/4
redact [1]   2/19
reference [2]   11/25
20/10
referenced [2]
10/22 19/17
refers [1]   10/12
reflect [3]   20/25
28/5 29/21
reflecting [1]   26/8
refrain [1]   27/24
regard [1]   10/16
regroup [1]   19/14
regrouping [1]
18/19
Rehl [5]   14/13
14/15 15/8 16/13
36/13
related [1]   29/6
relationship [1]
6/19
relay [1]   13/15
release [19]   3/18
3/24 4/2 4/5 5/5
5/7 5/13 23/24 27/9
29/24 30/16 30/22
31/10 34/15 34/17
34/20 34/23 35/9
35/16
relief [1]   4/9
rely [3]   5/7 7/25
34/24
remember [1]   40/11
remote [1]   42/8
remotely [2]   45/5
45/9
removed [1]   24/8
renounced [3]   9/8
9/9 27/21
repeat [1]   7/22

repeated [1]   32/23
reported [1]   45/5
reporter [4]   1/22
1/23 4/7 45/3
reporting [1]   45/9
reports [1]   10/2
representations [1]
38/4
require [1]   5/14
resides [1]   41/16
resolving [1]   38/1
resources [1]   31/5
respect [26]   4/9
4/13 4/15 4/24 5/15
5/17 5/21 6/12 7/3
7/16 9/3 14/9 18/7
18/21 23/7 23/16
26/12 27/6 28/14
29/5 29/20 30/7
30/13 30/21 31/15
36/16
respond [1]   10/3
responded [1]   33/24
responds [6]   11/22
15/7 16/2 16/16
20/4 20/5
response [3]   15/23
33/20 42/21
responsibility [1]
32/4
restricted [2]
15/16 15/19
result [2]   5/15
9/25
resumed [1]   13/14
retaliate [1]   21/11
retreat [1]   17/25
review [4]   2/23 4/5
4/11 7/11
reviewed [3]   2/15
10/21 18/14
revolution [1]
33/16
right [8]   6/8 37/7
37/25 38/1 40/14
41/1 43/3 44/9
rights [1]   28/20
riot [13]   9/6 9/14
16/5 16/12 17/8
18/7 22/5 22/7
22/10 22/25 23/1
23/6 23/18
rioters [11]   16/21
16/24 17/12 17/14
17/20 17/23 23/3
23/24 24/23 25/7
25/9
rioters' [2]   17/18
22/8
risk [5]   3/24 6/12
6/13 7/1 35/18
role [13]   4/23 8/20
9/4 9/13 12/14 13/6
14/8 14/16 18/15
22/8 23/14 28/6
32/3
roles [1]   12/19
room [2]   1/24 33/13
rotten [1]   16/1
row [2]   17/16 25/8

rows [1]   17/15
Ruffin [3]   40/24
43/2 43/24
runs [1]   43/2

**S**

safety [3]   30/21
30/23 35/11
Salem [2]   1/20 39/7
Salerno [1]   30/24
same [7]   5/18 7/2
23/10 32/2 41/17
42/22 43/24
saw [2]   11/15 33/17
saying [3]   11/4
30/9 40/9
schedule [2]   36/14
37/19
scheduled [3]   2/3
36/11 42/2
score [2]   11/13
34/18
Scout [1]   6/14
seal [1]   2/19
search [1]   27/13
second [9]   17/1
17/3 18/19 18/21
22/17 26/2 27/4
29/2 35/24
secondly [1]   37/13
seconds [1]   25/5
secret [1]   33/14
section [3]   6/6
6/10 21/7
secure [12]   9/14
10/15 10/18 10/19
10/24 11/7 11/12
29/5 29/21 32/5
35/3 38/22
security [3]   10/16
19/2 19/16
seek [1]   4/9
seeking [4]   11/12
17/18 24/19 24/24
self [2]   10/2 10/12
self-defense [1]
10/12
self-reports [1]
10/2
send [1]   44/6
senior [4]   13/7
14/18 23/15 32/4
sense [4]   10/15
25/3 32/10 37/10
sent [6]   12/9 18/18
18/23 19/1 19/3
19/6
serious [3]   8/12
20/22 22/17
seriously [1]   25/4
seriousness [2]
20/25 30/15
serve [1]   23/23
served [1]   13/7
service [11]   10/3
31/13 34/8 38/8
40/21 41/25 42/3
42/5 42/20 43/3
44/4
Services [1]   2/13

