UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| | : | |
| | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendant** | : | |

## UNOPPOSED MOTION FOR AN ORDER TO TRANSPORT DEFENDANT

The United States of America respectfully moves the Court for an Order directing the U.S. Marshals Service to transport the defendant, Charles Donohoe, who is detained pretrial, from his current location in a facility in Oklahoma to a facility in the Middle District of North Carolina, consistent with the April 28, 2021, Order of the Honorable G. Michael Harvey directing the U.S. Marshals to do the same. Doc. 77.

On March 19, 2021, following the defendant's arrest, a magistrate judge in the Middle District of North Carolina ordered that the defendant be transported to the District of Columbia for a detention hearing and further proceedings. Thereafter, the defendant was transported to Oklahoma, where he was to be temporarily housed prior to his ultimate transport to the District of Columbia.

On April 19, 2021, following a detention hearing that occurred by video conference while the defendant was detained in Oklahoma, Magistrate Judge Harvey ordered that the defendant be detained pending trial. The defendant has indicated that he intends to appeal that ruling to this Court. Following a status hearing on April 26, 2021, Magistrate Judge Harvey ordered, without objection from the parties, that:

pending the appeal of [defendant's] pretrial detention to Judge Kelly, the U.S. Marshals Service transport Defendant back to a detention facility in the Middle District of North Carolina, the federal jurisdiction of Defendant's arrest. If possible, and if resources so allow, the Court requests that Defendant be detained in the Alamance County Detention Center in Graham, North Carolina, which is near his counsel and where he was detained immediately after his arrest and prior to his transfer to Oklahoma.

Doc. 77.

To ensure there is no confusion on the part of the U.S. Marshals with respect to the two magistrate judge's orders regarding the transport of the defendant—that is, the order in the Middle District of North Carolina and the order in this district—the government moves this Court for an Order consistent with the recent order issued by Magistrate Judge Harvey. A proposed order is attached. Defense counsel has indicated that she does not oppose this motion.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:    */s/ Luke M. Jones*
    LUKE M. JONES
    VA BAR 75053
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001
    (202) 252-7066
    Luke.jones@usdoj.gov

Dated: April 29, 2021