UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-CR-175 (TJK) |
| CHARLES DONOHOE, | : |
| Defendants. | : |

## ORDER

Having considered the government's unopposed motion for an order to transport the defendant, and for good cause shown, it is hereby

ORDERED that, pending any appeal to this Court of Defendant Charles Donohoe's pretrial detention, the U.S. Marshals Service transport Defendant back to a detention facility in the Middle District of North Carolina, the federal jurisdiction of Defendant's arrest. If possible, and if resources so allow, the Court requests that Defendant be detained in the Alamance County Detention Center in Graham, North Carolina, which is near his counsel and where he was detained immediately after his arrest and prior to his transfer to Oklahoma.

SO ORDERED this 30th day of April, 2021.

_____
THE HONORABLE TIMOTHY J. KELLY
District Judge, United States District Court
For the District of Columbia