UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Case No. 21-CR-175-2 (TJK)** |
| v. | : | **Case No. 21-CR-175-3 (TJK)** |
| | : | **Case No. 21-CR-175-4 (TJK)** |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** and | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| Defendants. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties identified in the above-captioned case. The United States and counsel for Defendants Joseph Biggs, Zachary Rehl, and Charles Donohoe have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that these three Defendants do not oppose this motion or the entry of the attached protective order.[1]

---

[1] The government and counsel for Defendant Ethan Nordean have not reached an agreement as to the proposed protective order. Should the parties not reach an agreement, the government will file a separate motion for a protective order as to Mr. Nordean.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                DC Bar No. 415793

By:    */s/ Luke M. Jones*
                LUKE M. JONES, VA Bar No. 75053
                JASON B.A. MCCULLOUGH, D.C. Bar No. 998006
                Assistant United States Attorneys
                555 Fourth Street, N.W., 11th Floor
                Washington, DC   20530
                luke.jones@usdoj.gov
                jason.mccullough2@usdoj.gov
                (202) 252-7066 (Jones)
                (202) 252-7233 (McCullough)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this motion to be served upon defense counsel via the Electronic Case Filing (ECF) system, and by email to counsel for defendant Zachary Rehl at shaka@shakajohnsonlaw.com, on May 4, 2021.

By: */s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
Assistant United States Attorneys
555 Fourth Street, N.W., 11th Floor
Washington, DC   20530
luke.jones@usdoj.gov
(202) 252-7066 (Jones)