UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                    Case No.  21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS,

      Defendant.

## DEFENDANT BIGGS' NOTICE OF FILING OF ACCEPTANCE OF PROTECTIVE ORDER

Defendant Joseph Randall Biggs, by undersigned counsel, hereby files his Acceptance of the Court's May 4, 2021 Protective Order (ECF Item 83) generally governing discovery in this case. A copy of Mr. Biggs' signed and dated Acceptance is attached hereto as an exhibit.

Respectfully submitted,

JOHN DANIEL HULL
COUNSEL FOR DEFENDANT JOSEPH BIGGS

By: */s/ John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 3, 2021 he served a true and correct copy of the foregoing Defendant Biggs' Notice of Filing of Acceptance of Protective Order via the Electronic Case Filing (ECF) system upon counsel for the government.

By: */s/ John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com