## ATTACHMENT B

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

04/05/21
_____
Date

Joseph Biggs
_____
Defendant

May 30, 2021
_____
Date

_____
Counsel for Defendant, Joseph Biggs

John Daniel Hull
Bar # 323006

8