IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-cr-175-3 (TJK) |
| ZACHARY REHL, | : | |
| Defendant | : | |

**GOVERNMENT'S NOTICE OF EVIDENCE REFERENCED DURING HEARING**

The United States hereby gives notice that, in connection with the hearing in this case on June 30, 2021, the government provided to the Court and counsel for defendant Zachary Rehl a PowerPoint file identified as *"6.30.2021 Rehl Detention.pptx."* The government is filing a copy of the PowerPoint file as an exhibit to this notice.

The PowerPoint file provided to the Court and counsel contained excerpts of two video files. Those files were included in the PowerPoint at pages 5 (video approximately 23 seconds) and 6 (approximately 1 minute). An audio file was included at page 8 (audio approximately 56 seconds). The image on page 4 of the PowerPoint is a screenshot and not a video file. The government has maintained possession of the video and audio files pursuant to Local Rule 49(e)(1).

For the record, the government does not object to the release of the above-referenced video and audio files in accordance with the procedure established by the Chief Judge. *See* Standing Order 21-28 (BAH), at 6. Likewise, the government does not object to a request for permission to record, copy, download, retransmit, and otherwise further publish the files.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH, DC Bar No. 998006
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066