# U.S. v. Zachary Rehl
# 21-CR-175-3 (TJK)

Hearing Exhibits

June 30, 2021









Video from REHL's Phone Showing His Location and Vantage Point During Breach of U.S. Capitol Police Barriers and Officers.

(video approximately 1 minute)



# Telegram Messages
Shortly After 1 p.m. Eastern on 1/6/2021

PERSON-2:   Storming the capital
*1:00pm*          building right now!!


PERSON-2:   Get there
*1:00pm*


UCC-1:        Storming the capital
*1:02pm*          building right now!!

Audio of Joe Biggs
(Re: "Storming" the Capitol)



8

# Parler Posts

| Account Name | Account Bio |
|---|---|
| Zach Rehl | *President of the Philadelphia Proud Boys ~ 4th degree<br>*Conservative Marine Corps Veteran<br>*Join Proud Boys Philly at: Proudboysphiladelphia.com<br>*Join another at:  Proudboysusa.com |

| Creation Date (UTC) | Content |
|---|---|
| 2020-11-14T14:43:49Z | We've known about Democrat election fraud for decades in Democrat controlled cities and no one did anything about it until now, this election is crucial to how we deal with fraud moving forward so we can level the playing field, #DoubleDown #StopTheSteal #Trump2020 #ElectionFraud |
| 2020-11-28T04:25:44Z | Hopefully the firing squads are for the traitors that are trying to steal the election from the American people. |
| 2020-12-07T06:53:34Z | Getting these RINOs to do their job based on the constitution and appoint electors is apparently too much to ask, the Trump team needs to do something drastic, since Dems were drastic when they tried stealing the election in plain sight, its time to step up to the plate and actually do something. #dosomething #stopwaiting #dropthehammer #firebarr #stopthesteal #fbisucks #lockthemup #thisistreason |
| 2020-12-30T07:38:02Z | I just want to again thank you all for your help in donating and your support, we love you all, appreciate your support and will be there in force on Jan 6th and many more! |
| 2021-01-06T23:20:58Z | THIS is what patriotism looks like. Today was indeed a historical day for sure. I will never forget this for as long as I live, keep the fight up America! When government fears its people, you have freedom, when people fear government, you have tyranny. |
| 2021-01-07T08:22:45Z | It all started over a "USA" chant. I love this country. The silent majority is no longer silent. |
| 2021-01-08T08:32:17Z | They deserve to be tarred and feathered. These cops turning on us are also what they called "turncoats." Just saying. |

# Telegram Messages

- Concealment of Telegram Messages After PB Chairman Arrest (1/4/21):
  - "Yeah you gotta manually delete each message from each chat "for everyone" deleting all will only clear it for you, only the owner can nuke the chat"
  - "since [PB Chairman] knew the cops were for him, hopefully he logged outta telegram"
  - "Too late now, but just for future reference, wont be the last time one of our people get arrested"

- Bringing Radios (1/5)
  - "Yeah I think I have 5 on me . . . . We had a guy who is supposed to be programming them tonight."
  - "I just got here with radios, shouldn't be any reason we don't use them"

- After the Riot (1/6/2021)
  - REHL:        Ah shit forgot you [Biggs] had to roll, was hoping to have some celebratory beers with yall after this epic fuckin day, I'll drink one for ya
  - BIGGS:        We will one day. This day lives in infamy or [sic] the ages
  - DONOHOE:   Yeah I feel like a complete warrior. . . .

- The Following Day – Pride and Future Planning (1/7/21)
  - "I find this hard to believe now. I'm proud as fuck what we accomplished yesterday, but we need to start planning and we are starting planning, for a Biden presidency.