UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case Number 21-cr-175-4 (TJK) |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Having considered the United States' unopposed motion to seal certain exhibits from Defendant Donohoe's detention hearings, and for good cause shown, it is hereby:

- ORDERED that the unredacted text messages submitted in connection with the detention hearings of Defendant Donohoe, which are identified by Bates numbers *Nordean_00000001 – 3, Nordean_00000124 – 138, Nordean_00000622 – 645, Nordean_00001332 – 1342, and Nordean_00001400 – 1413*, be filed under seal until further order of the Court; and

- FURTHER ORDERED that the proposed redacted versions of such text messages filed with the United States' unopposed motion remain available on the public docket.

This Order does not constitute a ruling on the question of whether any particular material described herein is properly discoverable or admissible at trial and does not constitute a ruling on any potential objection to the admissibility or discoverability of such material at trial.

SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE TIMOTHY J. KELLY
District Judge, United States District Court
For the District of Columbia