

From: 586406520 YutYut Cowabunga

Start adding guys

1/4/2021 2:50:03 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2DB3533B (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited Rufio Panman>

1/4/2021 3:11:02 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2DB353B2 (Size: 873086976 bytes)

From: REDACTED

1/4/2021 3:11:11 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2A5F7C67 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Start adding guys

1/4/2021 3:13:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2F5A2AAB (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000622

System Message System Message

<586406520 (PeerId) invited REDACT

1/4/2021 3:14:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x249CC35B (Size: 873086976 bytes)

REDACTED

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:17:17 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x29661951 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:17:17 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x296618D1 (Size: 873086976 bytes)

REDACTED

From: 586406520 YutYut Cowabunga

Aight

1/4/2021 3:18:01 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x2DA1B850 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

This is a lot of work so maybe I'll just stop

1/4/2021 3:18:14 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared
/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x2DA1B6BE (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:19:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x2FE146FE (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:21:22 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x277DF25C (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:21:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x27742C36 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

This is gonna take fucking forever

1/4/2021 3:21:58 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x27742562 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

I'm gonna make all of you admins

1/4/2021 3:23:01 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x278E37D3 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Help me start adding guys

1/4/2021 3:23:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138261883108468013/postbox/db/db_sqlite : 0x30223404 (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000624

From: 586406520 YutYut Cowabunga

Only add dudes that are in the self defense main

1/4/2021 3:23:32 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2779BC88 (Size: 873086976 bytes)

REDACTED

From: 586406520 YutYut Cowabunga

Cool

1/4/2021 3:23:45 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2779BAC2 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 3:24:11 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30237EF5
(Size: 873086976 bytes)

System Message System Message

1/4/2021 3:24:14 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x30237E35 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited   REDACTED

1/4/2021 3:25:45 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x302EFA14 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000625



System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:30:41 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x3025A2A1 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:30:48 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x287C7DDF (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000626

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:32:52 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x24A77C2A (Size: 873086976 bytes)



REDACTED

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:34:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x3013E27E (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:34:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x3013E1FE (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:34:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x3013E17E (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:36:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x1FDF498F (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:36:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x1FDF490F (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 3:36:57 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-813828183108468013/postbox/db/db_sqlite : 0x1FDF4718
(Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Please help me add guys

1/4/2021 3:37:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x1FDF469A (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Don't be confused

1/4/2021 3:37:26 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x27C07E91 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

We are transferring the chats over. Enrique got pinched

1/4/2021 3:37:41 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup
/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801/postbox/db/db_sqlite : 0x27C078AF (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:38:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801/postbox/db/db_sqlite : 0x2D07EF95 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:38:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801/postbox/db/db_sqlite : 0x2D07EF15 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited **REDACTED**

1/4/2021 3:38:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801/postbox/db/db_sqlite : 0x2D07EE95 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 3:38:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-813828188310846801/postbox/db/db_sqlite : 0x259457EE
(Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Please help me add guys

1/4/2021 3:38:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801/postbox/db/db_sqlite : 0x25945764 (Size: 873086976 bytes)

**REDACTED**

REDACTED

REDACTED

USAO_NORDEAN (21-CR-175)_00000630



USAO_NORDEAN (21-CR-175)_00000632

REDACTED

USAO_NORDEAN (21-CR-175)_00000633

USAO_NORDEAN (21-CR-175)_00000634

REDACTED

USAO_NORDEAN (21-CR-175)_00000635



USAO_NORDEAN (21-CR-175)_00000636

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 3:51:26 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-813828188310846013/postbox/db/db_sqlite : 0x30321E7C
(Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Please help me add guys

1/4/2021 3:51:27 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x30321DF2 (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000637

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:54:41 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x30323B5F (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:55:05 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x30323E04 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:55:34 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x303230D0 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) invited REDACTED

1/4/2021 3:55:34 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x30323050 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 3:56:04 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-813828183108468013/postbox/db/db_sqlite : 0x230560A9
(Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Please help me add guys

1/4/2021 3:56:05 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828183108468013/postbox/db/db_sqlite : 0x23078F8C (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

If this is true. They'll have his phone.

Attachments:

Size: 0
(Empty File)

1/4/2021 3:56:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281863108468013/postbox/db/db_sqlite : 0x23078B13 (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000639

System Message System Message
<586406520 (PeerId) invited REDACTED
1/4/2021 3:58:15 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/A
ppGroup/237A30D0-FE61-47D7-84D1-511A2D9681FB/telegram-data/account-
813828188310846801313/postbox/db/db_sqlite : 0x22D1F85E (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000641

REDACTED

System Message System Message

<586406520 (PeerId) invited RED

1/4/2021 4:02:10 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846808013/postbox/db/db_sqlite : 0x3012DF95 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000642

REDACTED

From: REDACTED
This is the chat "only" for those actually attending though, correct?

1/4/2021 4 02:41 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0
-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-813828188310846801313/postbox/db/db_sqlite : 0x3012DAB8
(Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
No

1/4/2021 4:02:47 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801313/postbox/db/db_sqlite : 0x3012D961 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
We are nuking that one

1/4/2021 4:02:53 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801313/postbox/db/db_sqlite : 0x3012D8E4 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Leave that one

1/4/2021 4:02:56 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801313/postbox/db/db_sqlite : 0x3012D870 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
I am consolidating all of our guys

1/4/2021 4:03:10 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801313/postbox/db/db_sqlite : 0x3012DA2F (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000643



From: 586406520 YutYut Cowabunga

We are gonna be at a boots on ground directive

1/4/2021 4:03:35 PM(UTC-8)

Source Info:
e57746 2c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/
AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846 8013/postbox/db/db_sqlite : 0x302F3933 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000644

From: 586406520 YutYut Cowabunga

I'm gonna make everyone admin. Only add guys that are in the MOSD Main

1/4/2021 4:05:00 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-
FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x302F356E
(Size: 873086976 bytes)

REDACTED

From: REDACTED

I removed everyone from the other group. Its nuked, I left it as well

1/4/2021 4 06:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0
-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2308AD6F
(Size: 873086976 bytes)

REDACTED