4

Start Time: 1/4/2021 2:17:06 PM(UTC-8)
Last Activity: 1/13/2021 7:12:35 AM(UTC-8)
Number of attachments: 165
Source: Telegram
Source file: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3021EC88 (Size: 873086976 bytes)
Body file: chat-4.txt

Participants:

REDACTED

Identifier: 4710878295

**System Message System Message**
<586406520 (PeerId) created the group "New MOSD">
1/4/2021 2:17:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3021EC88 (Size: 873086976 bytes)


REDACTED

From: 586406520 YutYut Cowabunga
Yo yo
1/4/2021 2:17:34 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AC34 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
@REBELRUFIO if you can add the west coast guys
1/4/2021 2:18:07 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AB42 (Size: 873086976 bytes)

From: 654712116 Joe Bigs
I just left that chat
1/4/2021 2:18:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AAC6 (Size: 873086976 bytes)

System Message System Message
<Rufio Panman invited REDACTED
1/4/2021 2:18:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AA46 (Size: 873086976 bytes)

REDACTED

From: 573782641 Rufio Panman (owner)
Attachments:



Size: 0
(Empty File)

1/4/2021 2:18:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033A3FB (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
RE
1/4/2021 2:19:01 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AE9E (Size: 873086976 bytes)

**REDACTED**

From: 586406520 YutYut Cowabunga
Ok so it's looking like our leadership calls might have to be boots on ground
1/4/2021 2:20:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3033AF62 (Size: 873086976 bytes)

From: 654712116 Joe Bigs
I told him he'd get picked up around airport
1/4/2021 2:20:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30342E0B (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
They can hold him for 24 hours without bail
1/4/2021 2:20:54 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30342971 (Size: 873086976 bytes)

From: 573782641 Rufio Panman (owner)
Attachments:


Size: 0
(Empty File)

1/4/2021 2:21:09 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x303427CF (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Then they have to give him bail
1/4/2021 2:21:12 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30342D85 (Size: 873086976 bytes)

Case 1:REDACTED-TJK   Document 110-5   Filed 07/06/21   Page 4 of 11



REDACTED

From: 586406520 YutYut Cowabunga
Each one of us should personally clear our history of that MOSD chat
1/4/2021 2:21:54 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30342B75 (Size: 873086976 bytes)

From: 573782641 Rufio Panman (owner)
Attachments:
Size: 0
(Empty File)
1/4/2021 2:22:03 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3034262D (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
1/4/2021 2:22:27 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F939F4B (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00001325

229

From: 586406520 YutYut Cowabunga
Can you add RE @REBELRUFIO
1/4/2021 2:22:46 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F939B7E (Size: 873086976 bytes)

From: 573782641 Rufio Panman (owner)
Attachments:



Size: 0
(Empty File)
1/4/2021 2:22:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F93945D (Size: 873086976 bytes)

**REDACTED**

System Message System Message
<586406520 (PeerId) invited REDACT
1/4/2021 2:23:11 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30348BAE (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Nm I added him
1/4/2021 2:23:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2FC9FEDD (Size: 873086976 bytes)

**REDACTED**

From: 586406520 YutYut Cowabunga
Do not add [RED] to this chat until we get a verbal confirmation that he is in possession of his phone
1/4/2021 2:23:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F6C393B (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Don't add him just because he types a message in the chat
1/4/2021 2:24:12 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2E26D4F5 (Size: 873086976 bytes)

**REDACTED**

From: 586406520 YutYut Cowabunga
I'm thinking maybe I should give [RED] a heads up
1/4/2021 2:26:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30261F7B (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
I'm sure he and [RED] have exchanged messages about the flag burning
1/4/2021 2:26:55 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30261B0A (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
So if they have a warrant for his phone they could probably issue a warrant for [RED]
1/4/2021 2:27:23 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x302618A9 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
What do you guys think?
1/4/2021 2:27:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3026182B (Size: 873086976 bytes)



From: 586406520 YutYut Cowabunga
That way he can prepare himself
1/4/2021 2:27:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2FA4AD33 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
That's not going to help them
1/4/2021 2:28:07 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2FA4A97F (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Let's move quick but let's not jump the gun on this
1/4/2021 2:28:29 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x28009B94 (Size: 873086976 bytes)

From: REDACTED
It's a waste of time deleting chats
1/4/2021 2:28:48 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x280097E7 (Size: 873086976 bytes)

From: REDACTED
We went through this when REDACTED flipped over to antifa
1/4/2021 2:29:00 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x280095D5 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00001328

**From: REDACTED**
Yeah you gotta manually delete each message from each chat "for everyone" deleting all will only clear it for you, only the owner can nuke the chat
1/4/2021 2:30:04 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30312F1C (Size: 873086976 bytes)

**From: REDACTED**
since REDACTED knew the cops were for him, hopefully he logged outta telegram
1/4/2021 2:30:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30312E69 (Size: 873086976 bytes)

REDACTED

**From: REDACTED**
Regardless Google and apple key log everything that you type into your phone anyways
1/4/2021 2:31:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30312BC4 (Size: 873086976 bytes)

**From: REDACTED**
I know its retarded
1/4/2021 2:31:10 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30312B25 (Size: 873086976 bytes)

**From: REDACTED**
if you're talkin about playing Minecraft you just make sure you don't use your phone at all or even have it anywhere around you
1/4/2021 2:31:49 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24DEAE63 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Well at least they won't get our boots on ground plans because we are one step ahead of them

1/4/2021 2:31:54 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24DEADA0 (Size: 873086976 bytes)

REDACTED

**From: 573782641 Rufio Panman (owner)**
Attachments:

[Attachment: Size: 0 (Empty File)]

1/4/2021 2:33:37 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2EFF90F6 (Size: 873086976 bytes)

**From:** REDACTED
REDACTED

1/4/2021 2:34:13 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24DB4F80 (Size: 873086976 bytes)

**From:** REDACTED
If they can get a flight to Philadelphia instead we can probably get them there

1/4/2021 2:35:12 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F345E51 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
I can take two from greensboro

1/4/2021 2:35:34 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x30232697 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
From here going forward it might be a good idea to disperse ownership of chats between all of us so not just one man holds the keys

1/4/2021 2:37:15 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D8E1246 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
Might be a good idea to prepare and start thinking of what could happen rather than always be scrubbing shit after something already has happened

1/4/2021 2:38:19 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x228E7E07 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Ok I think someone besides me should make a new MOSD Main and someone besides that should make a new MOSD Ops

1/4/2021 2:40:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22707E62 (Size: 873086976 bytes)

System Message System Message

<586406520 (PeerId) changed group photo>

1/4/2021 2:41:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2E52859A (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

If no one rogers up in 5 to create the two groups I will

1/4/2021 2:42:10 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x28676C26 (Size: 873086976 bytes)



REDACTED

USAO_NORDEAN (21-CR-175)_00001332