From: 586406520 YutYut Cowabunga

1/5/2021 5:58:15 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2902F7B2 (Size: 873086976 bytes)

From: REDACTED
So there's no shared comms and everyone is running around in separate groups again?

1/5/2021 6:00:48 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1E8D9CFC (Size: 873086976 bytes)

From: REDACTED
Yes

1/5/2021 6:01:17 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x236C2FAC (Size: 873086976 bytes)

From: REDACTED
There is a trello i think

1/5/2021 6:01:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x236C2F2D (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
From what I heard cell service has been shutdown in the area

1/5/2021 6:01:39 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x236C2A64 (Size: 873086976 bytes)

From: REDACTED
I have been in constant contact with my guys. We are using live location in TG. Seems to be working okay

1/5/2021 6:02:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1786499C (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Ooh how do you do that?

1/5/2021 6:03:22 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x17864474 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
We should use that in the MOSD
1/5/2021 6:03:29 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x17864917 (Size: 873086976 bytes)

From: REDACTED
I just got here with radios, shouldn't be any reason we dont use them
1/5/2021 6:03:34 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22562DB1 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
I'll take one in the AM
1/5/2021 6:03:54 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22562667 (Size: 873086976 bytes)

From: REDACTED
Ok
1/5/2021 6:04:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22562BE0 (Size: 873086976 bytes)

From: REDACTED
You hit the paperclip like you're going to upload an image and select location instead
1/5/2021 6:04:20 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22562AFE (Size: 873086976 bytes)

From: REDACTED
 REDACTED
1/5/2021 6:04:46 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x225629C8 (Size: 873086976 bytes)

From: REDACTED
L ke this
1/5/2021 6:04:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22562958 (Size: 873086976 bytes)



USAO_NORDEAN (21-CR-175)_00001402

From: 586406520 YutYut Cowabunga
Guys are asking
1/5/2021 6:07:04 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D8E6FA0 (Size: 873086976 bytes)

From: REDACTED
Supposed to be Rufio
1/5/2021 6:08:15 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D027F76 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Only him?
1/5/2021 6:08:24 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D027F06 (Size: 873086976 bytes)

From: REDACTED
Have not heard from him in hours though
1/5/2021 6:08:41 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D02798E (Size: 873086976 bytes)

From: REDACTED
Stand by for the shared baofeng channel and shared zello channel, no colors, be decentralized and use good judgement until further orders
1/5/2021 6:09:19 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D027512 (Size: 873086976 bytes)

From: REDACTED
Rufio is in charge, cops are the primary threat, don't get caught by them or BLM, don't get drunk until off the street
1/5/2021 6:10:17 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2D3B188F (Size: 873086976 bytes)

From: REDACTED
477.985 freq
1/5/2021 6:11:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2BE8DE61 (Size: 873086976 bytes)

**From:** REDACTED
Here's the shared comms channel until further notice
*1/5/2021 6:12:06 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2BE8D999 (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
We just had a meeting woth a lot of guys. Info should be coming out
*1/5/2021 6:17:24 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x233D75FF (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
Just spoke with RED
*1/5/2021 6:17:32 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x233D7DCE (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
Here's my number REDACT
*1/5/2021 6:18:12 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B788AB5 (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
Someone added RED to the MOSD Main and I just booted him
*1/5/2021 6:18:49 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2BE32C1F (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
I'd like him to come in here first
*1/5/2021 6:18:57 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B22898F (Size: 873086976 bytes)

**From:** REDACTED
No it's him bro
*1/5/2021 6:19:02 PM(UTC-8)*

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B228810 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00001405
309

**From: 586406520 YutYut Cowabunga**

Ok well add him here so we can talk to him

1/5/2021 6:20:03 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2207F5A7 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

We all need our numbers any way to coordinate

1/5/2021 6:20:17 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2207FC94 (Size: 873086976 bytes)

**System Message System Message**

< REDACTED

1/5/2021 6:20:27 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2207FC13 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

I was able to rally everyone here together who came where I said

1/5/2021 6:20:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2207FB6D (Size: 873086976 bytes)

**From:** REDACTED
REDAC

1/5/2021 6:20:37 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2207FAD1 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

We have a plan. I'm with rufio

1/5/2021 6:20:37 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x297B30D0 (Size: 873086976 bytes)

**From:** REDACTED

1/5/2021 6:21:27 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x297B363A (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
What's the plan so I can pass it to the MOSD guys
1/5/2021 6:21:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x297B35A2 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**
I gave **RED** a plan. The one I told the guys and he said he had one.
1/5/2021 6:22:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x296A45DB (Size: 873086976 bytes)

**From: 454128414 Captain Trump**
I'm in dc now, so if you guys need any help with anything, lmk.
1/5/2021 6:23:29 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x232A6F6E (Size: 873086976 bytes)

