**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 21-cr-175-4 (TJK)** |
| **CHARLES DONOHOE,** | : | |
| **Defendant** | : | |

## GOVERNMENT'S NOTICE OF EVIDENCE REFERENCED DURING HEARING

The United States hereby gives notice that, in connection with the detention hearings before Magistrate Judge G. Michael Harvey on April 19 and 22, 2021, and Judge Timothy J. Kelly on June 23, 2021, the government provided to the Court and counsel for defendant Charles Donohoe a PowerPoint file identified as *"2021.04.16_Donohoe Detention.pptx"* along with three video exhibits identified as "*Exhibit A – Let's take the Capitol*" and "*Exhibit B_Donohoe with shield*" and "*Exhibit C_Donohoe Stairs*." The government also provided the Court with certain text messages, which are described in more detail in a separate filing at ECF 110.

The government files herewith a PDF copy of the PowerPoint file previously provided to the Court and defense counsel. The PowerPoint file (in original format) contains excerpts of three video files at pages 5, 9, and 10. Such video files are the same video files submitted separately to the Court as Exhibits A – C in the first paragraph of this notice. The government has previously made available Exhibits A – C in accordance with the procedure established by the Chief Judge. *See* Standing Order 21-28 (BAH), at 6.

The images on page 6 of the PowerPoint are screenshots and not a video file.  The government has maintained possession of the video and audio files pursuant to Local Rule 49(e)(1).

For the record, the government does not object to the release of the above-referenced video files in accordance with the procedure established by the Chief Judge. *See* Standing Order 21-28 (BAH), at 6.  Likewise, the government does not object to a request for permission to record, copy, download, retransmit, and otherwise further publish the files.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Jason McCullough*
JASON B.A. MCCULLOUGH, DC Bar No. 998006
LUKE M. JONES, VA Bar No. 75053
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov