# U.S. v. Charles Donohoe
# 21-CR-175-4 (TJK)

Detention Hearing Exhibits

April 16, 2021

1

# Telegram Messages
Following Arrest of Proud Boys Chairman on January 4

From: 586406520 YutYut Cowabunga
Each one of us should personally clear our history of that MOSD chat
1/4/2021 2:21:54 PM(UTC-8)

*5:21:54 PM Eastern

From: 586406520 YutYut Cowabunga
Well at least they won't get our boots on ground plans because we are one step ahead of them
1/4/2021 2:31:54 PM(UTC-8)

# Telegram Messages
## Following Arrest of Proud Boys Chairman on January 4

> **From: 586406520 YutYut Cowabunga**
>
> Hey have been instructed and listen to me real good! There is no planning of any sorts. I need to be put into whatever new thing is created. Everything is compromised and we can be looking at Gang charges
>
> 1/4/2021 4:16:48 PM(UTC-8)

*7:16:48 PM Eastern

> **From: 586406520 YutYut Cowabunga**
>
> Stop everything immediately.
>
> 1/4/2021 4:16:48 PM(UTC-8)

> **From: 586406520 YutYut Cowabunga**
>
> This comes from the top
>
> 1/4/2021 4:16:48 PM(UTC-8)

3

# Telegram Messages
## Morning of January 6 (7:18 a.m. – 7:26 a.m.)

| | |
|---|---|
| DONOHOE: | Are you here? |
| … | |
| UCC-1: | No I started a new job, don't want to fuck it up yet |
| DONOHOE: | Well fuck man |
| UCC-1: | There will be plenty more I'm sure lol |
| UCC-1: | I want to see thousands of normies burn that city to ash today |
| Person-2: | Would be epic |
| UCC-1: | The state is the enemy of the people |
| Person-2: | We are the people |
| UCC-1: | Fuck yea |
| Person-3: | God let it happen . . . I will settle with seeing them smash some pigs to dust |
| Person-2: | Fuck these commie traitors |
| Person-3 | It's going to happen. These normiecons have no adrenaline control . . . They are like a pack of wild dogs |
| DONOHOE: | I'm leaving with a crew of about 15 at 0830 to hoof it to the monument no colors |
| Person-2 | Fuck it let them loose |
| Person-3 | I agree . . . They went too far when the [sic] arrested Henry as a scare tactic |

4

# East Side of Capitol

## "Let's Take the Fucking Capitol"

# West Side of Capitol
Breach of Pedestrian Gate



# Telegram Messages
Shortly After 1 p.m. Eastern

PERSON-2:   Storming the capital
*1:00pm*            building right now!!


PERSON-2:   Get there
*1:00pm*


UCC-1:         Storming the capital
*1:02pm*            building right now!!

Audio of Joe Biggs
(Re: "Storming" the Capitol)



7

# Telegram Messages
Shortly After 1 p.m. Eastern

UCC-1:        Push inside! Find some eggs and rotten tomatoes!

*1:03pm*

PERSON-2:    They deploy the mace yet?

*1:10pm*

DONOHOE:   We are trying

*1:11pm*

# Got a riot shield!

Telegram Message at 1:37 p.m.





*1:37:27 PM Eastern

9

# Push Toward Terrace

Approximately 2 p.m.

VIDEO

- *Donohoe circled in red.*
- *"Milkshake" circled in yellow.*



10

# Telegram Messages

Approximately 4 p.m.

Person-2:   I did not see a video of anyone I knew breaking the windows or entering the building

REHL:   Nah it was just pissed off normies, once we showed up and started chanting shit, everyone went nuts and that was that

DONOHOE:   Def a video of one of our guys smashing out the window with a stolen police riot shield

# Telegram Messages

Approximately 7 p.m.

| | |
|---|---|
| REHL: | Ah shit forgot you [Biggs] had to roll, was hoping to have some celebratory beers with yall after this epic fuckin day, I'll drink one for ya |
| BIGGS: | We will one day. This day lives in infamy or [sic] the ages |
| DONOHOE: | Yeah I feel like a complete warrior. . . .I stood on that front line the entire time and pushed it twice . . . Thank God we were not wearing colors . . . We should never wear colors ever again for any event . . . Only for meetups . . . |

**[Approximately 12 Minute Gap with No Messages in Message Thread]**

| | |
|---|---|
| DONOHOE: | Stop right there . . . All of what you said doesn't matter . . . We stormed the capitol unarmed . . . And took it over unarmed . . . The people are fucking done . . . Wait when joe biden tells us we are all criminls [sic] |
| Person-2: | By then it's too late |
| DONOHOE: | No it's not . . . It's never too late ever . . . |
| Person-3: | [Two unrecovered audio files] |
| DONOHOE: | Facial recognition doesn't mean shit when you got 5.56 green tip |