IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:21-CR-175-4 |
| v. | ) | |
| | ) | |
| CHARLES DONOHOE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION TO SUBSTITUTE COUNSEL</u>**

NOW COMES Defendant, CHARLES DONOHOE, by and through counsel, and moves that Lisa S. Costner's status as CJA counsel be changed to appointment through the Federal Public Defender for the Middle District of North Carolina:

1. On April 6, 2021, the undersigned was appointed to represent Mr. Donohoe.

2. On July 19, 2021, the undersigned began employment as an Assistant Federal Public Defender with the Federal Public Defender's Office for the Middle District of North Carolina.

3. Louis Allen, the Federal Public Defender for the Middle District of North Carolina has agreed for the defendant's case to be transferred to his office and that the undersigned can continue to represent Mr. Donohoe as an Assistant Federal Public Defender.

WHEREFORE, the undersigned requests that the Court terminate the

undersigned's representation of Mr. Donohoe as CJA counsel and that the Federal Public Defender for the Middle District of North Carolina be substituted as counsel of record for Mr. Donohoe.

Respectfully submitted, July 21, 2021.

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jason McCullough
Luke Jones
Assistant United States Attorneys

And by first-class mail to:

Charles Donohoe

Respectfully Submitted, July 21, 2021.

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org