IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:21-CR-175-4 |
| v. | ) | |
| | ) | |
| CHARLES DONOHOE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on the Defendant's motion to terminate counsel's representation of the defendant as CJA counsel and substitute the Federal Public Defender for the Middle District of North Carolina as counsel of record for the defendant.

IT IS HEREBY ORDERED that Lisa S. Costner's representation of the defendant as CJA counsel is hereby terminated and further that the Federal Public Defender for the Middle District of North Carolina, specifically Assistant Federal Public Defender Lisa S. Costner is hereby appointed to represent the defendant Charles Donohoe.

SO ORDERED, This the ___ day of _____, 2021.

_____
Timothy J. Kelly
United States District Judge