IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br> v. ) <br>  ) <br> CHARLES DONOHOE, ) <br>  ) <br> Defendant. ) | 1:21-CR-175-4 (TJK) |

## **ORDER**

THIS MATTER is before the Court on the Defendant's unopposed motion to adopt Defendant Nordean's Motion to Dismiss the First Superseding Indictment (Doc. 94), and for good cause shown;

IT IS HEREBY ORDERED that the motion is granted.

This, the ____ day of _____, 2021.

_____
Honorable Timothy J. Kelly
United States District Judge