# The Constitution and Bylaws of Proud Boys International L.L.C.

Revised November 24, 2018

Proud Boys International L.L.C.
c/o The Van Dyke Law Firm P.L.L.C.
108 Durango Drive
Crossroads, TX 76227

**WITH MEMBER NAMES AND EXHIBITS REDACTED
FOR PUBLIC RELEASE**

## Article I: Purpose, Scope & Governing Law

### Section 1. Purpose

The purpose of Proud Boys International, L.L.C.., a Texas Limited Liability Company (the "Company"), shall be to establish, maintain, govern, improve and promote the welfare of a fraternal order to be known as the "Proud Boys" (the "Fraternity"), which shall have for its objects: the mutual benefit and assistance of its members; the binding by closer bonds of its members one to another; the rendition of mutual assistance to its members during life and after their death to their dependents; the extending of charity to all who need such assistance; the promotion of western civilization including free speech and the right to bear arms; the promotion of good citizenship; the training and developing of men to become positive role models as husbands, fathers, entrepreneurs, and civic leaders; and true patriotism.

### Section 2. Composition of Fraternity

(a) The Fraternity shall consist of the Company, active chapters established and existing from time to time throughout the world, Proud Boy Elders Chapter, and the members and probationers of the Fraternity. No other Company, association or other body shall be deemed to be a constituent part of the Fraternity except as set forth in these bylaws.

(b) References in these bylaws to "brothers" shall, unless otherwise specified or unless the context clearly requires otherwise, mean persons that have completed the second degree of initiation. The term "members" shall mean all brothers and probationers of the fraternity.

### Section 3. Use of Name.

Except for the entities and individuals identified in the first sentence of Section 2 of this Article 1, no entity or individual shall have the right to use the name "Proud Boys", or any insignia of the Fraternity, or any recognizable variant of any of the foregoing, in whole or in part, as a part of its name, or to identify itself or himself, or to claim affiliation with the Fraternity, without express written permission of this Company, which permission may be limited to a stated period of time.

### Section 4. Governing Documents.

The Constitution and Bylaws of Proud Boys International L.L.C., (the "Bylaws") shall be the supreme law of the Fraternity. Except as provided in these bylaws, the governing law of the Fraternity shall be the resolutions of the Proud Boy Elders Chapter. Any bylaw, regulation, legislation, or resolution of any chapter of the Fraternity in conflict with any of the foregoing shall be null and void. Any private rituals of the Fraternity, as may be promulgated by the Elders Chapter from time to time, shall be incorporated into these bylaws.

## Article II: Elders Chapter

### Section 1. Name, Role and Powers

The terms "Elders Chapter" or "Proud Boys Elders Chapter" shall mean and refer collectively to the members of the Company. The Elders Chapter shall be the administrative, executive, and judicial head of the Fraternity, and shall have, in addition to the powers expressly provided for elsewhere in these Bylaws, the power to decide all questions concerning the meaning and interpretation of these Bylaws, and the power to adopt such other resolutions, not inconsistent with these Bylaws, as shall be necessary or appropriate for the welfare of the Fraternity. The manager of this company shall be JLVD Holdings L.L.C. However, the manager of the Company shall not have a vote in any affairs of the Fraternity.

### Section 2. Composition.

The Elders Chapter shall consist of eight brothers elected from the Fraternity at large. Except as provided by Section 7 of this Article II, brothers of the Elders Chapter shall be elected for a term of one year, with such terms to expire following the election of a member to replace them.

### Section 3. Chairman.

The Elders Chapter shall elect, from among the brothers of the fraternity, a ninth brother to act as Chairman and to have the powers of the Chairman set forth in these bylaws.

