# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 21-3021**                       **September Term, 2020**

                                                      1:21-cr-00175-TJK-2
                                                      1:21-cr-00175-TJK-1

                                      **Filed On: August 18, 2021** [1910725]

United States of America,

        Appellee

   v.

Joseph Randall Biggs,

        Appellant

------------------------------

Consolidated with 21-3022

### M A N D A T E

      In accordance with the judgment of June 25, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                        BY:       /s/
                                           Michael C. McGrail
                                           Deputy Clerk

<u>Link to the judgment filed June 25, 2021</u>