UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175-2 (TJK) |
| | : | |
| **JOSEPH BIGGS,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

This matter having come before the Court upon the Parties' Joint Motion to Adjust Deadlines in Connection with Defendant Biggs Motion to Reopen Hearing and for Release from Detention (hereinafter "Motion to Reopen") (ECF 137), and for good cause shown, the motion is hereby GRANTED, and it is hereby:

ORDERED that Defendant Biggs' supplement to his Motion to Reopen shall be filed on or before August 24, 2021;

ORDERED that the government's opposition to Defendant Biggs' Motion to Reopen shall be filed on or before September 7, 2021; and

ORDERED that Defendant Biggs reply (if any) shall be filed on or before September 14, 2021.

**SO ORDERED** this _____ day of _____, 2021.

_____
HONORABLE TIMOTHY J. KELLY
United States District Judge