IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-cr-175-3 (TJK) |
| ZACHARY REHL, | : | |
| Defendant | : | |

## GOVERNMENT'S MOTION FOR TRANSPORT ORDER

The United States, by and through undersigned counsel, respectfully moves this Court to enter an order directing the U.S. Marshals Service to transport Defendant Zachary Rehl from the Eastern District of Pennsylvania (E.D. Pa.) to the District of Columbia for further proceedings in this case. In support of this motion, the government states the following:

Defendant was charged by indictment in this district on March 10, 2021. On March 26, 2021, following Defendant's arrest in E.D. Pa., a magistrate judge in that district ordered that Defendant released to home confinement but also stayed that order pending review of the government's motion for detention in the District of Columbia. In the interim, Defendant was detained at the Federal Detention Center (FDC) in Philadelphia. On June 30, 2021, this Court granted the government's motion to revoke the E.D. Pa. magistrate judge's release order and ordered Defendant detained pending trial. *See* ECF 104. Thereafter, Defendant remained detained at the FDC in Philadelphia.

On August 18, 2021, a representative of the U.S. Marshals Service at the FDC in Philadelphia contacted the government and the magistrate judge in E.D. Pa., stating that Defendant should be detained in the District of Columbia instead of E.D. Pa. and requested an order from the magistrate judge in E.D. Pa. to transport Defendant to the District of Columbia. The magistrate

judge in E.D. Pa. contacted the government and indicated that any order regarding the location of Defendant's detention should be issued by this Court, which is where the criminal case is pending. The government alerted defense counsel to these developments and stated that, pursuant to the request of the U.S. Marshals Service, the government would seek an order from this Court to transport Defendant to the District of Columbia. Defense counsel did not indicate whether or not Defendant would oppose the motion.

For these reasons, the government moves the court to direct the U.S. Marshals Service to transport Defendant to the District of Columbia for further proceedings in this case. A proposed order is attached.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH, DC Bar No. 998006
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066