## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-cr-175-3 (TJK) |
| ZACHARY REHL, : | |
| Defendant : | |

### GOVERNMENT'S MOTION FOR TRANSPORT ORDER

This matter having come before the Court on the United States' Motion for Transport Order, the motion is GRANTED, and it is hereby

ORDERED that the U.S. Marshals Service is directed ttransport Defendant Zachary Rehl forthwith from the Eastern District of Pennsylvania to the District of Columbia for further proceedings in this case.

DATE:

The Honorable Timothy J. Kelly
United States District Judge.