

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 16, 2021

**Via Email and Electronic File Transfer**

Jonathon A. Moseley
5765-F Burke Center Parkway #337
Burke, VA 22015
contact@jonmosely.com

          Re:    <u>United States v. Zachary Rehl</u>, Cr. No.:  21-cr-175-3 (TJK)

Dear Counsel:

      I write in response to your letter of September 14, 2021, requesting certain discovery (related to Parler) in the above-captioned case against defendant Zachary Rehl.  This letter memorializes the production of certain discovery and conveys the government's discovery requests and additional information.

      As you note in your letter, you were recently retained by Mr. Rehl in this matter, replacing previous counsel, Mr. Shaka Johnson.  You have confirmed your agreement to the terms of the protective order in place in this case (ECF 83).  You have also indicated that you expect to obtain discovery materials that were provided by the government to Mr. Johnson.  As we discussed on September 10, 2021, we are also happy to re-produce to you any discovery material that was previously provided to Mr. Johnson.  Most discovery productions are provided through the USAfx file transfer system, and it is our understanding that your USAfx account is now active.

      In your September 14, 2021, letter, you request material from Mr. Rehl's Parler account—specifically, a statement by Mr. Rehl on Parler at some point in December of 2020 (although the content of the statement is unclear and therefore difficult to identify).  ▌

▌  The information was produced to Mr. Johnson on April 27, 2021.



Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. And please let us know immediately if you have been unable to access and download the materials for your use in this case.

I. **Government's Discovery Requests**

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);
(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, the government notes its continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

II. **Notice of Rule 404(b) Evidence**

The government may seek to admit evidence pursuant to Federal Rule of Evidence 404(b). In the event that the government seeks to introduce such evidence at trial, an appropriate notice or motion will be filed.

III. **Other Information (Brady / Lewis / Giglio)**

The government is aware of its *Brady* or *Giglio* obligations. If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time. *Lewis* information for the government's witnesses will be provided to you at the time of trial.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Please contact us should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov

3