

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

October 21, 2021

**Via Email and Electronic File Transfer**

| | |
|---|---|
| Lisa Costner<br>Ira Knight<br>Federal Public Defender MDNC<br>251 N. Main St. Suite 849<br>Winston-Salem NC 27101 | Jonathon Moseley<br>5765-F Burke Centre Parkway<br>Suite 337<br>Burke, Virginia 22015 |
| J. Daniel Hull<br>Hull McGuire PC<br>888 Seventeenth Street, NW<br>Suite 1200<br>Washington, DC 20006 | Nicholas Smith<br>7 East 20th Street<br>Suite 4R<br>New York, NY 10003 |

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.

    This production includes materials from that were produced in cross-discovery in *United States v. Dominic Pezzola et al.*, 1:21-cr-52 (TJK), a case pending before Judge Kelly. The materials, which are being made available to you on USAfx, are from Dominic Pezzola's FBI file, and they are listed on the index accompanying the materials. As with other cross-discovery productions, the materials are designative Sensitive pursuant to the protective orders in this case. The materials are combined in a folder titled "2021.10.21 Cross-Discovery from Pezzola." The file names in the index are those that appear in FBI systems. In some instances, the actual names of the files produced are slightly altered to indicate documents that are redacted or to shorten the names based on space limitations.

      Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

                                    Sincerely yours,

                                    CHANNING D. PHILLIPS
                                  ACTING UNITED STATES ATTORNEY

By:        /s/
                                  Luke M. Jones
                                  Assistant United States Attorney
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-7066
                                  Luke.jones@usdoj.gov

| Title | File Name |
|---|---|
| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
| | 0176-WF-3366759-PEZZOLA_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000002_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000003_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000004_1A0000001_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000002.jpg |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000006.jpg |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000009.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000010.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000012.jpg |
| | 0176-WF-3366759-PEZZOLA_0000008_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000009.pdf |
| | 0176-WF-3366759-PEZZOLA_0000010.pdf |
| | 0176-WF-3366759-PEZZOLA_0000013.pdf |
| | 0176-WF-3366759-PEZZOLA_0000015.pdf |
| | 0176-WF-3366759-PEZZOLA_0000015_1A0000004_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000016.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017_1A0000007_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017_1A0000007_0000002.jpeg |
| | 0176-WF-3366759-PEZZOLA_0000018.pdf |
| | 0176-WF-3366759-PEZZOLA_0000019.pdf |
| | 0176-WF-3366759-PEZZOLA_0000019_1A0000009_0000001.png |
| | 0176-WF-3366759-PEZZOLA_0000020.pdf |
| | 0176-WF-3366759-PEZZOLA_0000020_1A0000011_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000023.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025_1A0000014_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025_1A0000014_0000002.png |
| | 0176-WF-3366759-PEZZOLA_0000026.pdf |
| | 0176-WF-3366759-PEZZOLA_0000026_1A0000015_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000027.pdf |
| | 0176-WF-3366759-PEZZOLA_0000027_1A0000016_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000028.pdf |
| | 0176-WF-3366759-PEZZOLA_0000028_1A0000017_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000029.pdf |
| | 0176-WF-3366759-PEZZOLA_0000029_1A0000018_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000031.pdf |
| | 0176-WF-3366759-PEZZOLA_0000032.pdf |
| | 0176-WF-3366759-PEZZOLA_0000032_1A0000020_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033_1A0000021_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033_1A0000021_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000003_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000035.pdf |
| | 0176-WF-3366759-PEZZOLA_0000035_1A0000022_0000001_PHYSICAL.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) ||
|---|---|
| Title | File Name |
| ████ | 0176-WF-3366759-PEZZOLA_0000036.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000036_1A0000023_0000001.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000037.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000037_1A0000024_0000001.mp4 |
| ████ | 0176-WF-3366759-PEZZOLA_0000037_1A0000024_0000002.mp4 |
| ████ | 0176-WF-3366759-PEZZOLA_0000038.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000038_Import.mov |
| ████ | 0176-WF-3366759-PEZZOLA_0000039.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000001.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000002.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000003.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000004.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000005.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000006.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000041.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000041_1A0000002_0000001.msg |
| ████ | 0176-WF-3366759-PEZZOLA_0000041_1A0000002_0000002.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000044.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000044_1A0001919_0000001.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000001.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000002.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000003.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000001.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000002.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000003.html |
| ████ | 0176-WF-3366759-PEZZOLA_0000048_1A0000031_0000001.msg |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000002.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000003.asc |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000004.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000005.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000006.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000007.txt |
| ████ | 0176-WF-3366759-PEZZOLA_0000050_1A0000033_0000002.msg |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000001.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000002.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000003.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000004.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000005.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000006.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000007.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000008.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000009.html |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000010.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000011.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000012.csv |
| ████ | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000013.msg |
| ████ | 0176-WF-3366759-PEZZOLA_0000053.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000053_1A0000036_0000001.PNG |
| ████ | 0176-WF-3366759-PEZZOLA_0000053_1A0000037_0000001.jfif |
| ████ | 0176-WF-3366759-PEZZOLA_0000054.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000054_1A0000038_0000001.xlsx |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000002.xls |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000003.htm |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000004.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000005.html |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000006.xls |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000007.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000008.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000056.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000056_1A0000040_0000001.pdf |
| ████ | 0176-WF-3366759-PEZZOLA_0000057.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) ||
|---|---|
| Title | File Name |
| ███ | 0176-WF-3366759-PEZZOLA_0000058.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000058_1A0000041_0000001.docx |
| ███ | 0176-WF-3366759-PEZZOLA_0000059.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000060.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000060_1A0000004_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000060_1A0000005_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000061.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000063.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000069.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000069_1A0000046_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000074.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000077_1A0000052_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000078.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000078_1A0000003_0000001.xlsx |
| ███ | 0176-WF-3366759-PEZZOLA_0000079.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000079_Import.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000080.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000080_1A0000007_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000080_1A0000008_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000084.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000084_1A0000010_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000085.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000087.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000087_1A0000054_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000088.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000088_1A0000055_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000090.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000090_1A0004683_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000093.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000093_1A0000058_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000094.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000095.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000002.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000003.csv |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000004.png |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000005.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000008.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000096_1A0000061_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000096_Import.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000097.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000097_1A0000062_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000099.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000001.zip |
| ███ | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000002.zip |
| ███ | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000003.zip |
| ███ | 0176-WF-3366759-PEZZOLA_0000101_1A0000065_0000001.zip |
| ███ | 0176-WF-3366759-PEZZOLA_0000103.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000103_1A0000009_0000001.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000105.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000107.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000109.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000001.jpeg |
| ███ | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000002.jfif |
| ███ | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000003.pdf |
| ███ | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000004.jpg |
| ███ | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000005.jpg |
| ███ | 0176-WF-3366759-PEZZOLA_0000110.pdf |

