**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

Criminal Action No. 21-175 (TJK)

ETHAN NORDEAN et al.,

*Defendants*.

## SCHEDULING ORDER

The parties appeared before the Court on January 11, 2022, for a status conference in this matter.  As discussed at that conference, it is hereby **ORDERED** that:

1.  The United States shall notify the Defendants of its intention to introduce any 404(b) evidence by February 11, 2022;

2.  The parties shall file any pretrial motions, including motions to suppress and motions *in limine*, by March 16, 2022; oppositions to the motions shall be filed by March 30, 2022; and replies shall be filed by April 6, 2022;

3.  The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by April 13, 2022;

4.  The parties shall appear for a motions hearing and pretrial conference on April 22, 2022, at 9:30 a.m. via videoconference; and

5.  Jury selection and trial shall commence on May 18, 2022, at 9:00 a.m. in the Ceremonial Courtroom.

2

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: January 21, 2022

Attachment A

The Joint Pretrial Statement shall include the following:

a.  A one-paragraph joint statement of the case for the Court to read to prospective jurors;

b.  Proposed *voir dire* questions that include:
    i.   The *voir dire* questions on which the parties agree; and
    ii.  The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c.  Proposed jury instructions, which are formatted so that each instruction begins on a new page, and indicate:
    i.   The instructions to which the parties agree;
    ii.  The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
    iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d.  A list of expert witnesses, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e.  A list of prior convictions that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f.  A list of exhibits that the government intends to offer during trial, with a brief description of each exhibit;

g.  Any stipulations executed or anticipated to be executed;

h.  A list of lesser included offenses for which any party may seek a jury instruction; and

i.  A proposed verdict form that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).