

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 27, 2021

**Via Email and Federal Express**

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis. This production relates to evidence obtained pursuant to a search warrant ███████████████████████████████

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

     Today the government is sending each of you a 16 terabyte hard drive containing forensic copies of the devices obtained from ██████████████. The hard drive contains a folder titled

"Notes," which contains an index of the materials in an Excel file titled "WF-3366759_Evidence." The hard drive also contains photos from the FBI CART extraction process. The contents of the devices are segregated into folders identified by the device's FBI 1B number.

These hard drives are designated Sensitive under the protective order. We will send a password for the hard drives separately

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                                        Sincerely yours,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY

By:        /s/
                    Luke M. Jones
                    Assistant United States Attorney
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-7066
                    Luke.jones@usdoj.gov