

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

January 26, 2022

**<u>By e-mail and FedEx</u>**

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

   Re: United States v. Zachary Rehl, 1:21-cr-175 (TJK)

Dear Counsel:

  Please find enclosed one external hard drive containing a forensic image of the Apple iCloud account of your client, Mr. Rehl, seized pursuant to a search warrant (21-sc-345).  A copy of this data was previously produced in discovery on June 30, 2021, but our understanding is that you have not obtained that discovery from Mr. Rehl's prior counsel.

  To facilitate additional discovery productions that may involve large sets of data, we would appreciate if you would copy the data on the external hard drive and return the drive to us so that we can use it again for other productions in this case.

       Sincerely,

       Matthew M. Graves
       United States Attorney

    By:    /s/
       LUKE M. JONES
       Assistant United States Attorney
       luke.jones@usdoj.gov
       (202) 252-7066