

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 1, 2022

*Via Email and Electronic File Transfer*

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

    Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis. Today the government produced a fourth round of materials from Mr. Nordean's case file maintained by the Federal Bureau of Investigation (FBI). The materials described herein have been made available for download in the Cross Discovery folder on USAfx, and an index is provided with the production.

    Please note that the file names bear the titles as assigned by the FBI's electronic systems. This production includes grand jury subpoena material, some of which were previously produced by the U.S. Attorney's Office (see production of July 9, 2021). The FBI file names of these materials contain "GJ." Given the personal identification information and financial information contained in those materials, those have been designated HIGHLY SENSITIVE, except as to the

individual to whom the information pertains. Consistent with other cross-discovery productions, all other materials are designated SENSITIVE except as to defendant Nordean.

For your reference, "CART" files relate to FBI's Computer Analysis Response Team and "FISUR" files relate to physical surveillance. Note that each of these sub-files (e.g., GJ, CART, FISUR) has its own series of serial numbers.

Please let us know if you have been unable to access and download the materials for your use in this case. To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                          Sincerely yours,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY

By:          /s/
               Luke M. Jones
               Assistant United States Attorney
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 252-7066
               Luke.jones@usdoj.gov

## Index of Production of Nordean FBI Files on February 1, 2022

**Highly Sensitive Files are identified below and are being produced in a separate folder. All other files are designated Sensitive, except as to defendant Nordean, as described in the discovery correspondence.**

| Serial Number | File Name | Highly Sensitive |
|---:|---|---|
| 169 | 266O-SE-3380382_0000169.pdf | |
| 170 | 266O-SE-3380382_0000170.pdf | |
| 171 | 266O-SE-3380382_0000171.pdf | |
| 171 | 266O-SE-3380382_0000171_1A0000083_0000001.xlsx | |
| 171 | 266O-SE-3380382_0000171_1A0000083_0000002.xlsx | |
| 171 | 266O-SE-3380382_0000171_1A0000083_0000003.xlsx | |
| 171 | 266O-SE-3380382_0000171_1A0000083_0000004.xlsx | |
| 177 | 266O-SE-3380382_0000177.pdf | |
| 1 | 266O-SE-3380382-CART_0000001.pdf | |
| 2 | 266O-SE-3380382-CART_0000002.pdf | |
| 2 | 266O-SE-3380382-CART_0000002_1A0000001_0000001.pdf | |
| 2 | 266O-SE-3380382-CART_0000002_1A0000001_0000002.pdf | |
| 2 | 266O-SE-3380382-CART_0000002_1A0000001_0000003.txt | |
| 2 | 266O-SE-3380382-CART_0000002_1A0000001_0000004.txt | |
| 2 | 266O-SE-3380382-CART_0000002_1A0000001_0000005.pdf | |
| 3 | 266O-SE-3380382-CART_0000003.pdf | |
| 3 | 266O-SE-3380382-CART_0000003_1A0000002_0000001.pdf | |
| 4 | 266O-SE-3380382-CART_0000004.pdf | |
| 5 | 266O-SE-3380382-CART_0000005.pdf | |
| 6 | 266O-SE-3380382-CART_0000006.pdf | |
| 7 | 266O-SE-3380382-CART_0000007.pdf | |
| 8 | 266O-SE-3380382-CART_0000008.pdf | |
| 8 | 266O-SE-3380382-CART_0000008_1A0000003_0000001.pdf | |
| 9 | 266O-SE-3380382-CART_0000009.pdf | |
| 10 | 266O-SE-3380382-CART_0000010.pdf | |
| 10 | 266O-SE-3380382-CART_0000010_1A0000004_0000001.pdf | |
| 11 | 266O-SE-3380382-CART_0000011.pdf | |
| 12 | 266O-SE-3380382-CART_0000012.pdf | |
| 13 | 266O-SE-3380382-CART_0000013.pdf | |
| 13 | 266O-SE-3380382-CART_0000013_1A0000005_0000001.pdf | |
| 1 | 266O-SE-3380382-FISUR_0000001.pdf | |
| 2 | 266O-SE-3380382-FISUR_0000002.pdf | |
| 3 | 266O-SE-3380382-FISUR_0000003.pdf | |
| 3 | 266O-SE-3380382-FISUR_0000003_1A0000008_0000001.jpg | |

