UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS, et al.,

Defendants.

## DEFENDANT BIGGS' NOTICE OF WAIVER OF APPEARANCE AT MARCH 8, 2022 STATUS CONFERENCE AND OPPOSITION TO MOTION TO CONTINUE

Defendant Joseph Biggs opposes the government's March 6, 2022 motion to continue the March 8, 2022 status conference until March 15. No valid reason for rescheduling the status conference appears in the motion. Biggs does not view his recent transport from a Florida jail as relevant. The March 8 conference was scheduled at the last status conference on February 8. Due to the pretrial detention of defendants, monthly status conferences have become the regime in this case, and they are necessary, among other things, for the well-being of four jailed defendants in this proceeding. (It's also unclear why the government's motion to continue was filed under seal (ECF 299), when local rules (LCrR49) and the specific protective order in this case (ECF 83) do not require it.) Biggs in any event waives his appearance on March 8. Biggs recently arrived at and is jailed for an indeterminate amount of time in the federal lock-up at the Grady County Jail in Oklahoma. After some initial difficulties, Biggs and his counsel were able to finally to confer, and Biggs, under Rule 43, waives his presence by video appearance.

Respectfully submitted,

COUNSEL FOR JOSEPH R. BIGGS

Dated: March 7, 2022

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL, DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520
jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2022, the foregoing Defendant Biggs' Notice of Waiver of Appearance at March 8 Status Conference and Opposition to Motion to Continue was served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com
