# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-175-TJK |
| ETHAN NORDEAN, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**JOINT NOTICE OF DEFENDANTS' TRIAL AVAILABILITY**

Defendant Nordean, through his counsel, files this joint notice in response to the Court's order that the Defendants confer regarding their availability for a rescheduled trial.

Having conferred with counsel, the following Defendants are available for a trial beginning August 8, 2022:

- Defendant Nordean
- Defendant Biggs
- Defendant Rehl
- Defendant Donohoe
- Defendant Tarrio

The following Defendant is not available for trial in August 2022 and cannot provide a date by which he will be prepared to begin trial:

- Defendant Pezzola

Given the conflict with Defendants Nordean, Biggs, Rehl, Donohoe and Tarrio, on the one hand, and Defendant Pezzola, on the other, Defendants Tarrio and Pezzola should not be considered as a unit for purposes of scheduling trial, severance, or tolling under the Speedy Trial

1

Act.

Dated: April 7, 2022                                Respectfully submitted,

>/s/ David B. Smith
> David B. Smith (D.C. Bar No. 403068)
> 108 N. Alfred St.
> Alexandria, VA 22314
> Phone:(703)548-8911
> Fax:(703)548-8935
> dbs@davidbsmithpllc.com
>
> Nicholas D. Smith (Va. Bar No. 79745)
> 7 East 20th Street
> New York, NY 10003
> Phone: (917) 902-3869

## Certificate of Service

I hereby certify that on the 7th day of April, 2022, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Jim Nelson
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530
> (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ David B. Smith
> David B. Smith, D.C. Bar No. 403068
> David B. Smith, PLLC
> 108 North Alfred Street, 1st FL
> Alexandria, Virginia 22314
> (703) 548-8911 / Fax (703) 548-8935
> dbs@davidbsmithpllc.com