

                U.S. Department of Justice

                Matthew M. Graves
                United States Attorney

                *District of Columbia*

---

                *Judiciary Center*
                *555 Fourth St., N.W.*
                *Washington, D.C.  20530*

                March 1, 2022

***Via Email and Electronic File Transfer***

| | |
|---|---|
| Lisa Costner | Carmen D. Hernandez |
| Ira Knight | 7166 Mink Hollow Road |
| Federal Public Defender MDNC | Highland, MD 20777 |
| 251 N. Main St. Suite 849 | |
| Winston-Salem NC 27101 | |
| | |
| J. Daniel Hull | Nicholas Smith |
| Hull McGuire PC | 7 East 20th Street |
| 888 Seventeenth Street, NW | Suite 4R |
| Suite 1200 | New York, NY 10003 |
| Washington, DC 20006 | |

        Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

      I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.  Today the government produced a fifth round of materials from Mr. Nordean's case file maintained by the Federal Bureau of Investigation (FBI).  The materials described herein have been made available for download in the Cross Discovery folder on USAfx, and an index is provided with the production.

      Please let us know if you have been unable to access and download the materials for your use in this case.  To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

      We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                Sincerely yours,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By:      /s/
                Luke M. Jones
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7066
                Luke.jones@usdoj.gov

### Index of Production of Nordean FBI Files on March 1, 2022

**Files designative Sensitive as to all defendants are identified below and are being produced in a separate folder.  All other files are designated Sensitive, except as to defendant Nordean.**

| Serial Number | File Name | Sensitive as to All |
|---|---|---|
| 32 | 266O-SE-3380382_0000032.pdf | Yes |
| 75 | 266O-SE-3380382_0000075.pdf | Yes |
| 96 | 266O-SE-3380382_0000096.pdf | |
| 96 | 266O-SE-3380382_0000096_1A0000002_0000001.pdf | |
| 115 | 266O-SE-3380382_0000115.pdf | |
| 116 | 266O-SE-3380382_0000116.pdf | |
| 116 | 266O-SE-3380382_0000116_1A0000003_0000001.pdf | |
| 117 | 266O-SE-3380382_0000117.pdf | |
| 118 | 266O-SE-3380382_0000118.pdf | |
| 118 | 266O-SE-3380382_0000118_1A0000004_0000001.pdf | |
| 132 | 266O-SE-3380382_0000132.pdf | |
| 135 | 266O-SE-3380382_0000135.pdf | |
| 135 | 266O-SE-3380382_0000135_1A0000073_0000001.pdf | |
| 135 | 266O-SE-3380382_0000135_1A0000073_0000002.pdf | |
| 135 | 266O-SE-3380382_0000135_1A0000073_0000003.pdf | |
| 139 | 266O-SE-3380382_0000139.pdf | Yes |
| 139 | 266O-SE-3380382_0000139_1A0000075_0000001.JPG | Yes |
| 140 | 266O-SE-3380382_0000140.pdf | Yes |
| 149 | 266O-SE-3380382_0000149.pdf | |
| 151 | 266O-SE-3380382_0000151.pdf | |
| 151 | 266O-SE-3380382_0000151_1A0000005_0000001.pdf | |
| 158 | 266O-SE-3380382_0000158.pdf | |
| 158 | 266O-SE-3380382_0000158_1A0000081_0000001_PHYSICAL.pdf | |
| 178 | 266O-SE-3380382_0000178.pdf | |
| 178 | 266O-SE-3380382_0000178_1A0000084_0000001_PHYSICAL.pdf | |
| 179 | 266O-SE-3380382_0000179.pdf | |
| 14 | 266O-SE-3380382-CART_0000014.pdf | |