

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 2, 2022

*Via Email and Electronic File Transfer*

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.  Today the government produced a fifth round of materials from Mr. Rehl's case file maintained by the Federal Bureau of Investigation (FBI).  The materials described herein have been made available for download in the Cross Discovery folder on USAfx, and an index is provided with the production.

    Please note that the file names bear the titles as assigned by the FBI's electronic systems.  This production includes grand jury subpoena material, some of which were previously produced by the U.S. Attorney's Office (see production of July 9, 2021).  Given the personal identification information and financial information contained in those materials, those have been designated HIGHLY SENSITIVE, except as to the individual to whom the information pertains.

      Please let us know if you have been unable to access and download the materials for your use in this case. To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

      We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

      Sincerely yours,

      MATTHEW M. GRAVES
      UNITED STATES ATTORNEY

By:      /s/
      Luke M. Jones
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-7066
      Luke.jones@usdoj.gov

## Index of Production of Rehl FBI Files on March 2, 2022

**Sensitivity designations are identified below.**

| Serial Number | File Name | Sensitive to All Except Rehl | Highly Sensitive |
|---|---|---|---|
| 50 | 0176-PH-3400577_0000050.pdf | | Yes |
| 50 | 0176-PH-3400577_0000050_Import.zip | | Yes |
| 55 | 0176-PH-3400577_0000055.pdf | | Yes |
| 55 | 0176-PH-3400577_0000055_1A0000013_0000001.zip | | Yes |
| 64 | 0176-PH-3400577_0000064.pdf | | Yes |
| 64 | 0176-PH-3400577_0000064_1A0000022_0000001.JPG | | Yes |
| 64 | 0176-PH-3400577_0000064_1A0000022_0000002.JPG | | Yes |
| 79 | 0176-PH-3400577_0000079.pdf | Yes | |
| 79 | 0176-PH-3400577_0000079_1A0000027_0000001.pdf | Yes | |
| 83 | 0176-PH-3400577_0000083_1A0000053_0000001.xlsx | | Yes |
| 91 | 0176-PH-3400577_0000091.pdf | Yes | |
| 92 | 0176-PH-3400577_0000092.pdf | Yes | |
| 92 | 0176-PH-3400577_0000092_1A0000028_0000001.pdf | Yes | |
| 93 | 0176-PH-3400577_0000093.pdf | Yes | |
| 94 | 0176-PH-3400577_0000094.pdf | Yes | |
| 94 | 0176-PH-3400577_0000094_1A0000029_0000001.pdf | Yes | |
| 14 | 0176-PH-3400577-GJ_0000014.pdf | Yes | |
| 14 | 0176-PH-3400577-GJ_0000014_1A0000002_0000001.csv | Yes | |
| 15 | 0176-PH-3400577-GJ_0000015.pdf | Yes | |
| 15 | 0176-PH-3400577-GJ_0000015_1A0000003_0000001.pdf | Yes | |
| 16 | 0176-PH-3400577-GJ_0000016.pdf | Yes | |
| 16 | 0176-PH-3400577-GJ_0000016_1A0000004_0000001.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000001.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000002.txt | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000003.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000004.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000005.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000006.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000007.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000008.html | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000009.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000010.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000011.csv | Yes | |

| | | | |
|---|---|---|---|
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000012.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000013.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000014.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000015.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000016.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000017.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000018.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000019.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000020.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000021.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000022.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000023.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000024.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000025.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000026.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000027.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000028.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000029.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000030.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000031.pdf | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000032.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000033.xlsx | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000034.csv | Yes | |
| 17 | 0176-PH-3400577-GJ_0000017_1A0000005_0000035.xlsx | Yes | |
| 18 | 0176-PH-3400577-GJ_0000018.pdf | | Yes |
| 18 | 0176-PH-3400577-GJ_0000018_1A0000006_0000001.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000007_0000001.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000007_0000002.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000001.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000002.xlsx | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000003.xlsx | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000004.xlsx | | Yes |

