

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

April 7, 2022

*Via Email and Electronic File Transfer*

| | |
|---|---|
| Nicholas Smith | Carmen D. Hernandez |
| David Smith | *Counsel for Zachary Rehl* |
| *Counsel for Ethan Nordean* | |
| | Nayib Hassan |
| J. Daniel Hull | Sabino Jauregui |
| *Counsel for Joseph Biggs* | *Counsel for Enrique Tarrio* |
| | |
| Lisa Costner | Steven Metcalf II |
| Ira Knight | Martin Tankleff |
| *Counsel for Charles Donohoe* | *Counsel for Dominic Pezzola* |

   Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

 I write to memorialize additional productions related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.

 Today the government made available via USAfx the following items:

- GJ Transcript and Exhibits

The GJ Transcript and Exhibits are designated Sensitive under the protective orders.

 Please let us know if you have been unable to access and download the materials for your use in this case.  To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

        Sincerely yours,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:      /s/
        Luke M. Jones
        Erik M. Kenerson
        Jason B.A. McCullough
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7066
        Luke.jones@usdoj.gov