**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

     **v.**                                                                     **Criminal Action No. 21-175 (TJK)**

**JOSPEH RANDALL BIGGS, et al.,**

     **Defendants.**

**ORDER**

Before the Court is defendant Joseph Biggs' motion to be provided a laptop computer to review discovery materials at the Alexandria Detention Center, 2001 Mill Road, Alexandria, Virginia, (ADC) where he is being detained pending trial by the United States Marshals Service. It is hereby ORDERED that Biggs' motion be GRANTED.

It is ORDERED that the United States Marshals Service (USMS) (District of Columbia district office) provide and make available a laptop computer for Mr. Biggs' use at the ADC.

It is FURTHER ORDERED that the laptop computer, a Dell Vostro 5510 Laptop, be supplied to the USMS by Mr. Biggs' counsel, and FURTHER ORDERED that the laptop supplied meet and be used in accordance with security protocols of the ADC.

SO ORDERED.

_____
TIMOTHY J. KELLY
United States District Judge

Date: