UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS, et al.,

Defendants.

## CONSENTED-TO MOTION OF BIGGS TO FILE
## SUPPLEMENT TO MOTION TO CHANGE VENUE ONE DAY LATE

Defendant Biggs respectfully requests the Court for leave to file the attached Supplement one day late. This motion was consented to by the Government twenty-four hours ago and before the deadline of yesterday June 13. The reason for the motion is the press of work in this and other cases, long-scheduled family responsibilities and an unexpected health issue of a family member even older than the undersigned. Importantly, Biggs would also ask that the Government's current deadline to respond to the Supplement be extended from June 20 until June 21 or 22, as the Court sees fit. Therefore, and for good cause shown, Biggs and his counsel request that this motion be granted.

Respectfully submitted,

COUNSEL FOR JOSEPH BIGGS

Dated: June 14, 2022

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520 office
jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 14, 2022, defendant Biggs' Consented-To Motion to File Supplement One Day Late was served via the Electronic Case Filing (ECF) system upon the Government and all counsel of record.

> By: /s/ *J. Daniel Hull*
> JOHN DANIEL HULL
> DC Bar No. 323006
> California Bar No. 222862
> HULL MCGUIRE PC
> 1420 N Street, N.W.
> Washington, D.C.  20005
> (202) 429-6520
> jdhull@hullmcguire.com