UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.   * | CASE NO: 1:21-cr-0175-3 (TJK) |
| * | |
| ZACHARY REHL, * | |
|     Defendant * | |

********
**ORDER**

Upon consideration of the Zachary Rehl's Motion to Dismiss Indictment On First Amendment Grounds, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**