UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

       v.                                                             Case No. 1:21-cr-175-2-TJK

**JOSEPH R. BIGGS, et al.,**

       **Defendants.**

### SUPPLEMENT TO MOTION TO TRANSFER VENUE: UPDATED DISTRICT OF COLUMBIA JURY PREJUDICIAL BIAS (91.11%)

      Defendant Biggs submits, on behalf of all five defendants, the attached Multi-District and Multi-Period Comparative Community Attitude Study ("Study") to supplement the motion to change venue filed by Henry Tarrio on May 5, 2022 (ECF No. 349). Like this Supplement, Mr. Tarrio's motion was joined by all defendants. The Study is a follow-on study updating a previous 2022 study that tests for prejudicial bias -- i.e., bias *against* the defendants -- arising from January 6, 2021 events at the U.S. Capitol in communities forming juror pools that lie within four (4) American federal judicial districts: District of Columbia, Middle District of Pennsylvania, Eastern District of Virginia, and Southern District of Florida. Specifically, the Study updates a baseline community attitude study from polling conducted in February-March 2022 to support defense motions to transfer venue in 22-cr-15 as well as in this case (Mr. Tarrio's instant motion at ECF No. 349). Updated polling was conducted in September-October 2022. The baseline and follow-on studies were each conducted and prepared by Ms. Lindsay Olson of In-Lux Research and Analytics, Dallas, Texas. Significantly, community attitude toward defendants in the District of Columbia tested in February-March 2022 (379 interviews) and in September-October 2022 (807 interviews) were gauged at *91.11% prejudicial bias* for *both* periods

      January 6 cases have been marked by palpable concerns about pre-existing or inherent jury

pool contamination in the District of Columbia with respect to the events of that day. That concern was heightened by the somewhat garish United States House of Representatives January 6 Select Committee's hearings commencing June 9, 2022, and which continue this week.

                              Respectfully submitted,

Dated: October 10, 2022           By: /s/ *J. Daniel Hull*
                                         JOHN DANIEL HULL
                                         D.C. Bar No. 323006
                                         California Bar No. 222862
                                         HULL MCGUIRE PC
                                         1420 N Street, N.W.
                                         Washington, D.C.  20005
                                         (202) 429-6520 office
                                         (619) 895-8336 cell
                                         jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 10, 2022, he served a true and correct copy of the foregoing Supplement to Motion to Change Venue: Updated District of Columbia Jury Prejudice Data upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
D.C. Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520 office
(619) 895-8336 cell
jdhull@hullmcguire.com