UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CASE NO: 1:21-cr-0175-3 (TJK) |
| | * |
| **ZACHARY REHL,** | * |
| **Defendant** | * |

********
**ORDER**

Upon consideration of the Zachary Rehl's Motion in Limine to Preclude Government's Use Against Him of Statements Protected by the First Amendment, good cause having been shown, it is _____ day of _____, 2002, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**