UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CASE NO: 1:21-cr-0175-3 (TJK)** |
| | * |
| **ZACHARY REHL,** | * |
|     **Defendant** | * |

\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of the Motion to Dismiss The Indictment and for Expedited Review filed by Zachary Rehl, joined by the other defendants, good cause having been shown, it is _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**


 

**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**