## Skull and Bones

  

Nov. 7, 2020

| Time | Name | Message |
|---|---|---|
| 11:43:04 AM | ▓▓▓▓▓▓ | Just heard Biden won. Damn |
| 11:52:22 AM | Enrique Florida Pb 581632416 | Dark times if it isn't reversed…and if it's reversed…civil war |
| 11:59:08 AM | ▓▓▓▓▓▓ | Has an election result ever been reversed? |
| 2:05:46 PM | ▓▓▓▓▓▓ | It's civil war either way |
| 2:15:29 PM | Nick Ochs 258844558 | It's really not. The odds are with us because of the Supreme Court boys. I'm pro violence but don't blow your load too soon |
| 2:16:33 PM | Nick Ochs 258844558 | Not to be an anti-murder buzzkill but I really think this ISNT fucked. Once it is, let's go wild. |
| 2:17:27 PM | Nick Ochs 258844558 | Bush/gore ruling took till December. Same papers said the same shit. Trump has a MUCH stronger case |
| 2:24:03 PM | ▓▓▓▓▓▓ | Did gore initially look like he had the votes too? |
| 2:24:54 PM | Enrique Florida Pb 581632416 | He was declared the winner at one point |
| 2:25:58 PM | ▓▓▓▓▓▓ | If they declare trump winner it's war, if they don't it's war. How do you see it going any other way? |
| 2:26:17 PM | Nick Ochs 258844558 | He might have actually won. It was a legit question. |
| 2:29:09 PM | Nick Ochs 258844558 | The system is still intact enough to supply a ruling AND to put down one side with repression (hint: us). Don't fuck up the ruling. It's a better chance than fighting |
| 2:29:20 PM | Nick Ochs 258844558 | Yes |