

**Nov. 20, 2020**

| Time | Name | Message |
|---|---|---|
| 5:25:17 PM | JoeBiggs | MARCH FOR TRUMP WASHINGTON DC — DC — SATURDAY DECEMBER 12TH 12PM — PROUDBOYSUSA.COM |
| 5:25:31 PM | JoeBiggs | Call to action. Get your fucking ass there on the 12th |

 

Dec. 11, 2020

| Time | Name | Message |
|---|---|---|
| 1:02:37 AM | ZachRehl 159238 | Now Democrats are joining the defendants, almost the whole country is picking sides in this case, cant be ignored now, #stopthesteal See you in DC! |
| 1:04:03 AM | ZachRehl 159238 | See you all this weekend |

 

Dec. 11, 2020

| Time | Name | Message |
|---|---|---|
| 1:07:34 PM | ZachRehl 159238 | [Screenshot of Twitter search results showing a tweet from Donald J. Trump @realDonal... · 4h: "Now that the Biden Administration will be a scandal plagued mess for years to come, it is much easier for the Supreme Court of the United States to follow the Constitution and do what everybody knows has to be done. They must show great Courage & Wisdom. Save the USA!!!" with 42.8K replies, 48K retweets, 186K likes. Reply from Pete 🇺🇸🆘 @peteginsd · 3h: "You said "Biden administration". Good job! #TrumpConceded"] |
| 1:07:35 PM | ZachRehl 159238 | https://image-cdn.parler.com/7/a/7ac7SFBDuA.jpeg |
| 1:07:55 PM | ZachRehl 159238 | The Twitter monkeys are all chimping out about Trump "conceding" because of this tweet…. Thats a stretch, even for the #FakeNews media. Yes, Biden has an administration, they had one the day he started running, now Trump is calling on the #SCOTUS to make a ruling to prevent that being a presidential administration. #atopethesteal #millionmagamarch |

 

**Nov. 22, 2020**

| Time | Name | Message |
|---|---|---|
|  |  | *MARCH FOR TRUMP*<br>*SATURDAY DECEMBER 12TH*<br>*12 PM AT FREEDOM PLAZA*<br>*#marchfortrump #proudboys* |
| 10:03:26 PM | Spazzolini | I'll be there!!! |