*Leave to file GRANTED*
*TIMOTHY J. KELLY    DATE*
*United States District Judge  1/27/23*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No. 1:21-CR-175-TJK |
| v. ) | |
| ) | |
| **ETHAN NORDEAN, et al.** ) | |
| **Defendants** ) | |

### WITNESS HENDRICK BLOCK'S MOTION FOR LEAVE TO FILE A MOTION

**COMES NOW** Mr. Block by Gregory B. English, his court-appointed attorney, and asks this court to allow him to file the motion filed today entitled Hendrick Block's Motion to Quash Subpoena. A draft order implementing this request is attached for the court to consider.

Respectfully submitted,

/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

**Certificate of Service**

I hereby certify that on the 18th day of January, 2023, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> AUSA Erik Kenerson
> Via ECF to Erik.Kenerson@usdoj.gov

> /signed by/
> Gregory B. English, DC Bar #398564
> The English Law Firm, PLLC
> 601 King Street, Suite 406
> Alexandria, Virginia 22314
> (703) 739-1368/Fax (703) 836-6842
> gbeuva@gmail.com
> *Counsel for the Defendant*