UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-CR-175-TJK |
| v. | ) | |
| | ) | |
| ETHAN NORDEAN, et al. | ) | |
| Defendants | ) | |

ORDER

Witness Henrick Block's Motion for Leave to File a Motion to Quash Subpoena is hereby granted.

**SO ORDERED**, this____ day of January 2023.

_____
Timonthy J. Kelly
United States District Judge