# Attachment A

> Screen closes in: 2 Minutes 49 Seconds
>
> ## TRULINCS and ELECTRONIC MESSAGING:
> ## WARNING/RESPONSIBILITY/ACKNOWLEDGEMENT
>
> **Warning:** This computer system is the property of the United States Department of Justice. The Department may monitor any activity on the system and search and retrieve any information stored within the system. By accessing and using this computer, I am consenting to such monitoring and information retrieval for law enforcement and other purposes. I have no expectation of privacy as to any communication on or information stored within the system.
>
> **Responsibility:** I must abide by all terms prescribed in Bureau of Prisons' policy regarding my use of TRULINCS and electronic messaging systems, which I acknowledge having read and understood. I understand and consent to having my electronic messages and system activity monitored, read, and retained by authorized personnel. I understand and consent that this provision applies to electronic messages both to and from my attorney or other legal representative, and that such electronic messages will not be treated as privileged communications, and that I have alternative methods of conducting privileged legal communication. I will not share passwords and will log off the system when leaving the TRULINCS terminal. I am only authorized to use the TRULINCS and electronic messaging systems to communicate with those persons on my authorized contact list; check account balances; complete forms; access the electronic law library; purchase music and other TRULINCS functions.
>
> My use of TRULINCS in violation of the procedures may result in inmate disciplinary action and/or criminal prosecution. Any grievance I may have related to the TRULINCS program may be raised through the Bureau's Administrative Remedy Program.
>
> **Acknowledgement:** By accessing the system, I understand and agree to all the above provisions and consent to have the Bureau withdraw all required program fees directly from my deposit fund account.
>
> My participation in the electronic messaging and music programs is voluntary and I may decline participation, or withdraw at anytime, without penalty or cost, except as provided in the procedures related to fees which may have already been collected from me. In the absence of electronic messaging program participation, I may still maintain contact with persons in the community through written correspondence, telephone, and visiting, as provided in those relevant Bureau policies.
>
> The Warden may discontinue my participation in the electronic messaging program, or reject incoming/outgoing messages, whenever it is determined that my participation violates the procedures or otherwise jeopardizes the safety, security, or good order of the institution, or protection of the public. Additionally, my participation may be limited or discontinued at anytime due to system unavailability resulting from maintenance, modification, segregated housing assignment or other reason unrelated to my participation conduct.
>
> [ I Accept ]   [ I Do Not Accept ]