**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>    Defendants. | Case No. 21-cr-175-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Press Coalition's Motion for Access to the March 23, 2023

Hearing, and the entire record herein, it is hereby **ORDERED** that the Press Coalition's Motion

is **GRANTED**.  The March 23, 2023 hearing in this matter shall be open to the press and public.

    **SO ORDERED.**


_____
TIMOTHY J. KELLY
United States District Judge