**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
ENRIQUE TARRIO, and
DOMINIC PEZZOLA,

     *Defendants.*

Criminal Action No. 21-175 (TJK)

### RESPONSE TO JURY NOTE OF APRIL 27, 2023 AT 10:20 A.M.

You will be provided the riot shield and megaphone.   The chart you reference was not an exhibit admitted into evidence.

TIMOTHY J. KELLY
United States District Judge