UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br>JOSEPH BIGGS,<br>ZACHARY REHL,<br>ENRIQUE TARRIO, and<br>DOMINIC PEZZOLA,<br><br>*Defendants*. | Criminal Action No. 21-175 (TJK) |

## RESPONSE TO JURY NOTE OF APRIL 27, 2023 AT 11:45 A.M.

You will be provided exhibit 490A and a stapler.

TIMOTHY J. KELLY
United States District Judge