CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

**NOTE FROM JURY**

Upcoming appointments

Juror 0339 Monday, May 8 @ 4 pm (need to leave by 3:30 pm)
Juror 0732 Friday, May 5 @ 2 pm (need to leave by 1:30 pm)

Juror 1324 Monday, May 8 @ 3 pm (need to leave by 2:30 pm)
Juror 0339 Wednesday, May 10 @ 2:30 pm (need to leave by 1:30 pm)
Juror 1390 Tuesday, May 9 @ 10 am (can arrive at pick-up by noon)

Juror 1133 Thursday, May 11 (all day) (out of town)

Juror 0935 Friday, May 12 (8 am) (can arrive at pick-up by 10 am)

Date: 5/1/23
Time: 8:52 am

FOREPERSON