UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
ENRIQUE TARRIO, and
DOMINIC PEZZOLA,

*Defendants.*

Criminal Action No. 21-175 (TJK)

### RESPONSE TO JURY NOTE OF MAY 1, 2023 AT 3:19 P.M.

The exhibits you requested are Government exhibit numbers 440A, 440Ax, 205, 205x, 160B, and 160Bx.

TIMOTHY J. KELLY
United States District Judge