| Governme☐ | | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Plaintiff ☐ | | VS. | | | Civil/Criminal No. | 21-CR-175 (TJK) -2 |
| Defendant ✔ | | ETHAN NORDEAN et al | | | | |
| Joint ☐ | | | | | | |
| Court ☐ | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | M. Hastings, The Operators, (Blue Rider Press 2012) (419 pages). | | | | |
| 2 | MoSD Application Form, undated (5 pages). | | | | |
| 3 | Certificate of Training, Combat Lifesaving, 3rd Battalion 321st Field Artillery, October 15, 2005, Fort Bragg, North Carolina. | | | | |
| 4 | Certificate of Training, EMT Refresher Course, TF 30th Medical Brigade, August 10, 2006, Balad, Iraq | | | | |
| 5 | M. Hastings, "Obama's War," Gentlemen's Quarterly, March 31, 2009 | | | | |
| 6 | M. Hastings, "Kiowa Helicopters: America's New Cavalry," Men's Journal, Sept. 2010 | | | | |
| 7 | "The Constitution and Bylaws of Proud Boys International L.L.C. Revised November 24, 2018," Proud Boys International L.L.C., The Van Dyke Law Firm, partially redacted (14 pages). | | | | |
| 8 | "Strategic Security Plan For NYC MAGA March," R. Ireland, Jan. 5, 2021 (23 pages) | | | | |
| 9 | Video 102-FC (2:12:00-2:14:31 p.m.).mp4 updated 9/30/22 by N. Moore. | | | | |

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Governme | ☐ | | | | |
| Plaintiff | ☐ | VS. | Civil/Criminal No. | 21-CR-175 (TJK) | |
| Defendant | ✔ | | | | |
| Joint | ☐ | ETHAN NORDEAN et al (Biggs) | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Video 1B1D-024-00152817 | | | | |
| 12 | Video 1BID-026-00234292 | | | | |
| 13 | Video IBID-026-00234314 | | | | |
| 14 | Video MoSD 12/30/20 1 Hour 38 Minutes ("Proud Boys Miami") | | | | |
| 15 | T. Berenson, " Eleven Arrested While Protesting Conservative Comedian Speaking at New York University, " TIME (Feb. 3, 2017) | | | | |
| 16 | Duke Law School, Campus Speech Database, GAVIN MILES MCINNES, NYU (Feb. 2017) https://campus-speech.law.duke.edu/campus-speech-incidents/gavin-mcinnes-nyu/ | | | | |
| 17 | Video, Dan Rather Reports, " The Commander, " January 6, 2009. Rather (Dan) Papers, e_rathe_00080, Briscoe Center for American History. https://danratherjournalist.org/ground/crises-and-conflicts/war-afghanistan/compilation-war-afghanistan-stories-videos/video | | | | |
| 18 | E. Davies, R. Weiner, C. Williams, " Multiple People Stabbed After Thousands Gather For Pro-Trump in Washington, " THE WASHINGTON POST, Dec. 12, 2020 | | | | |
| 19 | Excerpt, "The Meanderin, GOML episode, censoredtv.com, N. Quested interview,  January 6, 2022 | | | | |
| 20 | Audio, transcript, each related FBI-302 or other report (January 18, 2021 FBI interview of Joe Biggs) | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ✔ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Biggs)

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Audio, transcript, each related FBI-302 or other report (January 8, 2021 FBI interview of Joe Biggs) | | | | |
| 22 | Any J. Bertino interview on GOML (video) | | | | |
| 23 | "The Truth About The Proud Boys," 2021 website (8 pages) | | | | |
| 24 | Keynote comedy address, Gavin McInnes, Origins of Proud Boys, undated | | | | |
| 25 | Previous Biggs CHS Timeline produced under seal. | | | | |
| 26 | [All exhibits listed by Government] | | | | |
| 27 | [All exhibits listed by Nordean, Tarrio, Rehl and Pezzola] | | | | |
| | ]Biggs requests the right to supplement as needed based on the volume and continuing production of discovery.] | | | | |
| 1A | Document | 2-13-2023 | | P. Dubrowski | |