UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-175-2 (TJK)** |
| : | |
| **JOSEPH BIGGS,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF SENTENCING EXHIBITS

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files the attached exhibits for the Court's consideration at sentencing.[1] The exhibits are cited in its individual sentencing memorandum, specifically ECF 855-3 (Attachment C – Joseph Biggs Additional Sentencing Arguments). In addition to the documents attached hereto, the government notifies the Court and counsel that it is submitting multimedia exhibits to the Court via USAfx. The chart below summarizes the proffered exhibits. The government does not have any objection to the public dissemination of any of the video exhibits summarized below.

| Exhibit Name | Format | Description |
|---|---|---|
| Biggs Exhibit 1 | Video | Warboys Podcast Excerpt |
| Biggs Exhibit 2 | PDF | Biggs Interview (Jan. 8, 2021) |
| Biggs Exhibit 3 | Audio | Biggs Interview (Jan. 18, 2021) |

---

[1] The government is not re-submitting herewith any of the exhibits that were previously admitted at trial. We will provide copies of any such exhibit to the Court and counsel upon request.

                Respectfully Submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:      */s/ Jason B.A. McCullough*
                JASON B.A. MCCULLOUGH
                     NY Bar No. 4544953
                ERIK M. KENERSON, OH Bar No. 82960
                NADIA E. MOORE, NY Bar No. 4826566
                     On Detail to the District of Columbia
                Assistant United States Attorneys
                601 D Street NW
                Washington, D.C. 20530

                */s/ Conor Mulroe*
                CONOR MULROE, NY Bar No. 5289640
                Trial Attorney
                U.S. Department of Justice, Criminal Division
                1301 New York Ave. NW, Suite 700
                Washington, D.C. 20530
                (202) 330-1788
                Conor.Mulroe@usdoj.gov