FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     04/01/2021

Joseph Biggs, date of birth (DOB) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ cellular telephone number ▮▮▮▮▮▮ was interviewed via the telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, BIGGS provided the following information:

BIGGS was initially contacted by writer after the event at the Capitol building as to his involvement in the riots that ensued. BIGGS advised writer that he was present at the protests, but never made entry inside the Capitol building itself. BIGGS advised he never made entry into the Capitol building on January 6, 2021. BIGGS advised it was a crazy scene and he got out of the area. BIGGS informed writer he was told two buses were parked in the vicinity of the Capitol building that were full of people associated with Antifa, but he never saw them. BIGGS advised he would contact writer if he discovered any useful information.

Investigation on   01/08/2021   at   Daytona Beach, Florida, United States (Phone)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted   03/31/2021

by   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

21CR175_00035926