```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Wednesday, February 22, 2023
6-DOMINIC J. PEZZOLA,             9:30 a.m.
                       Defendants.
- - - - - - - - - - - - - - - - x
```

---

```
              TRANSCRIPT OF JURY TRIAL - DAY 36
                 *** MORNING SESSION ***
        HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                UNITED STATES DISTRICT JUDGE
```

---

APPEARANCES:

```
For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Conor Mulroe, Esq.
                          Nadia Moore, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017
```

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           Roger Roots, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

JEREMY BERTINO
Direct Examination by Mr. Kenerson...............10075

1          **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  This is criminal matter 21-175,

3     United States of America v. Defendant 1, Ethan Nordean,

4     Defendant 2, Joseph R. Biggs, Defendant 3, Zachary Rehl,

5     Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6     Pezzola.

7          Present for the Government are Jason McCullough,

8     Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9     Defendant 1 is Nicholas Smith; present for Defendant 2 are

10    John Hull and Norman Pattis; present for Defendant 3 is

11    Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12    and Sabino Jauregui; present for Defendant 6 are Steven

13    Metcalf and Roger Roots.

14         Also present are Defendant 1, Mr. Nordean;

15    Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5,

16    Mr. Tarrio; and Defendant 6, Mr. Pezzola.

17         THE COURT:  All right.  Well, good morning to

18    everyone.

19         Let's see.  A few preliminary things we want to

20    address here this morning.

21         First, just to let you all know, we can go a

22    little bit past 5:00 o'clock today.  So I'm hopeful we'll be

23    able to go and wrap up sometime, let's say, in the 5:15,

24    5:20 time frame, just to give everyone that, number one.

25         Number two, I took -- I received the submission of

1    Ms. Hernandez and the Government, quite a detailed

2    submission on both of your parts.  Let me just, sort of, let

3    you know where I wound up on all this and then -- I'm not

4    going to give -- I'm not going to burn the time right now to

5    give a, sort of, detailed oral ruling of the basis for

6    everything I'm about to say which I will do shortly, but I

7    don't want to burn the time with the jury here to do that.

8    Let me just say that at the end of the day, the Government

9    has convinced me of the various -- with one exception, that

10   the -- that these exhibits are admissible over

11   Ms. Hernandez's objection.  I do think the one exception to

12   that -- and this wasn't anything the parties really focused

13   on one way or the other, actually, as I recall -- but

14   Exhibit-510-43 is a series of exchanges between Mr. Bertino

15   and another individual.  The last two entries -- the other

16   individual's statements are, sort of, admissible just to

17   give context to Mr. Bertino's responses to them, and the

18   exhibit ends with two statements from this other individual.

19   I think given, again, that the other individual's comments

20   are -- and Telegram messages are only relevant insofar as

21   they are giving context to Mr. Bertino's responses and

22   adoptions of those things, I think the last two messages

23   from the other individual should be excised.  It didn't seem

24   to me -- again, I don't think either party really focused on

25   that.

1              But in any event, as to the remaining -- all the
2      remaining things, I think, you know, while there might be
3      some overlapping reasons why certain things do get admitted
4      and whether something is intent or a co-conspirator, I'll
5      lay that out for you all shortly, but I do think one way or
6      the other all the rest of the statements are admissible.
7      That's number two.
8              Number three, wanted to talk about this issue --
9      well, two related issues regarding subpoenas.  First, I
10     don't think this was -- I don't think -- I just want to make
11     sure of something and see what the issue is.  The -- we do
12     have a subpoena -- or a motion to quash filed by Mr. Block.
13     I did not see, Mr. Smith, your response to that motion.
14     Have you filed it and I missed it?
15             MR. SMITH:  Thank you, Your Honor.
16             No, I understood the Court's ruling last week on
17     the Monday deadline to pertain to the under-seal motion
18     rather than Mr. Block's motion.
19             THE COURT:  Okay.  I meant -- I intended to say,
20     if I did not say, that for both of them, to make the
21     deadline Tuesday.  How quickly can you -- I mean, I'd like
22     to -- I want to move through these as quickly as we can.
23     How quickly can you get a response --
24             MR. SMITH:  This evening.
25             THE COURT:  All right.  Very well.

```
 1              MR. SMITH:  Before -- I'd say, before 9:00 p.m.

 2    probably.

 3              THE COURT:  Okay.

 4              MR. SMITH:  Or by 9:00 p.m.

 5              THE COURT:  Okay.  Fair enough.  So we'll get that

 6    rolling.

 7              And then there is your request regarding the

 8    status of the under-seal -- I believe it's the under-seal

 9    motion to quash.  My inclination at the moment is just to

10    say -- I know you've cited some cases; I haven't had a

11    chance to look at that -- is just to maintain the status quo

12    until I can get a handle on what your argument is and where

13    things are on that and go from there.  I mean, whatever the

14    Government has served on another party has already been

15    served, or whether it's been done through ECF I'm not 100

16    percent sure, but -- I mean, what is -- what's done is done

17    at this point.

18              MR. SMITH:  Your Honor, thank you.

19              We're just trying to determine what has been done.

20    We've asked the Government whether they've served the --

21    that response on counsel for the witness.  And so we'd like

22    to know whether that's happened, because we don't know

23    from --

24              THE COURT:  Okay.  Well, I will ask the Government

25    and we'll find out.  It does seem -- I'll say one other
```

1    thing is just -- I quickly glanced at that case you

2    thought -- that you cited and, for reasons that I won't

3    belabor in open court, it strikes me that this might be a

4    situation that's different from the situation laid out in

5    that -- in the case you cited.

6            Who, from the Government, wants to update me on

7    that question?

8            MR. MCCULLOUGH:  Jason McCullough for the

9    Government, Your Honor.

10           We did file both of those under seal last night

11   and delivered them to defense counsel.  We actually had not

12   delivered them to counsel for the two other -- to -- for --

13   the two movants solely because, frankly, we wanted to

14   confirm the email addresses this morning before doing it.

15   So it's -- that's, I guess, kind of, a live issue before

16   you.  We don't see any reason why we wouldn't serve those on

17   the movant, but because Mr. Smith raised the issue, we

18   thought we'd sort it out this morning.

19           THE COURT:  All right.  So I don't -- my

20   inclination is, at least before I've had a chance to -- and

21   I don't know whether -- I think Mr. Smith emailed that case,

22   you know, within the hour or, maybe, two.  So let's just

23   give you all a chance to, sort of, read it, digest it.  If

24   we can maintain the status quo at least until this afternoon

25   and we'll, sort of, see what we're prepared to address after

1    lunch, I think that makes sense.

2              Mr. Smith, is your -- well, I assume your -- the

3    issue you raised pertains to both oppositions, at least in

4    theory, even though it might apply differently.

5              MR. SMITH:  Yes, Your Honor.  Our position is that

6    the Government doesn't have standing, except in unusual

7    circumstances, to challenge a defendant's subpoena issued on

8    a third party.  So that would apply to both witnesses.

9              The second issue is that we don't think that it's

10    appropriate to suggest to a defense witness that they could

11    be prosecuted if they testify.  And I'm not saying that in

12    the Government's responses there is some sort of direct

13    statement like that, but there's certainly a suggestion

14    that, if that happens, if the witnesses were to testify,

15    they would be exposed to liability.  And we don't think that

16    that's --

17              THE COURT:  Okay.

18              MR. SMITH:  -- appropriate.

19              THE COURT:  We'll --

20              MR. SMITH:  Yeah.

21              THE COURT:  I, again, very quickly looked at what

22    was filed, and it seemed to me, at least in what I looked

23    at, the Government was saying, We are agnostic about that

24    question.  But we'll -- we -- we'll take it up once I've had

25    a -- once, maybe, you all have had the opportunity to

1    confer, the Government at least has had an opportunity to

2    view that case you cited, and we'll go from there.

3             All right.  So anything further, then, before we

4    bring in the -- yes, Mr. Pattis?

5             MR. PATTIS:  Judge, if I can inquire through the

6    Court of the Government, the Court may recall, on the eve of

7    the proceedings, we requested an adjournment on the grounds

8    that the January 6th House Committee had so much information

9    that we didn't know about, we couldn't adequately prepare.

10   It has come to my attention that the Speaker of the House,

11   Mr. McCarthy, may or may not have released to Fox News

12   41,000 hours of videotape pertaining to the January 6th

13   events, but that those haven't been released to the public

14   at large.  There's a suggestion that if we go to our

15   congressmen, we may be able to get them from them which, I

16   think, is, sort of, ridiculous.  Can I inquire whether the

17   Government has received a complete set of the videos from

18   the House Committee?  And, if so, whether there's been any

19   effort to review them to determine whether there's anything

20   exculpatory in there.  Just how the Government would review

21   41,000 hours of video during trial is an open question in my

22   mind, and I think I know the answer to that, but I mean, the

23   threshold question is, has such a transmission been made?

24             THE COURT:  You may so inquire through me.

25             Mr. Smith, did you have something to add?

1      MR. SMITH:  Yes, Your Honor.  I think -- I was

2   just going to comment that I think a lot of those videos are

3   available to the defense on Evidence.com and Relativity.

4      MR. PATTIS:  But not all -- not -- some, but not

5   all, and that's my question.

6      THE COURT:  I understand.

7      Can the defense -- can the Government just

8   indicate whether they've -- whether the Government has come

9   into possession of new videos as a result of the events

10   Mr. Pattis just described.

11      MR. MCCULLOUGH:  Your Honor, I'm not prepared to,

12   kind of, answer as to the -- any delta that may exist.

13   We're, certainly, happy to look into that and confirm

14   whether, in fact, any delta does exist between what the

15   Government has and what is being represented as to having

16   been turned over to Fox News.  And we're happy to respond to

17   these questions in turn.  As Mr. Smith notes, we have -- the

18   Government has made an extensive collection of the CCTV

19   available to all defendants in this case subject to the

20   protective order.  That's been turned over.  So what the

21   Government has, the defendants have been provided

22   previously.

23      THE COURT:  Okay.  But --

24      MR. PATTIS:  What triggered my interest, Judge,

25   was a claim that somehow Mr. McCarthy had decided to

```
 1    withhold some on, quote/unquote, national security grounds.

 2    I, you know -- I believe what I read in the papers some days

 3    and some days not.  And so I thought the Government would be

 4    more reliable than the news on this topic.

 5              MR. MCCULLOUGH:  Well -- and so, Your Honor,

 6    just -- I think it is a -- it's a serious question and a

 7    serious issue.  And so it's one that we want to make sure

 8    that we can represent to the Court whether there is a delta

 9    and how we're addressing the delta, if there -- if any such

10    delta exists.

11              THE COURT:  All right.

12              MR. MCCULLOUGH:  I think, you know, that's the

13    seriousness with which that kind of a question -- that's the

14    answer with the seriousness that that kind of a question

15    deserves.

16              THE COURT:  Okay.  Very well.  I mean, that's all

17    you can do, is check to see whether there is a delta, and

18    we'll go from there.

19              All right.  Anything further?

20              MS. HERNANDEZ:  (Indicating.)

21              THE COURT:  Ms. Hernandez?

22              MS. HERNANDEZ:  Good morning, Your Honor.

23              I sent the Court a request on scheduling.

24              THE COURT:  Yes.  Friday.  I'm sorry.  That was

25    another thing I should have mentioned.  So Ms. -- I don't
```

```
 1    know.  Did you copy the other counsel on this?
 2              MS. HERNANDEZ:  I copied Mr. McCullough.
 3              THE COURT:  Okay.
 4              MS. HERNANDEZ:  I didn't copy everyone.
 5              THE COURT:  All right.  So what Ms. Hernandez has
 6    asked is that we -- she be able to -- because of an -- a
 7    matter regarding an incarcerated defendant's health care, I
 8    believe, in some way, that she be permitted to attend a
 9    hearing down the hall in another courtroom on some day
10    coming up that she thinks will take 15 or 20 minutes.  My
11    thought was, given the timing -- what -- what time -- I
12    don't have -- let me bring up your --
13              MS. HERNANDEZ:  On Friday, it would be at --
14    the 24th, it would be at 10:30 in the morning.
15              THE COURT:  Right.  So my thought was to -- we
16    could align that with our break for the -- I -- look, I can,
17    you know -- I can give you that much time, 15 or -- and I'm
18    sure Judge Boasberg will understand if, you know, you get 15
19    minutes and that's all.  What I thought we would do is,
20    because that time aligned with our court reporter break
21    anyway, we would just align it with that.  I'll make sure we
22    take the court reporter break then.  It may be an extra five
23    minutes or so, but that we do it that way on Friday.
24              MS. HERNANDEZ:  Thank you, Your Honor.
25              THE COURT:  All right.  Anything further?
```

```
1              MR. JAUREGUI:  (Indicating.)

2              THE COURT:  All right.  Counsel for Mr. Tarrio

3      would like to be heard on the phones.

4              (Bench conference:)

5              MR. JAUREGUI:  Good morning, Your Honor.

6              THE COURT:  Good morning.

7              MR. JAUREGUI:  Judge, I just wanted to briefly

8      address the juror issue from yesterday.  I conferred with my

9      friends from the Government yesterday after court, and what

10     we think it is is that the juror thought that we were typing

11     too loud over here yesterday.  One of the FBI agents was

12     kind enough to tell me that the juror gestured like that

13     with his hands like typing angrily and then --

14             THE COURT:  Or keep it down?

15             MR. JAUREGUI:  Correct.  I think --

16             THE COURT:  Okay.

17             MR. JAUREGUI:  -- that's why he pointed at me,

18     because he thought that we were typing too loud and he

19     couldn't hear.  So what I was going to respectfully ask from

20     Your Honor is perhaps to tell the jurors that if they're

21     having some kind of audio/visual problem, if they could just

22     let Ms. Harris know so that we can address it, but I think

23     that's what it is, and the Government can correct me if I'm

24     wrong, but I think he thought that we were typing too loud.

25             THE COURT:  All right.  Does the Government want
```

10074

```
1    to be heard briefly on this?  I have no problem, especially
2    given we've already had this issue with a juror not being
3    able to see something -- is -- it wouldn't call that person,
4    really, out if I were to just say, Listen, going forward, if
5    there's any issue about, you know, your ability to see or
6    hear, if you'll let Ms. Harris know at a break and we'll
7    address it.  Any objection to that from the Government?
8              MR. KENERSON:  No, Your Honor.
9              THE COURT:  All right.  So that's what we'll do.
10             MR. JAUREGUI:  Thank you, Your Honor.
11             THE COURT:  All right.
12             (Return from bench conference.)
13             THE COURT:  All right.  Ms. Harris, let's bring in
14   the jury and we'll bring in the witness, as well.
15             (Brief pause.)
16             (Jeremy Bertino resumed the witness stand.)
17             (Brief pause.)
18             THE DEPUTY CLERK:  Jury panel.
19             (Jury returned to jury box.)
20             THE COURT:  All right.  Everyone may be seated.
21             Ladies and gentlemen, welcome back.
22             Just as a reminder, if you have any issues hearing
23   or seeing evidence, given whatever -- how it's presented in
24   the courtroom, just let Ms. Harris know at a break and we'll
25   make sure we adjust things if we need to.
```

1            Mr. Kenerson, you may proceed.

2            MR. KENERSON:  Thank you, Your Honor.

3                    DIRECT EXAMINATION

4    BY MR. KENERSON:

5    Q.  And good morning, Mr. Bertino.

6    A.  Good morning.

7    Q.  I want to turn away for a moment from the messages that

8    we were discussing yesterday and ask you a couple of

9    questions about the time surrounding New Year's Eve 2020

10   going into 2021.  All right?

11   A.  Yes.

12   Q.  You -- I think you testified yesterday that you did not

13   meet Dominic Pezzola in person prior to the December 12th

14   rally.  Did I hear you correctly on that?

15   A.  That's correct.

16   Q.  Okay.  At what -- under what circumstances did you meet

17   him in person for the first time?

18   A.  He came down with another guy from New York.  They were

19   coming down to meet some of the guys they had known in the

20   Charlotte area.  While he was down there, he was delivering

21   a commemorative shield that was meant to get down to Miami

22   to be delivered to Enrique.  So they stopped by my house to

23   visit with me.

24   Q.  And what -- you said come down -- meet some guys they

25   knew in the Charlotte area.  Did you live in Charlotte at

1    that point in time?

2    A.   Just outside of Charlotte across the border in South

3    Carolina.

4    Q.   Okay.  And could you tell us about how that meeting

5    went.

6    A.   It was pretty friendly and we, kind of, just talked

7    about my stabbing and, you know, what had happened that

8    night and they just wanted to know how I was doing, how my

9    recovery was going and that sort of thing.

10   Q.   Did he seem excited to meet you?

11   A.   Yeah.

12   Q.   How could you tell?

13   A.   Just basically the way any other brother meeting for the

14   first time, you know?  There's just a genuine love there

15   that you could just feel it.

16   Q.   Did you ultimately invite him to join the Ministry of

17   Self-Defense?

18   A.   I did.

19   Q.   Do you remember why you did that?

20   A.   It was based off of what had happened the night I was

21   stabbed.  He had told me that he was in the scrum with the

22   guy that stabbed me.  And I just, kind of, felt like he was

23   loyal and would have your back.  So I felt he was a good

24   match for the MOSD.

25            MR. KENERSON:  All right.  Returning to the

1    messages for a moment, Ms. Rohde, if we could have brought

2    up what I believe is already in evidence, Government's

3    Exhibit-501-39.

4    BY MR. KENERSON:

5    Q.  And, Mr. Bertino, you recognize that -- those as

6    messages from the Ministry of Self-Defense?

7    A.  I do.

8    Q.  What's the date that we're looking at here?

9    A.  December 30th, 2020.

10              MR. KENERSON:  And, Ms. Rohde, if we could scroll

11   down past all the blank messages to Mr. Bertino at 7:12:25.

12   BY MR. KENERSON:

13   Q.  You made a mention of someone going to jail.  Who are

14   you referring to there?

15   A.  Enrique.

16   Q.  Why, at that point, did you believe he was going to

17   jail?

18   A.  It was based off the conversation we had in the

19   emergency voice chat where he expressed that they were

20   putting a warrant out for his arrest for the banning -- the

21   banner-burning.

22   Q.  And I suppose -- right before you sent that message,

23   there's a message from someone named Johnny Blackbeard

24   saying, What's up?  Was in the shower.

25              Who is Johnny Blackbeard?

```
1    A.   John Stewart.

2    Q.   And then after your message, how does Mr. Tarrio

3    respond?

4    A.   Info stays here.

5              MR. KENERSON:  And, Ms. Rohde, if we could now

6    have 501-40, please, which, I believe, is also in evidence.

7    BY MR. KENERSON:

8    Q.   And are we still at the same date?  December 30th.

9    A.   Yes.

10   Q.   Just a few minutes later than the prior message?

11   A.   Correct.

12   Q.   At 7:15:09, Enrique Tarrio says, I'm pushing for that.

13   What was your understanding as to what he was pushing for,

14   given the context of these messages?

15   A.   I believe it was about the -- what the charge was going

16   to be, whether it was going to be a hate crime.

17   Q.   Did Mr. Tarrio have a history of -- well, let me ask

18   you, what about the fact that this was coming on the 6th?

19   Johnny Blackbeard's message.

20   A.   The one where he says, Do you have any idea?

21   Q.   No, sorry.  The one at 7:14:57 just --

22   A.   Oh.  Is it coming on the 6th?

23   Q.   Yes.

24   A.   Yes.  Oh, yeah, that's probably what he was responding

25   to there.  Yeah.  Okay.  Sorry.  I read it wrong.
```

1    Q.  And let me ask you, does Mr. Tarrio have any history

2    with the media that you were able to understand?

3    A.  Yes.

4    Q.  How does Mr. Tarrio use the media?

5    A.  In any way that --

6            MR. HASSAN:  Objection, Your Honor.  Speculation.

7            THE COURT:  I'll just sustain as to -- if you can

8    lay some foundation, counsel.

9            MR. KENERSON:  Sure.

10   BY MR. KENERSON:

11   Q.  Do you have any experiences with Mr. Tarrio and his

12   interactions with the media?

13   A.  I do.

14   Q.  Without getting into the substance of those, what kind

15   of experiences do you have with Mr. Tarrio and the media?

16   A.  He always seemed like he was trying to use it to build

17   the club and get a -- put a positive spin on the club.

18   Q.  And what was your under- -- did you have an

19   understanding one way or the other as to whether there was

20   likely to be media in Washington, D.C. on January 6th?

21   A.  Oh, there was definitely going to be media.  Yeah, I

22   knew that.

23   Q.  Now, at 7:15:32, Johnny Blackbeard says, Do you guys --

24   do you have any idea how our guys are going to respond to

25   that if they don't expect it?

```
 1              That phrase "our guys," was that used throughout
 2    chats that you were involved in with the Proud Boys?
 3    A.   Yes.
 4    Q.   What did that typically mean?
 5    A.   It always referred to Proud Boys.
 6    Q.   And Johnny Blackbeard, then, at 7:15:40 says, We could
 7    have a fucking riot.
 8              Did you share that sentiment?
 9    A.   I did.
10    Q.   Why?
11    A.   I just felt like, at that point, everything was a powder
12    keg and one little thing could set it off.
13              MR. KENERSON:   And, Ms. Rohde, if you could scroll
14    down a few messages, please.   Right here to the 7:16:30
15    message from Johnny Blackbeard.
16    BY MR. KENERSON:
17    Q.   Can you read that one.
18    A.   I'm not so sure.
19    Q.   Sorry.   7:16:30.
20    A.   Oh, 30.   We're on the razor's edge, brother.
21    Q.   How did you take the phrase "razor's edge"?
22    A.   Same way I just explained it as the powder keg.   We were
23    right on the edge of something big happening.
24    Q.   What was your belief as to what that something big might
25    be?
```

 1          MR. PATTIS:  Objection.  Speculation.  Relevance.

 2    Foundation.

 3          THE COURT:  Well, I'll sustain on just foundation

 4    as to whether he had an expectation.

 5          MR. KENERSON:  May we be heard briefly?

 6          THE COURT:  Yes.

 7          (Bench conference:)

 8          MR. KENERSON:  Your Honor, I think the question

 9    was -- so I just wanted to make sure I understood the

10    objection -- as to what Mr. Bertino's belief was, not what

11    his belief as to what Mr. Stewart was referring to.  He said

12    that he took "razor's edge" to mean powder keg, something

13    big might happen.  My question to him -- or at least what

14    I'm trying to elicit -- as to what he, Mr. Bertino, believes

15    something big might be coming.

16          THE COURT:  All right.  And --

17          MR. PATTIS:  The objection is, and to put it

18    bluntly, who cares?  I mean, he said he was on -- I think,

19    on edge; anything could happen.  His subjective belief that

20    the country, or whatever the situation, went on a -- was on

21    edge and anything could happen doesn't really shed any light

22    on whether a conspiracy was formed.

23          THE COURT:  Well, he's a co-conspirator and I

24    think he can talk about what his state of mind was at that

25    time.  I -- but -- well, and what -- he had an -- what his

```
 1    expectation was, I think, is fair game.  I'll -- my only --
 2    what I meant, Mr. Kenerson, was, looking back here, you
 3    know, he said -- just make sure I get it right -- when he
 4    said, We were right on the edge of something big happening,
 5    you asked, What was your belief as to what that something
 6    big might be?  I just think you have to ask him, does -- did
 7    he have a specific belief about something that might be
 8    coming?  And if he says yes, then I think your question's
 9    fine.
10              MR. KENERSON:  Okay.  Thank you.
11              THE COURT:  Mr. Pattis, do you want to be heard
12    again?
13              MR. PATTIS:  Something could be coming.  I mean,
14    we could be struck by an asteroid and Antifa could take over
15    the White House.  I might be appointed a federal judgeship.
16    Any number of catastrophes could befall the world.  And so
17    my claim is that it has very little probative value and it's
18    speculative and there's really, you know -- I mean, the
19    question is -- it was an expectant moment.  Did he exploit
20    it for other purposes?  I think that line of questioning is
21    fine, but as to his subjective expectations about what might
22    happen next, I would claim relevance and foundation.
23              THE COURT:  He's talking about what would happen
24    if -- in a -- I'm going to overrule the objection and --
25              MR. PATTIS:  Understood, sir.
```

1          THE COURT:  -- with that caveat that I think you

2    have to ask him, did he have a specific -- was there

3    anything specific he was thinking about or, you know,

4    tailored to your question to lay the foundation for the next

5    question.

6          MR. KENERSON:  Certainly.  Thank you.

7          THE COURT:  All right.

8          (Return from bench conference.)

9    BY MR. KENERSON:

10   Q.  Mr. Bertino, I think that you had just said that you

11   thought that the -- were on the edge of something big.  Did

12   you have a sense of -- an understanding yourself as to what

13   that something big might be, yes or no?

14   A.  Yes.

15   Q.  What was that understanding?

16   A.  All-out revolution.

17   Q.  What was leading you to that belief?

18   A.  Constant talk, constant videos, getting the sense from

19   everyone that I was talking to that we were at the

20   precipice.

21   Q.  When you say constant talk, constant talk from whom?

22   A.  Usually guys in the chats, some other, you know -- in

23   the Proud Boy chats, out of the Proud Boy chats, just in the

24   normie chats.  I mean, everyone that I was interacting with,

25   pretty much, felt the exact same way.

```
 1              MR. KENERSON:  Ms. Rohde, if you could scroll down
 2   a few more messages.
 3   BY MR. KENERSON:
 4   Q.  Mr. Bertino, if you could read your message at 7:16:58
 5   p.m.
 6   A.  Said, Gay.  Just let it happen.
 7   Q.  What did you mean by that?
 8   A.  Just let whatever was going to happen happen.  If it
 9   happened to set off a chain reaction event, then let it
10   happen.
11   Q.  And can you read your next message, the one at 17:27 as
12   well.
13   A.  Maybe it's the shot heard 'round the world and the
14   normies will fuck up the cops.
15   Q.  Let me ask you, that phrase, shot heard 'round the
16   world, was that a deliberate choice on your part?
17   A.  It was.
18   Q.  What does that refer to?
19   A.  The American Revolution.
20   Q.  And when you say the normies, what's that referring to?
21   A.  The normal Trump supporters that are out there at the
22   events with us that aren't Proud Boys.
23   Q.  Is there a reason you mentioned them in the same message
24   as shot heard 'round the world?
25   A.  Yeah, because sometimes they -- it was difficult to
```

```
1   control them and, at that point, I didn't care to even try.

2   I just figured that they might go off the -- they might go

3   off the wall if somebody was, you know, arrested in front of

4   them.

5   Q.  Mr. Bertino, were you the only one of the members of the

6   MOSD leadership chat discussing revolution or warfare around

7   that point in time?

8   A.  No.

9             MS. HERNANDEZ:  Objection.  Vagueness.

10            MR. SMITH:  Misstating the testimony.

11            THE COURT:  Overruled.

12            MR. KENERSON:  Ms. Rohde, if we could have

13  Exhibit-600-52 which is already in evidence.

14  BY MR. KENERSON:

15  Q.  Mr. Bertino, could you read what Mr. Tarrio posted to

16  Parler at 12:25:04 a.m. on January 1st, 2021.

17  A.  Let's bring this new year in -- bring in this new year

18  with one word in mind, revolt.

19            MR. KENERSON:  And if we could now have 600-54,

20  which is also in evidence.

21  BY MR. KENERSON:

22  Q.  What did Mr. Tarrio post at 2:56:25 p.m. on that same

23  day?

24  A.  New Year's revolution.

25  Q.  Was Mr. Tarrio influential on social media amongst Proud
```

```
1    Boys?

2    A.  Absolutely.

3    Q.  How so?

4    A.  If he posted something, pretty much everybody echoed it;

5    everyone that I saw and that I interacted with would pretty

6    much follow him to do whatever, you know -- whatever he

7    said.

8    Q.  Was he influential on social media amongst the

9    right wing generally?

10   A.  Absolutely.

11   Q.  How did these posts compare to your private

12   conversations you were having with Enrique Tarrio around

13   this point in time?

14   A.  All along the same lines.

15            MR. KENERSON:  Ms. Rohde, if we could have -- and,

16   Ms. Harris, I believe this is in evidence -- 601-36.  And if

17   we could play the video.

18            (Video played.)

19            MR. KENERSON:  And if we could scroll up,

20   Ms. Rohde, briefly.

21   BY MR. KENERSON:

22   Q.  What's the date of this post?

23   A.  December 31st, 2020.

24   Q.  Did you see "back the yellow" at the top of that video?

25   A.  I did.
```

1    Q.   What's the phrase "back the yellow" mean to you?

2    A.   It means get behind the Proud Boys, same way you would

3    say "back the blue."

4    Q.   And what does "black the blue" mean to you?

5    A.   Get behind the police.  Support them.

6             MR. KENERSON:  Ms. Rohde, if we could have 601-39,

7    please, which is in evidence.

8    BY MR. KENERSON:

9    Q.   What's the date of this post, Mr. Bertino?

10   A.   January 3rd, 2021.

11   Q.   And there's a post that says, I'm hoping so, too.

12   Society can't survive a war with the police.

13            Can you read what Mr. Nordean's response was.

14   A.   I don't think the police could survive a war with

15   society.

16   Q.   Was Ethan Nordean influential on social media amongst

17   Proud Boys?

18   A.   Yes.

19   Q.   How so?

20   A.   I mean, he was -- he pretty much built the club off one

21   punch.  So people always followed Rufio.  He was a legend.

22   Q.   Was he influential amongst the right generally?

23   A.   Yes.

24            MR. KENERSON:  Can we have 603-55, please, which I

25   believe is in evidence.

10088

1    BY MR. KENERSON:

2    Q.   Can you read Mr. Biggs's post on January 2nd, 2021, at

3    5:32 p.m.

4    A.   Every lawmakers who breaks their own stupid fucking laws

5    should be dragged out of office and hung.   The government

6    should fear the people, not the other way around.   You work

7    for us.   You don't have ruling power over me.   We only allow

8    you to have that privilege.   Fuck around, find out.

9    Q.   That phrase "fuck around, find out," how frequently was

10   that used within the Proud Boys?

11   A.   Very frequently.

12   Q.   Was Mr. Biggs influential amongst Proud Boys on social

13   media?

14   A.   Yes.

15   Q.   How so?

16   A.   Everyone -- pretty much, once Parler became big, he, you

17   know -- he had a big following from InfoWars, but he brought

18   that with him when he joined the club.   And -- he had some

19   people that hated him, but for the most part, a lot of the

20   rally boys got behind him.

21   Q.   Did any of your interactions with Enrique Tarrio give

22   you any reason to doubt the sincerity of his belief?

23   A.   No.

24   Q.   What about your interactions with Joseph Biggs?

25   A.   No.

1   Q.  What about your interactions with Ethan Nordean?

2   A.  No.

3          MR. KENERSON:  All right.  Ms. Rohde, we can take

4   this down.  I want to step back, again, from the chats

5   briefly.

6   BY MR. KENERSON:

7   Q.  What physical shape were you in, Mr. Bertino, as we

8   approached New Year's Eve 2020?

9   A.  Still pretty rough.

10  Q.  Were you planning to go to Washington, D.C. on

11  January 6th?

12  A.  I had considered it, yes.

13  Q.  If you had gone, what was your plan?

14         MS. HERNANDEZ:  Objection.

15         MR. METCALF:  Objection.  Calls for speculation.

16         THE COURT:  Overruled.

17         THE WITNESS:  The plan that -- the only reason I

18  was going to go was to possibly speak on stage at one of the

19  events.  So that was my plan, to go.

20  BY MR. KENERSON:

21  Q.  And was there a particular event that caused you to

22  decide not to go?

23  A.  Yes.  When Trump announced that he was going to be

24  speaking, all the other stages got canceled, and so I

25  decided that I did not want to go up there for that.  I

```
 1   wasn't going to go and stand in a crowd like that.  Not in
 2   my physical shape.
 3   Q.  Let me ask you -- well -- as well, at some point, did
 4   the Supreme Court turn down the challenge we discussed
 5   earlier?
 6   A.  Yes.
 7   Q.  What was your reaction to that?
 8   A.  I -- desperation at that point.  I thought that was our
 9   last hope.
10   Q.  And did you have discussions about that with Enrique
11   Tarrio?
12   A.  Yes.
13   Q.  What was his reaction in those discussions?
14   A.  He felt the same way, that there -- time was running out
15   to save the country.
16   Q.  Did you have discussions along those lines with Ethan
17   Nordean?
18   A.  I don't specifically remember directly having that
19   conversation with him, but --
20   Q.  What about Zach Rehl?
21   A.  No, I don't remember that.
22   Q.  What about Joseph Biggs?
23   A.  I don't remember a direct conversation with him.
24   Q.  Now, did you have conversations with just general
25   members of the Proud Boys about the Supreme Court having
```

1    turned down the challenge?

2    A.   Absolutely.

3    Q.   What was the tenor of those conversations?

4            MS. HERNANDEZ:  Objection.  Vagueness.  General

5    members of the Proud Boys.

6            THE COURT:  Overruled.

7            THE WITNESS:  It was -- the -- everyone felt the

8    same way, at least they expressed that.  And if Proud Boys

9    didn't agree with something, they never had a problem

10   expressing that they didn't agree with it.  So you know,

11   they were very vocal in opposition of something, and I think

12   everyone felt the exact same way.

13           MS. HERNANDEZ:  Objection.  Hearsay.  Move to

14   strike.

15           MR. SMITH:  Objection.  Vagueness.  Move to

16   strike.

17           THE COURT:  Let me just hear counsel at sidebar

18   briefly.

19           (Bench conference:)

20           THE COURT:  Ms. Hernandez, I and Mr. --

21           Well, let me hear the Government's response to

22   this -- to these objections.