set [1]   43/21
setting [1]   10/23
severity [1]   21/25
shall [3]   41/25
42/3 42/5
share [2]   36/3
38/23
shared [1]   13/20
shatter [1]   16/6
Shay [1]   2/12
sheer [1]   17/23
shield [8]   16/5
16/5 16/10 16/12
16/18 16/25 17/8
23/1
shield's [1]   16/11
shit [2]   20/8 34/1
shortly [1]   15/13
shouted [1]   17/10
showed [1]   33/2
shows [2]   11/5
28/14
sic [5]   12/9 18/11
20/7 34/22 35/1
side [2]   5/4 15/1
significant [2]
20/24 24/12
significantly [2]
17/24 27/18
similarities [1]
5/10
situated [1]   32/11
six [2]   20/19 22/9
skills [1]   31/17
smashing [1]   16/17
someone [1]   15/7
sometime [1]   15/3
somewhat [2]   18/8
25/10
somewhere [2]   15/14
38/15
son [1]   6/19
soon [1]   36/8
sorry [3]   12/13
19/12 36/17
sort [5]   11/5 12/20
13/7 22/22 34/3
sorts [1]   13/13
sounds [1]   3/12
spawned [1]   33/9
speak [2]   6/22
40/14
specifically [2]
21/5 35/5
spectrum [1]   31/22
speedy [8]   36/18
36/25 37/3 37/8
37/13 37/16 37/24
38/6
spend [1]   5/22
spirit [1]   33/15
spoke [1]   33/15
spontaneous [1]
22/22
squared [1]   40/6
stable [2]   5/2 6/19
staff [1]   8/11
staging [1]   19/2
stairs [4]   16/22
17/16 17/25 24/24

**S**

stand [1]   13/9
standard [1]   31/7
stands [1]   20/18
started [2]   3/11
3/13
state [2]   18/4 19/4
stated [10]   14/11
15/25 16/12 19/1
19/4 19/20 28/23
30/17 33/25 34/25
statement [2]   11/14
19/7
statements [5]   8/16
8/24 23/19 26/9
28/4
states [6]   1/1 1/3
1/11 2/3 2/8 20/8
stationed [1]   6/16
status [10]   27/10
36/7 36/10 37/11
37/15 41/3 41/6
41/8 41/10 43/21
statute [1]   36/17
statute of [1]
36/17
statutory [2]   21/6
21/19
stay [1]   42/24
stays [1]   44/2
step [1]   11/23
steps [1]   17/3
still [5]   3/9 7/7
19/14 19/15 31/21
stolen [3]   16/5
16/17 23/1
stood [2]   18/5
24/20
stopping [3]   8/7
21/15 27/1
storm [4]   8/7 8/15
23/20 26/25
stormed [1]   19/25
storming [2]   19/18
21/3
Street [1]   1/16
1/20
strengths [2]   5/16
5/17
strong [3]   6/18
6/20 26/5
strongly [2]   30/1
30/12
strongly in [1]
30/11
struck [1]   21/3
struggle [1]   33/19
styled [1]   40/11
subject [1]   45/8
submissions [1]
2/15
submit [2]   3/3 41/7
submitted [6]   3/1
3/1 3/2 3/4 3/22
26/12
Subsequently [1]
14/9
sudden [1]   17/17
sufficiently [1]

4/3
suggest [2]   28/6
32/8
suggesting [2]   11/1
14/8
suggestion [2]
18/13 24/9
suggests [4]   28/8
28/10 28/19 34/10
Suite [1]   1/20
Sullivan [1]   40/19
sum [3]   25/24 30/4
35/13
support [4]   3/21
6/20 11/6 33/4
supported [1]   10/5
supposed [1]   21/21
Supreme [1]   30/24
sure [6]   11/20 40/5
41/2 41/10 42/16
44/2
surreptitious [1]
30/1
sympathetic [1]
31/20

**T**

talk [1]   36/3
talkie [2]   13/23
13/25
talking [1]   11/19
technological [1]
45/9
Telegram [13]   9/23
10/2 10/6 13/15
14/6 14/10 16/11
18/4 19/20 23/4
26/10 29/14 29/14
telling [1]   19/7
tells [3]   20/2 28/7
33/23
term [1]   25/3
Terrace [3]   16/23
17/19 24/25
terrorism [2]   21/7
21/20
texts [2]   10/25
12/6
theft [1]   16/9
16/11
Thereafter [2]
13/14 18/6
thereby [1]   27/1
therefore [2]   34/11
45/8
thin [1]   17/17
third [3]   22/25
29/2 30/7
though [1]   40/18
threat [6]   30/21
30/23 30/25 31/2
31/4 31/4
threatened [1]
22/11
threatening [1]
25/8
three [3]   3/1 5/19
22/4
Throughout [1]
10/12

throwing [1]   25/10
thrust [1]   21/13
ties [2]   6/18 9/8
times [1]   6/15
tip [3]   20/9 20/10
34/2
TJK [1]   1/4
today [1]   8/21
today's [1]   37/2
together [4]   7/10
26/25 35/14 36/8
told [3]   10/9 13/11
35/25
toll [3]   36/25
37/23 38/2
tolled [3]   36/18
37/3 37/25
tolling [2]   37/13
38/4
tomatoes [1]   16/1
tomorrow [13]   40/10
40/13 41/3 41/6
41/11 42/18 42/24
43/6 43/14 43/16
43/22 44/3 44/10
tonight [1]   40/12
took [2]   19/25 28/5
top [3]   12/19 13/12
42/18
touch [1]   42/22
track [1]   34/24
transcript [6]   1/10
4/8 4/12 7/20 7/22
45/4
transfer [2]   33/18
43/9
transport [1]   42/3
trial [8]   36/18
37/1 37/3 37/8
37/13 37/16 37/24
38/6
triggered [1]   5/25
triggers [1]   6/8
Troopers [1]   19/5
true [2]   32/2 45/4
trusted [4]   13/7
14/18 23/15 32/3
trying [4]   16/2
19/14 29/18 36/7
tunc [1]   37/1
turn [1]   7/12
Twenty [1]   16/3
Twenty-five [1]
16/3
twice [2]   18/6
24/21
two [12]   4/15 5/1
5/3 5/7 15/23 19/6
22/3 27/18 31/18
35/20 39/19 43/4
type [1]   20/10
typo [1]   20/3