**From: REDACTED**
Is he back in Florida?
1/5/2021 6:23:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x232A6ECC (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**
Attachments:



Size: 0
(Empty File)

1/5/2021 6:23:53 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x232A660C (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**
He's still in Baltimore
1/5/2021 6:24:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24AEA665 (Size: 873086976 bytes)

**From: REDACTED**
1/5/2021 6:24:35 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24AEA5B2 (Size: 873086976 bytes)



From: 654712116 Joe Bigs
Ok. I agree
1/5/2021 6:25:49 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11CDF323 (Size: 873086976 bytes)

From: 654712116 Joe Bigs
**Attachments:**

Size: 0
(Empty File)

1/5/2021 6:25:55 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11CDFDAA (Size: 873086976 bytes)

From: 654712116 Joe Bigs
Let everyone know that's the meet up
1/5/2021 6:26:03 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11CDF492 (Size: 873086976 bytes)

**From:** REDACTED
Yeah this
1/5/2021 6:27:24 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24D99596 (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
Yeah I Agee
1/5/2021 6:27:32 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24D99FA4 (Size: 873086976 bytes)

**From:** REDACTED
If RED has a better idea he needs to say it soon.
1/5/2021 6:27:48 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24D99BE3 (Size: 873086976 bytes)

**From:** REDACTED
1/5/2021 6:27:53 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x24D99820 (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
The word has already been put out about 10AM. Remember there will already be a ton of people there because the area opens at 7am and trump speaks at 11am
1/5/2021 6:29:28 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x23D44BE1 (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
So we need to pick a specific place at the Washington monument to meet at
1/5/2021 6:30:22 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2263F5B9 (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
The side facing White House
1/5/2021 6:31:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2266C5E1 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**

Ok so let's say "inside the ropes of the Washington monument on the side facing the whitehouse @ 10AM

1/5/2021 6:33:05 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2176E4B7 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

Push that out

1/5/2021 6:34:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B3F7D0B (Size: 873086976 bytes)

**From: REDACTED**

If we still have plans to break off on teams, we can pick them there on the spot obviously

1/5/2021 6:35:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x22D4DE8A (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**

Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out as patriot! We will be meeting inside the ropes of the monument on the side facing the whitehouse.

1/5/2021 6:36:23 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B53A936 (Size: 873086976 bytes)

REDACTED

**From:** REDACTED
**Attachments:**
Size: 0
(Empty File)
1/5/2021 6:38:56 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x230A6C0B (Size: 873086976 bytes)

**From:** REDACTED
what were some of the objectives agreed on anyway
1/5/2021 6:40:46 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2C130F7E (Size: 873086976 bytes)

**From:** 654712116 Joe Bigs
Who's working comms
1/5/2021 7:00:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11BBD65F (Size: 873086976 bytes)

**From:** REDACTED
Someone hooked up a frequency, do we wanna have our own or we cool just being on the same?
1/5/2021 7:02:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11BBD59F (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
I only shared the freq RE gave me with the MOSD
1/5/2021 7:03:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11BBD506 (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga
**Attachments:**
Size: 0
(Empty File)
1/5/2021 7:08:42 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11BBD477 (Size: 873086976 bytes)

From: REDACTED

1/5/2021 7:11:52 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x11BBD3E7 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Anyone got a room

1/5/2021 7:49:08 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2A1A6C66 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Should I bring this badass megaphone

1/5/2021 8:17:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE2C9B (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
It's got PB stickers on it

1/5/2021 8:17:58 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE2C1A (Size: 873086976 bytes)

From: REDACTED
Hmmm... anyway to temporarily cover them? I don't have stickers on me

1/5/2021 8:23:25 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE2B48 (Size: 873086976 bytes)

From: REDACTED


1/5/2021 8:24:25 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE2AB4 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
No and it's not my megaphone. It's a dude who handed it to me in DC on the 12th

1/5/2021 8:25:32 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE29D9 (Size: 873086976 bytes)

From: REDACTED
White out maybe? Can just wipe that off
1/5/2021 8:26:58 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE2926 (Size: 873086976 bytes)

From: REDACTED
Just brainstorming ideas
1/5/2021 8:30:02 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE25FE (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
I don't want to mess his shit up
1/5/2021 8:32:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x284B6802 (Size: 873086976 bytes)

From: REDACTED
Attachments:



Size: 0
(Empty File)

1/5/2021 9:01:55 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE245C (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Standby
1/5/2021 9:03:39 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29DE23C9 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga
Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out at as patriot! We will be meeting inside the ropes of the monument on the side facing the whitehouse.
1/5/2021 9:03:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2B3D8E98 (Size: 873086976 bytes)