### Section 4. Elders Chapter Powers

The sole powers of the Elders Chapter shall be as follows: (a) Through the Chairman, serving as the voice of the fraternity as a whole on matters of public concern; (b) Taking legal action on behalf of the fraternity; (c) To hold property in the name of the national fraternity and collect suggested voluntary dues for the benefit of the fraternity or for charity; (d) To establish organizations, funds or trusts to which both members and non-members of the fraternity could contribute for charitable purposes; and (e) To be the final authority on chapter status, membership criteria, and rituals of the fraternity.

### Section 5. Chapter Autonomy; Elders Not Superior.

Except as set forth in these bylaws, each chapter of this fraternity is independent and autonomous from every other chapter of this fraternity. The Elders Chapter is not a chapter at all, but rather, a council intended to facilitate brothers with certain skills or abilities to use to such skills and abilities for the benefit of the fraternity as a whole. The members of the Elders Chapter do not hold rank or title that is superior to that of any other brother in the fraternity and, during their tenure in the Elders Chapter, shall remain a member of their local chapter.

### Section 6. Chairman Duties

The Chairman is elected by the brothers of the Elders Chapter, but shall not be elected from *among* them. The Chairman may be any brother of the fraternity. The Chairman shall preside over the meetings of the Elders Chapter and, in the event of a tie among brothers of the Elders Chapter on any issue, shall be called upon to cast the tie-breaking vote. Unless otherwise

mandated by the members of the Elders Chapter, the Chairman shall act as the voice of the fraternity as a whole on matters of public concern.

### Section 7. The First Elders Chapter

The initial eight members of the Elders Chapter shall be ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The first duty of the brothers the First Elders Chapter shall be to determine a method through which their successors will be selected upon the expiration of their terms. That method or such election must be approved by at least six of the eight Elders, reduced to written form, and added to these bylaws as an amendment in Section 8 below.

### Section 8. Reserved for Expansion.

### Section 9. Removal from Office.

No brother of the Elders Chapter shall be removed from office prior to the expiration of his term except for death, incapacity, incarceration, or good cause as determined by the Elders Chapter in its sole discretion. Removal shall be based on three fourths vote of all members of the Elders Chapter then in office. Any member of the Elders Chapter shall have the power to resign from the Elders Chapter with thirty (30) days written notice to the Chairman.

### Section 10. Vacancies, How Filled

When, for any reason, a member of the Elders Chapter leaves office before the expiration of his term, the Elders Chapter shall select a successor by a majority vote. That member shall serve for the unexpired portion of the vacated term. If the Chairman resigns, the Elders Chapter shall select a new chairman by a majority vote. The resigning Chairman has the privilege, as his last act in office, of casting a vote to break any tie concerning his successor.

### Section 11. Special Privileges of the Elders Chapter

(a) The Elders Chapter may, by majority vote, confer the honor of the fourth degree of initiation on any brotherr of the fraternity who has met the criteria of Article VI, Section 2.
(b) The Elders Chapter has the privilege of designating awards for merit, other than the fourth degree of initiation, which may be conferred upon a member from time to time subject to the criteria set forth by the Elders Chapter.
(c) The Elders Chapter has the privilege of designating committees to perform certain functions related to the well-being of the members of this fraternity, provided that such functions do not constitute a prohibited exercise of power by the Elders. These committees may, but need not necessarily include, committees for bylaws, charity, merchandising, and social relations (to plan large events such as WestFest). The Elders chapter shall have the privilege of appointing one or more brothers who are not part of the Elders chapter to assist on such committees.

## Section 12. Meetings

(a) The Elders Chapter may meet from time to time at a place and manner as they may designate. Meetings may be conducted in person or through any means of electronic communication. If the Chairman is not present for the meeting, any Elder may act in place of the Chairman to keep order during the meeting.

(b) Five members of the Elders Chapter shall constitute a quorum for the transaction of business, except that, if there are less than five members than in office, the remaining members may meet for the purpose of filling vacancies as provided in Section 10 of this Article II. A meeting at which a quorum has been established may continue to transact business notwithstanding the subsequent withdrawal of one or more members with the result that five members are no longer in attendance.