| \ | U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) |
|---|---|
| **Title** | **File Name** |
| | 0176-WF-3366759-PEZZOLA_0000110_Import.pdf |
| | 0176-WF-3366759-PEZZOLA_0000111.pdf |
| | 0176-WF-3366759-PEZZOLA_0000111_Import.pdf |
| | 0176-WF-3366759-PEZZOLA_0000112.pdf |
| | 0176-WF-3366759-PEZZOLA_0000112_1A0000006_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000112_1A0000006_0000004.gp |
| | 0176-WF-3366759-PEZZOLA_0000112_1A0000006_0000005.pdf |
| | 0176-WF-3366759-PEZZOLA_0000113.pdf |
| | 0176-WF-3366759-PEZZOLA_0000113_1A0010020_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000114.pdf |
| | 0176-WF-3366759-PEZZOLA_0000114_1A0000008_0000001.msg |
| | 0176-WF-3366759-PEZZOLA_0000116.pdf |
| | 0176-WF-3366759-PEZZOLA_0000117_1A0000066_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000117_1A0000067_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000117_1A0000067_0000002.html |
| | 0176-WF-3366759-PEZZOLA_0000117_1A0000067_0000003.html |
| | 0176-WF-3366759-PEZZOLA_0000119_1A0000071_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000120_1A0000073_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000121.pdf |
| | 0176-WF-3366759-PEZZOLA_0000124.pdf |
| | 0176-WF-3366759-PEZZOLA_0000124_1A0000012_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000126_1A0000076_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000128.pdf |
| | 0176-WF-3366759-PEZZOLA_0000128_1A0000078_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000128_1A0000078_0000002.mov |
| | 0176-WF-3366759-PEZZOLA_0000129_1A0000082_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000130_1A0000084_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000130_1A0000084_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000133.pdf |
| | 0176-WF-3366759-PEZZOLA_0000133_1A0000002_0000002.jpeg |
| | 0176-WF-3366759-PEZZOLA_0000133_1A0000002_0000004.pdf |
| | 0176-WF-3366759-PEZZOLA_0000133_1A0000003_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000134.pdf |
| | 0176-WF-3366759-PEZZOLA_0000135_1A0000086_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000135_1A0000086_0000002.zip |
| | 0176-WF-3366759-PEZZOLA_0000136.pdf |
| | 0176-WF-3366759-PEZZOLA_0000136_1A0000088_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137_1A0000089_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137_1A0000089_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137_1A0000089_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137_1A0000089_0000004.pdf |
| | 0176-WF-3366759-PEZZOLA_0000137_1A0000090_0000001.3gp |
| | 0176-WF-3366759-PEZZOLA_0000138.pdf |
| | 0176-WF-3366759-PEZZOLA_0000138_1A0007189_0000001.vcf |
| | 0176-WF-3366759-PEZZOLA_0000138_1A0007189_0000002.txt |
| | 0176-WF-3366759-PEZZOLA_0000138_1A0007189_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000139.pdf |
| | 0176-WF-3366759-PEZZOLA_0000139_1A0000091_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000139_1A0000091_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000139_1A0000091_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000140_1A0000093_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000140_1A0000093_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000143.pdf |
| | 0176-WF-3366759-PEZZOLA_0000143_1A0000096_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000144.pdf |
| | 0176-WF-3366759-PEZZOLA_0000144_1A0000097_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000148.pdf |
| | 0176-WF-3366759-PEZZOLA_0000148_Import.pdf |

| Title | File Name |
|---|---|
| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) ||
| ■ | 0176-WF-3366759-PEZZOLA_0000156.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000160.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000161.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000163.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000163_1A0000104_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000164.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000165.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000165_1A0002502_0000001.jpeg |
| ■ | 0176-WF-3366759-PEZZOLA_0000166_1A0011677_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000016_0000001_PHYSICAL.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000001.PNG |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000002.PNG |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000003.PNG |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000004.PNG |
| ■ | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000005.PNG |
| ■ | 0176-WF-3366759-PEZZOLA_0000168.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000168_Import.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000171.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000171_1A0000018_0000001.mp4 |
| ■ | 0176-WF-3366759-PEZZOLA_0000173.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000173_1A0000016_0000001_PHYSICAL.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000174.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000174_1A0000105_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000175.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000176.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000177.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000180.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000180_1A0000107_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000181.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000182.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000182_1A0000108_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000184.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000184_1A0009855_0000001.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000185.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000187.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000187_Import.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000188.pdf |
| ■ | 0176-WF-3366759-PEZZOLA_0000189_1A0009189_0000001.pdf |