|   |   |   |
|---|---|---|
| 3 | 266O-SE-3380382-FISUR_0000003_1A0000009_0000001.PNG |   |
| 4 | 266O-SE-3380382-FISUR_0000004.pdf |   |
| 4 | 266O-SE-3380382-FISUR_0000004_1A0000001_0000001.jpg |   |
| 5 | 266O-SE-3380382-FISUR_0000005.pdf |   |
| 5 | 266O-SE-3380382-FISUR_0000005_1A0000001_0000001.jpg |   |
| 6 | 266O-SE-3380382-FISUR_0000006.pdf |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000001.mp4 |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000002.jpeg |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000003.mp4 |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000004.jpeg |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000005.jpeg |   |
| 6 | 266O-SE-3380382-FISUR_0000006_1A0000002_0000006.jpeg |   |
| 1 | 266O-SE-3380382-GJ_0000001.pdf | Yes |
| 1 | 266O-SE-3380382-GJ_0000001_1A0000001_0000001.pdf | Yes |
| 1 | 266O-SE-3380382-GJ_0000001_1A0000001_0000002.pdf | Yes |
| 1 | 266O-SE-3380382-GJ_0000001_1A0000001_0000003.pdf | Yes |
| 1 | 266O-SE-3380382-GJ_0000001_1A0000001_0000004.tif | Yes |
| 1 | 266O-SE-3380382-GJ_0000001_1A0000001_0000005.tif | Yes |
| 2 | 266O-SE-3380382-GJ_0000002.pdf | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000001.pdf | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000002.zip | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000003.pdf | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000004.zip | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000005.pdf | Yes |
| 2 | 266O-SE-3380382-GJ_0000002_1A0000002_0000006.xlsx | Yes |
| 3 | 266O-SE-3380382-GJ_0000003.pdf | Yes |
| 3 | 266O-SE-3380382-GJ_0000003_1A0000003_0000001.pdf | Yes |
| 3 | 266O-SE-3380382-GJ_0000003_1A0000003_0000002.zip | Yes |
| 3 | 266O-SE-3380382-GJ_0000003_1A0000003_0000003.pdf | Yes |
| 3 | 266O-SE-3380382-GJ_0000003_1A0000003_0000004.xlsx | Yes |
| 4 | 266O-SE-3380382-GJ_0000004.pdf | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000001.pdf | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000002.html | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000003.zip | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000004.pdf | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000005.zip | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000006.pdf | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000007.pdf | Yes |
| 4 | 266O-SE-3380382-GJ_0000004_1A0000004_0000008.pdf | Yes |
| 5 | 266O-SE-3380382-GJ_0000005.pdf | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000001.pdf | Yes |

| | | |
|---|---|---|
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000002.gif | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000003.zip | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000004.png | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000005.pdf | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000006.pdf | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000007.txt | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000008.jpg | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000009.html | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000010.pdf | Yes |
| 5 | 266O-SE-3380382-GJ_0000005_1A0000005_0000011.pdf | Yes |
| 6 | 266O-SE-3380382-GJ_0000006.pdf | Yes |
| 6 | 266O-SE-3380382-GJ_0000006_1A0000006_0000001.pdf | Yes |
| 6 | 266O-SE-3380382-GJ_0000006_1A0000006_0000002.zip | Yes |
| 6 | 266O-SE-3380382-GJ_0000006_1A0000006_0000003.pdf | Yes |
| 7 | 266O-SE-3380382-GJ_0000007.pdf | Yes |
| 7 | 266O-SE-3380382-GJ_0000007_1A0000007_0000001.pdf | Yes |
| 7 | 266O-SE-3380382-GJ_0000007_1A0000007_0000002.pdf | Yes |
| 8 | 266O-SE-3380382-GJ_0000008.pdf | Yes |
| 8 | 266O-SE-3380382-GJ_0000008_1A0000008_0000001.pdf | Yes |
| 8 | 266O-SE-3380382-GJ_0000008_1A0000008_0000002.pdf | Yes |
| 8 | 266O-SE-3380382-GJ_0000008_1A0000008_0000003.pdf | Yes |
| 9 | 266O-SE-3380382-GJ_0000009.pdf | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000001.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000002.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000003.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000004.msg | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000005.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000006.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000007.pdf | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000008.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000009.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000010.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000011.html | Yes |
| 9 | 266O-SE-3380382-GJ_0000009_1A0000009_0000012.html | Yes |
| 10 | 266O-SE-3380382-GJ_0000010.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000001.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000002.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000003.txt | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000004.dat | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000005.txt | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000006.pdf | Yes |

| | | |
|---|---|---|
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000007.txt | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000008.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000009.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000010.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000011.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000012.zip | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000013.zip | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000014.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000015.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000016.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000017.txt | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000018.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000019.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000020.pdf | Yes |
| 10 | 266O-SE-3380382-GJ_0000010_1A0000010_0000021.pdf | Yes |
| 11 | 266O-SE-3380382-GJ_0000011.pdf | Yes |
| 11 | 266O-SE-3380382-GJ_0000011_1A0000011_0000001.pdf | Yes |
| 11 | 266O-SE-3380382-GJ_0000011_1A0000011_0000002.xlsx | Yes |
| 12 | 266O-SE-3380382-GJ_0000012.pdf | Yes |
| 12 | 266O-SE-3380382-GJ_0000012_1A0000012_0000001.pdf | Yes |
| 12 | 266O-SE-3380382-GJ_0000012_1A0000012_0000002.zip | Yes |
| 13 | 266O-SE-3380382-GJ_0000013.pdf | Yes |
| 13 | 266O-SE-3380382-GJ_0000013_1A0000013_0000001.zip | Yes |
| 14 | 266O-SE-3380382-GJ_0000014.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000001.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000002.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000003.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000004.txt | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000005.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000006.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000007.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000008.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000009.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000010.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000011.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000012.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000013.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000014.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000015.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000016.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000017.csv | Yes |