| | | | |
|---|---|---|---|
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000005.docx | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000006.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000008_0000007.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000009_0000001.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000010_0000001.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000010_0000002.zip | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000010_0000003.xlsx | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000011_0000001.xlsx | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000011_0000002.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000011_0000003.txt | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000011_0000004.pdf | | Yes |
| 19 | 0176-PH-3400577-GJ_0000019_1A0000011_0000005.pdf | | Yes |
| 20 | 0176-PH-3400577-GJ_0000020.pdf | | Yes |
| 20 | 0176-PH-3400577-GJ_0000020_1A0000012_0000001.zip | | Yes |
| 21 | 0176-PH-3400577-GJ_0000021.pdf | | Yes |
| 21 | 0176-PH-3400577-GJ_0000021_1A0000013_0000001.pdf | | Yes |
| 22 | 0176-PH-3400577-GJ_0000022.pdf | | Yes |
| 22 | 0176-PH-3400577-GJ_0000022_1A0000014_0000001.pdf | | Yes |
| 23 | 0176-PH-3400577-GJ_0000023.pdf | | Yes |
| 23 | 0176-PH-3400577-GJ_0000023_1A0000015_0000001.pdf | | Yes |
| 23 | 0176-PH-3400577-GJ_0000023_1A0000015_0000002.xls | | Yes |
| 23 | 0176-PH-3400577-GJ_0000023_1A0000015_0000003.xls | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024.pdf | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024_1A0000016_0000001.pdf | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024_1A0000017_0000001.xlsx | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024_1A0000018_0000001.pdf | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024_1A0000019_0000001.xlsx | | Yes |
| 24 | 0176-PH-3400577-GJ_0000024_1A0000019_0000002.pdf | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025.pdf | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000020_0000001.pdf | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000021_0000001.html | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000021_0000002.html | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000021_0000003.html | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000021_0000004.html | | Yes |
| 25 | 0176-PH-3400577-GJ_0000025_1A0000021_0000005.pdf | | Yes |

| | | | |
|---|---|---|---|
| 26 | 0176-PH-3400577-GJ_0000026.pdf | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000022_0000001.pdf | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000001.txt | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000002.log | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000003.log | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000004.txt | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000005.txt | | Yes |
| 26 | 0176-PH-3400577-GJ_0000026_1A0000023_0000006.txt | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027.pdf | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000024_0000001.pdf | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000001.csv | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000002.pdf | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000003.csv | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000004.csv | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000005.csv | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000006.pdf | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000007.csv | | Yes |
| 27 | 0176-PH-3400577-GJ_0000027_1A0000025_0000008.csv | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000001.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000002.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000003.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000004.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000005.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000006.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000007.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000008.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000009.pdf | | Yes |
| 28 | 0176-PH-3400577-GJ_0000028_1A0000026_0000010.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030_1A0000028_0000001.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030_1A0000028_0000002.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030_1A0000028_0000003.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030_1A0000028_0000004.pdf | | Yes |
| 30 | 0176-PH-3400577-GJ_0000030_1A0000028_0000005.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000001.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000002.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000003.zip | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000004.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000005.pdf | | Yes |

| | | | |
|---|---|---|---|
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000006.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000007.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000008.zip | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000009.zip | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000010.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000011.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000012.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000013.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000014.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000015.pdf | | Yes |
| 31 | 0176-PH-3400577-GJ_0000031_1A0000029_0000016.zip | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032.pdf | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032_1A0000030_0000001.pdf | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032_1A0000030_0000002.zip | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032_1A0000030_0000003.pdf | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032_1A0000030_0000004.pdf | | Yes |
| 32 | 0176-PH-3400577-GJ_0000032_1A0000030_0000005.pdf | | Yes |
| 33 | 0176-PH-3400577-GJ_0000033.pdf | | Yes |
| 33 | 0176-PH-3400577-GJ_0000033_1A0000031_0000001.pdf | | Yes |
| 33 | 0176-PH-3400577-GJ_0000033_1A0000031_0000002.pdf | | Yes |
| 33 | 0176-PH-3400577-GJ_0000033_1A0000031_0000003.pdf | | Yes |
| 33 | 0176-PH-3400577-GJ_0000033_1A0000031_0000004.zip | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034.pdf | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000032_0000001.msg | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000032_0000002.zip | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000032_0000003.pdf | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000033_0000001.xlsx | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000033_0000002.pdf | | Yes |
| 34 | 0176-PH-3400577-GJ_0000034_1A0000033_0000003.zip | | Yes |
| 35 | 0176-PH-3400577-GJ_0000035.pdf | | Yes |
| 35 | 0176-PH-3400577-GJ_0000035_1A0000034_0000001.pdf | | Yes |
| 35 | 0176-PH-3400577-GJ_0000035_1A0000034_0000002.pdf | | Yes |
| 35 | 0176-PH-3400577-GJ_0000035_1A0000034_0000003.pdf | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036.pdf | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000001.pdf | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000002.xlsb | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000003.png | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000004.png | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000005.png | | Yes |

| | | | |
|---|---|---|---|
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000006.xlsb | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000007.png | | Yes |
| 36 | 0176-PH-3400577-GJ_0000036_1A0000035_0000008.png | | Yes |