23           MR. KENERSON:  Your Honor, I think that these were

24   apace with the types of questions we were asking yesterday.

25   We followed the procedures, I think, that the Court laid out

1    where we clarified that -- who he was talking about and

2    whether he was talking about conversations with the specific

3    defendants or whether he was talking about the tenor of his

4    general conversations with the Proud Boys, but I don't think

5    that there has been anything hearsay-like or improper.  This

6    all goes to the effect on him as the listener and the effect

7    on his state of mind as a co-conspirator.

8            MR. SMITH:  Your Honor, this is habit evidence.

9    When the -- Mr. Bertino is testifying about what the Proud

10   Boys generally do -- they generally respond to something if

11   they disagree with it -- that is improper evidence.  That's

12   habit evidence.  You can't testify about what people

13   generally do in response to something, especially a large

14   group of people.

15           THE COURT:  I don't see, you know -- he's

16   testifying about his conversations with people.  I don't

17   think -- let me put it this way.  I hear what you're saying,

18   but I don't think that's the reason this is being elicited

19   or -- and to the extent that the -- I wouldn't let the

20   Government argue that just because -- the, kind of, habit

21   inference that you're describing.

22           MR. SMITH:  But, Your Honor, that's the argument

23   they're making.  They're -- it's a consistent leitmotif in

24   this case that because the defendants haven't objected to

25   something, they've adopted it.  This is -- that's what this

1    testimony is going to, Your Honor.

2           THE COURT:  But these -- but -- no, no, no.  But

3    these defendants are not at issue here.  Now, he's testified

4    about whatever specific conversations he wants to have --

5    he's -- he can remember with them and said that "they didn't

6    correct me" or whatever or deny it and you all are going to

7    be able to explore that on cross, but when he's talking

8    about his general conversations with other people, it seems

9    to me, again, he's talking about the, sort of, milieu in

10   which he was in and describing his, sort of -- the effect

11   those things had on him and his state of mind at the time.

12   I don't see it as improper -- drifting into habit evidence.

13           MR. PATTIS:  (Indicating.)

14           THE COURT:  Mr. Pattis?

15           MR. PATTIS:  I think -- to advance Mr. Smith's

16   argument, not that he needs my help, I think that the

17   witness -- I think the witness may have gone beyond

18   Mr. Kenerson's question because he seemed to offer

19   spontaneously when they heard -- everyone felt the same way

20   when -- they weren't bashful.  When they didn't like

21   something, they said something.  And it's that condemnation

22   by silencing again.  So I join the objections, and I'm not

23   suggesting the Government sought to elicit that, but I think

24   the witness offered it.

25           THE COURT:  I -- let me put it this way.  I don't

1    think it's worth striking and I wouldn't, again, let the

2    Government argue that because of what he's testifying to

3    here, that means that your clients adopted any particular

4    statement.

5            MS. HERNANDEZ:  (Indicating.)

6            THE COURT:  Ms. Hernandez?

7            MS. HERNANDEZ:  Your Honor, the Government gave us

8    as an explanation effect on the listener.  Effect on the

9    listener would be Mr. Bertino did X, Y, and Z because of the

10   hearsay from these Proud Boys he spoke with.  That's what

11   effect of [sic] the listener is as an exception to the

12   hearsay rule.  That's not what's being elicited here.  The

13   Government is being allowed to elicit these conversations

14   with who knows who, Proud Boys in general, not these

15   defendants, and he's being allowed to explain out-of-court

16   statements, what they told him or what they said about the

17   powder keg or whatever the heck we're talking about here.

18   This is rank hearsay.  Effect on the listener is not a

19   proper exception for this.

20           THE COURT:  Well, if the question -- if --

21           Mr. Kenerson, are you building to a point where

22   you're going to --

23           I mean, let me put it this way.  If we were

24   talking about specific statements, okay, Mr. Kenerson could

25   also ask the questions, What was the general feeling in the

1   club?  That that wouldn't elicit hearsay anyway.  But even

2   if he phrased the question that way --

3          Mr. Kenerson, is this building towards something

4   where you think it's relevant that he felt he had the

5   general backing of many people in the club to do what he did

6   going forward and that explains it?

7          MR. KENERSON:  I don't think I would characterize

8   it quite that way.  I mean, I think the Court got to it,

9   really, with the general mood within the club which, I

10  think, is relevant.  And to Ms. Hernandez's point about

11  hearsay, he -- when he talks about powder kegs, that was his

12  description; did not ask him whether any other member of

13  the Proud Boys described things such as powder kegs, but I

14  do think that the -- he can talk about the general dynamics,

15  the general mood within the club of the Proud Boys that he

16  associated with.

17         MS. HERNANDEZ:  That -- Your Honor, that's not

18  what he was asked.  He was asked about conversations with

19  Proud Boys, and he was allowed to explain what those

20  conversations were.  The only -- it's a hearsay objection.

21  The only exception that Mr. Kenerson cited was effect on the

22  listener.  That's now -- that's not how effect on the

23  listener works.  I refer the Court to U.S. v. Evans written

24  by Judge Garland.  And on the "effect on the listener"

25  statement, Judge Garland explained it's actually being used

1    for the truth of the matter asserted, because if it's not

2    being used for the truth of the matter asserted, then the

3    effect on -- then the statements that the Government is

4    eliciting are irrelevant to this case.

5             THE COURT:  Mr. Kenerson, what's -- how --

6    articulate for me how it goes to the effect -- again, I'm

7    not -- let me put it this way.  Mr. Kenerson --

8             Ms. Hernandez, you wouldn't have a hearsay

9    objection if the question was, What was the mood in the

10   club?  He has to explain, Well, I got that through

11   conversations with people.  You might have a relevance

12   argument to that, but that's not a hearsay objection;

13   correct?

14            MS. HERNANDEZ:  Possibly, but, again, we're

15   talking about relevance.  The Government is -- said, You had

16   conversations.  That -- and then he said, Yes, I had

17   conversations and they're conver- -- as I wrote in my notes,

18   they felt the same way.  So he's talking about what -- those

19   conversations with unknown people.  I don't know who these

20   unknown people are.  Are these North Carolina Proud Boys?

21   South Carolina Proud Boys --

22            THE COURT:  But that's a different --

23            MS. HERNANDEZ:  -- who are non-members of the --

24   what I'm saying is this is all hearsay unless it's

25   co-conspirator statements, which I don't believe it is.

```
1    And, again, the only exception he said was effect on the
2    listener.  The listener in this case, I think, is
3    Mr. Bertino.  How is this -- how is the effect on
4    Mr. Bertino with -- about his conversations with general
5    members of the Proud Boys relevant to this case?  Who cares
6    what effect it had on Mr. Bertino that he spoke with people
7    in North Carolina or normies or whoever it is he's talking
8    to?
9              THE COURT:  Well, it -- I think the argument is
10   that it is still reflective of his state of mind if he's
11   surrounded by people who believe the same thing that he is
12   believing; that that is still -- that that still is
13   relevant.  Now, I take your point about -- if there was a
14   hearsay objection, but I don't see -- the -- I think the
15   question of what, you know -- did you -- did those around
16   you agree with you, that's not a hear- -- there's no hearsay
17   statement there.
18             MS. HERNANDEZ:  I don't understand what this
19   whole -- the relevance of this line of question is, Your
20   Honor.  I mean, he had conversations with Tarrio who is an
21   alleged co-conspirator.  I -- this is leading to jury
22   confusion, all these statements about how he --
23             THE COURT:  Okay.
24             MS. HERNANDEZ:  -- felt, who -- all these people
25   he was talking to.  I don't -- I -- really, I don't know the
```

```
 1    relevance and the theory of admissibility doesn't make sense
 2    to me as I understand effect on the listener and as the D.C.
 3    Circuit has addressed this issue.
 4              THE COURT:  Okay.
 5              MS. HERNANDEZ:  I don't need to continue to argue
 6    it.
 7              THE COURT:  All right.  I think it is relevant
 8    that -- at least relevant to his state of mind that he was
 9    surrounded by people who agreed with him.  I think that it's
10    fair, though I'm -- and I'm not -- maybe, that's an effect
11    on the listener, but I think -- let's put it this way.  I
12    think it would be better if the Government just elicited it
13    not to -- formulated the questions not to elicit specific
14    statements which, generally, I think, is what -- how
15    Mr. Kenerson has proceeded.  So I'm going to overrule the
16    objection.
17              (Return from bench conference.)
18    BY MR. KENERSON:
19    Q.  All right.  Thank you, Mr. Bertino.
20              So going back to the decision of the Supreme Court
21    not to take some of the challenges to the election, what was
22    the mood within the club, at least those you interacted with
23    in the club, as a result of that decision?
24    A.  Angry.
25    Q.  And what was that level of anger compared to -- in the
```

1    aftermath of the election?

2    A.  Definitely ramped up.

3    Q.  How could you tell it had ramped up?

4    A.  The extreme differences in what people were saying

5    originally before the Supreme Court hadn't shot down the

6    case yet.  They still had hope at that point.  There was no

7    hope left.  We -- the general tone of every conversation I

8    had was that the country was over if we didn't stop this.

9    Q.  What -- did you understand what was happening here in

10   Washington on January 6th?

11   A.  Yes.

12   Q.  What was your understanding of what was happening here?

13   A.  It's where the election would be certified by Congress.

14   Q.  And yesterday, I think you discussed this idea of your

15   belief the Proud Boys should be leaders in the post-election

16   world.  Do you remember that testimony yesterday?

17   A.  Yes.

18   Q.  And after the Supreme Court refused to take the case,

19   was that still your view?

20   A.  Yes.

21   Q.  What was your view as to what, if any, role the Proud

22   Boys should play if the Supreme Court had stopped the legal

23   challenge?

24            MS. HERNANDEZ:  Objection.  Speculative.  And

25   relevance.

1          THE COURT:  Do -- counsel, do you mean once the

2     Supreme Court had?  You said --

3          MR. KENERSON:  I thought that's what I said, yes,

4     but --

5          THE COURT:  Okay.  I think you said "if."

6          MR. KENERSON:  Okay.  Sorry.

7     BY MR. KENERSON:

8     Q.  Once the Supreme Court had rejected the challenge.

9     A.  Could you repeat the entire question?

10    Q.  Sure.

11         What was your view as to what role the Proud Boys

12    should play once the Supreme Court had rejected the legal

13    challenge?

14         MR. METCALF:  Same objection, Judge.  Speculation.

15         THE COURT:  Overruled.

16         THE WITNESS:  My belief was that we had to take

17    the reins and pretty much be the leaders that we had been

18    building ourselves up to be.

19    BY MR. KENERSON:

20    Q.  And I think before, you testified that being the leaders

21    involved somewhat of putting information out on social

22    media.  What's being the leaders --

23         MS. HERNANDEZ:  Objection.  Leading.

24         MR. KENERSON:  Can I finish the question, please?

25         THE COURT:  All right.  So you may at least finish

```
 1    the question, sir.
 2    BY MR. KENERSON:
 3    Q.  What did being leaders involve after the Supreme Court
 4    denied the election challenge?
 5    A.  We would have to, like I said, take the reins, lead the
 6    people to freedom, and freedom was, you know, in opposition
 7    of a tyrannical government that we feel -- that we felt was
 8    being installed as, you know -- as opposed to voted in.
 9    Q.  How often around this time period was the election
10    coming up in your conversation with other Proud Boys?
11    A.  Every day.
12    Q.  And what tones were other Proud Boys using when
13    discussing the election?
14              MS. HERNANDEZ:  Objection.  Vagueness as to Proud
15    Boys.
16              THE COURT:  All right.  Subject to our previous
17    discussion, you may proceed.
18              MR. KENERSON:  Thank you.
19    BY MR. KENERSON:
20    Q.  What tones were other Proud Boys using when discussing
21    the election?
22    A.  Directly with me, the exact same.  Everyone felt very
23    desperate.
24    Q.  Did you have that conversation with -- those
25    conversations with Enrique Tarrio?
```

```
1    A.   Yes.

2    Q.   What was his tones in those conversations?

3    A.   His tones were calculated, cold, but very determined

4    that he felt the exact same way that I did.

5    Q.   And did you have conversations about those topics with

6    Zachary Rehl?

7    A.   I don't remember directly, but he was in the chats when

8    we were --

9              MS. HERNANDEZ:  Objection.  He -- he said he

10   doesn't remember, Your Honor.

11             THE COURT:  Yep.  Sustained.

12   BY MR. KENERSON:

13   Q.   Ethan Nordean?

14   A.   Yes.

15   Q.   Did you have conversations with Ethan Nordean about

16   those topics?

17   A.   Yes.

18   Q.   What was his tone in those conversations?

19   A.   Exact same as mine.

20             MR. SMITH:  Objection.  Foundation.

21             THE COURT:  Overruled.

22   BY MR. KENERSON:

23   Q.   And Joe Biggs, did you have conversations with Joe Biggs

24   about those topics?

25   A.   Not a direct conversation that I can remember.
```

1    Q.  Now, if we could return to some of the chats for just a

2    moment.

3              MR. KENERSON:  Ms. Rhode, could we have 501-49

4    which, I believe, is in evidence.

5    BY MR. KENERSON:

6    Q.  What's the date of this message -- or these messages?

7    Excuse me.

8    A.  January 1st, 2021.

9    Q.  And conversation about what's happening in the PNW right

10   now.  What's PNW?

11   A.  Pacific Northwest.

12   Q.  And the message from Enrique Tarrio at 8:01:27 p.m.,

13   what does he say?

14             MS. HERNANDEZ:  Objection.  Relevance.

15             THE COURT:  Overruled.

16   BY MR. KENERSON:

17   Q.  What does Enrique Tarrio say?

18   A.  Our guys there?  With a question mark.

19   Q.  And remind us again what the meaning of "our guys" is.

20   A.  It was a terminology referring to Proud Boys versus the

21   normies.  If we said, Our guys, we meant Proud Boys.

22   Q.  And if we could scroll down a little bit more, the

23   message from Enrique Tarrio at 8:02:03 p.m., Where exactly?

24   Salem, I'm guessing.

25             Is that what Mr. Tarrio said?

1    A.  Correct.

2           MR. KENERSON:  And if we could scroll down a

3    little bit further -- a little bit further.  Up, actually,

4    just a little bit.  Sorry, Ms. Rohde.

5    BY MR. KENERSON:

6    Q.  There's a message from Hadji at 8:26:12 p.m.  At some

7    point, declared unlawful assembly and started

8    pepper-spray/balling people that didn't back up.

9           What was your response to that?

10   A.  On our side?  With a question mark.

11   Q.  What did you mean by "On our side"?

12   A.  Like, were they pepper-spraying or pepper-balling our

13   guys?  Like, our people.

14   Q.  And scrolling down to the message at 8:30:35 from Hadji,

15   a YouTube link, did you click on that link?  Do you

16   remember?

17   A.  Yes, I do.

18   Q.  Did you watch it?

19   A.  Yes.

20   Q.  What was your reaction?

21   A.  I was pretty angry at what I'd saw.

22   Q.  What did you see?

23   A.  I saw the police shooting pepper balls and

24   pepper-spraying the patriots who were out there, you know,

25   protesting and protecting the Antifa folks while they were,

1    basically, surrounding us and attack- -- well, surrounding

2    them and attacking them.

3    Q.  Why was that upsetting to you?

4    A.  It was the normal thing up there and it just, you

5    know -- that -- it's just another thing to add to the list

6    of why we felt like the police had switched sides at that

7    point.

8    Q.  Now, this idea of the police switching sides, in your

9    mind, did that intertwine at all with what was going on in

10   the election world leading up to January 6th?

11              MS. HERNANDEZ:  Leading.

12              THE COURT:  Overruled.

13              THE WITNESS:  Yes, in my mind, it did.

14   BY MR. KENERSON:

15   Q.  How so?

16   A.  It felt like everybody was on one big team and it was --

17   once the election was called in the other direction,

18   everyone was going to basically switch allegiances just to

19   be, you know -- be loyal to whatever government was in place

20   at that point instead of doing what was right and what we

21   thought was constitutional.  And so they didn't care, you

22   know, that we had had their backs for all those years; they,

23   all of a sudden, seemed to turn on us and be our enemies at

24   that point.

25   Q.  And who is the "they" who you said turned on us and were

1    our enemies?

2    A.  Law enforcement.

3    Q.  And when you said, It seems like everyone's on one big

4    team, at the beginning of that answer, what did you mean by

5    that?

6    A.  Meant everyone from the government, be -- the

7    administration, the local, the mayors, the -- any of the

8    politicians.  Pretty much anybody that wasn't just an

9    unelected or non-bureaucratic.

10           MR. KENERSON:  And if we could move to 501-50

11   which, I believe, is also in evidence.

12   BY MR. KENERSON:

13   Q.  Same date?

14   A.  Yes, January 1st, 2021.

15   Q.  Same message string?

16   A.  Seems to be, yes.

17   Q.  And can you read the message at 8:36:53 p.m. from Aaron

18   of the Bloody East?

19   A.  Our disposition towards the police needs to be

20   reevaluated.

21   Q.  Were you surprised to see that sentiment?

22           MS. HERNANDEZ:  Objection.  Relevance to his

23   surprise.

24           THE COURT:  Overruled.

25           THE WITNESS:  Not really.

1    BY MR. KENERSON:

2    Q.  Why not?

3    A.  I felt it coming, you know?  It was disturbing that it

4    was happening, but it -- I wasn't surprised at this point.

5    A lot of people had been chatting in the same way.

6    Q.  Did you agree?

7    A.  I did.

8    Q.  Why?

9    A.  Again, I felt, after my stabbing and the way that was

10    handled and just everything I was witnessing and everything

11    I was seeing, that we had a big fight on our hands.  It was

12    going to be an uphill battle and everyone had turned against

13    us.

14    Q.  Were you aware of any dissent from that idea within the

15    Ministry of Self-Defense leaders?

16    A.  No.  They would have said something if they did.

17            MR. SMITH:  Objection.  Speculation.

18            MS. HERNANDEZ:  Objection.

19            THE COURT:  Overruled.

20            MR. KENERSON:  Ms. Rohde, if you could scroll down

21    a couple of messages, please.

22    BY MR. KENERSON:

23    Q.  All right.  There's another message at 8:40:09 from

24    Aaron of the Bloody East that talks about making an effort

25    to hide identities in public.  Did you agree with that

1    sentiment?

2    A.  I did.

3    Q.  Why?

4    A.  It would help keep guys from being identified.  It

5    seemed to work as a tactic that Antifa used.  It seemed to

6    be working out pretty well for them, so I figured we should

7    adopt it, too.

8    Q.  Why was hiding identities a good thing to you at that

9    point?

10   A.  Oh, multiple reasons.  Doxing was a very big issue

11   within the club.  People were losing jobs, homes, all types

12   of stuff, for their beliefs.  And also, law enforcement.  If

13   you did something -- that's why a lot of -- we felt like a

14   lot of Antifa always got away with assaults and whatnot,

15   because they were always masked up in black bloc.  Nobody

16   could ever identify them.  And we were putting our faces in

17   public and our guys were going to jail and getting arrested.

18   So it would have been a better tactic to not have

19   identifying features visible.

20   Q.  You say the word "doxing."  What does that mean to you?

21   A.  Doxing is when your documents are made public, somebody

22   attaches -- somebody notices you or takes a picture of you.

23   They find out who you are, where you live, where you work,

24   who your relatives are, and they put that out publicly,

25   like, on Twitter or Telegram, that sort of thing, to try and

```
1    get you fired, get you dehomed, deplatformed, get you
2    basically banned from life.
3    Q.  The next message from John Stewart at 8:40:17 p.m., can
4    you read that out loud.
5    A.  We could have ran them the fuck over in D.C. and they
6    would -- they wouldn't have been able to do shit.
7    Q.  What was that referring to?
8    A.  December 12th.
9              MR. SMITH:  Objection.  Foundation.
10             THE COURT:  Sustained.
11   BY MR. KENERSON:
12   Q.  Mr. Bertino, let me ask you, were there discussions
13   about what happened amongst MOSD leaders?  Sorry.  Strike
14   that.  Let me start that over.
15             Were there discussions amongst MOSD leaders about
16   what happened on December 12th?
17   A.  Yes.
18   Q.  How frequent were those discussions?
19   A.  At that point, very frequent.
20   Q.  And were there any rallies between December 12th and
21   January 1st?
22   A.  Nothing major.
23             MR. KENERSON:  If we could scroll down just a
24   little bit further.
25   BY MR. KENERSON:
```

1    Q.  And actually, one more question on that.  Mr. Bertino,

2    the -- when Mr. Blackbeard says, They wouldn't have been

3    able to do shit, did you agree with that sentiment?

4    A.  I did.

5    Q.  Why?

6    A.  Our numbers were too many, and they didn't have enough

7    to stop us, in my opinion.

8            MR. KENERSON:  Scroll down a little bit further.

9    If you could stop here at 8:58:03 p.m.

10   BY MR. KENERSON:

11   Q.  Mr. Bertino, could you read the message you sent to the

12   group at that point.

13   A.  Cannon kept telling me to give the order to push through

14   them.  LOL.

15   Q.  What were you referring to there?

16   A.  The night of December 12th, when we were stopped while

17   we were marching and Antifa was on the other side of the

18   police line, one of the guys kept coming up to me and trying

19   to get me -- get me to give the order to push through the

20   police, and I refused.

21   Q.  All right.

22            MR. KENERSON:  If you keep rolling -- keep

23   scrolling a little bit further.

24   BY MR. KENERSON:

25   Q.  Can you read your messages at 8:58:54 and 8:59:25.

1    A.  I should go to BLM Plaza and stab four people and see

2    what happens to me.  Think I would be out on $550 bail in 26

3    hours?  With a question mark.

4    Q.  What were you referring to with that?

5    A.  I was referring to the fact that the person who I had

6    believed was an Antifa member came and stabbed me and three

7    other guys and was let go; that I didn't think that, if the

8    situation was reversed and I had gone into an opposing rally

9    and stabbed four people, that I would be let go; that I

10    would probably still be in jail.

11    Q.  And then your post at 9:00 o'clock and 8 seconds, what

12    was that?

13    A.  #FuckTheBlue.

14    Q.  What does that mean?

15    A.  Basically, the opposite of "back the blue."  Like, at

16    this point, things had changed and they -- we weren't on

17    their side anymore.

18         MR. KENERSON:  And if you could scroll down a

19    little bit further, Ms. Rohde.

20    BY MR. KENERSON:

21    Q.  Could you read the post from Joe Biggs at 9:26:09 and

22    9:26:16.

23    A.  I'm ready to just be the Zamboni and roll over

24    motherfuckers.

25    Q.  So this is now New Year's Day 2021.  What was the

1    general tone of discussion amongst yourself and the MOSD

2    leaders as it related to the election at this point?

3    A.   Pretty much knew it was over.  We were desperate at that

4    point for anything else that could have changed the outcome

5    of the election.

6    Q.   What about your discussions with Proud Boys more

7    generally?

8    A.   Exact same.

9    Q.   How did you feel about it at that point?

10   A.   I felt the exact same way.

11            MR. KENERSON:  If we could have what, I think, is

12   already in evidence as 509-2, please.

13   BY MR. KENERSON:

14   Q.   What's the date of this chat?

15   A.   January 4th, 2021.

16            MR. KENERSON:  And if we could scroll down a

17   little bit, Ms. Rohde.  That's good.  Thank you.

18   BY MR. KENERSON:

19   Q.   Mr. Bertino, what -- did anything of consequence happen

20   on January 4th, 2021?

21   A.   Yes.

22   Q.   What was that?

23   A.   Enrique was arrested coming out of the airport.

24   Q.   You say here, on 509-2, Take charge on the ground.  We

25   can help back here with information.

```
1            What did you mean by that?
2   A.  I was telling somebody who was actually in D.C. at that
3   point to take charge of the guys locally on the ground and
4   that we would help get information about where Enrique was
5   held or what the situation was with him from back where we
6   were at.
7   Q.  What does Mr. Donohoe say just below your messages?
8   A.  Each one of us should personally clear our history of
9   that MOSD chat.
10  Q.  Did you personally do that?
11  A.  I believe I did.
12            MS. HERNANDEZ:  I'm sorry.  I didn't hear the
13  answer, Your Honor.
14            THE WITNESS:  I believe I did.
15            MR. KENERSON:  If we could have 509-4, please.  If
16  we could scroll down a little bit.  Right there.
17  BY MR. KENERSON:
18  Q.  If you could read the two messages from Zachary Rehl at
19  5:30:04 and 5:30:33, please.
20  A.  Yeah, you got to manually delete each message for each
21  chat for everyone.  Deleting all will only clear it for you.
22  Only the owner can nuke the chat.  Since Enrique knew the
23  cops were for him, hopefully he logged out of Telegram.
24  Q.  What was your response?
25  A.  What a joke.
```

```
 1    Q.  Why was that your response?

 2    A.  Because I thought it was stupid that it would take that

 3    much effort to delete a chat.

 4    Q.  What about "we can only hope"?  What did that refer to?

 5    A.  That he had logged out of his Telegram.

 6    Q.  Did you want to delete the chats at that point?

 7    A.  I thought it was a good idea.

 8    Q.  Why?

 9    A.  This is, kind of, why right here.

10    Q.  What do you mean by that?

11    A.  Afraid that some words --

12              MS. HERNANDEZ:  Objection.

13              THE COURT:  What is the objection?

14              MS. HERNANDEZ:  Relevance, Your Honor.

15              THE COURT:  Overruled.

16              MR. METCALF:  Also object for speculation.

17              THE COURT:  Overruled.

18              THE WITNESS:  It was my belief that if anybody got

19    ahold of any of the chats, something in there may be used

20    against us for legal purposes and we could get in trouble.

21              MR. KENERSON:  If you could scroll down a little

22    bit further, Ms. Rohde.

23    BY MR. KENERSON:

24    Q.  Can you read the post from Aaron of the Bloody East at

25    5:31:49 p.m.
```

1    A.  If you're talking about playing Minecraft, you just make

2    sure that you don't use your phone at all or even have it

3    anywhere around you.

4    Q.  Have you heard that term "Minecraft" before in the

5    context of the Proud Boys?

6    A.  Yes, very often.

7    Q.  Can you tell us what it means in that context.

8    A.  It's, kind of, a -- it's -- originally, people thought

9    that it would protect you from any legal ramifications if

10   you said you were going to do something illegal or fed-post

11   as we called it; then it became, like, an everyday thing.

12   Anytime you said you were going to do anything illegal, you

13   used -- you tried to play it off like you were talking about

14   doing it on a video game instead of real life.

15   Q.  Was it always 100 percent serious?

16   A.  I'm sorry?

17   Q.  Was it always 100 percent serious?

18   A.  Would it -- no, we used it jokingly sometimes, too.  It

19   became a joke after a while, but --

20   Q.  So let me ask you some questions about the Ministry of

21   Self-Defense.

22            MR. KENERSON:  Ms. Rohde, can we have 503-5 which

23   is already in evidence.

24   BY MR. KENERSON:

25   Q.  What was the date of this chat?

10116

1    A.  December 27th, 2020.

2    Q.  And what does President Leo Kuznetsov say?

3    A.  I'm ready to log into Minecraft.

4    Q.  Did Enrique Tarrio ever say that's not what MOSD is

5    about?

6    A.  Not that I --

7            MR. PATTIS:  Objection as to form and foundation:

8            THE COURT:  Overruled.

9            THE WITNESS:  No.  If he would have meant that or

10   not wanted that type of conversation in there, he would

11   have --

12           MR. METCALF:  Your Honor, objection.

13   Non-responsive.  And it goes to the state of mind of another

14   individual and what they would have done under certain

15   circumstances.

16           THE COURT:  Sustained as to non-responsive.

17           MR. METCALF:  Thank you.

18   BY MR. KENERSON:

19   Q.  Let me ask a different question.

20           Did you ever see Enrique Tarrio say this type of

21   message was off topic in the Ministry of Self-Defense?

22   A.  Yes.

23   Q.  "Ready to log into Minecraft" was off topic?

24   A.  No, that was not.  I saw him say things were off topic.

25   Q.  Things were off topic.  Sorry.

```
 1    A.  Yes.
 2    Q.  Did you ever see him say this particular statement was
 3    off topic?
 4    A.  No.
 5    Q.  Did he ever come to you and say, "Hey, these guys are
 6    talking about Minecraft; they shouldn't be doing that"?
 7    A.  Not that I recall, no.
 8    Q.  Did you ever see Joe Biggs say, "That's not what this is
 9    about"?
10    A.  Definitely not.
11    Q.  What about Ethan Nordean?
12              MR. SMITH:  Objection.  Foundation.
13              THE COURT:  Can I see counsel at sidebar.
14              (Bench conference:)
15              MR. SMITH:  Your Honor, the objection here is that
16    the Government has stipulated that Mr. Nordean did not send
17    messages in this chat group.  So asking the witness about
18    whether he had seen Mr. Nordean challenge this statement is
19    without foundation if we don't know whether Mr. Nordean ever
20    used this group.
21              THE COURT:  Well, again, you've -- we've been
22    through that part.  I understand that.  But it is -- he was
23    in the chats.  "He"; meaning, this particular witness.  He
24    can say whether any other member he recalls responded to it.
25    You've made the point.  He wasn't in it.  I get it.  But I
```

```
 1    don't think that's a lack of foundation.
 2              MR. SMITH:  Well, what would be the foundation for
 3    the witness to say whether Mr. Nordean had responded to this
 4    if Mr. Nordean -- it's stipulated that he never sent any
 5    messages in this?
 6              THE COURT:  But I don't think you get to just
 7    stipulate that and take away this.  He was in it.  He was a
 8    member.  Your client was a member.  And you're free to
 9    explore on cross the fact that, as you have -- go ahead.
10              MR. SMITH:  Your Honor, no, because if we
11    attempted to cross the witness on this subject, the
12    Government would object that he does not have any foundation
13    to know whether this -- Mr. Nordean has sent any messages.
14    The Government has -- that's already been elicited from a
15    different witness, Your Honor, and it's stipulated in the
16    Government's papers.
17              THE COURT:  Well, whoa, whoa, whoa, whoa, whoa.
18    He was in these chats.  If you want to ask him a question
19    about the chats, I don't see how the Government's going to
20    be able to object to that.
21              MR. SMITH:  Well, if I were to ask this witness,
22    Do you know that Mr. Nordean hasn't sent any messages in
23    this chat group, he would say, I don't know, and that's
24    exactly the issue.  He -- there's --
25              THE COURT:  You --
```

```
 1              MR. SMITH:  -- no foundation.
 2              THE COURT:  Well, I don't -- I'm going to overrule
 3     that objection.
 4              Mr. Kenerson, do you want to put something on the
 5     record?
 6              MR. KENERSON:  Just briefly.  I just want to note
 7     for the record that we've not stipulated to anything.  I
 8     mean, the testimony is the testimony.  We're not disputing,
 9     but in -- I just don't think it's accurately -- factually
10     accurate to say that we have stipulated that he's not sent
11     any messages.  Again, we're not disputing -- and I think the
12     Court is right.  He's in the chat.  The fact that he has not
13     sent any messages does not mean he didn't read them.
14              THE COURT:  You know, while we're here at sidebar,
15     let me just also -- while we're here at sidebar, let me just
16     give further -- give a little bit more of a rationale for
17     what I ruled before, Ms. Hernandez, with your objection.  I
18     do think -- as I said, I think a lot of the questions the
19     Government was asking -- this is with regard to the
20     questions about, Did you have discussions with other Proud
21     Boys, not the defendants, on Topics A, B, or C?  I do think
22     that to the extent he's talking about what the general mood
23     was, what the general feeling was, it's not really a hearsay
24     objection at all, but to the extent there is a hearsay
25     objection, you know, he has repeatedly talked about how --
```

1    Well, I came to this belief.  Let's say the election was

2    stolen.  Well, how did you come to that belief?  Well, I saw

3    things people were sharing.  I talked to other people.  And

4    he's, sort of, described how he arrived at certain views by

5    talking about how it was all people he discussed were

6    talking about and it was -- I think he even used the word

7    "consensus" at one point.  So I do think it's fair to

8    explore -- to -- for him to be able to say -- again, because

9    the inference is this is what affected him and led him to

10   believe the things that he did and the actions he took, to

11   describe what the general feeling was in the club.  As I've

12   said, you're going to have to -- the -- and Mr. Kenerson has

13   done this, is made clear when he's talking about just other

14   people versus these defendants.  But I do think there is an

15   "effect on the listener" value based on his -- the testimony

16   he's given to this point about how he arrived at certain

17   views and how he -- and why he took certain action.  It's a

18   fair inference that he was influenced by what the mood in

19   the club was as to, you know, whether we were getting more

20   angry or less angry or -- and the like.  So anyway, I just

21   wanted to put that on the record.

22            I'll overrule the objection here.

23            Mr. Kenerson, you may proceed, although we are --

24   I'm glancing at the clock.  It's 11:00 o'clock.  So we'll

25   take a brief -- we're going to take a brief break for the

```
1     court reporter.
2                  MR. KENERSON:  Thank you.
3                  (Return from bench conference.)
4                  THE COURT:  All right.  Ladies and gentlemen,
5     we're going to take our -- it's 11:00 o'clock, I see.  We're
6     going to take a brief 10-minute break for the court
7     reporter.  We'll come right back and pick up with this
8     witness.
9                  (Jury returned to jury room.)
10                 THE COURT:  All right.  Sir, you may step down.
11                 Everyone may be seated.
12                 All right.  And we'll resume in 10 minutes.
13                 THE DEPUTY CLERK:  All rise.  This Honorable Court
14    stands in recess.
15                 (Brief recess taken.)
16                 THE DEPUTY CLERK:  We are back on the record in
17    Criminal Matter 21-175, United States of America v. Ethan
18    Nordean, et al.
19                 THE COURT:  All right.  Let's bring the witness
20    and the jury back in.
21                 (Brief pause.)
22                 (Jeremy Bertino resumed the witness stand.)
23                 (Brief pause.)
24                 THE DEPUTY CLERK:  Jury panel.
25                 (Jury returned to jury box.)
```

1          THE COURT:  All right.  Everyone may be seated.

2          Mr. Kenerson, you may continue.

3          MR. KENERSON:  Thank you, Your Honor.

4          And, Ms. Harris and Ms. Rohde, if we could have

5     503-5 back on the screen.