**U**

U.S [7]   1/15 1/23
38/21 41/24 42/3
42/5 42/20
U.S.C [3]   6/6 6/10
21/7
ultimate [1]   30/14

unarmed [2]   19/25
20/1
under [6]   2/19 6/9
7/6 21/21 27/15
37/24
undercut [1]   27/18
undermined [1]   29/4
undersigned [1]
42/2
Understood [1]   2/24
Unfortunately [1]
43/4
unindicted [3]   8/17
30/3 31/11
unique [2]   32/17
35/1
UNITED [5]   1/1 1/3
1/11 2/2 2/8
unless [1]   42/4
unlike [5]   4/25 5/4
5/4 18/8 34/21
unquote [1]   11/25
unusual [1]   26/15
up [19]   6/7 7/18
8/23 9/13 10/23
13/2 16/22 17/16
17/25 20/23 22/23
24/24 28/7 33/2
34/7 37/25 39/25
40/14 41/9
update [1]   41/21
upon [2]   5/7 7/25
use [5]   11/20 23/9
27/25 33/20 35/4
used [7]   8/18 13/15
13/21 16/6 22/5
23/1 24/6
using [2]   27/25
35/3

**V**

vacated [1]   43/15
vacuum [1]   8/25
vague [1]   42/10
various [2]   3/22
30/4
versus [1]   2/3
veteran [1]   27/10
Vice [1]   19/7
video [26]   2/4 3/1
3/8 15/2 15/4 15/9
15/10 15/21 16/4
16/7 16/14 16/16
16/19 16/23 16/24
17/1 17/2 17/3 17/6
17/9 17/14 17/22
18/1 22/25 24/25
38/20
VIDEOCONFERENCE [1]
1/13
videos [2]   3/7 26/6
view [8]   21/6 24/1
24/15 27/17 28/25
30/7 30/12 30/17
viewed [1]   32/22
viewing [1]   8/24
views [8]   27/20
28/1 28/2 28/12
31/14 32/10 33/8
34/9

**V**

violates [1]   28/20
violation [1]   6/6
violence [8]   24/6
28/1 31/12 31/24
32/8 33/7 33/15
34/8
violent [1]   25/4
Virginia [1]   19/4
voluminous [1]
36/23
voluntarily [1]
28/23
vote [5]   8/8 21/17
22/14 27/2 32/25

**W**

Wait [1]   20/1
waiving [1]   37/16
walkie [2]   13/23
13/25
walkie-talkie [2]
13/23 13/25
war [1]   33/16
warn [1]   19/15
warning [1]   12/11
warrants [1]   6/23
warrior [1]   19/24
Washington [9]   1/5
1/17 1/25 13/17
13/18 14/11 14/23
19/5 42/4
way [6]   3/8 14/11
29/22 30/12 38/19
40/22
weaknesses [1]   5/17
weapons [1]   22/5
wear [2]   13/17
19/21
wearing [1]   19/21
weeks [3]   5/6 20/14
34/23
weigh [6]   3/17 8/12
23/25 25/25 27/8
30/11
weighs [7]   8/2 9/2
26/3 27/4 30/18
31/8 34/12
weight [2]   7/7 26/2
West [3]   16/22
17/19 24/24
what's [1]   42/9
Whereas [1]   16/24
wherein [1]   10/22
white [1]   17/4
who's [1]   43/3
whole [2]   21/13
40/23
whose [1]   23/24
willing [2]   18/2
25/2
willingness [3]
27/12 35/4 35/6
window [4]   16/6
16/10 16/17 23/3
windows [2]   16/15
25/16
Winston [2]   1/20
39/7

Winston-Salem [2]
1/20 39/7
wish [2]   35/22
40/23
withdrawn [1]   19/13
withdrew [1]   18/11
within [3]   12/14
21/19 39/16
without [2]   8/25
28/24
wizard [1]   11/6
word [1]   23/9
words [5]   8/25 10/9
22/9 33/20 34/7
wore [1]   14/24
work [1]   11/3
works [5]   25/10
40/21 43/6 43/17
43/20
worth [1]   4/14

**Y**

year [1]   6/19
years [3]   6/7 6/14
20/23
yell [1]   15/7
yelling [1]   15/5
yesterday [8]   4/11
6/1 10/1 10/22
11/11 40/9 41/22
42/20

**Z**

Zachary [1]   36/13