(c) Except where a different vote is expressly required by another section of these Bylaws, a majority vote of those members present at a meeting at which a quorum is present shall be sufficient to approve any action of the Elders Chapter.

(d) Promptly following each meeting of the Elders Chapter, any action taken by the Chapter affecting the rights and privileges of members generally shall be communicated to the membership of the fraternity as a whole by any means that is both expeditious and reasonable under the circumstances.

## Section 13. Financial Matters.

(a) The Elders Chapter shall adopt, and monitor on a regular basis, an annual budget covering the revenues and expenditures of the Company. The Elders Chapter may select, from among their membership, a member to implement and monitor the budget.

(b) The Elders Chapter shall have the authority, but not the obligation, to assess upon *voluntary* annual dues upon each member in an amount not to exceed $25.00 per year. The revenue from this fee may only be used for the operations of the Fraternity or the other limited purposes set form in Section 4 of this Article II.

(c) The payment of dues is a *voluntary assessment* and shall not be the determining factor of whether a person is a member in this fraternity.

## Section 14. National Membership Records Forbidden

The Elders Chapter shall not keep or maintain a national list of members of this fraternity.

### Article III
### Establishment and Status of Active Chapters

## Section 1. Names.

(a)   Subject to these by-laws, the active chapters shall be named by using "Proud Boys" followed by the city in which the chapter has been chartered. For example, a chapter chartered in Detroit shall be named "Proud Boys Detroit". For chapters in smaller or less populous states where the use of the name of a city would be impractical, the name of the state may be used. For example, a chapter in Providence, Rhode Island would be named

"Proud Boys Rhode Island". The same name shall not be given to more than one chapter, and the name once given to an active chapter in a particular geographic location shall not be withdrawn from that location.

(b) The naming provisions of this bylaw are for chartering purposes only. It does not require that a chapter maintain any kind of legal existence. For those chapters which choose to have a legal existence (such as an LLC or a Corporation), this bylaw is not intended to impose any requirements or restrictions with respect to the naming requirements for that legal entity. Similar, this bylaw does not require the filing of any type of assumed name (d/b/a) certificate.

### Section 2. Establishment of New Chapters.

(a) The Fraternity shall seek to expand by establishing new active chapters, and for this purpose, the Elders Chapter shall have the *sole authority* to establish chapters in locations where it may determine there is an interest in the Fraternity. However, the Elders Chapter may delegate this authority to local bodies already responsible for overseeing the creation of chapters in their area, or such bodies which may be created in the future.

(b) No currently existing chapters of the fraternity shall be required to reapply for chartering. After the date of the adoption of these bylaws, the Elders Chapter must approve any new chapter of the fraternity by a majority vote.

(c) The Fraternity was formed in the United States of America and is an American organization. Chapters may be formed outside of the United States of America and its territories using the procedures set forth in these bylaws and all members of those chapters shall be recognized as brothers by other chapters. However, all chapters formed outside of the United States of America shall bear the responsibility of complying with all laws relating to the formation of a fraternal organization in their home country. All chapters formed outside of the United States of America shall, as an additional condition of chartering, agree to the jurisdiction of the Elders Chapter over their activities pursuant to these bylaws.

### Section 3. Prohibition on Individual Member Discipline.

The Fraternity recognizes that local chapters are in the best position to render disciplinary actions against members. For this reason, any disciplinary actions against individual members by the Elders Chapter is expressly prohibited.

## Article IV
## Organization and Conduct of Active Chapters

### Section 1. General.

Each Chapter shall have the authority to create its own bylaws, which shall be the governing document for that chapter. The Elders Chapter shall have *no authority* to oversee the creation of bylaws for an individual chapter, except that it shall have the power to nullify any local chapter bylaw that conflicts with these bylaws.

### Section 2. Active Chapter Officers.

Each chapter must, at a minimum, have a chapter president (or some person with a different title who fulfills the duties typical of a chapter president) for the purpose of receiving communications from the Elders Chapter concerning matters important to the fraternity. The bylaws of chapters may provide for such other additional officers as the chapters may desire. All officers of the active chapter shall be brothers.