| | | |
|---:|---|---|
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000018.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000019.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000020.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000021.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000022.zip | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000023.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000024.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000025.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000026.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000027.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000028.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000029.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000030.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000031.pdf | Yes |
| 14 | 266O-SE-3380382-GJ_0000014_1A0000014_0000032.pdf | Yes |
| 15 | 266O-SE-3380382-GJ_0000015.pdf | Yes |
| 16 | 266O-SE-3380382-GJ_0000016.pdf | Yes |
| 16 | 266O-SE-3380382-GJ_0000016_1A0000015_0000001.pdf | Yes |
| 16 | 266O-SE-3380382-GJ_0000016_1A0000015_0000002.docx | Yes |
| 17 | 266O-SE-3380382-GJ_0000017.pdf | Yes |
| 17 | 266O-SE-3380382-GJ_0000017_1A0000016_0000001.pdf | Yes |
| 17 | 266O-SE-3380382-GJ_0000017_1A0000016_0000002.zip | Yes |
| 17 | 266O-SE-3380382-GJ_0000017_1A0000016_0000003.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000001.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000002.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000003.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000004.JPG | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000005.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000006.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000007.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000008.JPG | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000009.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000010.JPG | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000011.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000012.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000013.JPG | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000014.pdf | Yes |
| 18 | 266O-SE-3380382-GJ_0000018_1A0000017_0000015.pdf | Yes |
| 19 | 266O-SE-3380382-GJ_0000019.pdf | Yes |
| 19 | 266O-SE-3380382-GJ_0000019_1A0000018_0000001.pdf | Yes |

| | 20 | 266O-SE-3380382-GJ_0000020.pdf | Yes |
|---|---|---|---|
| | 20 | 266O-SE-3380382-GJ_0000020_1A0000019_0000001.pdf | Yes |
| | 20 | 266O-SE-3380382-GJ_0000020_1A0000019_0000002.pdf | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021.pdf | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021_1A0000020_0000001.pdf | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021_1A0000020_0000002.log | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021_1A0000020_0000003.pdf | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021_1A0000020_0000004.txt | Yes |
| | 21 | 266O-SE-3380382-GJ_0000021_1A0000020_0000005.log | Yes |
| | 22 | 266O-SE-3380382-GJ_0000022.pdf | Yes |
| | 22 | 266O-SE-3380382-GJ_0000022_1A0000021_0000001.pdf | Yes |
| | 22 | 266O-SE-3380382-GJ_0000022_1A0000022_0000001.pdf | Yes |
| | 22 | 266O-SE-3380382-GJ_0000022_1A0000023_0000001.zip | Yes |
| | 22 | 266O-SE-3380382-GJ_0000022_1A0000024_0000001.zip | Yes |
| | 23 | 266O-SE-3380382-GJ_0000023.pdf | Yes |
| | 23 | 266O-SE-3380382-GJ_0000023_1A0000025_0000001.pdf | Yes |
| | 23 | 266O-SE-3380382-GJ_0000023_1A0000026_0000001.pdf | Yes |
| | 23 | 266O-SE-3380382-GJ_0000023_1A0000027_0000001.xlsx | Yes |
| | 23 | 266O-SE-3380382-GJ_0000023_1A0000028_0000001.xlsx | Yes |
| | 24 | 266O-SE-3380382-GJ_0000024.pdf | Yes |
| | 24 | 266O-SE-3380382-GJ_0000024_1A0000029_0000001.pdf | Yes |
| | 24 | 266O-SE-3380382-GJ_0000024_1A0000030_0000001.pdf | Yes |
| | 25 | 266O-SE-3380382-GJ_0000025.pdf | Yes |
| | 25 | 266O-SE-3380382-GJ_0000025_1A0000031_0000001.pdf | Yes |
| | 25 | 266O-SE-3380382-GJ_0000025_1A0000032_0000001.xlsx | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000033_0000001.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000034_0000001.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000035_0000001.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000036_0000001.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000037_0000001.pdf | Yes |
| | 26 | 266O-SE-3380382-GJ_0000026_1A0000038_0000001.pdf | Yes |
| | 27 | 266O-SE-3380382-GJ_0000027.pdf | Yes |
| | 27 | 266O-SE-3380382-GJ_0000027_1A0000039_0000001.pdf | Yes |
| | 27 | 266O-SE-3380382-GJ_0000027_1A0000040_0000001.pdf | Yes |
| | 29 | 266O-SE-3380382-GJ_0000029.pdf | Yes |
| | 29 | 266O-SE-3380382-GJ_0000029_1A0000042_0000001.pdf | Yes |
| | 30 | 266O-SE-3380382-GJ_0000030.pdf | Yes |
| | 30 | 266O-SE-3380382-GJ_0000030_1A0000043_0000001.XLSX | Yes |
| | 30 | 266O-SE-3380382-GJ_0000030_1A0000043_0000002.XLSX | Yes |
| | 30 | 266O-SE-3380382-GJ_0000030_1A0000043_0000003.PDF | Yes |