6     BY MR. KENERSON:

7     Q.  All right.  Mr. Bertino, before the break, I was asking

8     you a few questions about this exhibit.  Did -- remind us.

9     Did Enrique Tarrio ever come to you and say, This is not

10    what Ministry of Self-Defense is about?

11    A.  Not that I could remember, no.

12    Q.  Did Joe Biggs?

13    A.  No.

14    Q.  Did Ethan Nordean?

15    A.  No.

16          MR. SMITH:  Objection.  Asked and answered.

17          THE COURT:  Overruled.

18    BY MR. KENERSON:

19    Q.  Did Zach Rehl?

20    A.  No.

21    Q.  How about any other members of MOSD leadership?

22    A.  No, never.

23          MS. HERNANDEZ:  Objection to this line of

24    questioning, Your Honor.

25          THE COURT:  Overruled.

1          MR. KENERSON:  All right.  Ms. Rohde, could we

2    have 503-19 which is also in evidence.  And if we could play

3    the clip in here, please.

4          (Video played.)

5    BY MR. KENERSON:

6    Q.  What was the date of this message, Mr. Bertino?

7    A.  December 29th, 2020.

8    Q.  And in Ministry of Self-Defense Main?

9    A.  Yes.

10   Q.  Did Enrique Tarrio ever come to you and express concern

11   that this was not what MOSD was about?

12   A.  No.

13   Q.  Did any other member of MOSD leadership?

14          MS. HERNANDEZ:  Objection, Your Honor.  Can we

15   have a sidebar on this?

16          THE COURT:  Yes.

17          (Bench conference:)

18          MS. HERNANDEZ:  Your Honor, this line of

19   questioning about whether any of the defendants came to him

20   and told him what was for the MOSD or not is really

21   misleading and without foundation.  I mean, Bertino is

22   not -- is just one guy.  I mean, what is it about him that

23   would have required anybody to contact him and say, "Hey,

24   this is not what it's about"?  I mean, it's just very

25   misleading.

1          THE COURT:  He was one -- he was --

2          MS. HERNANDEZ:  He was one of, I think, the --

3     he's one of the, I guess, 20 or 15 leadership people and

4     then he's one of, I don't know, 70 or 80 MOSD members.  Is

5     there some foundation that Enrique would call people -- or

6     that Mr. Rehl would reach out to just anybody?  That --

7     he -- his testimony has been that he's had very few

8     conversations with Mr. Rehl, but just -- I think it's a

9     misleading line of questioning, Your Honor.

10         THE COURT:  All right.  I'm going to overrule

11    that.  You're free to explore it on cross-examination.  He

12    can answer these questions based on the fact that he's

13    already testified he's had various degrees of closeness with

14    the different defendants.  Particularly, though, he's

15    testified how he's close to Mr. Tarrio.

16         MS. HERNANDEZ:  But not the others.

17         THE COURT:  And I -- well, to different degrees.

18         MS. HERNANDEZ:  Right.

19         THE COURT:  And he was a leader in the Ministry of

20    Self-Defense.  And these are questions that you can counter

21    them on cross, but they're legitimate questions and

22    they're -- they -- there is foundation.  So the objection's

23    overruled.

24         MS. HERNANDEZ:  Thank you.

25         (Return from bench conference.)

1    BY MR. KENERSON:

2    Q.  I'm sorry, Mr. Bertino.

3             Did anyone in MOSD leadership ever express to you

4    that the statements here are not what MOSD was about?

5    A.  No.

6    Q.  Did you ever discourage that notion?

7    A.  No.

8             MR. KENERSON:  If we could have 503-23, please.

9    And, Ms. Rohde, if you could play this one, as well.

10            (Video played.)

11            THE COURT:  Hold -- can we pause the video for one

12   moment.  And could we take that off the screen and can I see

13   that -- counsel -- see everyone at counsel table -- at

14   sidebar.

15            Ms. Rohde, if you could just put that up for the

16   parties.

17            (Bench conference:)

18            THE COURT:  Mr. Kenerson --

19            Ms. Rohde, if you could just put that up for just

20   the parties and me, that is.

21            All right.  This is the one where, if I'm

22   remembering correctly, I think I did not admit the first

23   chunk of it and then only admitted the last part of it.

24   Mr. Kenerson, is that your memory?  In other words, this

25   was -- I remember this -- if I remember this correctly, I

1    thought the first part of it I didn't admit, and the second

2    part I did.

3              MR. KENERSON:  I'll be honest.  I don't remember

4    one way or the other on that.  My understanding was that

5    these slides came from what was admitted through Mr. Mulroe.

6    If there's an error on there, I apologize for that.  If I

7    could have a moment to confer with my co-counsel?

8              THE COURT:  Yeah, I remember this.  I admitted

9    starting with "I'm honored to be here," blah, blah, blah,

10   blah, blah, and that I did not admit the first part of it.

11   So if -- that's my memory.  I'll give you a chance to just

12   confer, and if not, you'll have to move past this.

13             (Brief pause.)

14             MR. KENERSON:  If we could have just the Court's

15   indulgence for a couple minutes?

16             THE COURT:  Sure.

17             (Brief pause.)

18             Is --

19             MR. KENERSON:  Yeah.  What's up on the screen,

20   we'll -- I think how we'll plan to proceed, given this, is

21   just have the witness read it rather than play the audio.

22             THE COURT:  All right.  I thought you had -- as I

23   recall, you had edited it when you brought it up with the

24   prior witness.  And, in fact, I remember you playing it and

25   thinking you had edited that in some way, too, but it --

```
 1    the --
 2                 MR. KENERSON:  I think that that's probably right.
 3    I think that the -- I -- my guess is what happened is that
 4    somehow a wrong version of this slide wound up in this
 5    presentation --
 6                 THE COURT:  Okay.
 7                 MR. KENERSON:  -- but --
 8                 THE COURT:  All right.  You may proceed, then,
 9    with this version.
10                 (Return from bench conference.)
11    BY MR. KENERSON:
12    Q.  All right.  Mr. Bertino, if we could have --
13                 MR. KENERSON:  And, Ms. Harris, if we could have
14    this version of 503-23 up for the jury, as well.
15    BY MR. KENERSON:
16    Q.  And, Mr. Bertino, rather than playing the message, can
17    you just read the words on the screen.
18    A.  I'm fucking honored to be here.  Um, I wanna kick ass
19    when fucking it's time to kick ass.  I wanna fucking wear my
20    kilt and show my ball bag to fucking Antifa and, um, I wanna
21    be able to be with brothers that know how to fucking keep
22    cool when time comes to be cool.  That's just me.
23    Q.  And what's the date of this message?
24    A.  December 30th, 2020.
25    Q.  Did you ever hear anyone in MOSD leadership express that
```

1    this was not what MOSD was about?

2    A.  No.

3    Q.  Did you discourage that notion?

4    A.  No.

5              MR. KENERSON:  Can we have 507-11, please.  And if

6    we can scroll, Ms. Rohde, all the way to the bottom.

7    BY MR. KENERSON:

8    Q.  Can you read the message at 1:37:39 from BrotherHunter

9    Jake Phillips.

10   A.  Also this.  So are the normies and other attendees going

11   to push through police lines and storm the Capitol

12   buildings?  A few million versus a few hundred coptifa

13   should be enough.  I saw a few normie groups rush police

14   lines on the 12th.

15   Q.  Did anyone in MOSD leadership ever say that --

16             (Brief interruption.)

17             MR. JAUREGUI:  It was them.

18             THE COURT:  All right.  You may proceed,

19   Mr. Kenerson.  I don't know whose microphone that was.

20             THE DEPUTY CLERK:  Somebody.

21   BY MR. KENERSON:

22   Q.  Okay.  Again, this message that you just read out loud,

23   did anyone in MOSD leadership ever say, in a way that you

24   heard, that -- this message, the sentiment in this message

25   is not what MOSD was about?

```
 1                MS. HERNANDEZ:  Objection, Your Honor.  Misstates
 2    the evidence.
 3                THE COURT:  Overruled.
 4                THE WITNESS:  Not that I can recall, no.
 5    BY MR. KENERSON:
 6    Q.  Did you ever discourage it?
 7    A.  No.
 8                MR. KENERSON:  And if we could have 507-16,
 9    Ms. Rohde.
10    BY MR. KENERSON:
11    Q.  Can you read the message at 3:23:17 from BrotherHunter
12    Jake Phillips.
13    A.  What would they do of [sic] 1 million patriots stormed
14    and took the Capitol Building?  Shoot into the crowd?  I
15    think not.
16    Q.  And what was the date here?
17    A.  January 4th, 2021.
18    Q.  Could you read the message from Johnny Blackbeard at
19    3:38:42 p.m.
20    A.  They would do nothing because they can do nothing.
21    Q.  Remind us.  What position did Johnny Blackbeard have
22    within the MOSD?
23    A.  He was in the operations.
24    Q.  So was he a leader?
25    A.  Yes.
```

```
 1    Q.  Did you hear any other Ministry of Self-Defense leader
 2    discourage sentiments like those stated by BrotherHunter
 3    Jake Phillips?
 4              MS. HERNANDEZ:  Objection, Your Honor.  Misstates
 5    the evidence.
 6              THE COURT:  Overruled.
 7              THE WITNESS:  No.
 8    BY MR. KENERSON:
 9    Q.  Did you discourage them?
10    A.  No, I did not.
11              MR. KENERSON:  Ms. Rohde, if we could have, just
12    for the witness at this point, 505-22.
13    BY MR. KENERSON:
14    Q.  Mr. Bertino, do you recognize those as messages you were
15    involved with in Ministry of Self-Defense Op?
16    A.  I do.
17              MR. KENERSON:  Move for the admission of 505-22
18    and ask to publish.
19              THE COURT:  All right.  It will be admitted, and
20    permission to publish.
21    BY MR. KENERSON:
22    Q.  What's the date of these messages, Mr. Bertino?
23    A.  January 4th, 2021.
24              MR. KENERSON:  And, Ms. Rohde, if we could play
25    the message from Noble Beard at 4:18:49.
```

```
 1                    (Audio played.)
 2     BY MR. KENERSON:
 3     Q.  When you said, This is where the rubber meets the road,
 4     what were you talking about?
 5     A.  Like, it was basically go time.  This is show time.  I
 6     mean, just -- it was time to go.
 7     Q.  What do you mean by "go time"?
 8     A.  Like, they're -- all other options were pretty much
 9     exhausted and we felt like it was time to make whatever move
10     we had to make to save the country.
11               MR. KENERSON:  Ms. Rohde, can you play the message
12     from Johnny Blackbeard at 4:19:26.
13                    (Audio played.)
14               And now, the response from Noble Beard at 4:20:23.
15                    (Audio played.)
16     BY MR. KENERSON:
17     Q.  When you said you're hoping they remain true, what did
18     you mean by that?
19     A.  I was referring to the National Guard, whether or not
20     they would remain loyal to our -- basically, our side, the
21     constitutional side, that we thought we had the Constitution
22     on our side and that they had to remain loyal to the
23     Constitution, not to the politicians in power.
24     Q.  Mr. Bertino, you testified earlier, I think, that
25     Enrique Tarrio was arrested on January 4th; is that right?
```

```
 1    A.  Yes.
 2              MR. KENERSON:  Ms. Rhode, if we could have just
 3    for the witness 509-8.
 4    BY MR. KENERSON:
 5    Q.  Mr. Bertino, do you see the messages on your screen?
 6    A.  I do.
 7    Q.  Do you recognize those as a chat you -- from a chat you
 8    participated in?
 9    A.  Yes.
10              MR. KENERSON:  And I would move for the admission
11    of 509-8 and ask to publish.
12              THE COURT:  All right.  It will be admitted, and
13    permission to publish.
14              MR. KENERSON:  And, Ms. Rohde, if we could scroll
15    down to --
16    BY MR. KENERSON:
17    Q.  Well, first of all, what date is this, Mr. Bertino?
18    A.  January 4th, 2021.
19              MR. KENERSON:  And if we could scroll down to a
20    message at 7:22:42 p.m. from Aaron of the Bloody East.
21    BY MR. KENERSON:
22    Q.  Can you read what Aaron of the Bloody East wrote at that
23    time.
24    A.  The 7:22:42?
25    Q.  Yes.
```

1    A.  Everyone should be pissed the fuck off their brother was

2    arrested on bogus trumped-up charges, not acting like a

3    bunch of paranoid faggots.

4    Q.  When he says people should be pissed the fuck off, were

5    you?

6    A.  Yes.

7    Q.  Why?

8    A.  I felt like if it was, again, the other way around,

9    Enrique wouldn't have been, you know -- if Enrique was on

10   the other side of the political spectrum, he wouldn't have

11   been arrested, and the fact that he was proved bias;

12   therefore, tied everything in together, the -- my feelings

13   on -- basically, that the tide was changing and everything

14   was shifting around us.  We were becoming enemies of the

15   people.

16           MR. KENERSON:  Ms. Rohde, if we could have 509-16,

17   please, which, I believe, is already in evidence.

18   BY MR. KENERSON:

19   Q.  Mr. Bertino, do you recognize this chat?

20   A.  I do.

21   Q.  What date is it from?

22   A.  January 5th, 2021.

23   Q.  When you say "this is the Boots on Ground chat," what

24   are you referring to?

25   A.  The link in the message above.  I was sending out a link

1   to the new group that I had created.

2   Q.  What was the name of that group?

3   A.  Boots on the Ground.

4   Q.  Why did you create that?

5   A.  With Enrique getting arrested, there was chaos and we

6   were trying to reorganize everybody.  And so I figured

7   everyone needed to be in contact to figure out what was

8   going on with him.  So I created a new chat for everyone

9   that was there in D.C. at the time so that everyone could

10  stay organized and get the information that they needed.

11  Q.  Now, you said you did not wind up coming to D.C.; is

12  that right?

13  A.  Yes, that's right.

14  Q.  Why were you creating a chat for people who were

15  physically present in D.C. if you were not among them?

16  A.  I just took the initiative, as one of the leaders of the

17  MOSD, that -- I figured, you know, it was, kind of, my job

18  to do that, try and keep everyone organized while there was

19  chaos.  It was always, like, herding cats as it was.  So it

20  became more difficult.  And I figured this would be an easy

21  way to do it.

22          MR. KENERSON:  Ms. Rohde, if we could have just

23  for the witness, please, Exhibit 509-26.

24  BY MR. KENERSON:

25  Q.  Mr. Bertino, do you recognize the messages on your

1    screen as messages from a chat you participated in?

2    A.  Yes, I do.

3    Q.  Would --

4            MR. KENERSON:  Move to admit 509-26 and ask to

5    publish to the jury.

6            THE COURT:  It will be admitted, and permission to

7    publish.

8    BY MR. KENERSON:

9    Q.  What are the dates of this chat, Mr. Bertino?

10   A.  January 6th, 2021.

11           MR. KENERSON:  And if you could scroll down,

12   Ms. Rohde, to a message from Aaron of the Bloody East at

13   7:20:51 a.m.

14   BY MR. KENERSON:

15   Q.  Can you read the message from Mr. Wolkind at 7:20:51.

16   A.  I want to see thousands of normies burn that city to ash

17   today.

18   Q.  What was your understanding as to -- well, first of all,

19   did you have an understanding as to what "that city"

20   referred to?

21   A.  Yes.

22   Q.  What city was that?

23   A.  Washington, D.C.

24   Q.  Why did you understand that to be referring to

25   Washington, D.C.?

```
1    A.  That's where the focus of pretty much the world's

2    attention was that day, was on this city, and there would be

3    no other reason to believe that he would be talking about

4    any other city at that day and at that time.

5    Q.  Did you agree with the sentiment?

6    A.  Yes.

7    Q.  Why?

8    A.  I just felt like since this is -- was the center of what

9    we thought was the corruption, this is where everything

10   should be.  I mean, that's why I answered the way I did.

11   Q.  And what was your answer?

12   A.  It would be epic.

13            MR. KENERSON:  And, Ms. Rohde, if you could scroll

14   down to the next message from Aaron of the Bloody East at

15   7:21:35 a.m.

16   BY MR. KENERSON:

17   Q.  What does he say?

18   A.  The state is the enemy of the people.

19   Q.  Did you agree with that sentiment?

20   A.  I did.

21   Q.  Why?

22   A.  Felt like the state had turned against the people and

23   they were only in it for themselves, the elites.

24   Q.  And when you say, We are the people, in the next

25   message, what did you mean by that?
```

1    A.  Meant that the Americans -- the everyday citizens were

2    the people, not the government.

3    Q.  Let me ask you, around this point in time, were you

4    having conversations with members of the Proud Boys about

5    the election?

6    A.  Yes.

7    Q.  What about the upcoming events in D.C. on January 6th?

8    A.  Absolutely.

9    Q.  And how frequent were those conversations?

10    A.  It was the topic of the day every day leading up to it,

11    pretty much.

12    Q.  And the sentiments that you just expressed about the

13    view towards what was happening in Washington, D.C. that

14    day, did those come up in conversations with the MOSD

15    leaders?

16    A.  Yes.

17    Q.  Did you hear any disagreement?

18    A.  Not at all.

19    Q.  What about conversations with just the Proud Boys

20    generally who you had contact with?

21    A.  Yes.

22             MS. HERNANDEZ:  Objection.

23             THE COURT:  Overruled.

24    BY MR. KENERSON:

25    Q.  What was the mood or tone of those conversations?

```
 1    A.  Desperation, the same as everyone else.
 2              MR. KENERSON:  Ms. Rohde, if we can scroll down to
 3    7:24:40.
 4    BY MR. KENERSON:
 5    Q.  Mr. Bertino, could you read your words in that message.
 6    A.  7:24:40?
 7    Q.  Yes.
 8    A.  Fuck these commie traitors.
 9    Q.  Who were the commie traitors you were referring to?
10    A.  At that point, the Democrats, the bureaucrats, anyone I
11    felt that was going along with the fraudulent election
12    results.
13    Q.  What about the police?
14    A.  If -- yes, if they sided with the -- that incoming
15    administration, then yeah, they were there -- they were part
16    of it, too.
17              MR. KENERSON:  And, Ms. Rohde, if you could scroll
18    down a little bit further.
19    BY MR. KENERSON:
20    Q.  Can you read the two messages from John Stewart at
21    7:25:12 and 7:25:20.
22    A.  It's going to happen.  These normiecons have no
23    adrenaline control.  They are like a pack of wild dogs.
24    Q.  What did you say at 7:25:37?
25    A.  Fuck it.  Let them loose.
```

1    Q.  What are you referring to with that?

2    A.  The normies, let them -- letting them loose and just not

3    trying to control them or hold them back or keep them from

4    doing anything.

5    Q.  Would taking that tack towards the normies be the same

6    or different as your tack towards the normie at -- normies

7    at previous rallies?

8    A.  Previous rallies, we tried to corral them and keep them

9    from doing anything stupid to get anybody else hurt.  Didn't

10   always work, but we tried.

11          MR. KENERSON:  And if you'd scroll down a little

12   bit further, Ms. Rohde.

13   BY MR. KENERSON:

14   Q.  The message from Johnny Blackbeard at the very bottom of

15   this exhibit, who's Henry?

16   A.  That would be Enrique.

17   Q.  Why "Henry"?

18   A.  I believe that's his legal name.

19          MR. KENERSON:  All right.  If we could have for

20   the -- just for the witness at this point Exhibit-510-30.

21   BY MR. KENERSON:

22   Q.  Mr. Bertino, do you recognize these as chats from a chat

23   you participated in?

24   A.  Yes.

25          MR. KENERSON:  I would move for the admission of

1    510-30 and ask to publish.

2          THE COURT:  All right.  It will be admitted, and

3    permission to publish.

4    BY MR. KENERSON:

5    Q.  What's the date of these chats?

6    A.  January 6th, 2021.

7    Q.  And can you read us the message that you posted at

8    9:26:44.

9    A.  I'm currently watching Ford Fischer's feed.  He is up at

10   the Capitol Building and there's zero Antifa presence.

11   Q.  Who's Ford Fischer?

12   A.  He has a media company called News2Share.

13   Q.  And when you say "Ford Fischer's feed," what are you

14   referring to?

15   A.  Referring to his live video feed of the protest going

16   on.

17   Q.  Now, you said "there's zero Antifa presence up at the

18   Capitol Building."  Why did you pass that information along

19   to this chat?

20   A.  Just letting them know that there's no resistance and

21   they didn't have to worry about getting attacked up there,

22   giving them some information about what was going on on the

23   ground and what I could see from what I was watching.

24   Q.  Now, were you -- was -- Ford Fischer's feed, the feed

25   that you were watching, was that with the group of Proud

1    Boys who had gathered on January 6th?

2    A.  No.

3    Q.  Was there any live feed that you were able to find that

4    followed that group around?

5    A.  No.

6    Q.  What types of feeds were you watching in the morning of

7    January 6th?

8    A.  It was a mixture.  There was about six or seven in the

9    actual live feed I was watching.  Some of them were at, you

10   know -- at the actual stages where Trump was; others were

11   panned out across the city, watching other things -- other

12   events happening, people walking, that sort of thing.

13   Q.  Did you check your Telegram chats?

14   A.  Yes.

15   Q.  Why were you checking your Telegram chats?

16   A.  To keep up, see if there was any new information that

17   was coming out, you know, making sure nobody was getting

18   hurt, arrested, anything stupid.

19   Q.  Did you take a screenshot of any of your Telegram feeds?

20   A.  I did.

21   Q.  Why did you do that?

22   A.  I was talking to my girlfriend and she said that she

23   wanted to see what was going on over there.  So I did.

24   Q.  What type of screenshot was it?

25   A.  A video recording.

1          MR. KENERSON:  And, Ms. Rohde, if we could have

2     what's already been admitted into evidence as Exhibit-1137.

3     If we could pause at about two seconds in.

4          (Video played.)

5     BY MR. KENERSON:

6     Q.  Mr. Bertino, do you recognize what's on your screen?

7     A.  I do.

8     Q.  What's that?

9     A.  It's the screen recording I captured with my phone.

10    Q.  Now, there's -- here paused at 2 seconds, there's two

11    video bubbles we can see on the screen.  Who is in the top

12    bubble that's coming -- that's closer to the left of the

13    screen?

14    A.  Charles Donohoe.

15    Q.  Who is in the bottom bubble whose face is partially cut

16    off right now on the right side of the screen?

17    A.  That would be myself.

18    Q.  And can you remind us what Mr. Donohoe's role was within

19    the Ministry of Self-Defense.

20    A.  He was a regional commander.

21         MR. KENERSON:  Ms. Rohde, if we could play this

22    until 10 seconds, please.

23         (Video played.)

24    BY MR. KENERSON:

25    Q.  What did we hear Mr. Donohoe just say?

1    A.  He said, Oops, looks like we just stormed the Capitol

2    Building.

3    Q.  What was his tone of voice?

4    A.  Sarcastic.

5    Q.  Do you see a timestamp on that video?

6    A.  12:56 p.m.

7    Q.  Were you surprised to see an MOSD leader like

8    Mr. Donohoe in the position he sent that film?

9            MS. HERNANDEZ:  Objection.  Relevance.

10           THE COURT:  Overruled.

11           THE WITNESS:  Do you mean, like, that he was on

12    the Capitol grounds --

13    BY MR. KENERSON:

14    Q.  Correct.

15    A.  A little bit at that point.  I wasn't completely sure

16    that's where he was.  I had no idea where he was,

17    geographically, at that point --

18    Q.  I see.

19    A.  -- until then.

20           MR. KENERSON:  Could we play this to 33 seconds.

21           (Video played.)

22           MR. KENERSON:  If you can scroll back up just a

23    bit to -- so that that video is still on the screen.

24    BY MR. KENERSON:

25    Q.  Who was in that second video that we just watched?

1    A.   It was also Charles Donohoe.

2    Q.   What was the timestamp on that video?

3    A.   12:58 p.m.

4    Q.   I think you mentioned that you were watching some live

5    feeds during the day; correct?

6    A.   I was.

7    Q.   Did any of those feeds ever switch over to what was

8    happening at the Capitol grounds?

9    A.   Yes.

10   Q.   Did you watch those feeds?

11   A.   Yeah, I did.

12   Q.   How did that video that we just saw compare to what you

13   were seeing on the live feeds?

14   A.   It was pretty much the same thing.

15   Q.   And were you able to see where Mr. Donohoe was relative

16   to the crowd at this point?

17   A.   Yes.

18   Q.   Where was he?

19   A.   He was in the front.

20   Q.   The fact that a fellow MOSD leader was in the front of a

21   crowd, did that surprise you?

22   A.   No.

23   Q.   Why not?

24   A.   Because we always, kind of, led the way and they were

25   always behind us, the normies, that is.

1    Q.  Mr. Bertino, there's a couple of messages on the right

2    side of the screen under that video.  Who sent those

3    messages?

4    A.  I did.

5    Q.  Can you read the one that you sent at 12:59 p.m.

6    A.  They're both at 12:59.

7    Q.  Read the first one under that bubble that we just

8    watched.

9    A.  Form a spear.

10   Q.  What did you mean by "form a spear"?

11   A.  A wedge formation with a point.  Easier to drive your

12   way through a crowd if you need to.

13   Q.  What about your next message?

14   A.  Holy fuck.  Do it, boys.

15   Q.  Why did you send that message?

16   A.  I was excited that I was -- thought I was watching

17   history and thought I was watching the guys about to go into

18   the building.

19   Q.  Let me ask you this concept of "form a spear."  Does

20   that have any relation to "tip of the spear" that we

21   discussed earlier?

22   A.  Yeah, that -- it's definitely twofold.

23   Q.  What's that?  What's the relation to "tip of the spear"?

24   A.  We were always talking about being the tip of the spear,

25   and that was just another -- I guess, another example of us

1    leading the way and, I guess, leading by example.  Follow

2    us.

3    Q.  Mr. Bertino, at the -- at this point on January 6th,

4    2021, were you still a leader of the Ministry of

5    Self-Defense?

6    A.  I was.

7              MR. KENERSON:  Ms. Rohde, if you could play now

8    until 36 seconds.

9              (Video played.)

10   BY MR. KENERSON:

11   Q.  Who was that who we just heard speaking?

12   A.  That was me.

13   Q.  What did you say?

14   A.  I said, Fucking do it, man.  Do it.  Let's go.

15   Q.  Why did you say that?

16   A.  Just encouraging and excited about the prospect of what

17   might happen.

18   Q.  Could you read your message just under that video

19   bubble.

20   A.  Fuck, I'm so mad I'm not there.  More videos, bro.

21   Q.  What time did you send those messages?

22   A.  1:01 and 1:02 p.m.

23   Q.  Why were you so mad you weren't there?

24   A.  I thought it was historical, thought this is where a

25   revolution was starting and I was upset that I wasn't there

1    to witness it.

2            MR. KENERSON:  Can we play to the end, Ms. Rohde.

3            (Video played.)

4            MR. KENERSON:  And if we can go just back on -- so

5    it's still on the screen a little bit there towards the end.

6    BY MR. KENERSON:

7    Q.  So that message that we just watched at the end, what

8    was the timestamp of that last video message here?

9    A.  1:02 p.m.

10   Q.  And can you read the message from Aaron of the Bloody

11   East just under that.

12   A.  Push inside.  Find some eggs and rotten tomatoes.

13   Q.  Mr. Bertino, you talk -- you testified a little bit

14   about conversations that you've had with members of the

15   Proud Boys, members of the Ministry of Self-Defense

16   leadership in the lead-up to January 6th.  Do you remember

17   testifying about that?

18   A.  I do.

19   Q.  What you witnessed and what you recorded in this screen

20   record, is that consistent or inconsistent with those

21   conversations?

22           MR. PATTIS:  Objection, Judge.  May we have a

23   sidebar?

24           THE COURT:  Yes.

25           (Bench conference:)

```
 1            MR. PATTIS:  That's going to invite for him to
 2      call a legal conclusion.  There either was a plan or there
 3      wasn't, and to suggest consistent or consistent [sic] with
 4      those observations is vague.  Would -- does -- is it -- was
 5      it consistent with his ex- -- with his frustration?  With
 6      his anger?  With his rage against the machine, so to speak,
 7      perhaps?  But to suggest that it was consistent is to
 8      implicitly suggest there was a plan and this was consistent
 9      with that plan and I think, for purposes of the defense,
10      there's a difference between sentiment or zeitgeist and
11      plan, and thus far he has been entirely absent about the
12      presence of any plan.  He's talked entirely about
13      sentiments.
14            THE COURT:  Well, again, why isn't this just
15      fodder for cross-examination?  I mean, I take your point
16      that it's a question that could mean a lot of different
17      things, and I think the Government may push further about
18      what that means and you all may push further on cross.
19            MR. PATTIS:  But I -- because to suggest that it's
20      fodder for cross-examination is to concede that the
21      Government has a right to create an -- it has the right to
22      create an impression without a foundation in the evidence,
23      and I don't think it does.  I don't know what "consistent"
24      means in this case, you know?  Did that satisfy your rage?
25      Yes.  That -- was it planned?  No.  And so I don't think we
```

1    should be left to cross-examination to unpack the

2    implications of that question.  We object to the use of

3    "consistent" in this context and say form, vague, 403.

4            THE COURT:  All right.  Mr. Kenerson?

5            MR. KENERSON:  I mean, I think I'm in agreement

6    with the Court that this is fodder for cross-examination.

7    Of course, I think, as the Court's aware and the Government

8    and all parties are aware, that the defendants are charged

9    with coming to an agreement.  They're not charged with

10   coming to a plan.  I understand part of their defense will

11   be arguing that any lack of plan means lack of agreement,

12   and they can explore that on cross.  But nonetheless, I

13   think exploring how he gets to the agreement from there,

14   this is a question that gets to that and I think it's a

15   question that's fair and they can explore on cross what that

16   means.

17           THE COURT:  Okay.

18           MS. HERNANDEZ:  Your Honor, I -- Carmen Hernandez.

19           Also, I mean, he's not being asked if that was an

20   agreement he had with members of the MOSD.  And, remember,

21   this whole series of questions that had been asked have been

22   asked about his conversations not just with MOSD leadership

23   but conversations with all sorts of other people.  We don't

24   know who they are.  And, again, it misstates -- in my

25   opinion, the whole basis of these questions misstate the

1    evidence because there's, you know -- are messages where

2    Mr. Rehl -- and I brought it out during the

3    cross-examination -- recross of Mr. -- of Agent Dubrowski.

4    There are messages where Mr. -- where one of his buddies --

5    one of the people he brought into the MOSD, this Brother

6    Jack Hunter [sic], is very violent, and Mr. Rehl brings them

7    back to "we're going to have a, you know -- an orderly

8    thing," blah, blah, blah.  So the whole line of -- this line

9    of questioning of his conversations with multiple people,

10   many of whom are not the defendants and most of whom -- and

11   many of whom are unidentified people he had conversations

12   with, and now we're going to end with this summary of, yeah,

13   consistent or inconsistent.  If he wants to ask him, did he

14   have an agreement with anybody, that's, maybe, fine, but

15   this consistent or inconsistent is very confusing.  It will

16   confuse the jury, and I completely agree with Mr. Pattis's

17   arguments.

18          THE COURT:  All right.  I mean, I understand the

19   arguments.  I don't think -- I think you all -- first of

20   all, this is only the first -- as Mr. Kenerson mentioned,

21   this is, sort of, one question and there are going to be

22   more questions, it sounds like, kind of, on this topic,

23   broadly speaking.

24          MS. HERNANDEZ:  Your Honor --

25          THE COURT:  Just because -- yes, Ms. Hernandez?

```
 1                    MS. HERNANDEZ:  I didn't mean to interrupt you,
 2         but --
 3                    THE COURT:  Go ahead.
 4                    MS. HERNANDEZ:  -- I, you know -- this is the
 5         thrust -- this is the gravamen of this case.  They have
 6         these cooperating witnesses who have pleaded guilty not to
 7         having entered into an agreement but having believed, given
 8         the conversations, that there may have been an agreement.
 9         This is, you know, again, unplotted [sic] ground.  Again, is
10         there an agreement?  Great.  If they want him to testify
11         that he entered into an agreement, great.  If he wants to
12         testify about his impressions and his feelings and whether
13         people rejected or didn't reject it when, multiple times, he
14         has said he didn't have conversations with most of the
15         defendants here; he only had conversations with
16         Mr. Tarrio -- and, again, we're back -- most of these
17         provocative statements on January 6th are being made by him,
18         by Mr. -- by Aaron, and -- Aaron Wolkind, and Mr. Stewart,
19         all three of whom are not in D.C. and who knows, you know --
20         I mean, they're, like, groupies on the sidelines who are
21         expressing their rage.  That is not what was happening on
22         the ground.  Mr. Nordean and Mr. Biggs are supposed to be
23         the leaders.  These guys are supposed to be following.  And
24         they're not doing this, you know -- enter the Capitol --
25         they're not leading this group to enter the Capitol.  My
```

1    client is not leading this group to enter the Capitol.  It's

2    just a completely misleading presentation of evidence that's

3    going to confuse the jury.  And Mr. Pattis is correct.  They

4    shouldn't be allowed to present stuff that's not accurate

5    and then have us -- require us to try to unpack it through

6    cross-examination.  That's not what cross-examination is

7    intended to do.