### Section 3. Selection of Active Chapter Officers

Officers of each chapter shall be elected periodically for a term set forth in the bylaws of that chapter, or by local custom. The procedures for the election of officers, filling officer vacancies, and removing officers are left to the discretion of each chapter. However, all chapter officers must be brothers.

### Section 4. Scheduling of Active Chapter Meetings

Each chapter shall hold regular meetings at such a time, place, and frequency as the members of said chapter see fit, but at least once every sixty days. A "meeting" does not include any activity that occurs solely through electronic means.

### Section 5. Conduct of Active Chapter Meeting.

The form of the meeting of a chapter shall be pursuant to the ritual attached as Exhibit "A" to these bylaws, with additional time permitted as necessary for initiation rituals and other matters to be discussed in that chapter's meeting pursuant to the chapter's bylaws or local custom. Under no circumstances shall any person that is not a probationer or member of this fraternity be permitted in chapter meetings.

### Section 6. No Authority to Bind the Fraternity

No individual or group has the authority to legally bind the Fraternity in any manner unless taken pursuant to these bylaws or with the express written approval of the Elders Chapter by written resolution. This restriction includes, but is not limited to, any attempt to bind the Fraternity to an agreement or promise to indemnify a third party or accept liability on behalf of any other person or group.

## Article V
## Membership

### Section 1: Eligibility and Non-Discrimination.

(a) Membership in the Fraternity shall be limited to persons who were born male, who currently identify as male, and who have been initiated through the *second degree* of initiation in accordance with these Bylaws.

(b) No person eligible for membership in the Fraternity shall be discriminated against or denied membership in the Fraternity on the basis of race, color, creed, national origin, veteran status, disability, religion, marital status or sexual orientation.

(c) A person that believes in the inherent supremacy of any one race over another, or who is a member of any organization promoting the supremacy of any one race over another, may not become or remain a member of this Fraternity. This includes, but is not limited to, any person who currently identifies as white nationalist, white supremacist, or alt-right (or any person who is a member of an organization identifying as such). Similarly, members of terrorist organizations or cells, including but not limited to Antifa, are prohibited from membership in the fraternity.

**Section 2: Brotherhood for Life**

Any person that has completed the second degree of initiation for the Fraternity becomes a brother for life, except that he may be expelled for good cause as provided for in Section 6 of this Article V.

**Section 3. Probationers**

(a) The term "probationer" refers to a person that has completed the first degree of initiation as set forth in Section 1 of Article VI of these bylaws. The vetting of probationers to become brothers shall be at the discretion of the chapters, provided that the chapter complies with Section 1 of this Article V.

(b) The vetting of probationers through forced consumption of drugs or alcohol, physical training, corporal punishment, involuntary labor, sexual conduct, or any type of initiation or hazing ritual other than those rituals approved by Article VI of these bylaws is strictly prohibited.

(c) Probationers may be removed from the fraternity by their chapter in accordance with any bylaw or local custom of that chapter, except for such rules or local customs that may be inconsistent with these bylaws.

**Section 4. Brothers.**

(a) All persons given the honors of the second degree of initiation shall be brothers for life as provided in Section 2 of this Article V.

(b) A chapter may, but shall not have the obligation to, keep a list of active members of its chapter. In no event shall the membership list of a local chapter be disclosed to any person who is not a brother of the fraternity. A chapter shall immediately notify the Elders Chapter upon receipt of any legal process (summons, subpoena, discovery request, etc.) compelling the turnover of such lists.

(c) Any brother who relocates from one geographical territory to another shall be entitled to have his membership transferred to that territory, provided that he was a member in good standing of the chapter of which he departed.

**Section 5: Dues and Fees**

An active chapter may, as a condition of membership, impose annual or monthly dues for membership in the chapter. If a chapter imposes monthly dues for membership, it shall not require the payment of dues by any brother who is indigent or who is otherwise unable to pay dues due to financial hardship.