| | | |
|---|---|---|
| 30 | 266O-SE-3380382-GJ_0000030_1A0000043_0000004.XLSX | Yes |
| 30 | 266O-SE-3380382-GJ_0000030_1A0000044_0000001.pdf | Yes |
| 30 | 266O-SE-3380382-GJ_0000030_1A0000044_0000002.PDF | Yes |
| 31 | 266O-SE-3380382-GJ_0000031.pdf | Yes |
| 31 | 266O-SE-3380382-GJ_0000031_1A0000045_0000001.pdf | Yes |
| 31 | 266O-SE-3380382-GJ_0000031_1A0000045_0000002.pdf | Yes |
| 31 | 266O-SE-3380382-GJ_0000031_1A0000045_0000003.pdf | Yes |
| 31 | 266O-SE-3380382-GJ_0000031_1A0000045_0000004.pdf | Yes |
| 31 | 266O-SE-3380382-GJ_0000031_1A0000045_0000005.pdf | Yes |
| 32 | 266O-SE-3380382-GJ_0000032.pdf | Yes |
| 32 | 266O-SE-3380382-GJ_0000032_1A0000046_0000001.zip | Yes |
| 32 | 266O-SE-3380382-GJ_0000032_1A0000046_0000002.zip | Yes |
| 34 | 266O-SE-3380382-GJ_0000034.pdf | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000001.xlsb | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000002.png | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000003.png | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000004.png | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000005.png | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000006.png | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000007.pdf | Yes |
| 34 | 266O-SE-3380382-GJ_0000034_1A0000047_0000008.xlsb | Yes |
| 35 | 266O-SE-3380382-GJ_0000035.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000001.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000002.xlsx | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000003.xlsx | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000004.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000005.xlsx | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000006.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000007.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000008.xlsx | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000009.pdf | Yes |
| 35 | 266O-SE-3380382-GJ_0000035_1A0000048_0000010.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000001.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000002.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000003.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000004.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000005.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000006.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000007.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000008.pdf | Yes |

| | | |
|---|---|---|
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000009.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000010.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000011.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000012.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000013.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000014.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000015.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000016.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000017.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000018.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000019.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000020.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000021.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000022.pdf | Yes |
| 36 | 266O-SE-3380382-GJ_0000036_1A0000049_0000023.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000001.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000002.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000003.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000004.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000005.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000006.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000007.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000008.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000009.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000010.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000011.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000012.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000013.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000014.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000015.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000016.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000017.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000018.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000019.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000020.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000021.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000022.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000023.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000024.pdf | Yes |
| 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000025.pdf | Yes |

| | | | |
|---|---|---|---|
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000026.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000027.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000028.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000029.csv | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000030.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000031.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000032.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000033.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000034.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000035.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000036.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000037.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000038.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000039.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000040.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000041.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000042.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000043.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000044.pdf | Yes |
| | 37 | 266O-SE-3380382-GJ_0000037_1A0000050_0000045.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000001.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000002.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000003.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000004.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000005.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000006.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000007.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000008.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000009.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000010.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000011.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000012.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000013.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000014.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000015.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000016.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000017.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000018.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000019.pdf | Yes |
| | 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000020.pdf | Yes |

| | | |
|---|---|---|
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000021.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000022.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000023.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000024.csv | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000025.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000026.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000027.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000028.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000029.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000030.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000031.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000032.csv | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000033.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000034.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000035.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000036.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000037.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000038.xlsx | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000039.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000040.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000041.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000042.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000043.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000044.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000045.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000046.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000047.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000048.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000049.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000050.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000051.pdf | Yes |
| 38 | 266O-SE-3380382-GJ_0000038_1A0000051_0000052.pdf | Yes |
| 39 | 266O-SE-3380382-GJ_0000039.pdf | Yes |
| 39 | 266O-SE-3380382-GJ_0000039_1A0000052_0000001.pdf | Yes |
| 39 | 266O-SE-3380382-GJ_0000039_1A0000052_0000002.pdf | Yes |