8            THE COURT:  I think -- you raised a whole bunch of

9    different things, some of which I've already ruled on.  I do

10   think -- and the question of whether it will be -- whether

11   Mr. Kenerson ever asks a question about a plan or not a plan

12   or an agreement or not an agreement or all those subsequent

13   things seems to me to be a separate question.  I think he's

14   allowed to ask the question, were these consistent with your

15   discussions?  It's a pretty -- it's a question that can be

16   interpreted a lot of different ways.  Maybe he'll follow up

17   with it.  I think you can, then -- you can pick at it on

18   cross.  That's not the end of the examination, obviously,

19   and he -- there were going to be other things he's going to

20   say.  But I think it is fair -- it is a fair question,

21   consistent or inconsistent.

22           MS. HERNANDEZ:  Your Honor, one last point.  And

23   this is the problem with -- you've been overruling the

24   objections that we've been making about, you know, his

25   conversations with unknown people and this is, sort of --

1    this leads -- this is the --

2                THE COURT:  No, no --

3                MS. HERNANDEZ:  -- where it leads to.

4                THE COURT:  But this question -- no, no, no, these

5    are totally separate things because the question

6    Mr. Kenerson asked was about members of the MOSD leadership.

7    It wasn't about other people.

8                MS. HERNANDEZ:  He's been allowed to talk about

9    his conversations with multiple people.  I just -- I'm -- I

10   just think it is the result of multiple improper questions.

11   And I'm not challenging the Court's rulings.  Individually,

12   those rulings may be -- obviously, I didn't think they were

13   the proper rulings, but nonetheless the Court made those

14   rulings.  Individually, they may not have been as

15   problematic, but now when we get to this end, that is a

16   very, I think, prejudicial and problematic question.

17               THE COURT:  Well, I do think -- I'm -- as I'm

18   looking at the question, I do think, Mr. Kenerson, you've

19   got to separate out -- I mean, there wasn't this particular

20   objection, I guess, but you did ask about the other members

21   and the members of Ministry of Self-Defense.  I do think

22   you're going to have to separate those out at least as -- in

23   terms of compound and make clear that -- was it consistent

24   with your other defendants, fine, or was it consistent with

25   the MOSD leadership?  Those are separate questions.  I think

1    it -- that would be confusing --

2              MS. HERNANDEZ:  And this --

3              THE COURT:  -- number one.

4              MS. HERNANDEZ:  -- Jake Hunter person that he's

5    been talking about, that's one of his recruits into the MOSD

6    who wasn't even there on January 6th.

7              THE COURT:  Okay.  Okay.  But anyway --

8              MS. HERNANDEZ:  Thank you, Your Honor.

9              THE COURT:  So I think, on that score, it is going

10   to be confusing unless you separate that out, Mr. Kenerson.

11   Otherwise, I -- the question of "was this consistent with

12   your conversations with the -- these defendants, the MOSD

13   leadership," I think that's a -- I think -- I'll allow that

14   question and you -- whatever follow-up you want to do on

15   what that means and the defense is going to be able to cross

16   on that.

17             MR. KENERSON:  Thank you.

18             THE COURT:  All right.

19             (Return from bench conference.)

20   BY MR. KENERSON:

21   Q.  All right.  Mr. Bertino, what you had seen on your

22   screen in this chat on January 6th, 2021, was that

23   consistent or inconsistent with the discussions you had had

24   with the members of MOSD leadership leading up to

25   January 6th?

1    A.  What I had seen on the screen here?

2    Q.  Correct.  The actions taken that you saw on the screen.

3    A.  Being leaders, yeah.  I would say that would be right up

4    the alley of what we -- where we would be as the MOSD.

5            MS. HERNANDEZ:  Your Honor, objection.  That's not

6    responsive to the question.  I don't think he answered the

7    question that was asked.

8            THE COURT:  Well -- overruled.

9    BY MR. KENERSON:

10   Q.  Mr. -- strike that.

11           MR. KENERSON:  Ms. Rohde, could we have just for

12   the witness now Exhibit-512-8.

13   BY MR. KENERSON:

14   Q.  And, Mr. Bertino, do you recognize those messages as

15   messages you participated in?

16   A.  I do.

17           MR. KENERSON:  Move for the admission of 512-8 and

18   seek to publish.

19           THE COURT:  All right.  It will be admitted, and

20   permission to publish.

21   BY MR. KENERSON:

22   Q.  Mr. Bertino, what's the date of these messages?

23   A.  January 6th, 2021.

24   Q.  What's the chat group?

25   A.  Boots on the Ground.

1    Q.  Can you tell us what you posted in that chat at 1:00

2    o'clock and 50 seconds.

3    A.  Storming the Capitol Building right now.

4    Q.  What about 1:00 o'clock and 52 seconds?

5    A.  Get there.

6    Q.  Why did you post those to Boots on Ground?

7    A.  I wanted everyone to get to the Capitol Building because

8    that's where everything was happening.

9          MR. KENERSON:  Can we have, just for the witness,

10   510-33.

11   BY MR. KENERSON:

12   Q.  Do you recognize this message?

13   A.  I do.

14   Q.  As one you posted in a chat you participated in?

15   A.  Yes.

16          MR. KENERSON:  Can we -- I'm sorry.  Move for the

17   admission of 510-33 and ask to publish.

18          THE COURT:  All right.  It will be admitted, and

19   permission to publish.

20   BY MR. KENERSON:

21   Q.  Mr. Bertino, what's the date of this chat?

22   A.  January 6th, 2021.

23   Q.  And the chat group?

24   A.  Ministry of Self-Defense mad -- Main 2.

25   Q.  Can you tell us what you posted in that group at 1:00

1    o'clock and 25 seconds.

2    A.  Storming the Capitol right now.

3    Q.  Why did you post that in Ministry of Self-Defense?

4    A.  Wanted everyone to get to the Capitol Building because

5    that's where everything was happening.

6    Q.  What were you hoping to accomplish by posting those

7    statements in Ministry of Self-Defense and Boots on Ground?

8    A.  Get the information to anybody that didn't have it or

9    wasn't in the area at that time to get down to the Capitol

10    Building.

11    Q.  Why was it important to get that information to people?

12    A.  Well, number one, so they knew what was going on in the

13    area and where the hotspot was; and, number two, to get them

14    down there so we had more numbers.

15            MR. KENERSON:  If we could have 510-35 just for

16    the witness, please.

17    BY MR. KENERSON:

18    Q.  Do you recognize the messages on your screen?

19    A.  I do.

20    Q.  Chat you participated in?

21    A.  Yes.

22            MR. KENERSON:  Move for the admission of 510-35

23    and ask to publish.

24            THE COURT:  All right.  It will be admitted, and

25    permission to publish.

```
1    BY MR. KENERSON:

2    Q.  What are [sic] the date of these messages?

3    A.  January 6th, 2021.

4    Q.  And can you read us what NH Prez Warlock wrote at

5    1:31:03 p.m.

6    A.  Newsmax just said Pence declined to overturn.

7    Q.  And can you --

8         MR. KENERSON:  Ms. Rohde, if we can play the

9    message from Mr. Bertino at 1:31:23.

10         (Video played.)

11   BY MR. KENERSON:

12   Q.  Was that you at the beginning?

13   A.  It was.

14   Q.  What did you say?

15   A.  I said, Don't worry, boys.  America's taking care of it

16   right now.

17   Q.  What did you mean by that?

18   A.  I was referring to what NH Prez Warlock said about Pence

19   declining to overturn the election results and that it

20   looked like the people were going to take care of it

21   themselves and we didn't have to worry about Pence

22   overturning anything.

23         MR. KENERSON:  If we could have 509-34 just for

24   the witness, please.

25   BY MR. KENERSON:
```

1   Q.  Do you recognize these as messages you participated in

2   on January 6th?

3   A.  I do.

4           MR. KENERSON:  Move for the admission of 506 --

5   sorry, excuse me, 509-34.

6           THE COURT:  All right.  It will be admitted, and

7   permission to publish.

8   BY MR. KENERSON:

9   Q.  What was -- what is this that we're seeing that Johnny

10  Blackbeard posted at 1:39:45?

11  A.  It looks like a screenshot from another social media,

12  from Disclose.tv.

13  Q.  And what does he post at 1:39:54?

14  A.  Normies stopped pushing.

15          MR. KENERSON:  And scroll down.

16  BY MR. KENERSON:

17  Q.  What was your response?

18  A.  Holy shot.

19  Q.  Did you mean "shot" or a different word?

20  A.  I meant shit.

21  Q.  Could you read us the -- well, sorry.  Before the next

22  one, what were you referring to with "holy shit"?

23  A.  The part about the Madison building on Capitol Hill

24  being evacuated.

25  Q.  And what was the -- what did Aaron Wolkind post at

1    1:40:52 p.m. on January 6th?

2    A.  Abahahahaha op success.

3    Q.  Are you familiar with the term "op"?

4    A.  Yes, operation.

5         MR. KENERSON:  If we could have 512-10 just for

6    the witness.

7    BY MR. KENERSON:

8    Q.  Do you recognize these as chats you participated in?

9    A.  I do.

10        MR. KENERSON:  Move for the admission of 512-10

11   and ask to publish.

12        THE COURT:  All right.  It will be admitted, and

13   permission to publish.

14   BY MR. KENERSON:

15   Q.  Mr. Bertino, what's the date of these messages?

16   A.  January 6th, 2021.

17   Q.  What does Aaron Wolkind post at 1:41:53 p.m.?

18   A.  Keep pushing.  Fuck those pigs.  Throw shit at them.

19   Q.  And what was your response?

20   A.  Goddammit, I wanna be there.

21   Q.  Were you following live feeds still at this point in

22   time?

23   A.  Yes, I was.

24   Q.  Were you aware, based on those live feeds, whether

25   police were using crowd-control measures?

```
 1    A.  Yes, I do believe that I witnessed them using that on

 2    the live feeds.  Yes.

 3    Q.  If you knew that, why did you want to be there?

 4              MS. HERNANDEZ:  Objection.

 5              THE COURT:  What is the objection?

 6              MS. HERNANDEZ:  Relevance to why he wanted to be

 7    there.

 8              THE COURT:  Overruled.

 9    BY MR. KENERSON:

10    Q.  If you knew police were using crowd-control measures,

11    why did you want to be there?

12    A.  I wanted to be there to witness what I believed was the

13    next American Revolution.

14    Q.  What does Aaron Wolkind say at 1:43:45?

15    A.  At 05?

16    Q.  1- --

17    A.  1- --

18    Q.  -- -43- --

19    A.  -- -43- --

20    Q.  -- -05.

21    A.  -- -05?

22    Q.  Excuse me.

23    A.  I might be able to come tonight.

24    Q.  And then after that?

25    A.  Fuck it.
```

1    MR. KENERSON:  Can I have 510-36 just for the

2    witness, please.

3    BY MR. KENERSON:

4    Q.  Do you recognize this as a chat you participated in on

5    January 6th?

6    A.  Yes.

7         MR. KENERSON:  I'd move for the admission of

8    510-36 and ask to publish.

9         THE COURT:  All right.  It will be admitted, and

10    permission to publish.

11         MS. HERNANDEZ:  46 or 36?

12         MR. KENERSON:  36.

13    BY MR. KENERSON:

14    Q.  What's the date of this chat?

15    A.  January 6th, 2021.

16         MR. KENERSON:  And, Ms. Rohde, if we can play the

17    message from Mr. Bertino at 1:52:38.

18         (Video played.)

19    BY MR. KENERSON:

20    Q.  What were you referring to with that?

21    A.  I was referring to the protesters making their way into

22    the building -- into the Capitol Building.

23         MR. KENERSON:  If we can scroll down, Ms. Rohde.

24    BY MR. KENERSON:

25    Q.  1:59:33.  You say you have tears in your eyes.  What

1    were you referring to there?

2    A.  My emotions at that point, seeing -- I was happy,

3    excited, in awe and disbelief that people were doing what

4    they said they were going to do.  Just overcome with

5    emotion.

6    Q.  Let me ask you, at 2:01:25, what does Johnny Blackbeard

7    post?

8    A.  Accelerate.

9    Q.  Remind us.  What's his position within the MOSD?

10   A.  He's ops.  He was on the ops council or whatever you

11   would refer to it as.

12             MR. KENERSON:  All right.  If we can have the

13   screen just for the witness again.  And, Ms. Rohde, if we

14   could bring up 530-5.  And if we could scroll through that

15   one, -6 and -7 for the witness.

16             (Brief pause.)

17   BY MR. KENERSON:

18   Q.  Do you recognize those as texts between yourself and

19   Enrique Tarrio?

20   A.  I do.

21             MR. KENERSON:  Move for the admission of 530-5,

22   -6, and -7, and ask to publish.

23             THE COURT:  All right.  They will be admitted, and

24   permission to publish.

25             MR. KENERSON:  All right.  Ms. Rohde, can we have

1    530-5, please.

2    BY MR. KENERSON:

3    Q.  Can you read the message that you sent at 2:39:46 p.m.?

4    A.  Brother, you'll know -- you know we made this happen.

5    Q.  Who's "we"?

6    A.  I was referring to the Proud Boys.

7    Q.  What did you mean by, We made this happen?

8    A.  I meant that we influenced people, the normies, enough

9    to make them stand up for themselves and take back their

10   country and take back their freedom.

11   Q.  And what was your message at 2:39:59?

12   A.  I'm so proud of my country today.

13   Q.  Did you feel that way at that point?

14   A.  I did.

15   Q.  What was Mr. Tarrio's response?

16   A.  I know.

17           MR. KENERSON:  Scroll down further, Ms. Rohde, if

18   you don't mind.

19   BY MR. KENERSON:

20   Q.  What was your message at 2:40:41 p.m.?

21   A.  We did it.

22   Q.  What was Mr. Tarrio's response?

23   A.  Love you, too, brig.

24   Q.  What did Mr. Tarrio send to you at 2:44:07?

25   A.  This is it.

1    Q.  What was your message at 2:44:34?

2    A.  1776, motherfucker.

3    Q.  What did you mean by that?

4    A.  Again, referring to the American Revolution since that

5    was the year that we fought for our -- we declared our

6    independence from England.

7    Q.  What's the next message from Mr. Tarrio at 2:44:48 p.m.?

8    A.  The Winter Palace.

9    Q.  At that point, did you have any idea what Mr. Tarrio was

10   referring to?

11   A.  No.

12          MR. KENERSON:  If you scroll down a little bit

13   further.

14   BY MR. KENERSON:

15   Q.  You were asked -- excuse me -- what did you ask at

16   2:45:22 p.m.?

17   A.  Dude, did we just influence history?

18   Q.  Again, who's the "we" there?

19   A.  Proud Boys.

20   Q.  What was Tarrio's response?

21   A.  Let's first see how this plays out.

22   Q.  Your next message about "they have to certify today,"

23   what were you referring to there?

24   A.  Referring to the election results being certified.

25   Q.  And "or it's invalid," what were you talking about

1    there?

2    A.   That the election results, if they weren't certified by

3    the end of the day, they wouldn't be valid and Joe Biden

4    wouldn't be president.

5    Q.   Did you believe that at the time?

6    A.   Yes.

7              MR. KENERSON:   Ms. Rohde, if we can go to 530-6.

8    BY MR. KENERSON:

9    Q.   Still on January 6th, 2021?

10   A.   Yes.

11   Q.   What is this?

12   A.   It's a Parler post from Enrique Tarrio Unchained.

13   Q.   A screenshot of his Parler post?

14   A.   Yes.

15   Q.   What does it say?

16   A.   Proud of my boys and my country.

17   Q.   And this text came to you at 2:46:26; is that right?

18   A.   Yes.

19   Q.   In the post itself -- if I can circle this -- according

20   to the screenshot, how long ago was this posted?

21   A.   Four minutes prior.

22   Q.   When Tarrio says, Proud of my boys and my country, what

23   did you take him to be referring to?

24   A.   That he was proud of the Proud Boys and proud of the

25   people that decided to try and take back their freedom that

1    day.

2    Q.  What about "proud of my boys"; what does that refer to?

3    A.  Proud of your boy, or proud of my boys, was a term that

4    we used in the Proud Boys to express love or, you know, just

5    be proud of each other.  It was -- and it was also the song

6    that the name of our club came from.

7            MR. KENERSON:  Ms. Rohde, if you could scroll down

8    a little bit further.

9    BY MR. KENERSON:

10    Q.  2:46:31 p.m., they need to get Peloton.  Were you

11    referring to getting on indoor bikes?

12    A.  No.

13    Q.  What were you referring to?

14    A.  Nancy Pelosi.

15    Q.  Why?

16    A.  It just felt like she was the -- she was the target as

17    far as the one that had been pushing all the information.

18    She was the talking head of the opposition, and they needed

19    to, you know, remove her from power.

20            MR. KENERSON:  Can we go to 530-7.  And,

21    Ms. Rohde, if you can play that video.

22            (Video played.)

23    BY MR. KENERSON:

24    Q.  What was it that you sent -- what message did you send

25    with that video to Mr. Tarrio at 3:03:59 p.m.?

1    A.   Recognize anyone?   LMFAO.

2    Q.   And why did you send that video?

3    A.   It was a video that somebody had sent me and I

4    recognized somebody I knew in there.   So I sent it to

5    Enrique.

6    Q.   Let me ask you, as -- at this point, January 6th, 2021,

7    how frequently were you texting with Mr. Tarrio?   Either

8    text or Telegram messages.

9    A.   Usually every day.

10   Q.   And how long had that level of contact been going on?

11   A.   It started November, right around the election, and all

12   through that time we talked a lot.

13   Q.   So a couple of months of pretty constant text

14   communication?

15   A.   Yes.

16   Q.   Now, before I ask you about Mr. Tarrio's messages, you

17   said after "recognize anyone," "LMFAO."   What does that

18   mean?

19   A.   Laughing my fucking ass off.

20   Q.   Now, based on your conversations with Enrique Tarrio,

21   when he wrote "nope" the way he did, did you take him to be

22   being serious?

23   A.   No, that's sarcastic.

24   Q.   Why do you say that?

25   A.   The extra Es at the end, like, if he was saying nooooope

```
 1      [ph].
 2                 MR. KENERSON:  And if we could scroll down,
 3      Ms. Rohde.
 4      BY MR. KENERSON:
 5      Q.  When you say "I do and maybe," was your "maybe" being
 6      serious?
 7      A.  Yes.  It was -- no, I'm sorry, it was not being serious.
 8      It was being sarcastic.
 9      Q.  Why do you say that?
10      A.  Because I, obviously, recognized somebody, and that's
11      why I was saying -- basically, trying to -- if anybody read
12      this, they would understand that I may or may not have known
13      anybody in the video.
14                 MR. KENERSON:  If you can scroll down one further,
15      Ms. Rohde, or a couple further.
16      BY MR. KENERSON:
17      Q.  What was Mr. Tarrio's message to you at 3:05:34 p.m.?
18      A.  That looks like Georgia Washington, Sam Adams, and
19      Franklin.
20      Q.  Who are George Washington, Sam Adams, and Franklin?
21      A.  Founding fathers.  They're all a part of the American
22      Revolution.
23      Q.  Did -- at any point on January 6th, 2021, did Enrique
24      Tarrio condemn Pezzola's actions to you?
25      A.  No.
```

```
 1            MR. KENERSON:  If we go back to 530-5 briefly,
 2    Ms. Rohde.
 3    BY MR. KENERSON:
 4    Q.  When you said, Brother, you know we made this happen,
 5    did Tarrio take issue with that statement?
 6    A.  Not that I could tell, no.
 7    Q.  What about when you asked if we just influenced history?
 8    A.  No, I didn't really see a response that -- saying that
 9    we didn't.  So --
10    Q.  Did he express anything indicating that he didn't know
11    what you were talking about?
12    A.  No.
13    Q.  And, at this point, I think you testified earlier that
14    you were feeling patriotic.  At the point of these texts,
15    were you still feeling happy about what was happening at the
16    Capitol?
17    A.  Yes.
18    Q.  Why?
19    A.  Just, again, we felt like -- I felt like the country was
20    under attack from outside entities, and I felt like the
21    people were standing up for themselves and the country,
22    trying to save the country from being taken over and having
23    it ripped away from us, and we thought we were never going
24    to have freedom again if that happened.  So I thought that
25    was everyone going to get their freedom back.  And so we
```

1    were happy.

2                    MR. KENERSON:  Thank you.

3                    Your Honor, I'm happy to keep going.  This would

4    be where I would be switching topics.  Looking at the

5    clock --

6                    THE COURT:  If this is a good time to pause, let's

7    do that.

8                    Ladies and gentlemen, we'll pause now for lunch.

9    We'll see you on the other side of lunch.

10                   (Jury returned to jury room.)

11                   THE COURT:  All right.  Everyone may be seated.

12                   Mr. Bertino, you may step down, sir.

13                   (Witness steps down.)

14                   THE COURT:  All right.  We'll see everyone at

15   1:30.

16                   THE DEPUTY CLERK:  All rise.  This Court stands in

17   recess until the return of Court at 1:30.

18                   (Luncheon recess taken at 12:26 p.m.)

19                   *  *  *  *  *  *  *  *  *  *  *  *

20                   <u>CERTIFICATE OF OFFICIAL COURT REPORTER</u>

21   I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify

22   that the above and foregoing constitutes a true and accurate

23   transcript of my stenographic notes and is a full, true and

24   complete transcript of the proceedings to the best of my

25   ability, dated this 22nd day of February 2023.

10172

1          /s/Timothy R. Miller, RPR, CRR, NJ-CCR
           Official Court Reporter
2          United States Courthouse
           Room 6722
3          333 Constitution Avenue, NW
           Washington, DC 20001
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10173

## $

**$550** [1] - 10111:2

## '

**'round** [3] - 10084:13, 10084:15, 10084:24

## /

**/s/Timothy** [1] - 10172:1

## 0

**05** [3] - 10161:15, 10161:20, 10161:21
**06511** [1] - 10060:25

## 1

**1** [6] - 10063:3, 10063:9, 10063:14, 10129:13, 10161:16, 10161:17
**1-ETHAN** [1] - 10060:4
**10** [2] - 10121:12, 10142:22
**10-minute** [1] - 10121:6
**100** [3] - 10066:15, 10115:15, 10115:17
**10003** [1] - 10060:18
**10016** [1] - 10061:13
**1014** [1] - 10061:9
**10:30** [1] - 10072:14
**11:00** [2] - 10120:24, 10121:5
**12:25:04** [1] - 10085:16
**12:26** [1] - 10171:18
**12:56** [1] - 10143:6
**12:58** [1] - 10144:3
**12:59** [2] - 10145:5, 10145:6
**12th** [6] - 10075:13, 10109:8, 10109:16, 10109:20, 10110:16, 10128:14
**1420** [1] - 10060:21
**15** [4] - 10072:10, 10072:17, 10072:18, 10124:3
**153** [1] - 10061:5
**1776** [1] - 10165:2
**17:27** [1] - 10084:11
**1:00** [3] - 10156:1, 10156:4, 10156:25
**1:01** [1] - 10146:22

**1:02** [2] - 10146:22, 10147:9
**1:21-cr-00175-TJK-1** [1] - 10060:2
**1:21-cr-00175-TJK-2** [1] - 10060:3
**1:21-cr-00175-TJK-3** [1] - 10060:3
**1:21-cr-00175-TJK-5** [1] - 10060:4
**1:21-cr-00175-TJK-6** [1] - 10060:4
**1:30** [2] - 10171:15, 10171:17
**1:31:03** [1] - 10158:5
**1:31:23** [1] - 10158:9
**1:37:39** [1] - 10128:8
**1:39:45** [1] - 10159:10
**1:39:54** [1] - 10159:13
**1:40:52** [1] - 10160:1
**1:41:53** [1] - 10160:17
**1:43:45** [1] - 10161:14
**1:52:38** [1] - 10162:17
**1:59:33** [1] - 10162:25
**1st** [5] - 10060:24, 10085:16, 10103:8, 10106:14, 10109:21

## 2

**2** [5] - 10063:4, 10063:9, 10063:15, 10142:10, 10156:24
**2-JOSEPH** [1] - 10060:5
**20** [2] - 10072:10, 10124:3
**20001** [2] - 10061:17, 10172:3
**20005** [1] - 10060:21
**202** [3] - 10060:15, 10060:22, 10061:17
**2020** [7] - 10075:9, 10077:9, 10086:23, 10089:8, 10116:1, 10123:7, 10127:24
**2021** [25] - 10075:10, 10085:16, 10087:10, 10088:2, 10103:8, 10106:14, 10111:25, 10112:15, 10112:20, 10129:17, 10130:23, 10132:18, 10133:22, 10135:10, 10140:6, 10146:4, 10154:22, 10155:23, 10156:22, 10158:3, 10160:16, 10162:15, 10166:9, 10168:6, 10169:23
**2023** [2] - 10060:6,

10171:25
**203** [1] - 10060:25
**20530** [1] - 10060:15
**20777** [1] - 10061:3
**209** [1] - 10061:6
**20th** [1] - 10060:17
**21-175** [2] - 10063:2, 10121:17
**22** [1] - 10060:6
**22nd** [1] - 10171:25
**240** [1] - 10061:3
**24th** [1] - 10072:14
**25** [1] - 10157:1
**252-7233** [1] - 10060:15
**253-0514** [1] - 10061:14
**26** [1] - 10111:2
**27th** [1] - 10116:1
**29th** [1] - 10123:7
**2:01:25** [1] - 10163:6
**2:39:46** [1] - 10164:3
**2:39:59** [1] - 10164:11
**2:40:41** [1] - 10164:20
**2:44:07** [1] - 10164:24
**2:44:34** [1] - 10165:1
**2:44:48** [1] - 10165:7
**2:45:22** [1] - 10165:16
**2:46:26** [1] - 10166:9
**2:46:31** [1] - 10167:10
**2:56:25** [1] - 10085:22
**2nd** [1] - 10088:2

## 3

**3** [3] - 10063:4, 10063:10, 10063:15
**3-ZACHARY** [1] - 10060:5
**30** [1] - 10080:20
**305** [2] - 10061:7, 10061:10
**30th** [3] - 10077:9, 10078:8, 10127:24
**31st** [1] - 10086:23
**33** [1] - 10143:20
**33012** [1] - 10061:9
**33014** [1] - 10061:6
**333** [2] - 10061:16, 10172:3
**354-3111** [1] - 10061:17
**36** [4] - 10060:8, 10146:8, 10162:11, 10162:12
**383** [1] - 10060:24
**393-3017** [1] - 10060:25
**3:03:59** [1] - 10167:25

**3:05:34** [1] - 10169:17
**3:23:17** [1] - 10129:11
**3:38:42** [1] - 10129:19
**3rd** [1] - 10087:10

## 4

**403** [1] - 10149:3
**403-7323** [1] - 10061:7
**41,000** [2] - 10069:12, 10069:21
**429-6520** [1] - 10060:22
**43** [2] - 10161:18, 10161:19
**46** [1] - 10162:11
**472-3391** [1] - 10061:3
**49** [1] - 10061:9
**4:18:49** [1] - 10130:25
**4:19:26** [1] - 10131:12
**4:20:23** [1] - 10131:14
**4r** [1] - 10060:18
**4th** [7] - 10060:14, 10112:15, 10112:20, 10129:17, 10130:23, 10131:25, 10132:18

## 5

**5** [3] - 10063:5, 10063:11, 10063:15
**5-ENRIQUE** [1] - 10060:6
**50** [1] - 10156:2
**501-40** [1] - 10078:6
**501-49** [1] - 10103:3
**501-50** [1] - 10106:10
**503-19** [1] - 10123:2
**503-23** [2] - 10125:8, 10127:14
**503-5** [2] - 10115:22, 10122:5
**505-22** [2] - 10130:12, 10130:17
**506** [1] - 10159:4
**507-11** [1] - 10128:5
**507-16** [1] - 10129:8
**509-16** [1] - 10133:14
**509-2** [2] - 10112:12, 10112:24
**509-26** [2] - 10134:23, 10135:4
**509-34** [2] - 10158:23, 10159:5
**509-4** [1] - 10113:15
**509-8** [2] - 10132:3, 10132:11
**510-30** [1] - 10140:1
**510-33** [2] - 10156:10, 10156:17

**510-35** [2] - 10157:15, 10157:22
**510-36** [2] - 10162:1, 10162:8
**512-10** [2] - 10160:5, 10160:10
**512-8** [1] - 10155:17
**52** [1] - 10156:4
**530-5** [4] - 10163:14, 10163:21, 10164:1, 10170:1
**530-6** [1] - 10166:7
**530-7** [1] - 10167:20
**555** [1] - 10060:14
**5:00** [1] - 10063:22
**5:15** [1] - 10063:23
**5:20** [1] - 10063:24
**5:30:04** [1] - 10113:19
**5:30:33** [1] - 10113:19
**5:31:49** [1] - 10114:25
**5:32** [1] - 10088:3
**5th** [1] - 10133:22

## 6

**6** [5] - 10063:5, 10063:12, 10063:16, 10163:15, 10163:22
**6-DOMINIC** [1] - 10060:6
**600-54** [1] - 10085:19
**601-36** [1] - 10086:16
**601-39** [1] - 10087:6
**603-55** [1] - 10087:24
**6175** [1] - 10061:5
**646** [1] - 10061:14
**6722** [2] - 10061:16, 10172:2
**6th** [31] - 10061:13, 10069:8, 10069:12, 10078:18, 10078:22, 10079:20, 10089:11, 10099:10, 10105:10, 10135:10, 10137:7, 10140:6, 10141:1, 10141:7, 10146:3, 10147:16, 10151:17, 10154:6, 10154:22, 10154:25, 10155:23, 10156:22, 10158:3, 10159:2, 10160:1, 10160:16, 10162:5, 10162:15, 10166:9, 10168:6, 10169:23

## 7

**7** [3] - 10060:17, 10163:15, 10163:22
**70** [1] - 10124:4

**7166** [1] - 10061:2
**7:12:25** [1] - 10077:11
**7:14:57** [1] - 10078:21
**7:15:09** [1] - 10078:12
**7:15:32** [1] - 10079:23
**7:15:40** [1] - 10080:6
**7:16:30** [2] - 10080:14, 10080:19
**7:16:58** [1] - 10084:4
**7:20:51** [2] - 10135:13, 10135:15
**7:21:35** [1] - 10136:15
**7:22:42** [2] - 10132:20, 10132:24
**7:24:40** [2] - 10138:3, 10138:6
**7:25:12** [1] - 10138:21
**7:25:20** [1] - 10138:21
**7:25:37** [1] - 10138:24

## 8

**8** [1] - 10111:11
**80** [1] - 10124:4
**822-2901** [1] - 10061:10
**8:01:27** [1] - 10103:12
**8:02:03** [1] - 10103:23
**8:26:12** [1] - 10104:6
**8:30:35** [1] - 10104:14
**8:36:53** [1] - 10106:17
**8:40:09** [1] - 10107:23
**8:40:17** [1] - 10109:3
**8:58:03** [1] - 10110:9
**8:58:54** [1] - 10110:25
**8:59:25** [1] - 10110:25

## 9

**902-3869** [1] - 10060:19
**917** [1] - 10060:19
**99** [1] - 10061:12
**9:00** [3] - 10066:1, 10066:4, 10111:11
**9:26:09** [1] - 10111:21
**9:26:16** [1] - 10111:22
**9:26:44** [1] - 10140:8
**9:30** [1] - 10060:6

## A

**a.m** [4] - 10060:6, 10085:16, 10135:13, 10136:15
**Aaron** [13] - 10106:17, 10107:24, 10114:24, 10132:20, 10132:22, 10135:12, 10136:14, 10147:10, 10151:18,

10159:25, 10160:17, 10161:14
**abahahahaha** [1] - 10160:2
**ability** [2] - 10074:5, 10171:25
**able** [15] - 10063:23, 10069:15, 10072:6, 10074:3, 10079:2, 10093:7, 10109:6, 10110:3, 10118:20, 10120:8, 10127:21, 10141:3, 10144:15, 10154:15, 10161:23
**absent** [1] - 10148:11
**absolutely** [4] - 10086:2, 10086:10, 10091:2, 10137:8
**accelerate** [1] - 10163:8
**accomplish** [1] - 10157:6
**according** [1] - 10166:19
**accurate** [3] - 10119:10, 10152:4, 10171:22
**accurately** [1] - 10119:9
**acting** [1] - 10133:2
**action** [1] - 10120:17
**actions** [3] - 10120:10, 10155:2, 10169:24
**actual** [2] - 10141:9, 10141:10
**Adams** [2] - 10169:18, 10169:20
**add** [2] - 10069:25, 10105:5
**address** [5] - 10063:20, 10067:25, 10073:8, 10073:22, 10074:7
**addressed** [1] - 10098:3
**addresses** [1] - 10067:14
**addressing** [1] - 10071:9
**adequately** [1] - 10069:9
**adjournment** [1] - 10069:7
**adjust** [1] - 10074:25
**administration** [2] - 10106:7, 10138:15
**admissibility** [1] - 10098:1
**admissible** [3] -