**Section 6: Discipline of Members**

(a) **Authority.** Except as provided in these bylaws, the sole and exclusive authority, <u>as well as the responsibility</u>, for the discipline of members rests with the individual chapters. It is strongly recommended, but not required, that each chapter develop its own written "Proud Boy Sharia Court" procedures.

(b) **Authorized Discipline.** A brother may only be disciplined for violations of these bylaws, of his chapter's bylaws, or for a violation of state or federal law so grievous that a failure to discipline the brother would injure the name and reputation of the fraternity.

(c) **Ex Post Facto Discipline Prohibited.** No brother may be disciplined for any violation of these bylaws, a chapter rule or bylaw, or other rules that occurred prior to the formal adoption and publication of said bylaw or rule.

(d) **Methods of Chapter Discipline.** The following methods of discipline are approved for use by chapters of the Fraternity:

   i. **Reprimand.** This is a formal warning under which a brother is notified that he has violated the bylaws or other rules, and that further violations will result in additional discipline.

   ii. **Fine.** Misconduct by a brother may be punished by a fine. The amount of the fine should be commensurate with the offense committed and the disciplinary history of the brother.

   iii. **Probation.** A chapter may place one of its brothers on probation for a period during which time the brother's activities (other than his right to vote), may be restricted.

   iv. **Suspension.** A chapter may suspend a brother for a period of up to one year. During this time, the brother may not purport to be a member of the Fraternity and shall not be entitled to participate in any activities of the Fraternity. A brother that is suspended is no longer considered to be in good standing with the Fraternity and may not transfer his membership to another chapter.

    v. **Expulsion**. This is the ultimate sanction for a member and results in permanent separation from the Fraternity. Upon imposing this sanction, the chapter shall notify the Elders Chapter of the name of the brother who has been expelled and shall provide the Elders Chapter with a concise list of reasons for the expulsion. The chapter shall cooperate with any investigation of the Elders Chapter relating to expulsion.

(e) **Disciplinary Appeals.** Unless the disciplinary action constituted a violation of these bylaws, the Elders Chapter lacks jurisdiction to consider appeals of reprimands, fine, probations, or suspensions. In the event of an expulsion, the Elders Chapter may, at its own discretion, consider the expulsion of the brother. If the Elders Chapter finds that the sanction was manifestly unjust and incompatible with the principles of fraternal brotherhood, it may pass a resolution censuring the chapter responsible for the expulsion and permit the brother to transfer to a different chapter.

(f) **Automatic Suspension.** An active chapter may include provisions in its bylaws for automatic suspension of members who fail to meet chapter attendance standards or who fail to remain current on financial obligations to the chapter. An automatic suspension must permit automatic reinstatement of a member, with no further discipline, once noncompliance with the standard is cured.

### Section 7. Voluntary Inactive Status

It is the policy of the Fraternity to accommodate members to the greatest extent possible. The Fraternity understands that it is possible that a brother could be placed in a position where his membership in the Fraternity could cause legal harm to the member or could be inconsistent with his legal obligations. For this reason, any member of the Fraternity who is a brother may request that his chapter place him on voluntary inactive status. A member seeking to return from voluntary inactive status must simply notify his prior chapter, or the president of any chapter to which he has transferred his membership, and pay any then due financial assessments of the chapter.

### Section 8. Good Standing

A brother is considered in good standing unless he is suspended, expelled, or on voluntary inactive status.

### Section 9. Privileges of Membership.

All brothers who are in good standing shall enjoy all of the privileges of membership granted by this Constitution and Bylaws or as may be granted by the Elders Chapter. They may attend any meeting of any Proud Boys chapter. They may address, vote, and hold office in their home chapter. They may purchase and wear the name, insignia, and colors of the Fraternity.