10064:10, 10064:16, 10065:6
**admission** [10] - 10130:17, 10132:10, 10139:25, 10155:17, 10156:17, 10157:22, 10159:4, 10160:10, 10162:7, 10163:21
**admit** [4] - 10125:22, 10126:1, 10126:10, 10135:4
**admitted** [16] - 10065:3, 10125:23, 10126:5, 10126:8, 10130:19, 10132:12, 10135:6, 10140:2, 10142:2, 10155:19, 10156:18, 10157:24, 10159:6, 10160:12, 10162:9, 10163:23
**adopt** [1] - 10108:7
**adopted** [2] - 10092:25, 10094:3
**adoptions** [1] - 10064:22
**adrenaline** [1] - 10138:23
**advance** [1] - 10093:15
**affected** [1] - 10120:9
**afraid** [1] - 10114:11
**aftermath** [1] - 10099:1
**afternoon** [1] - 10067:24
**Agent** [1] - 10150:3
**agents** [1] - 10073:11
**agnostic** [1] - 10068:23
**ago** [1] - 10166:20
**agree** [9] - 10091:9, 10091:10, 10097:16, 10107:6, 10107:25, 10110:3, 10136:5, 10136:19, 10150:16
**agreed** [1] - 10098:9
**agreement** [12] - 10149:5, 10149:9, 10149:11, 10149:13, 10149:20, 10150:14, 10151:7, 10151:8, 10151:10, 10151:11, 10152:12
**ahead** [2] - 10118:9, 10151:3
**ahold** [1] - 10114:19
**aided** [1] - 10061:19
**airport** [1] - 10112:23
**al** [1] - 10121:18
**align** [2] - 10072:16,

10072:21
**aligned** [1] - 10072:20
**all-out** [1] - 10083:16
**alleged** [1] - 10097:21
**allegiances** [1] - 10105:18
**alley** [1] - 10155:4
**allow** [2] - 10088:7, 10154:13
**allowed** [6] - 10094:13, 10094:15, 10095:19, 10152:4, 10152:14, 10153:8
**America** [2] - 10063:3, 10121:17
**AMERICA** [1] - 10060:2
**America's** [1] - 10158:15
**American** [4] - 10084:19, 10161:13, 10165:4, 10169:21
**Americans** [1] - 10137:1
**anger** [2] - 10098:25, 10148:6
**angrily** [1] - 10073:13
**angry** [4] - 10098:24, 10104:21, 10120:20
**announced** [1] - 10089:23
**answer** [7] - 10069:22, 10070:12, 10071:14, 10106:4, 10113:13, 10124:12, 10136:11
**answered** [3] - 10122:16, 10136:10, 10155:6
**Antifa** [9] - 10082:14, 10104:25, 10108:5, 10108:14, 10110:17, 10111:6, 10127:20, 10140:10, 10140:17
**anytime** [1] - 10115:12
**anyway** [4] - 10072:21, 10095:1, 10120:20, 10154:7
**apace** [1] - 10091:24
**apologize** [1] - 10126:6
**APPEARANCES** [2] - 10060:11, 10061:1
**apply** [2] - 10068:4, 10068:8
**appointed** [1] - 10082:15
**approached** [1] - 10089:8
**appropriate** [2] - 10068:10, 10068:18

**area** [4] - 10075:20, 10075:25, 10157:9, 10157:13
**argue** [3] - 10092:20, 10094:2, 10098:5
**arguing** [1] - 10149:11
**argument** [5] - 10066:12, 10092:22, 10093:16, 10096:12, 10097:9
**arguments** [2] - 10150:17, 10150:19
**arrest** [1] - 10077:20
**arrested** [8] - 10085:3, 10108:17, 10112:23, 10131:25, 10133:2, 10133:11, 10134:5, 10141:18
**arrived** [2] - 10120:4, 10120:16
**articulate** [1] - 10096:6
**ash** [1] - 10135:16
**ass** [3] - 10127:18, 10127:19, 10168:19
**assaults** [1] - 10108:14
**assembly** [1] - 10104:7
**asserted** [2] - 10096:1, 10096:2
**associated** [1] - 10095:16
**assume** [1] - 10068:2
**asteroid** [1] - 10082:14
**attaches** [1] - 10108:22
**attack** [2] - 10105:1, 10170:20
**attacked** [1] - 10140:21
**attacking** [1] - 10105:2
**attempted** [1] - 10118:11
**attend** [1] - 10072:8
**attendees** [1] - 10128:10
**attention** [2] - 10069:10, 10136:2
**ATTORNEY'S** [1] - 10060:14
**audio** [4] - 10126:21, 10131:1, 10131:13, 10131:15
**audio/visual** [1] - 10073:21
**available** [2] - 10070:3, 10070:19

10175

**Avenue** [3] - 10061:12, 10061:16, 10172:3

**aware** [4] - 10107:14, 10149:7, 10149:8, 10160:24

**awe** [1] - 10163:3

## B

**B.A** [1] - 10060:12

**backing** [1] - 10095:5

**backs** [1] - 10105:22

**bag** [1] - 10127:20

**bail** [1] - 10111:2

**ball** [1] - 10127:20

**balling** [1] - 10104:12

**balls** [1] - 10104:23

**banned** [1] - 10109:2

**banner** [1] - 10077:21

**banner-burning** [1] - 10077:21

**banning** [1] - 10077:20

**based** [6] - 10076:20, 10077:18, 10120:15, 10124:12, 10160:24, 10168:20

**bashful** [1] - 10093:20

**basis** [2] - 10064:5, 10149:25

**battle** [1] - 10107:12

**Beard** [2] - 10130:25, 10131:14

**became** [4] - 10088:16, 10115:11, 10115:19, 10134:20

**becoming** [1] - 10133:14

**befall** [1] - 10082:16

**BEFORE** [1] - 10060:9

**beginning** [2] - 10106:4, 10158:12

**behind** [4] - 10087:2, 10087:5, 10088:20, 10144:25

**belabor** [1] - 10067:3

**belief** [13] - 10080:24, 10081:10, 10081:11, 10081:19, 10082:5, 10082:7, 10083:17, 10088:22, 10099:15, 10100:16, 10114:18, 10120:1, 10120:2

**beliefs** [1] - 10108:12

**believes** [1] - 10081:14

**below** [1] - 10113:7

**Bench** [7] - 10073:4, 10081:7, 10091:19,

10117:14, 10123:17, 10125:17, 10147:25

**bench** [7] - 10074:12, 10083:8, 10098:17, 10121:3, 10124:25, 10127:10, 10154:19

**Bertino** [51] - 10064:14, 10074:16, 10075:5, 10077:5, 10077:11, 10081:14, 10083:10, 10084:4, 10085:5, 10085:15, 10087:9, 10089:7, 10092:9, 10094:9, 10097:3, 10097:4, 10097:6, 10098:19, 10109:12, 10110:1, 10110:11, 10112:19, 10121:22, 10122:7, 10123:6, 10123:21, 10125:2, 10127:12, 10127:16, 10130:14, 10130:22, 10131:24, 10132:5, 10132:17, 10133:19, 10134:25, 10135:9, 10138:5, 10139:22, 10142:6, 10145:1, 10146:3, 10147:13, 10154:21, 10155:14, 10155:22, 10156:21, 10158:9, 10160:15, 10162:17, 10171:12

**BERTINO** [1] - 10062:3

**Bertino's** [3] - 10064:17, 10064:21, 10081:10

**best** [1] - 10171:24

**better** [2] - 10098:12, 10108:18

**between** [5] - 10064:14, 10070:14, 10109:20, 10148:10, 10163:18

**beyond** [1] - 10093:17

**bias** [1] - 10133:11

**Biden** [1] - 10166:3

**big** [14] - 10080:23, 10080:24, 10081:13, 10081:15, 10082:4, 10082:6, 10083:11, 10083:13, 10088:16, 10088:17, 10105:16, 10106:3, 10107:11, 10108:10

**BIGGS** [1] - 10060:5

**Biggs** [11] - 10063:4, 10063:15, 10088:12, 10088:24, 10090:22,

10102:23, 10111:21, 10117:8, 10122:12, 10151:22

**Biggs's** [1] - 10088:2

**bikes** [1] - 10167:11

**bit** [21] - 10063:22, 10103:22, 10104:3, 10104:4, 10109:24, 10110:8, 10110:23, 10111:19, 10112:17, 10113:16, 10114:22, 10119:16, 10138:18, 10139:12, 10143:15, 10143:23, 10147:5, 10147:13, 10165:12, 10167:8

**black** [2] - 10087:4, 10108:15

**Blackbeard** [12] - 10077:23, 10077:25, 10079:23, 10080:6, 10080:15, 10110:2, 10129:18, 10129:21, 10131:12, 10139:14, 10159:10, 10163:6

**Blackbeard's** [1] - 10078:19

**blah** [8] - 10126:9, 10126:10, 10150:8

**blank** [1] - 10077:11

**BLM** [1] - 10111:1

**bloc** [1] - 10108:15

**block** [1] - 10065:12

**block's** [1] - 10065:18

**Bloody** [8] - 10106:18, 10107:24, 10114:24, 10132:20, 10132:22, 10135:12, 10136:14, 10147:10

**blue** [3] - 10087:3, 10087:4, 10111:15

**bluntly** [1] - 10081:18

**Boasberg** [1] - 10072:18

**bogus** [1] - 10133:2

**Boots** [5] - 10133:23, 10134:3, 10155:25, 10156:6, 10157:7

**border** [1] - 10076:2

**bottom** [3] - 10128:6, 10139:14, 10142:15

**box** [2] - 10074:19, 10121:25

**Boy** [1] - 10083:23

**boy** [1] - 10167:3

**boys** [7] - 10088:20, 10145:14, 10158:15, 10166:16, 10166:22, 10167:2, 10167:3

**Boys** [41] - 10080:2,

10080:5, 10084:22, 10086:1, 10087:2, 10087:17, 10088:10, 10088:12, 10090:25, 10091:5, 10091:8, 10092:4, 10092:10, 10094:10, 10094:14, 10095:13, 10095:15, 10095:19, 10096:20, 10096:21, 10097:5, 10099:15, 10099:22, 10100:11, 10101:10, 10101:12, 10101:15, 10101:20, 10103:20, 10103:21, 10112:6, 10115:5, 10119:21, 10137:4, 10137:19, 10141:1, 10147:15, 10164:6, 10165:19, 10166:24, 10167:4

**break** [8] - 10072:16, 10072:20, 10072:22, 10074:6, 10074:24, 10120:25, 10121:6, 10122:7

**breaks** [1] - 10088:4

**Brief** [9] - 10074:15, 10074:17, 10121:15, 10121:21, 10121:23, 10126:13, 10126:17, 10128:16, 10163:16

**brief** [3] - 10120:25, 10121:6

**briefly** [8] - 10073:7, 10074:1, 10081:5, 10086:20, 10089:5, 10091:18, 10119:6, 10170:1

**brig** [1] - 10164:23

**bring** [8] - 10069:4, 10072:12, 10074:13, 10074:14, 10085:17, 10121:19, 10163:14

**brings** [1] - 10150:6

**bro** [1] - 10146:20

**broadly** [1] - 10150:23

**brother** [4] - 10076:13, 10080:20, 10133:1, 10164:4

**Brother** [2] - 10150:5, 10170:4

**BrotherHunter** [3] - 10128:8, 10129:11, 10130:2

**brothers** [1] - 10127:21

**brought** [5] - 10077:1, 10088:17, 10126:23, 10150:2, 10150:5

**bubble** [4] - 10142:12,

10142:15, 10145:7, 10146:19

**bubbles** [1] - 10142:11

**buddies** [1] - 10150:4

**build** [1] - 10079:16

**building** [6] - 10094:21, 10095:3, 10100:18, 10145:18, 10159:23, 10162:22

**Building** [9] - 10129:14, 10140:10, 10140:18, 10143:2, 10156:3, 10156:7, 10157:4, 10157:10, 10162:22

**buildings** [1] - 10128:12

**built** [1] - 10087:20

**bunch** [2] - 10133:3, 10152:8

**bureaucratic** [1] - 10106:9

**bureaucrats** [1] - 10138:10

**burn** [3] - 10064:4, 10064:7, 10135:16

**burning** [1] - 10077:21

**BY** [104] - 10075:4, 10077:4, 10077:12, 10078:7, 10079:10, 10080:16, 10083:9, 10084:3, 10085:14, 10085:21, 10086:21, 10087:8, 10088:1, 10089:6, 10089:20, 10098:18, 10100:7, 10100:19, 10101:2, 10101:19, 10102:12, 10102:22, 10103:5, 10103:16, 10104:5, 10105:14, 10106:12, 10107:1, 10107:22, 10109:11, 10109:25, 10110:10, 10110:24, 10111:20, 10112:13, 10112:18, 10113:17, 10114:23, 10115:24, 10116:18, 10122:6, 10122:18, 10123:5, 10125:1, 10127:11, 10127:15, 10128:7, 10128:21, 10129:5, 10129:10, 10130:8, 10130:13, 10130:22, 10131:2, 10131:16, 10132:4, 10132:16, 10132:21, 10133:18, 10134:24, 10135:8, 10135:14, 10136:16,

10176

10137:24, 10138:4,
10138:19, 10139:13,
10139:21, 10140:4,
10142:5, 10142:24,
10143:13, 10143:24,
10146:10, 10147:6,
10154:20, 10155:9,
10155:13, 10155:21,
10156:11, 10156:20,
10157:17, 10158:1,
10158:11, 10158:25,
10159:8, 10159:16,
10160:7, 10160:14,
10161:9, 10162:3,
10162:13, 10162:19,
10162:24, 10163:17,
10164:2, 10164:19,
10165:14, 10166:8,
10167:9, 10167:23,
10169:4, 10169:16,
10170:3

**C**

**calculated** [1] -
10102:3
**canceled** [1] -
10089:24
**cannon** [1] - 10110:13
**Capitol** [18] -
10128:11, 10129:14,
10140:10, 10140:18,
10143:1, 10143:12,
10144:8, 10151:24,
10151:25, 10152:1,
10156:3, 10156:7,
10157:2, 10157:4,
10157:9, 10159:23,
10162:22, 10170:16
**captured** [1] - 10142:9
**care** [5] - 10072:7,
10085:1, 10105:21,
10158:15, 10158:20
**cares** [2] - 10081:18,
10097:5
**Carmen** [3] - 10061:2,
10063:11, 10149:18
**Carolina** [4] - 10076:3,
10096:20, 10096:21,
10097:7
**case** [13] - 10067:1,
10067:5, 10067:21,
10069:2, 10070:19,
10092:24, 10096:4,
10097:2, 10097:5,
10099:6, 10099:18,
10148:24, 10151:5
**cases** [1] - 10066:10
**catastrophes** [1] -
10082:16

**cats** [1] - 10134:19
**caused** [1] - 10089:21
**caveat** [1] - 10083:1
**CCR** [3] - 10061:15,
10171:21, 10172:1
**CCTV** [1] - 10070:18
**center** [1] - 10136:8
**certain** [5] - 10065:3,
10116:14, 10120:4,
10120:16, 10120:17
**certainly** [3] -
10068:13, 10070:13,
10083:6
**CERTIFICATE** [1] -
10171:20
**certified** [3] -
10099:13, 10165:24,
10166:2
**certify** [2] - 10165:22,
10171:21
**chain** [1] - 10084:9
**challenge** [8] -
10068:7, 10090:4,
10091:1, 10099:23,
10100:8, 10100:13,
10101:4, 10117:18
**challenges** [1] -
10098:21
**challenging** [1] -
10153:11
**chance** [4] - 10066:11,
10067:20, 10067:23,
10126:11
**changed** [2] -
10111:16, 10112:4
**changing** [1] -
10133:13
**chaos** [2] - 10134:5,
10134:19
**characterize** [1] -
10095:7
**charge** [3] - 10078:15,
10112:24, 10113:3
**charged** [2] - 10149:8,
10149:9
**charges** [1] - 10133:2
**Charles** [2] -
10142:14, 10144:1
**Charlotte** [4] -
10075:20, 10075:25,
10076:2
**chat** [30] - 10077:19,
10085:6, 10112:14,
10113:9, 10113:21,
10113:22, 10114:3,
10115:25, 10117:17,
10118:23, 10119:12,
10132:7, 10133:19,
10133:23, 10134:8,
10134:14, 10135:1,

**chats** [9], 10139:22,
10140:19, 10154:22,
10155:24, 10156:1,
10156:14, 10156:21,
10156:23, 10157:20,
10162:4, 10162:14
**chats** [18] - 10080:2,
10083:22, 10083:23,
10083:24, 10089:4,
10102:7, 10103:1,
10114:6, 10114:19,
10117:23, 10118:18,
10118:19, 10139:22,
10140:5, 10141:13,
10141:15, 10160:8
**chatting** [1] - 10107:5
**check** [2] - 10071:17,
10141:13
**checking** [1] -
10141:15
**choice** [1] - 10084:16
**chunk** [1] - 10125:23
**circle** [1] - 10166:19
**Circuit** [1] - 10098:3
**circumstances** [3] -
10068:7, 10075:16,
10116:15
**cited** [5] - 10066:10,
10067:2, 10067:5,
10069:2, 10095:21
**citizens** [1] - 10137:1
**city** [6] - 10135:16,
10135:19, 10135:22,
10136:2, 10136:4,
10141:11
**claim** [3] - 10070:25,
10082:17, 10082:22
**clarified** [1] - 10092:1
**clear** [4] - 10113:8,
10113:21, 10120:13,
10153:23
**CLERK** [7] - 10063:2,
10074:18, 10121:13,
10121:16, 10121:24,
10128:20, 10171:16
**click** [1] - 10104:15
**client** [2] - 10118:8,
10152:1
**clients** [1] - 10094:3
**clip** [1] - 10123:3
**clock** [2] - 10120:24,
10171:5
**close** [1] - 10124:15
**closeness** [1] -
10124:13
**closer** [1] - 10142:12
**club** [15] - 10079:17,
10087:20, 10088:18,
10095:1, 10095:5,
10095:9, 10095:15,

10096:10, 10098:22,
10098:23, 10108:11,
10120:11, 10120:19,
10167:6
**co** [6] - 10065:4,
10081:23, 10092:7,
10096:25, 10097:21,
10126:7
**co-conspirator** [5] -
10065:4, 10081:23,
10092:7, 10096:25,
10097:21
**co-counsel** [1] -
10126:7
**cold** [1] - 10102:3
**collection** [1] -
10070:18
**COLUMBIA** [1] -
10060:1
**coming** [16] -
10072:10, 10075:19,
10078:18, 10078:22,
10081:15, 10082:8,
10082:13, 10101:10,
10107:3, 10110:18,
10112:23, 10134:11,
10141:17, 10142:12,
10149:9, 10149:10
**commander** [1] -
10142:20
**commemorative** [1] -
10075:21
**comment** [1] -
10070:2
**comments** [1] -
10064:19
**commie** [2] - 10138:8,
10138:9
**Committee** [2] -
10069:8, 10069:18
**communication** [1] -
10168:14
**company** [1] -
10140:12
**compare** [2] -
10086:11, 10144:12
**compared** [1] -
10098:25
**complete** [2] -
10069:17, 10171:24
**completely** [3] -
10143:15, 10150:16,
10152:2
**compound** [1] -
10153:23
**computer** [1] -
10061:19
**computer-aided** [1] -
10061:19
**concede** [1] -

10148:20
**concept** [1] -
10145:19
**concern** [1] -
10123:10
**conclusion** [1] -
10148:2
**condemn** [1] -
10169:24
**condemnation** [1] -
10093:21
**confer** [3] - 10069:1,
10126:7, 10126:12
**conference** [14] -
10073:4, 10074:12,
10081:7, 10083:8,
10091:19, 10098:17,
10117:14, 10121:3,
10123:17, 10124:25,
10125:17, 10127:10,
10147:25, 10154:19
**conferred** [1] -
10073:8
**confirm** [2] -
10067:14, 10070:13
**confuse** [2] -
10150:16, 10152:3
**confusing** [3] -
10150:15, 10154:1,
10154:10
**confusion** [1] -
10097:22
**Congress** [1] -
10099:13
**congressmen** [1] -
10069:15
**Conor** [2] - 10060:13,
10063:8
**consensus** [1] -
10120:7
**consequence** [1] -
10112:19
**considered** [1] -
10089:12
**consistent** [17] -
10092:23, 10147:20,
10148:3, 10148:5,
10148:7, 10148:8,
10148:23, 10149:3,
10150:13, 10150:15,
10152:14, 10152:21,
10153:23, 10153:24,
10154:11, 10154:23
**conspiracy** [1] -
10081:22
**conspirator** [5] -
10065:4, 10081:23,
10092:7, 10096:25,
10097:21
**constant** [5] -

10083:18, 10083:21, 10168:13
**constitutes** [1] - 10171:22
**Constitution** [4] - 10061:16, 10131:21, 10131:23, 10172:3
**constitutional** [2] - 10105:21, 10131:21
**contact** [4] - 10123:23, 10134:7, 10137:20, 10168:10
**context** [6] - 10064:17, 10064:21, 10078:14, 10115:5, 10115:7, 10149:3
**continue** [2] - 10098:5, 10122:2
**CONTINUED** [1] - 10061:1
**control** [5] - 10085:1, 10138:23, 10139:3, 10160:25, 10161:10
**conver** [1] - 10096:17
**conversation** [9] - 10077:18, 10090:19, 10090:23, 10099:7, 10101:10, 10101:24, 10102:25, 10103:9, 10116:10
**conversations** [42] - 10086:12, 10090:24, 10091:3, 10092:2, 10092:4, 10092:16, 10093:4, 10093:8, 10094:13, 10095:18, 10095:20, 10096:11, 10096:16, 10096:17, 10096:19, 10097:4, 10097:20, 10101:25, 10102:2, 10102:5, 10102:15, 10102:18, 10102:23, 10124:8, 10137:4, 10137:9, 10137:14, 10137:19, 10137:25, 10147:14, 10147:21, 10149:22, 10149:23, 10150:9, 10150:11, 10151:8, 10151:14, 10151:15, 10152:25, 10153:9, 10154:12, 10168:20
**convinced** [1] - 10064:9
**cool** [2] - 10127:22
**cooperating** [1] - 10151:6
**copied** [1] - 10072:2
**cops** [2] - 10084:14, 10113:23
**coptifa** [1] - 10128:12
**copy** [2] - 10072:1, 10072:4
**corral** [1] - 10139:8
**correct** [11] - 10073:15, 10073:23, 10075:15, 10078:11, 10093:6, 10096:13, 10104:1, 10143:14, 10144:5, 10152:3, 10155:2
**correctly** [3] - 10075:14, 10125:22, 10125:25
**corruption** [1] - 10136:9
**council** [1] - 10163:10
**counsel** [12] - 10066:21, 10067:11, 10067:12, 10072:1, 10073:2, 10079:8, 10091:17, 10100:1, 10117:13, 10125:13, 10126:7
**counter** [1] - 10124:20
**country** [11] - 10081:20, 10090:15, 10099:8, 10131:10, 10164:10, 10164:12, 10166:16, 10166:22, 10170:19, 10170:21, 10170:22
**couple** [6] - 10075:8, 10107:21, 10126:15, 10145:1, 10168:13, 10169:15
**course** [1] - 10149:7
**COURT** [137] - 10060:1, 10063:17, 10065:19, 10065:25, 10066:3, 10066:5, 10066:24, 10067:19, 10068:17, 10068:19, 10068:21, 10069:24, 10070:6, 10070:23, 10071:11, 10071:16, 10071:21, 10071:24, 10072:3, 10072:5, 10072:15, 10072:25, 10073:2, 10073:6, 10073:14, 10073:16, 10073:25, 10074:9, 10074:11, 10074:13, 10074:20, 10079:7, 10081:3, 10081:6, 10081:16, 10081:23, 10082:11, 10082:23, 10083:1, 10083:7, 10085:11, 10089:16, 10091:6, 10091:17, 10091:20, 10092:15, 10093:2, 10093:14, 10093:25, 10094:6, 10094:20, 10096:5, 10096:22, 10097:9, 10097:23, 10098:4, 10098:7, 10100:1, 10100:5, 10100:15, 10100:25, 10101:16, 10102:11, 10102:21, 10103:15, 10105:12, 10106:24, 10107:19, 10109:10, 10114:13, 10114:15, 10114:17, 10116:8, 10116:16, 10117:13, 10117:21, 10118:6, 10118:17, 10118:25, 10119:2, 10119:14, 10121:4, 10121:10, 10121:19, 10122:1, 10122:17, 10122:25, 10123:16, 10124:1, 10124:10, 10124:17, 10124:19, 10125:11, 10125:18, 10126:8, 10126:16, 10126:22, 10127:6, 10127:8, 10128:18, 10129:3, 10130:6, 10130:19, 10132:12, 10135:6, 10137:23, 10140:2, 10143:10, 10147:24, 10148:14, 10149:4, 10149:17, 10150:18, 10150:25, 10151:3, 10152:8, 10153:2, 10153:4, 10153:17, 10154:3, 10154:7, 10154:9, 10154:18, 10155:8, 10155:19, 10156:18, 10157:24, 10159:6, 10160:12, 10161:5, 10161:8, 10162:9, 10163:23, 10171:6, 10171:11, 10171:14, 10171:20
**court** [17] - 10067:3, 10069:6, 10071:8, 10071:23, 10072:20, 10072:22, 10073:9, 10091:25, 10094:15, 10095:8, 10095:23, 10119:12, 10121:1, 10121:6, 10149:6, 10153:13
**Court** [16] - 10061:15, 10061:15, 10090:4, 10090:25, 10098:20, 10099:5, 10099:18, 10099:22, 10100:2, 10100:8, 10100:12, 10101:3, 10121:13, 10171:16, 10171:17, 10172:1
**court's** [2] - 10149:7, 10153:11
**Court's** [2] - 10065:16, 10126:14
**Courthouse** [2] - 10061:16, 10172:2
**courtroom** [2] - 10072:9, 10074:24
**CR** [1] - 10060:2
**create** [3] - 10134:4, 10148:21, 10148:22
**created** [2] - 10134:1, 10134:8
**creating** [1] - 10134:14
**crime** [1] - 10078:16
**Criminal** [1] - 10121:17
**criminal** [1] - 10063:2
**cross** [17] - 10093:7, 10118:9, 10118:11, 10124:11, 10124:21, 10148:15, 10148:18, 10148:20, 10149:1, 10149:6, 10149:12, 10149:15, 10150:3, 10152:6, 10152:18, 10154:15
**cross-examination** [8] - 10124:11, 10148:15, 10148:20, 10149:1, 10149:6, 10150:3, 10152:6
**crowd** [7] - 10090:1, 10129:14, 10144:16, 10144:21, 10145:12, 10160:25, 10161:10
**crowd-control** [2] - 10160:25, 10161:10
**CRR** [3] - 10061:15, 10171:21, 10172:1
**CT** [1] - 10060:25
**cut** [1] - 10142:15

## D

**D.C** [14] - 10060:5, 10079:20, 10089:10, 10098:2, 10109:5, 10113:2, 10134:9, 10134:11, 10134:15, 10135:23, 10135:25, 10137:7, 10137:13, 10151:19
**date** [20] - 10077:8, 10078:8, 10086:22, 10087:9, 10103:6, 10106:13, 10112:14, 10115:25, 10123:6, 10127:23, 10129:16, 10130:22, 10132:17, 10133:21, 10140:5, 10155:22, 10156:21, 10158:2, 10160:15, 10162:14
**dated** [1] - 10171:25
**dates** [1] - 10135:9
**DAVID** [1] - 10060:17
**DAY** [1] - 10060:8
**days** [2] - 10071:2, 10071:3
**DC** [4] - 10060:15, 10060:21, 10061:17, 10172:3
**deadline** [2] - 10065:17, 10065:21
**December** [11] - 10075:13, 10077:9, 10078:8, 10086:23, 10109:8, 10109:16, 10109:20, 10110:16, 10116:1, 10123:7, 10127:24
**decide** [1] - 10089:22
**decided** [3] - 10070:25, 10089:25, 10166:25
**decision** [2] - 10098:20, 10098:23
**declared** [2] - 10104:7, 10165:5
**declined** [1] - 10158:6
**declining** [1] - 10158:19
**Defendant** [15] - 10063:3, 10063:4, 10063:5, 10063:9, 10063:10, 10063:11, 10063:12, 10063:14, 10063:15, 10063:16
**defendant's** [2] - 10068:7, 10072:7
**Defendants** [3] - 10060:7, 10060:16, 10061:2
**defendants** [15] - 10070:19, 10070:21, 10092:3, 10092:24, 10093:3, 10094:15, 10119:21, 10120:14, 10123:19, 10124:14, 10149:8, 10150:10, 10151:15, 10153:24, 10154:12
**Defense** [17] - 10076:17, 10077:6,

10107:15, 10115:21, 10116:21, 10122:10, 10123:8, 10124:20, 10130:1, 10130:15, 10142:19, 10146:5, 10147:15, 10153:21, 10156:24, 10157:3, 10157:7
**defense** [7] - 10067:11, 10068:10, 10070:3, 10070:7, 10148:9, 10149:10, 10154:15
**definitely** [4] - 10079:21, 10099:2, 10117:10, 10145:22
**degrees** [2] - 10124:13, 10124:17
**dehomed** [1] - 10109:1
**delete** [3] - 10113:20, 10114:3, 10114:6
**deleting** [1] - 10113:21
**deliberate** [1] - 10084:16
**delivered** [3] - 10067:11, 10067:12, 10075:22
**delivering** [1] - 10075:20
**delta** [6] - 10070:12, 10070:14, 10071:8, 10071:9, 10071:10, 10071:17
**Democrats** [1] - 10138:10
**denied** [1] - 10101:4
**deny** [1] - 10093:6
**deplatformed** [1] - 10109:1
**DEPUTY** [7] - 10063:2, 10074:18, 10121:13, 10121:16, 10121:24, 10128:20, 10171:16
**describe** [1] - 10120:11
**described** [3] - 10070:10, 10095:13, 10120:4
**describing** [2] - 10092:21, 10093:10
**description** [1] - 10095:12
**deserves** [1] - 10071:15
**desperate** [2] - 10101:23, 10112:3
**desperation** [2] - 10090:8, 10138:1

**detailed** [2] - 10064:1, 10064:5
**determine** [2] - 10066:19, 10069:19
**determined** [1] - 10102:3
**difference** [1] - 10148:10
**differences** [1] - 10099:4
**different** [11] - 10067:4, 10096:22, 10116:19, 10118:15, 10124:14, 10124:17, 10139:6, 10148:16, 10152:9, 10152:16, 10159:19
**differently** [1] - 10068:4
**difficult** [2] - 10084:25, 10134:20
**digest** [1] - 10067:23
**DIRECT** [1] - 10075:3
**Direct** [1] - 10062:3
**direct** [3] - 10068:12, 10090:23, 10102:25
**direction** [1] - 10105:17
**directly** [1] - 10090:18, 10101:22, 10102:7
**disagree** [1] - 10092:11
**disagreement** [1] - 10137:17
**disbelief** [1] - 10163:3
**Disclose.tv** [1] - 10159:12
**discourage** [5] - 10125:6, 10128:3, 10129:6, 10130:2, 10130:9
**discussed** [4] - 10090:4, 10099:14, 10120:5, 10145:21
**discussing** [4] - 10075:8, 10085:6, 10101:13, 10101:20
**discussion** [2] - 10101:17, 10112:1
**discussions** [10] - 10090:10, 10090:13, 10090:16, 10109:12, 10109:15, 10109:18, 10112:6, 10119:20, 10152:15, 10154:23
**disposition** [1] - 10106:19
**disputing** [2] - 10119:8, 10119:11

**dissent** [1] - 10107:14
**DISTRICT** [3] - 10060:1, 10060:1, 10060:10
**disturbing** [1] - 10107:3
**documents** [1] - 10108:21
**dogs** [1] - 10138:23
**Dominic** [2] - 10063:5, 10075:13
**done** [6] - 10066:15, 10066:16, 10066:19, 10116:14, 10120:13
**Donohoe** [6] - 10113:7, 10142:14, 10142:25, 10143:8, 10144:1, 10144:15
**Donohoe's** [1] - 10142:18
**doubt** [1] - 10088:22
**down** [43] - 10072:9, 10073:14, 10075:18, 10075:19, 10075:20, 10075:21, 10075:24, 10077:11, 10080:10, 10084:1, 10089:4, 10090:4, 10091:1, 10099:5, 10103:22, 10104:2, 10104:14, 10107:20, 10109:23, 10110:8, 10111:18, 10112:16, 10113:16, 10114:21, 10121:10, 10132:15, 10132:19, 10135:11, 10136:14, 10138:2, 10138:18, 10139:11, 10157:9, 10157:14, 10159:15, 10162:23, 10164:17, 10165:12, 10167:7, 10169:2, 10169:14, 10171:12, 10171:14
**doxing** [3] - 10108:10, 10108:20, 10108:21
**dragged** [1] - 10088:5
**drifting** [1] - 10093:12
**drive** [1] - 10145:11
**Dubrowski** [1] - 10150:3
**dude** [1] - 10165:17
**during** [3] - 10069:21, 10144:5, 10150:2
**dynamics** [1] - 10095:14

## E

**easier** [1] - 10145:11
**East** [9] - 10060:17,

10106:18, 10107:24, 10114:24, 10132:20, 10132:22, 10135:12, 10136:14, 10147:11
**easy** [1] - 10134:20
**ECF** [1] - 10066:15
**echoed** [1] - 10086:4
**edge** [8] - 10080:20, 10080:21, 10080:23, 10081:12, 10081:19, 10081:21, 10082:4, 10083:11
**edited** [2] - 10126:23, 10126:25
**effect** [18] - 10092:6, 10093:10, 10094:8, 10094:11, 10094:18, 10095:21, 10095:22, 10095:24, 10096:3, 10096:6, 10097:1, 10097:3, 10097:6, 10098:2, 10098:10, 10120:15
**effort** [3] - 10069:19, 10107:24, 10114:3
**eggs** [1] - 10147:12
**either** [1] - 10064:24, 10148:2, 10168:7
**election** [19] - 10098:21, 10099:1, 10099:13, 10099:15, 10101:4, 10101:9, 10101:13, 10101:21, 10105:10, 10105:17, 10112:2, 10112:5, 10120:1, 10137:5, 10138:11, 10158:19, 10165:24, 10166:2, 10168:11
**elicit** [5] - 10081:14, 10093:23, 10094:13, 10095:1, 10098:13
**elicited** [4] - 10092:18, 10094:12, 10098:12, 10118:14
**eliciting** [1] - 10096:4
**elites** [1] - 10136:23
**email** [1] - 10067:14
**emailed** [1] - 10067:21
**emergency** [1] - 10077:19
**emotion** [1] - 10163:5
**emotions** [1] - 10163:2
**encouraging** [1] - 10146:16
**end** [9] - 10064:8, 10147:2, 10147:5, 10147:7, 10150:12, 10152:18, 10153:15,