## Article VI
## Degrees of Initiation and Traditions

**Section 1. Rites of Initiation**

(a) The first degree of initiation shall be a video or personal appearance at a meeting in which the probationer (a) states his true legal name; (b) states his desire to be a Proud Boy; and (c) recites the Fraternity Creed. Upon completion of the first degree of initiation, a person is considered a "probationer" and shall submit to his local chapter for vetting so as to ensure suitability for membership.

(b) The second degree of initiation shall follow the following procedure:

   i. The second degree of initiation shall be explained fully to the probationer. After an explanation of the second degree, the brother supervising the second degree will ask the probationer if he understands what is about to happen to him.

   ii. Upon receiving an answer in the affirmative, the supervising brother shall inform the probationer that it is not the desire of any brother that he suffer physical injury during the second degree, but a possibility exists that he may be injured. He shall then ask the probationer if he understands.

   iii. Upon receiving an answer in the affirmative, the supervising brother shall inform the probationer that, upon completion of his second degree, he will be a brother for life and shall ensure that the probationer understands the implications of this fact (including his continued obligation to obey these bylaws).

   iv. Once probationer has responded in such a manner as to ensure that the probationer understands the second degree and the implications thereof, the probationer shall be surrounded by a minimum of five brothers, instructed to stand with his arms at his sides with his hands protecting his genitals, and to recite the Fraternity together with the supervising brother.

   v. Immediately after reciting the Fraternity Creed, the supervising brother shall instruct to probationer to name five breakfast cereals. At that time, the five brothers surrounding the probationer shall begin punching the probationer *only* in the arms and torso area of his body until such a time as he recites the names of five breakfast cereals. The supervising brother shall count the cereals aloud and the punching shall immediately cease once either (a) the fifth breakfast cereal is reached; or (b) the probationer indicates through words or actions that he is unable to continue and wishes to withdraw from the Fraternity. It is the responsibility of the supervising brother to protect the probationer undergoing his second degree from serious injury.

   vi. Immediately following the second degree, the new brother should get a hug from the supervising brother and told "Welcome Aboard". The same should then be done by all others who participated in the ritual of the second degree.

vii. A chapter is ***strictly prohibited*** from performing a second degree on such individuals and in such circumstances where the performance of the ritual would subject the probationer, or any other participant, to unreasonable danger or risk of physical injury. If a probationer suffers from a medical condition that would make the performance of a standard second degree ritual unreasonably dangerous, the chapter shall inform the Elders Chapter. Upon receipt of such notification, the Elders Chapter shall either proscribe an alternative ritual or enter an order exempting the probationer from the second degree of initiation.

(c) The third degree of initiation shall be a tattoo stating "Proud Boy" or "Proud Boys". The *recommended* format for the tattoo is attached to these bylaws as Exhibit "B" and incorporated by reference herein. The third degree is meant to symbolize the commitment of a member to truly being a brother for life

(d) No chapter shall add to or detract from the degrees of initiation set forth herein without the express written permission of the Elders Chapter. Permission for deviations shall only be granted in extraordinary circumstances.

**Section 2. Fourth Degree of Initiation.**

(a) The fourth degree of initiation is purely honorary in nature. It symbolizes a formal recognition of a material sacrifice or service by a brother. The nature of such sacrifice or service may be for this Fraternity, for a brother in this Fraternity, or for the brother's country or community. Any requirement that a brother commit a violent or illegal act as a condition precedent to receiving a fourth degree is, by this bylaw, abolished.

(b) Local chapters may award the fourth degree of initiation at their discretion, provided that their reasons for doing so are consistent with this Article VI, Section 2(a). No chapter may attempt to circumvent these bylaws by adopted a local requirement that any brother commit an illegal or violent act is a condition precedent to receiving the fourth degree.

(c) As the founder of this fraternity, the fourth degree of initiation may be awarded *sua sponte* by Gavin McInnes at his discretion.