10166:3, 10168:25
**ends** [1] - 10064:18
**enemies** [3] - 10105:23, 10106:1, 10133:14
**enemy** [1] - 10136:18
**enforcement** [2] - 10106:2, 10108:12
**England** [1] - 10165:6
**Enrique** [29] - 10063:5, 10075:22, 10077:15, 10078:12, 10086:12, 10088:21, 10090:10, 10101:25, 10103:12, 10103:17, 10103:23, 10112:23, 10113:4, 10113:22, 10116:4, 10116:20, 10122:9, 10123:10, 10124:5, 10131:25, 10133:9, 10134:5, 10139:16, 10163:19, 10166:12, 10168:5, 10168:20, 10169:23
**enter** [3] - 10151:24, 10151:25, 10152:1
**entered** [2] - 10151:7, 10151:11
**entire** [1] - 10100:9
**entirely** [2] - 10148:11, 10148:12
**entities** [1] - 10170:20
**entries** [1] - 10064:15
**epic** [1] - 10136:12
**Erik** [2] - 10060:12, 10063:8
**error** [1] - 10126:6
**Es** [1] - 10168:25
**especially** [2] - 10074:1, 10092:13
**Esq** [12] - 10060:12, 10060:12, 10060:13, 10060:13, 10060:16, 10060:20, 10060:23, 10061:2, 10061:4, 10061:8, 10061:11, 10061:11
**et** [1] - 10121:18
**Ethan** [9] - 10063:3, 10087:16, 10089:1, 10090:16, 10102:13, 10102:15, 10117:11, 10121:17, 10122:14
**evacuated** [1] - 10159:24
**Evans** [1] - 10095:23
**eve** [1] - 10069:6
**Eve** [2] - 10075:9, 10089:8
**evening** [1] - 10065:24

**event** [3] - 10065:1, 10084:9, 10089:21
**events** [6] - 10069:13, 10070:9, 10084:22, 10089:19, 10137:7, 10141:12
**everyday** [2] - 10115:11, 10137:1
**evidence** [24] - 10074:23, 10077:2, 10078:6, 10085:13, 10085:20, 10086:16, 10087:7, 10087:25, 10092:8, 10092:11, 10092:12, 10093:12, 10103:4, 10106:11, 10112:12, 10115:23, 10123:2, 10129:2, 10130:5, 10133:17, 10142:2, 10148:22, 10150:1, 10152:2
**Evidence.com** [1] - 10070:3
**ex** [1] - 10148:5
**exact** [7] - 10083:25, 10091:12, 10101:22, 10102:4, 10102:19, 10112:8, 10112:10
**exactly** [2] - 10103:23, 10118:24
**Examination** [1] - 10062:3
**EXAMINATION** [1] - 10075:3
**examination** [9] - 10124:11, 10148:15, 10148:20, 10149:1, 10149:6, 10150:3, 10152:6, 10152:18
**example** [2] - 10145:25, 10146:1
**except** [1] - 10068:6
**exception** [6] - 10064:9, 10064:11, 10094:11, 10094:19, 10095:21, 10097:1
**exchanges** [1] - 10064:14
**excised** [1] - 10064:23
**excited** [4] - 10076:10, 10145:16, 10146:16, 10163:3
**exculpatory** [1] - 10069:20
**excuse** [4] - 10103:7, 10159:5, 10161:22, 10165:15
**exhausted** [1] - 10131:9
**Exhibit** [1] - 10134:23

**exhibit** [3] - 10064:18, 10122:8, 10139:15
**Exhibit-1137** [1] - 10142:2
**Exhibit-501-39** [1] - 10077:3
**Exhibit-510-30** [1] - 10139:20
**Exhibit-510-43** [1] - 10064:14
**Exhibit-512-8** [1] - 10155:12
**Exhibit-600-52** [1] - 10085:13
**exhibits** [1] - 10064:10
**exist** [2] - 10070:12, 10071:5
**exists** [1] - 10071:10
**expect** [1] - 10079:25
**expectant** [1] - 10082:19
**expectation** [2] - 10081:4, 10082:1
**expectations** [1] - 10082:21
**experiences** [2] - 10079:11, 10079:15
**explain** [3] - 10094:15, 10095:19, 10096:10
**explained** [2] - 10080:22, 10095:25
**explains** [1] - 10095:6
**explanation** [1] - 10094:8
**exploit** [1] - 10082:19
**explore** [6] - 10093:7, 10118:9, 10120:8, 10124:11, 10149:12, 10149:15
**exploring** [1] - 10149:13
**exposed** [1] - 10068:15
**express** [5] - 10123:10, 10125:3, 10127:25, 10167:4, 10170:10
**expressed** [3] - 10077:19, 10091:8, 10137:12
**expressing** [2] - 10091:10, 10151:21
**extensive** [1] - 10070:18
**extent** [3] - 10092:19, 10119:22, 10119:24
**extra** [2] - 10072:22, 10168:25
**extreme** [1] - 10099:4

**eyes** [1] - 10162:25

---

# F

**face** [1] - 10142:15
**faces** [1] - 10108:16
**fact** [9] - 10070:14, 10078:18, 10111:5, 10118:9, 10119:12, 10124:12, 10126:24, 10133:11, 10144:20
**factually** [1] - 10119:9
**faggots** [1] - 10133:3
**fair** [8] - 10066:5, 10082:1, 10098:10, 10120:7, 10120:18, 10149:15, 10152:20
**familiar** [1] - 10160:3
**far** [2] - 10148:11, 10167:17
**fathers** [1] - 10169:21
**FBI** [1] - 10073:11
**fear** [1] - 10088:6
**features** [1] - 10108:19
**February** [2] - 10060:6, 10171:25
**fed** [1] - 10115:10
**fed-post** [1] - 10115:10
**federal** [1] - 10082:15
**feed** [7] - 10140:9, 10140:13, 10140:15, 10140:24, 10141:3, 10141:9
**feeds** [9] - 10141:6, 10141:19, 10144:5, 10144:7, 10144:10, 10144:13, 10160:21, 10160:24, 10161:2
**feelings** [2] - 10133:12, 10151:12
**fellow** [1] - 10144:20
**felt** [29] - 10076:22, 10076:23, 10080:11, 10083:25, 10090:14, 10091:7, 10091:12, 10093:19, 10095:4, 10096:18, 10097:24, 10101:7, 10101:22, 10102:4, 10105:6, 10105:16, 10107:3, 10107:9, 10108:13, 10112:10, 10131:9, 10133:8, 10136:8, 10136:22, 10138:11, 10167:16, 10170:19, 10170:20
**few** [9] - 10063:19, 10078:10, 10080:14,

10084:2, 10122:8, 10124:7, 10128:12, 10128:13
**fight** [1] - 10107:11
**figure** [1] - 10134:7
**figured** [5] - 10085:2, 10108:6, 10134:6, 10134:17, 10134:20
**file** [1] - 10067:10
**filed** [3] - 10065:12, 10065:14, 10068:22
**film** [1] - 10143:8
**fine** [4] - 10082:9, 10082:21, 10150:14, 10153:24
**finish** [2] - 10100:24, 10100:25
**fired** [1] - 10109:1
**first** [13] - 10063:21, 10065:9, 10075:17, 10076:14, 10125:22, 10126:1, 10126:10, 10132:17, 10135:18, 10145:7, 10150:19, 10150:20, 10165:21
**Fischer** [1] - 10140:11
**Fischer's** [3] - 10140:9, 10140:13, 10140:24
**five** [1] - 10072:22
**FL** [2] - 10061:6, 10061:9
**Floor** [2] - 10060:24, 10061:13
**focus** [1] - 10136:1
**focused** [2] - 10064:12, 10064:24
**fodder** [3] - 10148:15, 10148:20, 10149:6
**folks** [1] - 10104:25
**follow** [4] - 10086:6, 10146:1, 10152:16, 10154:14
**follow-up** [1] - 10154:14
**followed** [3] - 10087:21, 10091:25, 10141:4
**following** [3] - 10088:17, 10151:23, 10160:21
**FOR** [1] - 10060:1
**Ford** [4] - 10140:9, 10140:11, 10140:13, 10140:24
**foregoing** [1] - 10171:22
**form** [5] - 10116:7, 10145:9, 10145:10, 10145:19, 10149:3

**formation** [1] - 10145:11
**formed** [1] - 10081:22
**formulated** [1] - 10098:13
**forward** [2] - 10074:4, 10095:6
**fought** [1] - 10165:5
**foundation** [18] - 10079:8, 10081:2, 10081:3, 10082:22, 10083:4, 10102:20, 10109:9, 10116:7, 10117:12, 10117:19, 10118:1, 10118:2, 10118:12, 10119:1, 10123:21, 10124:5, 10124:22, 10148:22
**founding** [1] - 10169:21
**four** [3] - 10111:1, 10111:9, 10166:21
**Fox** [2] - 10069:11, 10070:16
**frame** [1] - 10063:24
**Franklin** [2] - 10169:19, 10169:20
**frankly** [1] - 10067:13
**fraudulent** [1] - 10138:11
**free** [2] - 10118:8, 10124:11
**freedom** [6] - 10101:6, 10164:10, 10166:25, 10170:24, 10170:25
**frequent** [3] - 10109:18, 10109:19, 10137:9
**frequently** [3] - 10088:9, 10088:11, 10168:7
**Friday** [3] - 10071:24, 10072:13, 10072:23
**friendly** [1] - 10076:6
**friends** [1] - 10073:9
**front** [3] - 10085:3, 10144:19, 10144:20
**frustration** [1] - 10148:5
**fuck** [12] - 10084:14, 10088:8, 10088:9, 10109:5, 10133:1, 10133:4, 10138:8, 10138:25, 10145:14, 10146:20, 10160:18, 10161:25
**Fucking** [1] - 10146:14
**fucking** [8] - 10080:7, 10088:4, 10127:18,

10127:19, 10127:20, 10127:21, 10168:19
**FuckTheBlue** [1] - 10111:13
**full** [1] - 10171:23

## G

**game** [2] - 10082:1, 10115:14
**Garland** [2] - 10095:24, 10095:25
**gathered** [1] - 10141:1
**Gay** [1] - 10084:6
**general** [16] - 10090:24, 10091:4, 10092:4, 10093:8, 10094:14, 10094:25, 10095:5, 10095:9, 10095:14, 10095:15, 10097:4, 10099:7, 10112:1, 10119:22, 10119:23, 10120:11
**generally** [8] - 10086:9, 10087:22, 10092:10, 10092:13, 10098:14, 10112:7, 10137:20
**gentlemen** [3] - 10074:21, 10121:4, 10171:8
**genuine** [1] - 10076:14
**geographically** [1] - 10143:17
**George** [1] - 10169:20
**Georgia** [1] - 10169:18
**gestured** [1] - 10073:12
**girlfriend** [1] - 10141:22
**given** [8] - 10064:19, 10072:11, 10074:2, 10074:23, 10078:14, 10120:16, 10126:20, 10151:7
**glanced** [1] - 10067:1
**glancing** [1] - 10120:24
**Goddammit** [1] - 10160:20
**Government** [2] - 10063:7, 10066:20
**government** [42] - 10064:1, 10064:8, 10066:14, 10066:24, 10067:6, 10067:9, 10068:6, 10068:23, 10069:1, 10069:6,

10069:17, 10069:20, 10070:7, 10070:8, 10070:15, 10070:18, 10070:21, 10071:3, 10073:9, 10073:23, 10073:25, 10074:7, 10088:5, 10092:20, 10093:23, 10094:2, 10094:7, 10094:13, 10096:3, 10096:15, 10098:12, 10101:7, 10105:19, 10106:6, 10117:16, 10118:12, 10118:14, 10119:19, 10137:2, 10148:17, 10148:21, 10149:7
**government's** [4] - 10068:12, 10091:21, 10118:16, 10118:19
**Government's** [1] - 10077:2
**gravamen** [1] - 10151:5
**great** [2] - 10151:10, 10151:11
**ground** [5] - 10112:24, 10113:3, 10140:23, 10151:9, 10151:22
**Ground** [5] - 10133:23, 10134:3, 10155:25, 10156:6, 10157:7
**grounds** [4] - 10069:7, 10071:1, 10143:12, 10144:8
**group** [14] - 10092:14, 10110:12, 10117:17, 10117:20, 10118:23, 10134:1, 10134:2, 10140:25, 10141:4, 10151:25, 10152:1, 10155:24, 10156:23, 10156:25
**groupies** [1] - 10151:20
**groups** [1] - 10128:13
**Guard** [1] - 10131:19
**guess** [6] - 10067:15, 10124:3, 10127:3, 10145:25, 10146:1, 10153:20
**guessing** [1] - 10103:24
**guilty** [1] - 10151:6
**guy** [3] - 10075:18, 10076:22, 10123:22
**guys** [18] - 10075:19, 10075:24, 10079:23, 10079:24, 10080:1, 10083:22, 10103:18,

10103:19, 10103:21, 10104:13, 10108:4, 10108:17, 10110:18, 10111:7, 10113:3, 10117:5, 10145:17, 10151:23

## H

**habit** [4] - 10092:8, 10092:12, 10092:20, 10093:12
**Hadji** [2] - 10104:6, 10104:14
**hall** [1] - 10072:9
**handle** [1] - 10066:12
**handled** [1] - 10107:10
**hands** [1] - 10073:13, 10107:11
**happy** [6] - 10070:13, 10070:16, 10163:2, 10170:15, 10171:1, 10171:3
**Harris** [7] - 10073:22, 10074:6, 10074:13, 10074:24, 10086:16, 10122:4, 10127:13
**Hassan** [2] - 10061:4, 10063:11
**HASSAN** [2] - 10061:5, 10079:6
**hate** [1] - 10078:16
**hated** [1] - 10088:19
**Haven** [1] - 10060:25
**head** [1] - 10167:18
**health** [1] - 10072:7
**hear** [12] - 10073:19, 10074:6, 10075:14, 10091:17, 10091:21, 10092:17, 10097:16, 10113:12, 10127:25, 10130:1, 10137:17, 10142:25
**heard** [11] - 10073:3, 10074:1, 10081:5, 10082:11, 10084:13, 10084:15, 10084:24, 10093:19, 10115:4, 10128:24, 10146:11
**hearing** [2] - 10072:9, 10074:22
**hearsay** [15] - 10091:13, 10092:5, 10094:10, 10094:12, 10094:18, 10095:1, 10095:11, 10095:20, 10096:8, 10096:12, 10096:24, 10097:14, 10097:16, 10119:23,

10119:24
**hearsay-like** [1] - 10092:5
**heck** [1] - 10094:17
**HELD** [1] - 10060:9
**held** [1] - 10113:5
**help** [4] - 10093:16, 10108:4, 10112:25, 10113:4
**Henry** [2] - 10139:15, 10139:17
**herding** [1] - 10134:19
**hereby** [1] - 10171:21
**Hernandez** [11] - 10061:2, 10063:11, 10064:1, 10071:21, 10072:5, 10091:20, 10094:6, 10096:8, 10119:17, 10149:18, 10150:25
**HERNANDEZ** [54] - 10071:20, 10071:22, 10072:2, 10072:4, 10072:13, 10072:24, 10085:9, 10089:14, 10091:4, 10091:13, 10094:5, 10094:7, 10095:17, 10096:14, 10096:23, 10097:18, 10097:24, 10098:5, 10099:24, 10100:23, 10101:14, 10102:9, 10103:14, 10105:11, 10106:22, 10107:18, 10113:12, 10114:12, 10114:14, 10122:23, 10123:14, 10123:18, 10124:9, 10124:12, 10124:18, 10124:24, 10129:1, 10130:4, 10137:22, 10143:9, 10149:18, 10150:24, 10151:1, 10151:4, 10152:22, 10153:3, 10153:8, 10154:2, 10154:4, 10154:8, 10155:5, 10161:4, 10161:6, 10162:11
**Hernandez's** [2] - 10064:11, 10095:10
**Hialeah** [1] - 10061:9
**hide** [1] - 10107:25
**hiding** [1] - 10108:8
**Highland** [1] - 10061:3
**Hill** [1] - 10159:23
**historical** [1] - 10146:24
**history** [6] - 10078:17, 10079:1, 10113:8, 10145:17, 10165:17,

10170:7
**hold** [2] - 10125:11, 10139:3
**Hollow** [1] - 10061:2
**holy** [3] - 10145:14, 10159:18, 10159:22
**homes** [1] - 10108:11
**honest** [1] - 10126:3
**Honor** [43] - 10065:15, 10066:18, 10067:9, 10068:5, 10070:1, 10070:11, 10071:5, 10071:22, 10072:24, 10073:5, 10073:20, 10074:8, 10074:10, 10075:2, 10079:6, 10081:8, 10091:23, 10092:8, 10092:22, 10093:1, 10094:7, 10095:17, 10097:20, 10102:10, 10113:13, 10114:14, 10116:12, 10117:15, 10118:10, 10118:15, 10122:3, 10122:24, 10123:14, 10123:18, 10124:3, 10129:1, 10130:4, 10149:18, 10150:24, 10152:22, 10154:8, 10155:5, 10171:3
**Honorable** [1] - 10121:13
**HONORABLE** [1] - 10060:9
**honored** [2] - 10126:9, 10127:18
**hope** [4] - 10090:9, 10099:6, 10099:7, 10114:4
**hopeful** [1] - 10063:22
**hopefully** [1] - 10113:23
**hoping** [3] - 10087:11, 10131:17, 10157:6
**hotspot** [1] - 10157:13
**hour** [1] - 10067:22
**hours** [3] - 10069:12, 10069:21, 10111:3
**house** [1] - 10075:22
**House** [4] - 10069:8, 10069:10, 10069:18, 10082:15
**Hull** [2] - 10060:20, 10063:10
**HULL** [1] - 10060:20
**hundred** [1] - 10128:12
**hung** [1] - 10088:5
**Hunter** [2] - 10150:6, 10154:4

10181

**hurt** [2] - 10139:9, 10141:18

# I

**idea** [8] - 10078:20, 10079:24, 10099:14, 10105:8, 10107:14, 10114:7, 10143:16, 10165:9
**identified** [1] - 10108:4
**identify** [1] - 10108:16
**identifying** [1] - 10108:19
**identities** [2] - 10107:25, 10108:8
**II** [1] - 10061:11
**illegal** [2] - 10115:10, 10115:12
**implications** [1] - 10149:2
**implicitly** [1] - 10148:8
**important** [1] - 10157:11
**impression** [1] - 10148:22
**impressions** [1] - 10151:12
**improper** [4] - 10092:5, 10092:11, 10093:12, 10153:10
**IN** [1] - 10060:1
**incarcerated** [1] - 10072:7
**inclination** [2] - 10066:9, 10067:20
**incoming** [1] - 10138:14
**inconsistent** [5] - 10147:20, 10150:13, 10150:15, 10152:21, 10154:23
**independence** [1] - 10165:6
**indicate** [1] - 10070:8
**indicating** [5] - 10071:20, 10073:1, 10093:13, 10094:5, 10170:10
**individual** [4] - 10064:15, 10064:18, 10064:23, 10116:14
**individual's** [2] - 10064:16, 10064:19
**individually** [2] - 10153:11, 10153:14
**indoor** [1] - 10167:11
**indulgence** [1] - 10126:15

**inference** [3] - 10092:21, 10120:9, 10120:18
**influence** [1] - 10165:17
**influenced** [3] - 10120:18, 10164:8, 10170:7
**influential** [5] - 10085:25, 10086:8, 10087:16, 10087:22, 10088:12
**info** [1] - 10078:4
**information** [11] - 10069:8, 10100:21, 10112:25, 10113:4, 10134:10, 10140:18, 10140:22, 10141:16, 10157:8, 10157:11, 10167:17
**InfoWars** [1] - 10088:17
**initiative** [1] - 10134:16
**inquire** [3] - 10069:5, 10069:16, 10069:24
**inside** [1] - 10147:12
**insofar** [1] - 10064:20
**installed** [1] - 10101:8
**instead** [2] - 10105:20, 10115:14
**intended** [2] - 10065:19, 10152:7
**intent** [1] - 10065:4
**interacted** [2] - 10086:5, 10098:22
**interacting** [1] - 10083:24
**interactions** [4] - 10079:12, 10088:21, 10088:24, 10089:1
**interest** [1] - 10070:24
**interpreted** [1] - 10152:16
**interrupt** [1] - 10151:1
**interruption** [1] - 10128:16
**intertwine** [1] - 10105:9
**invalid** [1] - 10165:25
**invite** [2] - 10076:16, 10148:1
**involve** [1] - 10101:3
**involved** [3] - 10080:2, 10100:21, 10130:15
**irrelevant** [1] - 10096:4
**issue** [15] - 10065:8, 10065:11, 10067:15, 10067:17, 10068:3,

10068:9, 10071:7, 10073:8, 10074:2, 10074:5, 10093:3, 10098:3, 10108:10, 10118:24, 10170:5
**issued** [1] - 10068:7
**issues** [2] - 10065:9, 10074:22
**itself** [1] - 10166:19
**IV** [1] - 10060:20

# J

**Jack** [1] - 10150:6
**jail** [4] - 10077:13, 10077:17, 10108:17, 10111:10
**Jake** [4] - 10128:9, 10129:12, 10130:3, 10154:4
**January** [41] - 10069:8, 10069:12, 10079:20, 10085:16, 10087:10, 10088:2, 10089:11, 10099:10, 10103:8, 10105:10, 10106:14, 10109:21, 10112:15, 10112:20, 10129:17, 10130:23, 10131:25, 10132:18, 10133:22, 10135:10, 10137:7, 10140:6, 10141:1, 10141:7, 10146:3, 10147:16, 10151:17, 10154:6, 10154:22, 10154:25, 10155:23, 10156:22, 10158:3, 10159:2, 10160:1, 10160:16, 10162:5, 10162:15, 10166:9, 10168:6, 10169:23
**Jason** [3] - 10060:12, 10063:7, 10067:8
**Jauregui** [2] - 10061:8, 10063:12
**JAUREGUI** [8] - 10061:8, 10073:1, 10073:5, 10073:7, 10073:15, 10073:17, 10074:10, 10128:17
**Jeremy** [2] - 10074:16, 10121:22
**JEREMY** [1] - 10062:3
**job** [1] - 10134:17
**jobs** [1] - 10108:11
**Joe** [6] - 10102:23, 10111:21, 10117:8, 10122:12, 10166:3
**John** [5] - 10060:20,

10063:10, 10078:1, 10109:3, 10138:20
**Johnny** [12] - 10077:23, 10077:25, 10078:19, 10079:23, 10080:6, 10080:15, 10129:18, 10129:21, 10131:12, 10139:14, 10159:9, 10163:6
**join** [2] - 10076:16, 10093:22
**joined** [1] - 10088:18
**joke** [2] - 10113:25, 10115:19
**jokingly** [1] - 10115:18
**Joseph** [3] - 10063:4, 10088:24, 10090:22
**Judge** [6] - 10070:24, 10072:18, 10095:24, 10095:25, 10100:14, 10147:22
**judge** [2] - 10069:5, 10073:7
**JUDGE** [1] - 10060:10
**judgeship** [1] - 10082:15
**juror** [4] - 10073:8, 10073:10, 10073:12, 10074:2
**jurors** [1] - 10073:20
**jury** [14] - 10064:7, 10074:14, 10074:18, 10074:19, 10097:21, 10121:9, 10121:20, 10121:24, 10121:25, 10127:14, 10135:5, 10150:16, 10152:3, 10171:10
**JURY** [1] - 10060:8
**Jury** [4] - 10074:19, 10121:9, 10121:25, 10171:10

# K

**keep** [11] - 10073:14, 10108:4, 10110:22, 10127:21, 10134:18, 10139:3, 10139:8, 10141:16, 10160:18, 10171:3
**keg** [4] - 10080:12, 10080:22, 10081:12, 10094:17
**kegs** [2] - 10095:11, 10095:13
**KELLY** [1] - 10060:9
**KENERSON** [211] - 10074:8, 10075:2, 10075:4, 10076:25,

10077:4, 10077:10, 10077:12, 10078:5, 10078:7, 10079:9, 10079:10, 10080:13, 10080:16, 10081:5, 10081:8, 10082:10, 10083:6, 10083:9, 10084:1, 10084:3, 10085:12, 10085:14, 10085:19, 10085:21, 10086:9, 10086:19, 10086:21, 10087:6, 10087:8, 10087:24, 10088:1, 10089:3, 10089:6, 10089:20, 10091:23, 10095:7, 10098:18, 10100:3, 10100:6, 10100:7, 10100:19, 10100:24, 10101:2, 10101:18, 10101:19, 10102:12, 10102:22, 10103:3, 10103:5, 10103:16, 10104:2, 10104:5, 10104:14, 10106:10, 10106:12, 10107:1, 10107:20, 10107:22, 10109:11, 10109:23, 10109:25, 10110:8, 10110:10, 10110:22, 10110:24, 10111:18, 10111:20, 10112:11, 10112:13, 10112:16, 10112:18, 10113:15, 10113:17, 10114:21, 10114:23, 10115:22, 10115:24, 10116:18, 10119:6, 10121:2, 10122:3, 10122:6, 10122:18, 10123:1, 10123:5, 10125:1, 10125:9, 10126:3, 10126:14, 10126:19, 10127:2, 10127:7, 10127:11, 10127:13, 10127:15, 10128:5, 10128:7, 10128:21, 10129:5, 10129:8, 10129:10, 10130:8, 10130:11, 10130:13, 10130:17, 10130:21, 10130:24, 10131:2, 10131:11, 10131:16, 10132:2, 10132:4, 10132:10, 10132:14, 10132:16, 10132:19, 10132:21, 10133:16, 10133:18, 10134:22, 10134:24, 10135:4, 10135:8, 10135:11, 10135:14, 10136:13,

10182

10136:16, 10137:24,
10138:2, 10138:4,
10138:17, 10138:19,
10139:11, 10139:13,
10139:19, 10139:21,
10139:25, 10140:4,
10142:1, 10142:5,
10142:21, 10142:24,
10143:13, 10143:20,
10143:22, 10143:24,
10146:7, 10146:10,
10147:2, 10147:4,
10147:6, 10149:5,
10154:17, 10154:20,
10155:9, 10155:11,
10155:13, 10155:17,
10155:21, 10156:9,
10156:11, 10156:16,
10156:20, 10157:15,
10157:17, 10157:22,
10158:1, 10158:8,
10158:11, 10158:23,
10158:25, 10159:4,
10159:8, 10159:15,
10159:16, 10160:5,
10160:7, 10160:10,
10160:14, 10161:9,
10162:1, 10162:3,
10162:7, 10162:12,
10162:13, 10162:16,
10162:19, 10162:23,
10162:24, 10163:12,
10163:17, 10163:21,
10163:25, 10164:2,
10164:17, 10164:19,
10165:12, 10165:14,
10166:7, 10166:8,
10167:7, 10167:9,
10167:20, 10167:23,
10169:2, 10169:4,
10169:14, 10169:16,
10170:1, 10170:3,
10171:2
**Kenerson** [24] -
10060:12, 10063:8,
10075:1, 10082:2,
10094:21, 10094:24,
10095:3, 10095:21,
10096:5, 10096:7,
10098:15, 10119:4,
10120:12, 10120:23,
10122:2, 10125:18,
10125:24, 10128:19,
10149:4, 10150:20,
10152:11, 10153:6,
10153:18, 10154:10
**Kenerson's** [1] -
10093:18
**Kenerson...............
10075** [1] - 10062:3

**kept** [2] - 10110:13,
10110:18
**kick** [2] - 10127:18,
10127:19
**kilt** [1] - 10127:20
**kind** [15] - 10067:15,
10070:12, 10071:13,
10071:14, 10073:12,
10073:21, 10076:6,
10076:22, 10079:14,
10092:20, 10114:9,
10115:8, 10134:17,
10144:24, 10150:22
**known** [2] - 10075:19,
10169:12
**knows** [2] - 10094:14,
10151:19
**Kuznetsov** [1] -
10116:2

## L

**lack** [3] - 10118:1,
10149:11
**ladies** [3] - 10074:21,
10121:4, 10171:8
**laid** [2] - 10067:4,
10091:25
**Lakes** [1] - 10061:6
**large** [2] - 10069:14,
10092:13
**last** [8] - 10064:15,
10064:22, 10065:16,
10067:10, 10090:9,
10125:23, 10147:8,
10152:22
**laughing** [1] -
10168:19
**law** [2] - 10106:2,
10108:12
**LAW** [2] - 10061:5,
10061:8
**lawmakers** [1] -
10088:4
**laws** [1] - 10088:4
**lay** [3] - 10065:5,
10079:8, 10083:4
**lead** [2] - 10101:5,
10147:16
**lead-up** [1] - 10147:16
**leader** [6] - 10124:19,
10129:24, 10130:1,
10143:7, 10144:20,
10146:4
**leaders** [13] -
10099:15, 10100:17,
10100:20, 10100:22,
10101:3, 10107:15,
10109:13, 10109:15,
10112:2, 10134:16,

10137:15, 10151:23,
10155:3
**leadership** [14] -
10085:6, 10122:21,
10123:13, 10124:3,
10125:3, 10127:25,
10128:15, 10128:23,
10147:16, 10149:22,
10153:6, 10153:25,
10154:13, 10154:24
**leading** [11] -
10083:17, 10097:21,
10100:23, 10105:10,
10105:11, 10137:10,
10146:1, 10151:25,
10152:1, 10154:24
**leads** [2] - 10153:1,
10153:3
**least** [11] - 10067:20,
10067:24, 10068:3,
10068:22, 10069:1,
10081:13, 10091:8,
10098:8, 10098:22,
10100:25, 10153:22
**led** [2] - 10120:9,
10144:24
**left** [3] - 10099:7,
10142:12, 10149:1
**legal** [6] - 10099:22,
10100:12, 10114:20,
10115:9, 10139:18,
10148:2
**legend** [1] - 10087:21
**legitimate** [1] -
10124:21
**leitmotif** [1] -
10092:23
**Leo** [1] - 10116:2
**less** [1] - 10120:20
**letting** [2] - 10139:2,
10140:20
**level** [2] - 10098:25,
10168:10
**liability** [1] - 10068:15
**life** [2] - 10109:2,
10115:14
**light** [1] - 10081:21
**likely** [1] - 10079:20
**line** [8] - 10082:20,
10097:19, 10110:18,
10122:23, 10123:18,
10124:9, 10150:8
**lines** [4] - 10086:14,
10090:16, 10128:11,
10128:14
**link** [4] - 10104:15,
10133:25
**list** [1] - 10105:5
**listen** [1] - 10074:4
**listener** [13] - 10092:6,

10094:8, 10094:9,
10094:11, 10094:18,
10095:22, 10095:23,
10095:24, 10097:2,
10098:2, 10098:11,
10120:15
**live** [11] - 10067:15,
10075:25, 10108:23,
10140:15, 10141:3,
10141:9, 10144:4,
10144:13, 10160:21,
10160:24, 10161:2
**LLC** [1] - 10060:23
**LMFAO** [2] - 10168:1,
10168:17
**local** [1] - 10106:7
**locally** [1] - 10113:3
**log** [2] - 10116:3,
10116:23
**logged** [2] - 10113:23,
10114:5
**LOL** [1] - 10110:14
**look** [3] - 10066:11,
10070:13, 10072:16
**looked** [3] - 10068:21,
10068:22, 10158:20
**looking** [4] - 10077:8,
10082:2, 10153:18,
10171:4
**looks** [3] - 10143:1,
10159:11, 10169:18
**loose** [2] - 10138:25,
10139:2
**losing** [1] - 10108:11
**loud** [5] - 10073:11,
10073:18, 10073:24,
10109:4, 10128:22
**love** [3] - 10076:14,
10164:23, 10167:4
**loyal** [4] - 10076:23,
10105:19, 10131:20,
10131:22
**lunch** [3] - 10068:1,
10171:8, 10171:9
**Luncheon** [1] -
10171:18

## M

**machine** [2] -
10061:18, 10148:6
**mad** [3] - 10146:20,
10146:23, 10156:24
**Madison** [1] -
10159:23
**Main** [2] - 10123:8,
10156:24
**maintain** [2] -
10066:11, 10067:24
**major** [1] - 10109:22