**Section 3. Traditions**

(a) **Creed.** The Fraternity Creed is "I am a western chauvinist, and I refuse to apologize for creating the modern world"

(b) **Colors.** The official fraternity colors shall be black and yellow.

(c) **Crest.** The crest of the Fraternity shall be as shown on the document attached hereto as Exhibit "C" and incorporated by reference herein.

(d) **Song.** The official song of the Fraternity is "Proud of Your Boy", with music by Alan Menken and lyrics by Howard Ashman.

(e) **Dress Code.** The dress code for all brothers of the Fraternity shall be a black polo style shirt with two lines of yellow piping on the collar and the arms, long pants or jeans, and closed toe shoes or boots. Probationers shall dress in a "casual" manner, but may not wear a prohibited item.

(f) **Prohibited Items.** No member of the Fraternity shall wear flip flops, fedoras, or cargo shorts at any meeting or function of the Fraternity.

(g) **No Wanks.** No heterosexual brother of the Fraternity shall masturbate more than one time in any calendar month the act occurs during a consensual sexual contact with a female who is not a prostitute. All members shall abstain from pornography.

(h) **Founder and Founder's Day.** Gavin McInnes shall be recognized as the founder of our Fraternity. Each chapter shall observe Founder's Day on the seventeenth (17th) day of July and shall hold a Founder's Day celebration on or around that day in honor of our Founder, the Fraternity, and its ideals.

## Article VII
## Minimum Standards of Conduct

**Section 1. Preamble.**

Proud Boys is not a gang; it is a fraternity. Although the Elder's Chapter has no right to discipline any member of the fraternity, it does have the right to set minimum standards of conduct for brothers in the fraternity. It also has the right to impose collective discipline on chapters that fail to discipline their members due to lack of proper vetting and/or poor Sharia Court procedures. Accordingly, the rules set forth in Article VII, Section 2 of these bylaws shall govern all chapters, members, and probationers of this fraternity.

**Section 2. Proud Boy Law.**

(a) No member shall violate these bylaws.

(b) No member shall assist another member in violating these bylaws.

(c) No member shall engage in any conduct, or become a member of any group, that would make him ineligible for membership in this fraternity under Article V, Section 1 of these bylaws.

(d) No member shall engage in sexual conduct with, or attempt to engage in sexual conduct, with the spouse, girlfriend, or boyfriend of any other member.

(e) No member shall engage in any act of unlawful sexual contact or sexual misconduct.

(f) No member shall cheat, steal from, or defraud any other member.

(g) No member shall consume opiates, opioids, or crystalized methamphetamine. It is an exception to this bylaw if the brother is using the substance pursuant to a lawful prescription.

(h) No member shall conspire with any other member to commit any criminal act against the laws of their state or country.

(i) No member shall sell, use, or distribute illegal drugs at fraternity functions.

(j) No member shall engage in any conduct that may reasonably be construed as an attack on another member's home, family, or employment.

(k) No member shall unlawfully engage in violent conduct against a member or non-member. If a member is unlawfully attacked, that member and other members assisting him may only use such force as is reasonable and necessary under the circumstances to stop the other's unlawful use of force against the member who was attacked.

(l) Members who are attending a fraternity function outside of their home state shall have a duty to attempt to retreat from any potentially violent situation, provided that they can do so without subjecting themselves to further danger.

## Article VIII
## Miscellaneous

**Section 1. Fiscal Year.**

The fiscal year of the Company shall be form January 1 – December 31.

**Section 2. Amendments.**

These Bylaws may be amended or supplemented by 3/4 vote of all members of the Elders Chapter then in office

**Section 3. "10th Amendment" Provision.**

Any matter not addressed by these bylaws is, by default, left to the discretion of the individual chapters with the intention that they operate as autonomously as possible.

---

IT IS HEREBY RESOLVED that, on the 25th day of November, 2018, these bylaws were ADOPTED with the votes tallied as follows;

86  -  Aye
35  -  Nay

_____
Attorney for Proud Boys International LLC