**man** [1] - 10146:14
**manually** [1] -
10113:20
**marching** [1] -
10110:17
**mark** [3] - 10103:18,
10104:10, 10111:3
**masked** [1] - 10108:15
**match** [1] - 10076:24
**matter** [4] - 10063:2,
10072:7, 10096:1,
10096:2
**Matter** [1] - 10121:17
**mayors** [1] - 10106:7
**McCarthy** [2] -
10069:11, 10070:25
**McCullough** [4] -
10060:12, 10063:7,
10067:8, 10072:2
**MCCULLOUGH** [4] -
10067:8, 10070:11,
10071:5, 10071:12
**MCGUIRE** [1] -
10060:20
**MD** [1] - 10061:3
**mean** [50] - 10065:21,
10066:13, 10066:16,
10069:22, 10071:16,
10080:4, 10081:12,
10081:18, 10082:13,
10082:18, 10083:24,
10084:7, 10087:1,
10087:4, 10087:20,
10094:23, 10095:8,
10097:20, 10100:1,
10104:11, 10106:4,
10108:20, 10111:14,
10113:1, 10114:10,
10119:8, 10119:13,
10123:21, 10123:22,
10123:24, 10131:6,
10131:7, 10131:18,
10136:10, 10136:25,
10143:11, 10145:10,
10148:15, 10148:16,
10149:5, 10149:19,
10150:18, 10151:1,
10151:20, 10153:19,
10158:17, 10159:19,
10164:7, 10165:3,
10168:18
**meaning** [2] -
10103:19, 10117:23
**means** [8] - 10087:2,
10094:3, 10115:7,
10148:18, 10148:24,
10149:11, 10149:16,
10154:15
**meant** [9] - 10065:19,
10075:21, 10082:2,

10183

10103:21, 10106:6, 10116:9, 10137:1, 10159:20, 10164:8
**measures** [2] - 10160:25, 10161:10
**media** [13] - 10079:2, 10079:4, 10079:12, 10079:15, 10079:20, 10079:21, 10085:25, 10086:8, 10087:16, 10088:13, 10100:22, 10140:12, 10159:11
**meet** [5] - 10075:13, 10075:16, 10075:19, 10075:24, 10076:10
**meeting** [2] - 10076:4, 10076:13
**meets** [1] - 10131:3
**member** [6] - 10095:12, 10111:6, 10117:24, 10118:8, 10123:13
**members** [15] - 10085:5, 10090:25, 10091:5, 10096:23, 10097:5, 10122:21, 10124:4, 10137:4, 10147:14, 10147:15, 10149:20, 10153:6, 10153:20, 10153:21, 10154:24
**memory** [2] - 10125:24, 10126:11
**mention** [1] - 10077:13
**mentioned** [4] - 10071:25, 10084:23, 10144:4, 10150:20
**message** [58] - 10077:22, 10077:23, 10078:2, 10078:10, 10078:19, 10080:15, 10084:4, 10084:11, 10084:23, 10103:6, 10103:12, 10103:23, 10104:6, 10104:14, 10106:15, 10106:17, 10107:23, 10109:3, 10110:11, 10113:20, 10116:21, 10123:6, 10127:16, 10127:23, 10128:8, 10128:22, 10128:24, 10129:11, 10129:18, 10130:25, 10131:11, 10132:20, 10133:25, 10135:12, 10135:15, 10136:14, 10136:25, 10138:5, 10139:14, 10140:7, 10145:13, 10145:15,

10146:18, 10147:7, 10147:8, 10147:10, 10156:12, 10158:9, 10162:17, 10164:3, 10164:11, 10164:20, 10165:1, 10165:7, 10165:22, 10167:24, 10169:17
**messages** [40] - 10064:20, 10064:22, 10075:7, 10077:1, 10077:6, 10077:11, 10078:14, 10080:14, 10084:2, 10103:6, 10107:21, 10110:25, 10113:7, 10113:18, 10117:17, 10118:5, 10118:13, 10118:22, 10119:11, 10119:13, 10130:14, 10130:22, 10132:5, 10134:25, 10135:1, 10138:20, 10145:1, 10145:3, 10146:21, 10150:1, 10150:4, 10155:14, 10155:15, 10155:22, 10157:18, 10158:2, 10159:1, 10160:15, 10168:8, 10168:16
**Metcalf** [2] - 10061:11, 10063:13
**METCALF** [7] - 10061:12, 10089:15, 10100:14, 10114:16, 10116:12, 10116:17
**Miami** [2] - 10061:6, 10075:21
**microphone** [1] - 10128:19
**might** [16] - 10065:2, 10067:3, 10068:4, 10080:24, 10081:13, 10081:15, 10082:6, 10082:7, 10082:15, 10082:21, 10083:13, 10085:2, 10096:11, 10146:17, 10161:23
**milieu** [1] - 10093:9
**MILLER** [1] - 10171:21
**Miller** [2] - 10061:15, 10172:1
**million** [2] - 10128:12, 10129:13
**mind** [11] - 10069:22, 10081:24, 10085:18, 10092:7, 10093:11, 10097:10, 10098:8, 10105:9, 10105:13, 10116:13, 10164:18
**mine** [1] - 10102:19

**Minecraft** [5] - 10115:1, 10115:4, 10116:3, 10116:23, 10117:6
**Ministry** [17] - 10076:16, 10077:6, 10107:15, 10115:20, 10116:21, 10122:10, 10123:8, 10124:19, 10130:1, 10130:15, 10142:19, 10146:4, 10147:15, 10153:21, 10156:24, 10157:3, 10157:7
**Mink** [1] - 10061:2
**minutes** [7] - 10072:10, 10072:19, 10072:23, 10078:10, 10121:12, 10126:15, 10166:21
**misleading** [4] - 10123:21, 10123:25, 10124:9, 10152:2
**missed** [1] - 10065:14
**misstate** [1] - 10149:25
**misstates** [3] - 10129:1, 10130:4, 10149:24
**misstating** [1] - 10085:10
**mixture** [1] - 10141:8
**moment** [7] - 10066:9, 10075:7, 10077:1, 10082:19, 10103:2, 10125:12, 10126:7
**Monday** [1] - 10065:17
**months** [1] - 10168:13
**mood** [7] - 10095:9, 10095:15, 10096:9, 10098:22, 10119:22, 10120:18, 10137:25
**Moore** [2] - 10060:13, 10063:8
**morning** [11] - 10063:17, 10063:20, 10067:14, 10067:18, 10071:22, 10072:14, 10073:5, 10073:6, 10075:5, 10075:6, 10141:6
**MORNING** [1] - 10060:9
**MOSD** [34] - 10076:24, 10085:6, 10109:13, 10109:15, 10112:1, 10113:9, 10116:4, 10122:21, 10123:11, 10123:13, 10123:20, 10124:4, 10125:3,

10125:4, 10127:25, 10128:1, 10128:15, 10128:23, 10128:25, 10129:22, 10134:17, 10137:14, 10143:7, 10144:20, 10149:20, 10149:22, 10150:5, 10153:6, 10153:25, 10154:5, 10154:12, 10154:24, 10155:4, 10163:9
**most** [4] - 10088:19, 10150:10, 10151:14, 10151:16
**motherfucker** [1] - 10165:2
**motherfuckers** [1] - 10111:24
**motion** [5] - 10065:12, 10065:13, 10065:17, 10065:18, 10066:9
**movant** [1] - 10067:17
**movants** [1] - 10067:13
**move** [17] - 10065:22, 10091:13, 10091:15, 10106:10, 10126:12, 10130:17, 10131:9, 10132:10, 10135:4, 10139:25, 10155:17, 10156:16, 10157:22, 10159:4, 10160:10, 10162:7, 10163:21
**MR** [264] - 10065:15, 10065:24, 10066:1, 10066:4, 10066:18, 10067:8, 10068:5, 10068:18, 10068:20, 10069:5, 10070:1, 10070:4, 10070:11, 10070:24, 10071:5, 10071:12, 10073:1, 10073:5, 10073:7, 10073:15, 10073:17, 10074:8, 10074:10, 10075:2, 10075:4, 10076:25, 10077:4, 10077:10, 10077:12, 10078:5, 10078:7, 10079:6, 10079:9, 10079:10, 10080:13, 10080:16, 10081:1, 10081:5, 10081:8, 10081:17, 10082:10, 10082:13, 10082:25, 10083:6, 10083:9, 10084:1, 10084:3, 10085:10, 10085:12, 10085:14, 10085:19, 10085:21, 10086:15,

10086:19, 10086:21, 10087:6, 10087:8, 10087:24, 10088:1, 10089:3, 10089:6, 10089:15, 10089:20, 10091:15, 10091:23, 10092:8, 10092:22, 10093:13, 10093:15, 10095:7, 10098:18, 10100:3, 10100:6, 10100:7, 10100:14, 10100:19, 10100:24, 10101:2, 10101:18, 10101:19, 10102:12, 10102:20, 10102:22, 10103:3, 10103:5, 10103:16, 10104:2, 10104:5, 10105:14, 10106:10, 10106:12, 10107:1, 10107:17, 10107:20, 10107:22, 10109:9, 10109:11, 10109:23, 10109:25, 10110:8, 10110:10, 10110:22, 10110:24, 10111:18, 10111:20, 10112:11, 10112:13, 10112:16, 10112:18, 10113:15, 10113:17, 10114:16, 10114:21, 10114:23, 10115:22, 10115:24, 10116:7, 10116:12, 10116:17, 10116:18, 10117:12, 10117:15, 10118:2, 10118:10, 10118:21, 10119:1, 10119:6, 10121:2, 10122:3, 10122:6, 10122:16, 10122:18, 10123:1, 10123:5, 10125:1, 10125:8, 10126:3, 10126:14, 10126:19, 10127:2, 10127:7, 10127:11, 10127:13, 10127:15, 10128:5, 10128:7, 10128:17, 10129:5, 10129:8, 10129:10, 10130:8, 10130:11, 10130:13, 10130:17, 10130:21, 10130:24, 10131:2, 10131:11, 10131:16, 10132:2, 10132:4, 10132:10, 10132:14, 10132:16, 10132:19, 10132:21, 10133:16, 10133:18, 10134:22, 10134:24, 10135:4, 10135:8, 10135:11, 10135:14,

10136:13, 10136:16, 10137:24, 10138:2, 10138:4, 10138:17, 10138:19, 10139:11, 10139:13, 10139:19, 10139:21, 10139:25, 10140:4, 10142:1, 10142:5, 10142:21, 10142:24, 10143:13, 10143:20, 10143:22, 10143:24, 10146:7, 10146:10, 10147:2, 10147:4, 10147:6, 10147:22, 10148:1, 10148:19, 10149:5, 10154:17, 10154:20, 10155:9, 10155:11, 10155:13, 10155:17, 10155:21, 10156:9, 10156:11, 10156:16, 10156:20, 10157:15, 10157:17, 10157:22, 10158:1, 10158:8, 10158:11, 10158:23, 10158:25, 10159:4, 10159:8, 10159:15, 10159:16, 10160:5, 10160:7, 10160:10, 10160:14, 10161:9, 10162:1, 10162:3, 10162:7, 10162:12, 10162:13, 10162:16, 10162:19, 10162:23, 10162:24, 10163:12, 10163:17, 10163:21, 10163:25, 10164:2, 10164:17, 10164:19, 10165:12, 10165:14, 10166:7, 10166:8, 10167:7, 10167:9, 10167:20, 10167:23, 10169:2, 10169:4, 10169:14, 10169:16, 10170:1, 10170:3, 10171:2

**MS** [54] - 10071:20, 10071:22, 10072:2, 10072:4, 10072:13, 10072:24, 10085:9, 10089:14, 10091:4, 10091:13, 10094:5, 10094:7, 10095:17, 10096:14, 10096:23, 10097:18, 10097:24, 10098:5, 10099:24, 10100:23, 10101:14, 10102:9, 10103:14, 10105:11, 10106:22, 10107:18, 10113:12, 10114:12, 10114:14, 10122:23, 10123:14,

10123:18, 10124:2, 10124:16, 10124:18, 10124:24, 10129:1, 10130:4, 10137:22, 10143:9, 10149:18, 10150:24, 10151:1, 10151:4, 10152:22, 10153:3, 10153:8, 10154:2, 10154:4, 10154:8, 10155:5, 10161:4, 10161:6, 10162:11

**Mulroe** [3] - 10060:13, 10063:8, 10126:5
**multiple** [5] - 10108:10, 10150:9, 10151:13, 10153:9, 10153:10

## N

**Nadia** [2] - 10060:13, 10063:8
**name** [3] - 10134:2, 10139:18, 10167:6
**named** [1] - 10077:23
**Nancy** [1] - 10167:14
**national** [1] - 10071:1
**National** [1] - 10131:19
**Nayib** [2] - 10061:4, 10063:11
**NAYIB** [1] - 10061:5
**need** [4] - 10074:25, 10098:5, 10145:12, 10167:10
**needed** [3] - 10134:7, 10134:10, 10167:18
**needs** [2] - 10093:16, 10106:19
**never** [4] - 10091:9, 10118:4, 10122:22, 10170:23
**New** [8] - 10060:18, 10060:25, 10061:13, 10075:9, 10075:18, 10085:24, 10089:8, 10111:25
**new** [6] - 10070:9, 10085:17, 10134:1, 10134:8, 10141:16
**news** [1] - 10071:4
**News** [2] - 10069:11, 10070:16
**News2Share** [1] - 10140:12
**Newsmax** [1] - 10158:6
**next** [11] - 10082:22, 10083:4, 10084:11,

10109:3, 10136:14, 10136:24, 10145:13, 10159:21, 10161:13, 10165:7, 10165:22
**NH** [2] - 10158:4, 10158:18
**Nicholas** [2] - 10060:16, 10063:9
**night** [4] - 10067:10, 10076:8, 10076:20, 10110:16
**NJ** [3] - 10061:15, 10171:21, 10172:1
**NJ-CCR** [3] - 10061:15, 10171:21, 10172:1
**Noble** [2] - 10130:25, 10131:14
**nobody** [2] - 10108:15, 10141:17
**non** [4] - 10096:23, 10106:9, 10116:13, 10116:16
**non-bureaucratic** [1] - 10106:9
**non-members** [1] - 10096:23
**non-responsive** [2] - 10116:13, 10116:16
**nonetheless** [2] - 10149:12, 10153:13
**nooooope** [1] - 10168:25
**NORDEAN** [1] - 10060:4
**Nordean** [18] - 10063:3, 10063:14, 10087:16, 10089:1, 10090:17, 10102:13, 10102:15, 10117:11, 10117:16, 10117:18, 10117:19, 10118:3, 10118:4, 10118:13, 10118:22, 10121:18, 10122:14, 10151:22
**Nordean's** [1] - 10087:13
**normal** [2] - 10084:21, 10105:4
**Norman** [2] - 10060:23, 10063:10
**normie** [3] - 10083:24, 10128:13, 10139:6
**normiecons** [1] - 10138:22
**normies** [12] - 10084:14, 10084:20, 10097:7, 10103:21, 10128:10, 10135:16, 10139:2, 10139:5,

10139:6, 10144:25, 10159:14, 10164:8
**North** [2] - 10096:20, 10097:7
**Northwest** [1] - 10103:11
**Nos** [1] - 10060:2
**note** [1] - 10119:6
**notes** [3] - 10070:17, 10096:17, 10171:23
**nothing** [3] - 10109:22, 10129:20
**notices** [1] - 10119:6
**notion** [2] - 10125:6, 10128:3
**November** [1] - 10168:11
**nuke** [1] - 10113:22
**number** [8] - 10063:24, 10063:25, 10065:7, 10065:8, 10082:16, 10154:3, 10157:12, 10157:13
**numbers** [2] - 10110:6, 10157:14
**NW** [5] - 10060:14, 10060:21, 10061:5, 10061:16, 10172:3
**NY** [2] - 10060:18, 10061:13

## O

**o'clock** [7] - 10063:22, 10111:11, 10120:24, 10121:5, 10156:2, 10156:4, 10157:1
**object** [4] - 10114:16, 10118:12, 10118:20, 10149:2
**objected** [1] - 10092:24
**objection** [52] - 10064:11, 10074:7, 10079:6, 10081:1, 10081:10, 10081:17, 10082:24, 10085:9, 10089:14, 10089:15, 10091:4, 10091:13, 10091:15, 10095:20, 10096:9, 10096:12, 10097:14, 10098:16, 10099:24, 10100:14, 10100:23, 10101:14, 10102:9, 10102:20, 10103:14, 10106:22, 10107:17, 10107:18, 10109:9, 10114:12, 10114:13, 10116:7, 10116:12, 10117:12,

10117:15, 10119:3, 10119:17, 10119:24, 10119:25, 10120:22, 10122:16, 10122:23, 10123:14, 10129:1, 10130:4, 10137:22, 10143:9, 10147:22, 10153:20, 10155:5, 10161:4, 10161:5
**objection's** [1] - 10124:22
**objections** [3] - 10091:22, 10093:22, 10152:24
**observations** [1] - 10148:4
**obviously** [3] - 10152:18, 10153:12, 10169:10
**OF** [5] - 10060:1, 10060:2, 10060:8, 10061:5, 10171:20
**offer** [1] - 10093:18
**offered** [1] - 10093:24
**office** [1] - 10088:5
**OFFICE** [1] - 10060:14
**OFFICES** [1] - 10061:5
**Official** [2] - 10061:15, 10172:1
**OFFICIAL** [1] - 10171:20
**often** [2] - 10101:9, 10115:6
**once** [7] - 10068:24, 10068:25, 10088:16, 10100:1, 10100:8, 10100:12, 10105:17
**one** [48] - 10063:24, 10064:9, 10064:11, 10064:13, 10065:5, 10066:25, 10071:7, 10073:11, 10078:20, 10078:21, 10079:19, 10080:12, 10080:17, 10084:11, 10085:5, 10085:18, 10087:20, 10089:18, 10105:16, 10106:3, 10110:1, 10110:18, 10113:8, 10120:7, 10123:22, 10124:1, 10124:2, 10124:3, 10124:4, 10125:9, 10125:11, 10125:21, 10126:4, 10134:16, 10145:5, 10145:7, 10150:4, 10150:5, 10150:21, 10152:22, 10154:3, 10154:5, 10156:14,

10157:12, 10159:22, 10163:15, 10167:17, 10169:14
**Oops** [1] - 10143:1
**Op** [1] - 10130:15
**op** [2] - 10160:2, 10160:3
**open** [2] - 10067:3, 10069:21
**operation** [1] - 10160:4
**operations** [1] - 10129:23
**opinion** [2] - 10110:7, 10149:25
**opportunity** [2] - 10068:25, 10069:1
**opposed** [1] - 10101:8
**opposing** [1] - 10111:8
**opposite** [1] - 10111:15
**opposition** [3] - 10091:11, 10101:6, 10167:18
**oppositions** [1] - 10068:3
**ops** [2] - 10163:10
**options** [1] - 10131:8
**oral** [1] - 10064:5
**Orange** [1] - 10060:24
**order** [3] - 10070:20, 10110:13, 10110:19
**orderly** [1] - 10150:7
**organized** [2] - 10134:10, 10134:18
**originally** [2] - 10099:5, 10115:8
**otherwise** [1] - 10154:11
**ourselves** [1] - 10100:18
**out-of-court** [1] - 10094:15
**outcome** [1] - 10112:4
**outside** [2] - 10076:2, 10170:20
**overcome** [1] - 10163:4
**overlapping** [1] - 10065:3
**overrule** [5] - 10082:24, 10098:15, 10119:2, 10120:22, 10124:10
**overruled** [21] - 10085:11, 10089:16, 10091:6, 10100:15, 10102:21, 10103:15, 10105:12, 10106:24,

10107:19, 10114:15, 10114:17, 10116:8, 10122:17, 10122:25, 10124:23, 10129:3, 10130:6, 10137:23, 10143:10, 10155:8, 10161:8
**overruling** [1] - 10152:23
**overturn** [2] - 10158:6, 10158:19
**overturning** [1] - 10158:22
**own** [1] - 10088:4
**owner** [1] - 10113:22

## P

**P.A** [2] - 10061:5, 10061:8
**P.C** [1] - 10061:12
**p.m** [30] - 10066:1, 10066:4, 10084:5, 10085:22, 10088:3, 10103:12, 10103:23, 10104:6, 10106:17, 10109:3, 10110:9, 10114:25, 10129:19, 10132:20, 10143:6, 10144:3, 10145:5, 10146:22, 10147:9, 10158:5, 10160:1, 10160:17, 10164:3, 10164:20, 10165:7, 10165:16, 10167:10, 10167:25, 10169:17, 10171:18
**Pacific** [1] - 10103:11
**pack** [1] - 10138:23
**PAGE** [1] - 10062:2
**Palace** [1] - 10165:8
**panel** [2] - 10074:18, 10121:24
**panned** [1] - 10141:11
**papers** [2] - 10071:2, 10118:16
**paranoid** [1] - 10133:3
**Park** [1] - 10061:12
**Parler** [4] - 10085:16, 10088:16, 10166:12, 10166:13
**part** [11] - 10084:16, 10088:19, 10117:22, 10125:23, 10126:1, 10126:2, 10126:10, 10138:15, 10149:10, 10159:23, 10169:21
**partially** [1] - 10142:15
**participated** [9] -

10132:8, 10135:1, 10139:23, 10155:15, 10156:14, 10157:20, 10159:1, 10160:8, 10162:4
**particular** [5] - 10089:21, 10094:3, 10117:2, 10117:23, 10153:19
**particularly** [1] - 10124:14
**parties** [4] - 10064:12, 10125:16, 10125:20, 10149:8
**parts** [1] - 10064:2
**party** [3] - 10064:24, 10066:14, 10068:8
**pass** [1] - 10140:18
**past** [3] - 10063:22, 10077:11, 10126:12
**patriotic** [1] - 10170:14
**patriots** [2] - 10104:24, 10129:13
**Pattis** [7] - 10060:23, 10063:10, 10069:4, 10070:10, 10082:11, 10093:14, 10152:3
**PATTIS** [14] - 10060:23, 10069:5, 10070:4, 10070:24, 10081:1, 10081:17, 10082:13, 10082:25, 10093:13, 10093:15, 10116:7, 10147:22, 10148:1, 10148:19
**Pattis's** [1] - 10150:16
**pause** [11] - 10074:15, 10074:17, 10121:21, 10121:23, 10125:11, 10126:13, 10126:17, 10142:3, 10163:16, 10171:6, 10171:8
**paused** [1] - 10142:10
**PC** [1] - 10060:20
**Pelosi** [1] - 10167:14
**Peloton** [1] - 10167:10
**Pence** [3] - 10158:6, 10158:18, 10158:21
**people** [12] - 10087:21, 10088:6, 10088:19, 10092:12, 10092:14, 10092:16, 10093:8, 10095:5, 10096:11, 10096:19, 10096:20, 10097:6, 10097:11, 10097:24, 10098:9, 10099:4, 10101:6, 10104:8, 10104:13, 10107:5,

10108:11, 10111:1, 10111:9, 10115:8, 10120:3, 10120:5, 10120:14, 10124:3, 10124:5, 10133:4, 10133:15, 10134:14, 10136:18, 10136:22, 10136:24, 10137:2, 10141:12, 10149:23, 10150:5, 10150:9, 10150:11, 10151:13, 10152:25, 10153:7, 10153:9, 10157:11, 10158:20, 10163:3, 10164:8, 10166:25, 10170:21
**pepper** [5] - 10104:8, 10104:12, 10104:23, 10104:24
**pepper-balling** [1] - 10104:12
**pepper-spray/balling** [1] - 10104:8
**pepper-spraying** [2] - 10104:12, 10104:24
**percent** [3] - 10066:16, 10115:15, 10115:17
**perhaps** [2] - 10073:20, 10148:7
**period** [1] - 10101:9
**permission** [11] - 10130:20, 10132:13, 10135:6, 10140:3, 10155:20, 10156:19, 10157:25, 10159:7, 10160:13, 10162:10, 10163:24
**permitted** [1] - 10072:8
**person** [5] - 10074:3, 10075:13, 10075:17, 10111:5, 10154:4
**personally** [2] - 10113:8, 10113:10
**pertain** [1] - 10065:17
**pertaining** [1] - 10069:12
**pertains** [1] - 10068:3
**Pezzola** [3] - 10063:6, 10063:16, 10075:13
**PEZZOLA** [1] - 10060:6
**Pezzola's** [1] - 10169:24
**ph]** [1] - 10169:1
**Phillips** [3] - 10128:9, 10129:12, 10130:3
**phone** [2] - 10115:2, 10142:9

**phones** [1] - 10073:3
**phrase** [5] - 10080:1, 10080:21, 10084:15, 10087:1, 10088:9
**phrased** [1] - 10095:2
**physical** [2] - 10089:7, 10090:2
**physically** [1] - 10134:15
**pick** [2] - 10121:7, 10152:17
**picture** [1] - 10108:22
**pigs** [1] - 10160:18
**pissed** [2] - 10133:1, 10133:4
**place** [1] - 10105:19
**plan** [13] - 10089:13, 10089:17, 10089:19, 10126:20, 10148:2, 10148:8, 10148:9, 10148:11, 10148:12, 10149:10, 10149:11, 10152:11
**planned** [1] - 10148:25
**planning** [1] - 10089:10
**play** [16] - 10086:17, 10099:22, 10100:12, 10115:13, 10123:2, 10125:9, 10126:21, 10130:24, 10131:11, 10142:21, 10143:20, 10146:7, 10147:2, 10158:8, 10162:16, 10167:21
**played** [14] - 10086:18, 10123:4, 10125:10, 10131:1, 10131:13, 10131:15, 10142:4, 10142:23, 10143:21, 10146:9, 10147:3, 10158:10, 10162:18, 10167:22
**playing** [3] - 10115:1, 10126:24, 10127:16
**plays** [1] - 10165:21
**Plaza** [1] - 10111:1
**pleaded** [1] - 10151:6
**PLLC** [1] - 10060:17
**PNW** [2] - 10103:9, 10103:10
**point** [49] - 10066:17, 10076:1, 10077:16, 10080:11, 10085:1, 10085:7, 10086:13, 10090:3, 10090:8, 10094:21, 10095:10, 10097:13, 10099:6, 10104:7, 10105:7,

10105:20, 10105:24, 10107:4, 10108:9, 10109:19, 10110:12, 10111:16, 10112:2, 10112:4, 10112:9, 10113:3, 10114:6, 10117:25, 10120:7, 10120:16, 10130:12, 10137:3, 10138:10, 10139:20, 10143:15, 10143:17, 10144:16, 10145:11, 10146:3, 10148:15, 10152:22, 10160:21, 10163:2, 10164:13, 10165:9, 10168:6, 10169:23, 10170:13, 10170:14
**pointed** [1] - 10073:17
**police** [14] - 10087:5, 10087:12, 10087:14, 10104:23, 10105:6, 10105:8, 10106:19, 10110:18, 10110:20, 10128:11, 10128:13, 10138:13, 10160:25, 10161:10
**political** [1] - 10133:10
**politicians** [2] - 10106:8, 10131:23
**position** [4] - 10068:5, 10129:21, 10143:8, 10163:9
**positive** [1] - 10079:17
**possession** [1] - 10070:9
**possibly** [2] - 10089:18, 10096:14
**post** [19] - 10085:22, 10086:22, 10087:9, 10087:11, 10088:2, 10099:15, 10111:11, 10111:21, 10114:24, 10115:10, 10156:6, 10157:3, 10159:13, 10159:25, 10160:17, 10163:7, 10166:12, 10166:13, 10166:19
**post-election** [1] - 10099:15
**posted** [8] - 10085:15, 10086:4, 10140:7, 10156:1, 10156:14, 10156:25, 10159:10, 10166:20
**posting** [1] - 10157:6
**posts** [1] - 10086:11
**powder** [6] - 10080:11, 10080:22, 10081:12, 10094:17,

10095:11, 10095:13
**power** [3] - 10088:7, 10131:23, 10167:19
**precipice** [1] - 10083:20
**prejudicial** [1] - 10153:16
**preliminary** [1] - 10063:19
**prepare** [1] - 10069:9
**prepared** [2] - 10067:25, 10070:11
**presence** [3] - 10140:10, 10140:17, 10148:12
**present** [9] - 10063:7, 10063:8, 10063:9, 10063:10, 10063:11, 10063:12, 10063:14, 10134:15, 10152:4
**presentation** [2] - 10127:5, 10152:2
**presented** [1] - 10074:23
**President** [1] - 10116:2
**president** [1] - 10166:4
**pretty** [18] - 10076:6, 10083:25, 10086:4, 10086:5, 10087:20, 10088:16, 10088:9, 10100:17, 10104:21, 10106:8, 10108:6, 10112:3, 10131:8, 10136:1, 10137:11, 10144:14, 10152:15, 10168:13
**previous** [3] - 10101:16, 10139:7, 10139:8
**previously** [1] - 10070:22
**Prez** [2] - 10158:4, 10158:18
**private** [1] - 10086:11
**privilege** [1] - 10088:8
**probative** [1] - 10082:17
**problem** [4] - 10073:21, 10074:1, 10091:9, 10152:23
**problematic** [2] - 10153:15, 10153:16
**procedures** [1] - 10091:25
**proceed** [6] - 10075:1, 10101:17, 10120:23, 10126:20, 10127:8, 10128:18

**proceeded** [1] - 10098:15
**Proceedings** [1] - 10061:18
**proceedings** [2] - 10069:7, 10171:24
**produced** [1] - 10061:19
**proper** [2] - 10094:19, 10153:13
**prosecuted** [1] - 10068:11
**prospect** [1] - 10146:16
**protect** [1] - 10115:9
**protecting** [1] - 10104:25
**protective** [1] - 10070:20
**protest** [1] - 10140:15
**protesters** [1] - 10162:21
**protesting** [1] - 10104:25
**Proud** [43] - 10080:2, 10080:5, 10083:23, 10084:22, 10085:25, 10087:2, 10087:17, 10088:10, 10088:12, 10090:25, 10091:5, 10091:8, 10092:4, 10092:9, 10094:10, 10094:14, 10095:13, 10095:15, 10095:19, 10096:20, 10096:21, 10097:5, 10099:15, 10099:21, 10100:11, 10101:10, 10101:12, 10101:14, 10101:20, 10103:20, 10103:21, 10112:6, 10115:5, 10119:20, 10137:4, 10137:19, 10140:25, 10147:15, 10164:6, 10165:19, 10166:24, 10167:4
**proud** [9] - 10164:12, 10166:16, 10166:22, 10166:24, 10167:2, 10167:3, 10167:5
**proved** [1] - 10133:11
**provided** [1] - 10070:21
**provocative** [1] - 10151:17
**public** [4] - 10069:13, 10107:25, 10108:17, 10108:21
**publicly** [1] - 10108:24
**publish** [21] -

10130:18, 10130:20, 10132:11, 10132:13, 10135:5, 10135:7, 10140:1, 10140:3, 10155:18, 10155:20, 10156:17, 10156:19, 10157:23, 10157:25, 10159:7, 10160:11, 10160:13, 10162:8, 10162:10, 10163:22, 10163:24
**punch** [1] - 10087:21
**purposes** [3] - 10082:20, 10114:20, 10148:9
**push** [6] - 10110:13, 10110:19, 10128:11, 10147:12, 10148:17, 10148:18
**pushing** [5] - 10078:12, 10078:13, 10159:14, 10160:18, 10167:17
**put** [12] - 10079:17, 10081:17, 10092:17, 10093:25, 10094:23, 10096:7, 10098:11, 10108:24, 10119:4, 10120:21, 10125:15, 10125:19
**putting** [3] - 10077:20, 10100:21, 10108:16

## Q

**quash** [2] - 10065:12, 10066:9
**question's** [1] - 10082:8
**questioning** [5] - 10082:20, 10122:24, 10123:19, 10124:9, 10150:9
**questions** [17] - 10070:17, 10075:9, 10091:24, 10094:25, 10098:13, 10115:20, 10119:18, 10119:20, 10122:8, 10124:12, 10124:20, 10124:21, 10149:21, 10149:25, 10150:22, 10153:10, 10153:25
**quickly** [5] - 10065:21, 10065:22, 10065:23, 10067:1, 10068:21
**quite** [2] - 10064:1, 10095:8
**quo** [2] - 10066:11, 10067:24

**quote/unquote** [1] - 10071:1

## R

**rage** [3] - 10148:6, 10148:24, 10151:21
**raised** [3] - 10067:17, 10068:3, 10152:8
**rallies** [3] - 10109:20, 10139:7, 10139:8
**rally** [3] - 10075:14, 10088:20, 10111:8
**ramifications** [1] - 10115:9
**ramped** [2] - 10099:2, 10099:3
**ran** [1] - 10109:5
**rank** [1] - 10094:18
**rather** [3] - 10065:18, 10126:21, 10127:16
**rationale** [1] - 10119:16
**razor's** [3] - 10080:20, 10080:21, 10081:12
**reach** [1] - 10124:6
**reaction** [4] - 10084:9, 10090:7, 10090:13, 10104:20
**read** [36] - 10067:23, 10071:2, 10078:25, 10080:17, 10084:4, 10084:11, 10085:15, 10087:13, 10088:2, 10106:17, 10109:4, 10110:11, 10110:25, 10111:21, 10113:18, 10114:24, 10119:13, 10126:21, 10127:17, 10128:8, 10128:22, 10129:11, 10129:18, 10132:22, 10135:15, 10138:5, 10138:20, 10140:7, 10145:5, 10145:7, 10146:18, 10147:10, 10158:4, 10159:21, 10164:3, 10169:11
**ready** [3] - 10111:23, 10116:3, 10116:23
**real** [1] - 10115:14
**really** [11] - 10064:12, 10064:24, 10074:4, 10081:21, 10082:18, 10095:9, 10097:25, 10106:25, 10119:23, 10123:20, 10170:8
**reason** [6] - 10067:16, 10084:23, 10088:22, 10089:17, 10092:18,

10136:3
**reasons** [3] - 10065:3,
10067:2, 10108:10
**received** [2] -
10063:25, 10069:17
**recess** [4] - 10121:14,
10121:15, 10171:17,
10171:18
**recognize** [16] -
10077:5, 10130:14,
10132:7, 10133:19,
10134:25, 10139:22,
10142:6, 10155:14,
10156:12, 10157:18,
10159:1, 10160:8,
10162:4, 10163:18,
10168:1, 10168:17
**recognized** [2] -
10168:4, 10169:10
**record** [5] - 10119:5,
10119:7, 10120:21,
10121:16, 10147:20
**recorded** [2] -
10061:18, 10147:19
**recording** [2] -
10141:25, 10142:9
**recovery** [1] - 10076:9
**recross** [1] - 10150:3
**recruits** [1] - 10154:5
**reevaluated** [1] -
10106:20
**refer** [5] - 10084:18,
10095:23, 10114:4,
10163:11, 10167:2
**referred** [2] - 10080:5,
10135:20
**referring** [28] -
10077:14, 10081:11,
10084:20, 10103:20,
10109:7, 10110:15,
10111:4, 10111:5,
10131:19, 10133:24,
10135:24, 10138:9,
10139:1, 10140:14,
10140:15, 10158:18,
10159:22, 10162:20,
10162:21, 10163:1,
10164:6, 10165:4,
10165:10, 10165:23,
10165:24, 10166:23,
10167:11, 10167:13
**reflective** [1] -
10097:10
**refused** [2] -
10099:18, 10110:20
**regard** [1] - 10119:19
**regarding** [3] -
10065:9, 10066:7,
10072:7
**regional** [1] -

10142:20
**Rehl** [10] - 10063:4,
10063:15, 10090:20,
10102:6, 10113:18,
10122:19, 10124:6,
10124:8, 10150:2,
10150:6
**REHL** [1] - 10060:5
**reins** [2] - 10100:17,
10101:5
**reject** [1] - 10151:13
**rejected** [3] - 10100:8,
10100:12, 10151:13
**related** [2] - 10065:9,
10112:2
**relation** [2] -
10145:20, 10145:23
**relative** [1] - 10144:15
**relatives** [1] -
10108:24
**Relativity** [1] -
10070:3
**released** [2] -
10069:11, 10069:13
**relevance** [12] -
10081:1, 10082:22,
10096:11, 10096:15,
10097:19, 10098:1,
10099:25, 10103:14,
10106:22, 10114:14,
10143:9, 10161:6
**relevant** [7] -
10064:20, 10095:4,
10095:10, 10097:5,
10097:13, 10098:7,
10098:8
**reliable** [1] - 10071:4
**remain** [3] - 10131:17,
10131:20, 10131:22
**remaining** [2] -
10065:1, 10065:2
**remember** [18] -
10076:19, 10090:18,
10090:21, 10090:23,
10093:5, 10099:16,
10102:7, 10102:10,
10102:25, 10104:16,
10122:11, 10125:25,
10126:3, 10126:8,
10126:24, 10147:16,
10149:20
**remembering** [1] -
10125:22
**remind** [5] - 10103:19,
10122:8, 10129:21,
10142:18, 10163:9
**reminder** [1] -
10074:22
**remove** [1] - 10167:19
**reorganize** [1] -

10134:6
**repeat** [1] - 10100:9
**repeatedly** [1] -
10119:25
**reporter** [4] -
10072:20, 10072:22,
10121:1, 10121:7
**Reporter** [3] -
10061:15, 10061:15,
10172:1
**REPORTER** [1] -
10171:20
**represent** [1] -
10071:8
**represented** [1] -
10070:15
**request** [2] - 10066:7,
10071:23
**requested** [1] -
10069:7
**require** [1] - 10152:5
**required** [1] -
10123:23
**resistance** [1] -
10140:20
**respectfully** [1] -
10073:19
**respond** [4] -
10070:16, 10078:3,
10079:24, 10092:10
**responded** [2] -
10117:24, 10118:3
**responding** [1] -
10078:24
**response** [16] -
10065:13, 10065:23,
10066:21, 10087:13,
10091:21, 10092:13,
10104:9, 10113:24,
10114:1, 10131:14,
10159:17, 10160:19,
10164:15, 10164:22,
10165:20, 10170:8
**responses** [3] -
10064:17, 10064:21,
10068:12
**responsive** [3] -
10116:13, 10116:16,
10155:6
**rest** [1] - 10065:6
**result** [3] - 10070:9,
10098:23, 10153:10
**results** [4] - 10138:12,
10158:19, 10165:24,
10166:2
**resume** [1] - 10121:12
**resumed** [2] -
10074:16, 10121:22
**return** [2] - 10103:1,
10171:17

**Return** [7] - 10074:12,
10083:8, 10098:17,
10121:3, 10124:25,
10127:10, 10154:19
**returned** [4] -
10074:19, 10121:9,
10121:25, 10171:10
**returning** [1] -
10076:25
**reversed** [1] - 10111:8
**review** [2] - 10069:19,
10069:20
**revolt** [1] - 10085:18
**Revolution** [3] -
10161:13, 10165:4,
10169:22
**revolution** [5] -
10083:16, 10084:19,
10085:6, 10085:24,
10146:25
**Rhode** [2] - 10103:3,
10132:2
**ridiculous** [1] -
10069:16
**riot** [1] - 10080:7
**ripped** [1] - 10170:23
**rise** [2] - 10121:13,
10171:16
**Road** [1] - 10061:2
**road** [1] - 10131:3
**Roger** [2] - 10061:11,
10063:13
**Rohde** [51] - 10077:1,
10077:10, 10078:5,
10080:13, 10084:1,
10085:12, 10086:15,
10086:20, 10087:6,
10089:3, 10104:4,
10107:20, 10111:19,
10112:17, 10114:22,
10115:22, 10122:4,
10123:1, 10125:9,
10125:15, 10125:19,
10128:6, 10129:9,
10130:11, 10130:24,
10131:11, 10132:14,
10133:16, 10134:22,
10135:12, 10136:13,
10138:2, 10138:17,
10139:12, 10142:1,
10142:21, 10146:7,
10147:2, 10155:11,
10158:8, 10162:16,
10162:23, 10163:13,
10163:25, 10164:17,
10166:7, 10167:7,
10167:21, 10169:3,
10169:15, 10170:2
**role** [3] - 10099:21,
10100:11, 10142:18

**roll** [1] - 10111:23
**rolling** [2] - 10066:6,
10110:22
**room** [2] - 10121:9,
10171:10
**Room** [2] - 10061:16,
10172:2
**Roots** [2] - 10061:11,
10063:13
**rotten** [1] - 10147:12
**rough** [1] - 10089:9
**RPR** [3] - 10061:15,
10171:21, 10172:1
**rubber** [1] - 10131:3
**Rufio** [1] - 10087:21
**rule** [1] - 10094:12
**ruled** [2] - 10119:17,
10152:9
**ruling** [3] - 10064:5,
10065:16, 10088:7
**rulings** [4] - 10153:11,
10153:12, 10153:13,
10153:14
**running** [1] - 10090:14
**rush** [1] - 10128:13

## S

**Sabino** [2] - 10061:8,
10063:12
**Salem** [1] - 10103:24
**Sam** [2] - 10169:18,
10169:20
**sarcastic** [3] -
10143:4, 10168:23,
10169:8
**satisfy** [1] - 10148:24
**save** [3] - 10090:15,
10131:10, 10170:22
**saw** [8] - 10086:5,
10104:21, 10104:23,
10116:24, 10120:2,
10128:13, 10144:12,
10155:2
**scheduling** [1] -
10071:23
**score** [1] - 10154:9
**screen** [20] - 10122:5,
10125:12, 10126:19,
10127:17, 10132:5,
10135:1, 10142:6,
10142:9, 10142:11,
10142:13, 10142:16,
10143:23, 10145:2,
10147:5, 10147:19,
10154:22, 10155:1,
10155:2, 10157:18,
10163:13
**screenshot** [5] -
10141:19, 10141:24,

10188

10159:11, 10166:13, 10166:20
**scroll** [30] - 10077:10, 10080:13, 10084:1, 10086:19, 10103:22, 10104:2, 10107:20, 10109:23, 10110:8, 10111:18, 10112:16, 10113:16, 10114:21, 10128:6, 10132:14, 10132:19, 10135:11, 10136:13, 10138:2, 10138:17, 10139:11, 10143:22, 10159:15, 10162:23, 10163:14, 10164:17, 10165:12, 10167:7, 10169:2, 10169:14
**scrolling** [2] - 10104:14, 10110:23
**scrum** [1] - 10076:21
**seal** [4] - 10065:17, 10066:8, 10067:10
**seated** [3] - 10074:20, 10121:11, 10122:1, 10171:11
**second** [3] - 10068:9, 10126:1, 10143:25
**seconds** [9] - 10111:11, 10142:3, 10142:10, 10142:22, 10143:20, 10146:8, 10156:2, 10156:4, 10157:1
**security** [1] - 10071:1
**see** [37] - 10063:19, 10065:11, 10065:13, 10067:16, 10067:25, 10071:17, 10074:3, 10074:5, 10086:24, 10092:15, 10093:12, 10097:14, 10104:22, 10106:21, 10111:1, 10116:20, 10117:2, 10117:8, 10117:13, 10118:19, 10121:5, 10125:12, 10125:13, 10132:5, 10135:16, 10140:23, 10141:16, 10141:23, 10142:11, 10143:5, 10143:7, 10143:18, 10144:15, 10165:21, 10170:8, 10171:9, 10171:14
**seeing** [5] - 10074:23, 10107:11, 10144:13, 10159:9, 10163:2
**seek** [1] - 10155:18
**seem** [3] - 10064:23, 10066:25, 10076:10

10060:9
**set** [3] - 10069:17, 10080:12, 10084:9
**seven** [1] - 10141:8
**shape** [2] - 10089:7, 10090:2
**share** [1] - 10080:8
**sharing** [1] - 10120:3
**shed** [1] - 10081:21
**shield** [1] - 10075:21
**shifting** [1] - 10133:14
**shit** [5] - 10109:6, 10110:3, 10159:20, 10159:22, 10160:18
**shoot** [1] - 10129:14
**shooting** [1] - 10104:23
**shorthand** [1] - 10061:18
**shortly** [2] - 10064:6, 10065:5
**shot** [6] - 10084:13, 10084:15, 10084:24, 10099:5, 10159:18, 10159:19
**show** [2] - 10127:20, 10131:5
**shower** [1] - 10077:24
**sic** [6] - 10094:11, 10129:13, 10148:3, 10150:6, 10151:9, 10158:2
**side** [11] - 10104:10, 10104:11, 10110:17, 10111:17, 10131:20, 10131:21, 10131:22, 10133:10, 10142:16, 10145:2, 10171:9
**sidebar** [7] - 10091:17, 10117:13, 10119:14, 10119:15, 10123:15, 10125:14, 10147:23
**sided** [1] - 10138:14
**sidelines** [1] - 10151:20
**sides** [2] - 10105:6, 10105:8
**silencing** [1] - 10093:22
**sincerity** [1] - 10088:22
**situation** [5] - 10067:4, 10081:20, 10111:8, 10113:5
**six** [1] - 10141:8
**slide** [1] - 10127:4
**slides** [1] - 10126:5
**Smith** [8] - 10060:16, 10063:9, 10065:13,

10067:17, 10067:21, 10068:2, 10069:25, 10070:17
**SMITH** [25] - 10060:17, 10060:23, 10065:15, 10065:24, 10066:1, 10066:4, 10066:18, 10068:5, 10068:18, 10068:20, 10070:1, 10085:10, 10091:15, 10092:8, 10092:22, 10102:20, 10107:17, 10109:9, 10117:12, 10117:15, 10118:2, 10118:10, 10118:21, 10119:1, 10122:16
**Smith's** [1] - 10093:15
**social** [6] - 10085:25, 10086:8, 10087:16, 10088:12, 10100:21, 10159:11
**society** [2] - 10087:12, 10087:15
**solely** [1] - 10067:13
**someone** [2] - 10077:13, 10077:23
**sometime** [1] - 10063:23
**sometimes** [2] - 10084:25, 10115:18
**somewhat** [1] - 10100:21
**song** [1] - 10167:5
**sorry** [15] - 10071:24, 10078:25, 10080:19, 10100:6, 10104:4, 10109:13, 10113:12, 10115:16, 10116:25, 10125:2, 10156:16, 10159:5, 10159:21, 10169:7
**sort** [16] - 10064:2, 10064:5, 10064:16, 10067:18, 10067:23, 10067:25, 10068:12, 10069:16, 10076:9, 10093:9, 10093:10, 10108:25, 10120:4, 10141:12, 10150:21, 10152:25
**sorts** [1] - 10149:23
**sought** [1] - 10093:23
**sounds** [1] - 10150:22
**South** [2] - 10076:2, 10096:21
**Speaker** [1] - 10069:10
**speaking** [3] - 10089:24, 10146:11,

10150:23
**spear** [6] - 10145:9, 10145:10, 10145:19, 10145:20, 10145:23, 10145:24
**specific** [7] - 10082:7, 10083:2, 10083:3, 10092:2, 10093:4, 10094:24, 10098:13
**specifically** [1] - 10090:18
**spectrum** [1] - 10133:10
**speculation** [6] - 10079:6, 10081:1, 10089:15, 10100:14, 10107:17, 10114:16
**speculative** [2] - 10082:18, 10099:24
**spin** [1] - 10079:17
**spontaneously** [1] - 10093:19
**spray/balling** [1] - 10104:8
**spraying** [2] - 10104:12, 10104:24
**stab** [1] - 10111:1
**stabbed** [4] - 10076:21, 10076:22, 10111:6, 10111:9
**stabbing** [2] - 10076:7, 10107:9
**stage** [1] - 10089:18
**stages** [2] - 10089:24, 10141:10
**stand** [4] - 10074:16, 10090:1, 10121:22, 10164:9
**standing** [2] - 10068:6, 10170:21
**stands** [2] - 10121:14, 10171:16
**start** [1] - 10109:14
**started** [2] - 10104:7, 10168:11
**starting** [2] - 10126:9, 10146:25
**state** [8] - 10081:24, 10092:7, 10093:11, 10097:10, 10098:8, 10116:13, 10136:18, 10136:22
**statement** [7] - 10068:13, 10094:4, 10095:25, 10097:17, 10117:2, 10117:18, 10170:5
**statements** [12] - 10064:16, 10064:18, 10065:6, 10094:16,

**Self** [17] - 10076:17, 10077:6, 10107:15, 10115:21, 10116:21, 10122:10, 10123:8, 10124:20, 10130:1, 10130:15, 10142:19, 10146:5, 10147:15, 10153:21, 10156:24, 10157:3, 10157:7
**Self-Defense** [17] - 10076:17, 10077:6, 10107:15, 10115:21, 10116:21, 10122:10, 10123:8, 10124:20, 10130:1, 10130:15, 10142:19, 10146:5, 10147:15, 10153:21, 10156:24, 10157:3, 10157:7
**send** [6] - 10117:16, 10145:15, 10164:21, 10164:24, 10167:24, 10168:2
**sending** [1] - 10133:25
**sense** [4] - 10068:1, 10083:12, 10083:18, 10098:1
**sent** [15] - 10071:23, 10077:22, 10110:11, 10118:4, 10118:13, 10118:22, 10119:10, 10119:13, 10143:8, 10145:2, 10145:5, 10164:3, 10167:24, 10168:3, 10168:4
**sentiment** [8] - 10080:8, 10106:21, 10108:1, 10110:3, 10128:24, 10136:5, 10136:19, 10148:10
**sentiments** [3] - 10130:2, 10137:12, 10148:13
**separate** [6] - 10152:13, 10153:5, 10153:19, 10153:22, 10153:25, 10154:19
**series** [2] - 10064:14, 10149:21
**serious** [7] - 10071:6, 10071:7, 10115:15, 10115:17, 10168:22, 10169:6, 10169:7
**seriousness** [2] - 10071:13, 10071:14
**serve** [1] - 10067:16
**served** [3] - 10066:14, 10066:15, 10066:20
**SESSION** [1] -

10094:24, 10096:3, 10096:25, 10097:22, 10098:14, 10125:4, 10151:17, 10157:7
**STATES** [3] - 10060:1, 10060:2, 10060:10
**States** [4] - 10060:12, 10063:3, 10121:17, 10172:2
**status** [3] - 10066:8, 10066:11, 10067:24
**stay** [1] - 10134:10
**stays** [1] - 10078:4
**stenographic** [1] - 10171:23
**step** [3] - 10089:4, 10121:10, 10171:12
**steps** [1] - 10171:13
**Steven** [2] - 10061:11, 10063:12
**Stewart** [5] - 10078:1, 10081:11, 10109:3, 10138:20, 10151:18
**still** [14] - 10078:8, 10089:9, 10097:10, 10097:12, 10099:6, 10099:19, 10111:10, 10143:23, 10146:4, 10147:5, 10160:21, 10166:9, 10170:15
**stipulate** [1] - 10118:7
**stipulated** [5] - 10117:16, 10118:4, 10118:15, 10119:7, 10119:10
**stolen** [1] - 10120:2
**stop** [3] - 10099:8, 10110:7, 10110:9
**stopped** [4] - 10075:22, 10099:22, 10110:16, 10159:14
**storm** [1] - 10128:11
**stormed** [2] - 10129:13, 10143:1
**storming** [2] - 10156:3, 10157:2
**Street** [6] - 10060:14, 10060:17, 10060:21, 10060:24, 10061:5, 10061:9
**strike** [4] - 10091:14, 10091:16, 10109:13, 10155:10
**strikes** [1] - 10067:3
**striking** [1] - 10094:1
**string** [1] - 10106:15
**struck** [1] - 10082:14
**stuff** [2] - 10108:12, 10152:4
**stupid** [4] - 10088:4,

10114:2, 10139:9, 10141:18
**subject** [3] - 10070:19, 10101:16, 10118:11
**subjective** [2] - 10081:19, 10082:21
**submission** [2] - 10063:25, 10064:2
**subpoena** [2] - 10065:12, 10068:7
**subpoenas** [1] - 10065:9
**subsequent** [1] - 10152:12
**substance** [1] - 10079:14
**success** [1] - 10160:2
**sudden** [1] - 10105:23
**suggest** [5] - 10068:10, 10148:3, 10148:7, 10148:8, 10148:19
**suggesting** [1] - 10093:23
**suggestion** [2] - 10068:13, 10069:14
**Suite** [2] - 10060:18, 10061:6
**summary** [1] - 10150:12
**support** [1] - 10087:5
**supporters** [1] - 10084:21
**suppose** [1] - 10077:22
**supposed** [2] - 10151:22, 10151:23
**Supreme** [10] - 10090:4, 10090:25, 10098:20, 10099:5, 10099:18, 10099:22, 10100:2, 10100:8, 10100:12, 10101:3
**surprise** [2] - 10106:23, 10144:21
**surprised** [3] - 10106:21, 10107:4, 10143:7
**surrounded** [2] - 10097:11, 10098:9
**surrounding** [3] - 10075:9, 10105:1
**survive** [2] - 10087:12, 10087:14
**sustain** [2] - 10079:7, 10081:3
**sustained** [3] - 10102:11, 10109:10, 10116:16
**switch** [2] - 10105:18,

10144:7
**switched** [1] - 10105:6
**switching** [2] - 10105:8, 10171:4

**T**

**table** [1] - 10125:13
**tack** [2] - 10139:5, 10139:6
**tactic** [2] - 10108:5, 10108:18
**tailored** [1] - 10083:4
**talks** [1] - 10095:11, 10107:24
**target** [1] - 10167:16
**TARRIO** [1] - 10060:6
**Tarrio** [40] - 10063:5, 10063:16, 10073:2, 10078:2, 10078:12, 10078:17, 10079:1, 10079:4, 10079:11, 10079:15, 10085:15, 10085:22, 10085:25, 10086:12, 10088:21, 10090:11, 10097:20, 10101:25, 10103:12, 10103:17, 10103:23, 10103:25, 10116:4, 10116:20, 10122:9, 10123:10, 10124:15, 10131:25, 10151:16, 10163:19, 10164:24, 10165:7, 10165:9, 10166:12, 10166:22, 10167:25, 10168:7, 10168:20, 10169:24, 10170:5
**Tarrio's** [5] - 10164:15, 10164:22, 10165:20, 10168:16, 10169:17
**team** [2] - 10105:16, 10106:4
**tears** [1] - 10162:25
**Telegram** [8] - 10064:20, 10108:25, 10113:23, 10114:5, 10141:13, 10141:15, 10141:19, 10168:8
**tenor** [2] - 10091:3, 10092:3
**term** [3] - 10115:4, 10160:3, 10167:3
**terminology** [1] - 10103:20
**terms** [1] - 10153:23
**testified** [8] - 10075:12, 10093:3, 10100:20, 10124:13,

10124:15, 10131:24, 10147:13, 10170:13
**testify** [5] - 10068:11, 10068:14, 10092:12, 10151:10, 10151:12
**testifying** [4] - 10092:9, 10092:16, 10094:2, 10147:17
**testimony** [7] - 10085:10, 10093:1, 10099:16, 10119:8, 10120:15, 10124:7
**text** [3] - 10166:17, 10168:8, 10168:13
**texting** [1] - 10168:7
**texts** [2] - 10163:18, 10170:14
**THE** [156] - 10060:1, 10060:1, 10060:9, 10063:2, 10063:17, 10065:19, 10065:25, 10066:3, 10066:5, 10066:24, 10067:19, 10068:17, 10068:19, 10068:21, 10069:24, 10070:6, 10070:23, 10071:11, 10071:16, 10071:21, 10071:24, 10072:3, 10072:5, 10072:15, 10072:25, 10073:2, 10073:6, 10073:14, 10073:16, 10073:25, 10074:9, 10074:11, 10074:13, 10074:18, 10074:20, 10079:7, 10081:3, 10081:6, 10081:16, 10081:23, 10082:11, 10082:23, 10083:1, 10083:7, 10085:11, 10089:16, 10089:17, 10091:6, 10091:7, 10091:17, 10091:20, 10092:15, 10093:2, 10093:14, 10093:25, 10094:6, 10094:20, 10096:5, 10096:22, 10097:9, 10097:23, 10098:4, 10098:7, 10100:1, 10100:5, 10100:15, 10100:16, 10100:25, 10101:16, 10102:11, 10102:21, 10103:15, 10105:12, 10105:13, 10106:24, 10106:25, 10107:19, 10109:10, 10113:14, 10114:13, 10114:15, 10114:17, 10114:18, 10116:8, 10116:9,

10116:16, 10117:13, 10117:21, 10118:6, 10118:17, 10118:25, 10119:2, 10119:14, 10121:4, 10121:10, 10121:13, 10121:16, 10121:19, 10121:24, 10122:1, 10122:17, 10122:25, 10123:16, 10124:1, 10124:10, 10124:17, 10124:19, 10125:11, 10125:18, 10126:8, 10126:16, 10126:22, 10127:6, 10127:8, 10128:18, 10128:20, 10129:3, 10129:4, 10130:6, 10130:7, 10130:19, 10132:12, 10135:6, 10137:23, 10140:2, 10143:10, 10143:11, 10147:24, 10148:14, 10149:4, 10149:17, 10150:18, 10150:25, 10151:3, 10152:8, 10153:2, 10153:4, 10153:17, 10154:3, 10154:7, 10154:9, 10154:18, 10155:8, 10155:19, 10156:18, 10157:24, 10159:6, 10160:12, 10161:5, 10161:8, 10162:9, 10163:23, 10171:6, 10171:11, 10171:14, 10171:16
**themselves** [4] - 10136:23, 10158:21, 10164:9, 10170:21
**theory** [2] - 10068:4, 10098:1
**therefore** [1] - 10133:12
**they've** [3] - 10066:20, 10070:8, 10092:25
**thinking** [2] - 10083:3, 10126:25
**thinks** [1] - 10072:10
**third** [1] - 10068:8
**thousands** [1] - 10135:16
**three** [3] - 10065:8, 10111:6, 10151:19
**threshold** [1] - 10069:23
**throughout** [1] - 10080:1
**throw** [1] - 10160:18
**thrust** [1] - 10151:5
**tide** [1] - 10133:13

**tied** [1] - 10133:12
**timestamp** [3] - 10143:5, 10144:2, 10147:8
**timing** [1] - 10072:11
**Timothy** [1] - 10061:15
**TIMOTHY** [2] - 10060:9, 10171:21
**tip** [3] - 10145:20, 10145:23, 10145:24
**today** [4] - 10063:22, 10135:17, 10164:12, 10165:22
**together** [1] - 10133:12
**tomatoes** [1] - 10147:12
**tone** [5] - 10099:7, 10102:18, 10112:1, 10137:25, 10143:3
**tones** [4] - 10101:12, 10101:20, 10102:2, 10102:3
**tonight** [1] - 10161:23
**took** [6] - 10063:25, 10081:12, 10120:10, 10120:17, 10129:14, 10134:16
**top** [2] - 10086:24, 10142:11
**topic** [8] - 10071:4, 10116:21, 10116:23, 10116:24, 10116:25, 10117:3, 10137:10, 10150:22
**Topics** [1] - 10119:21
**topics** [4] - 10102:5, 10102:16, 10102:24, 10171:4
**totally** [1] - 10153:5
**towards** [6] - 10095:3, 10106:19, 10137:13, 10139:5, 10139:6, 10147:5
**traitors** [2] - 10138:8, 10138:9
**TRANSCRIPT** [1] - 10060:8
**transcript** [3] - 10061:18, 10171:23, 10171:24
**transcription** [1] - 10061:19
**transmission** [1] - 10069:23
**TRIAL** [1] - 10060:8
**trial** [1] - 10069:21
**tried** [3] - 10115:13, 10139:8, 10139:10

**triggered** [1] - 10070:24
**trouble** [1] - 10114:20
**true** [3] - 10131:17, 10171:22, 10171:23
**Trump** [3] - 10084:21, 10089:23, 10141:10
**trumped** [1] - 10133:2
**trumped-up** [1] - 10133:2
**truth** [2] - 10096:1, 10096:2
**try** [5] - 10085:1, 10108:25, 10134:18, 10152:5, 10166:25
**trying** [5] - 10066:19, 10079:16, 10081:14, 10110:18, 10134:6, 10139:3, 10169:11, 10170:22
**Tuesday** [1] - 10065:21
**turn** [4] - 10070:17, 10075:7, 10090:4, 10105:23
**turned** [6] - 10070:16, 10070:20, 10091:1, 10105:25, 10107:12, 10136:22
**Twitter** [1] - 10108:25
**two** [14] - 10063:25, 10064:15, 10064:18, 10064:22, 10065:7, 10065:9, 10067:12, 10067:13, 10067:22, 10113:18, 10138:20, 10142:3, 10142:10, 10157:13
**twofold** [1] - 10145:22
**type** [3] - 10116:10, 10116:20, 10141:24
**types** [1] - 10091:24, 10108:11, 10141:6
**typically** [1] - 10080:4
**typing** [4] - 10073:10, 10073:13, 10073:18, 10073:24
**tyrannical** [1] - 10101:7

## U

**U.S** [3] - 10060:14, 10061:16, 10095:23
**ultimately** [1] - 10076:16
**Unchained** [1] - 10166:12
**under** [12] - 10065:17, 10066:8, 10067:10,

10075:16, 10079:18, 10116:14, 10145:2, 10145:7, 10146:18, 10147:11, 10170:20
**under-seal** [3] - 10065:17, 10066:8
**understood** [3] - 10065:16, 10081:9, 10082:25
**unelected** [1] - 10106:9
**unidentified** [1] - 10150:11
**UNITED** [3] - 10060:1, 10060:2, 10060:10
**United** [4] - 10060:12, 10063:3, 10121:17, 10172:2
**unknown** [3] - 10096:19, 10096:20, 10152:25
**unlawful** [1] - 10104:7
**unless** [2] - 10096:24, 10154:10
**unpack** [2] - 10149:1, 10152:5
**unplotted** [1] - 10151:9
**unusual** [1] - 10068:6
**up** [44] - 10063:23, 10064:3, 10068:24, 10072:10, 10072:12, 10077:2, 10077:24, 10084:14, 10086:19, 10089:25, 10099:2, 10099:3, 10100:18, 10101:10, 10104:3, 10104:8, 10105:4, 10105:10, 10108:15, 10110:18, 10121:7, 10125:15, 10125:19, 10126:19, 10126:23, 10127:4, 10127:14, 10133:2, 10134:11, 10137:10, 10137:14, 10140:9, 10140:17, 10140:21, 10141:16, 10143:22, 10147:16, 10152:16, 10154:14, 10154:24, 10155:3, 10163:14, 10164:9, 10170:21
**upcoming** [1] - 10137:7
**update** [1] - 10067:6
**uphill** [1] - 10107:12
**upset** [1] - 10146:25
**upsetting** [1] - 10105:3

## V

**vague** [2] - 10148:4, 10149:3
**vagueness** [4] - 10085:9, 10091:4, 10091:15, 10101:14
**valid** [1] - 10166:3
**value** [2] - 10082:17, 10120:15
**various** [2] - 10064:9, 10124:13
**version** [3] - 10127:4, 10127:9, 10127:14
**versus** [3] - 10103:20, 10120:14, 10128:12
**video** [23] - 10069:21, 10086:17, 10086:24, 10115:14, 10125:11, 10140:15, 10141:25, 10142:4, 10142:11, 10143:5, 10143:23, 10143:25, 10144:2, 10144:12, 10145:2, 10146:18, 10147:8, 10162:18, 10167:21, 10167:25, 10168:2, 10168:3, 10169:13
**Video** [9] - 10086:18, 10123:4, 10125:10, 10142:23, 10143:21, 10146:9, 10147:3, 10158:10, 10167:22
**videos** [5] - 10069:17, 10070:2, 10070:9, 10083:18, 10146:20
**videotape** [1] - 10069:12
**view** [5] - 10069:2, 10099:19, 10099:21, 10100:11, 10137:13
**views** [2] - 10120:4, 10120:17
**violent** [1] - 10150:6
**visible** [1] - 10108:19
**visit** [1] - 10075:23
**vocal** [1] - 10091:11
**voice** [2] - 10077:19, 10143:3
**voted** [1] - 10101:8

## W

**walking** [1] - 10141:12
**wall** [1] - 10085:3
**wanna** [4] - 10127:18, 10127:19, 10127:20, 10160:20
**wants** [4] - 10067:6, 10093:4, 10150:13,

10151:11
**war** [2] - 10087:12, 10087:14
**warfare** [1] - 10085:6
**Warlock** [2] - 10158:4, 10158:18
**warrant** [1] - 10077:20
**Washington** [13] - 10060:5, 10060:15, 10060:21, 10061:17, 10079:20, 10089:10, 10099:10, 10135:23, 10135:25, 10137:13, 10169:18, 10169:20, 10172:3
**watch** [2] - 10104:18, 10144:10
**watched** [3] - 10143:25, 10145:8, 10147:7
**watching** [9] - 10140:9, 10140:23, 10140:25, 10141:4, 10141:9, 10141:11, 10144:4, 10145:16, 10145:17
**ways** [1] - 10152:16
**wear** [1] - 10127:19
**wedge** [1] - 10145:11
**Wednesday** [1] - 10060:6
**week** [1] - 10065:16
**welcome** [1] - 10074:21
**West** [1] - 10061:9
**whatnot** [1] - 10108:14
**White** [1] - 10082:15
**whoa** [5] - 10118:17
**whole** [5] - 10097:19, 10149:21, 10149:25, 10150:8, 10152:8
**wild** [1] - 10138:23
**wind** [1] - 10134:11
**wing** [1] - 10086:9
**Winter** [1] - 10165:8
**withhold** [1] - 10071:1
**WITNESS** [12] - 10062:2, 10089:17, 10091:7, 10100:16, 10105:13, 10106:25, 10113:14, 10114:18, 10116:9, 10129:4, 10130:7, 10143:11
**Witness** [1] - 10171:13
**witness** [32] - 10066:21, 10068:10, 10074:14, 10074:16, 10093:17, 10093:24,

10191

10117:17, 10117:23,
10118:3, 10118:11,
10118:15, 10118:21,
10121:8, 10121:19,
10121:22, 10126:21,
10126:24, 10130:12,
10132:3, 10134:23,
10139:20, 10147:1,
10155:12, 10156:9,
10157:16, 10158:24,
10160:6, 10161:12,
10162:2, 10163:13,
10163:15
**witnessed** [2] -
10147:19, 10161:1
**witnesses** [3] -
10068:8, 10068:14,
10151:6
**witnessing** [1] -
10107:10
**Wolkind** [5] -
10135:15, 10151:18,
10159:25, 10160:17,
10161:14
**word** [4] - 10085:18,
10108:20, 10120:6,
10159:19
**words** [4] - 10114:11,
10125:24, 10127:17,
10138:5
**works** [1] - 10095:23
**world** [6] - 10082:16,
10084:13, 10084:16,
10084:24, 10099:16,
10105:10
**world's** [1] - 10136:1
**worry** [3] - 10140:21,
10158:15, 10158:21
**worth** [1] - 10094:1
**wound** [2] - 10064:3,
10127:4
**wrap** [1] - 10063:23
**written** [1] - 10095:23
**wrote** [4] - 10096:17,
10132:22, 10158:4,
10168:21

## Y

**year** [3] - 10085:17,
10165:5
**Year's** [4] - 10075:9,
10085:24, 10089:8,
10111:25
**years** [1] - 10105:22
**yellow** [2] - 10086:24,
10087:1
**yesterday** [8] -
10073:8, 10073:9,
10073:11, 10075:8,

10075:12, 10091:24,
10099:14, 10099:16
**York** [3] - 10060:18,
10061:13, 10075:18
**yourself** [3] -
10083:12, 10112:1,
10163:18
**YouTube** [1] -
10104:15

## Z

**Zach** [2] - 10090:20,
10122:19
**Zachary** [3] - 10063:4,
10102:6, 10113:18
**Zamboni** [1] -
10111:23
**zeitgeist** [1] -
10148:10
**zero** [2] - 10140:10,
10140:17