UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                Case No. 1: 21-cr-175 (TJK)

ETHAN NORDEAN, et al.,

    Defendants.

NOTICE OF APPEARANCE FOR
WITNESS HENDRIK EDWARD BLOCK

    The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of witness Hendrik Edward Block, also known as "Eddie Block," in the above-styled action. He appears as retained.

Respectfully submitted,

By: /s/ J. Daniel Hull
JOHN DANIEL HULL
D.C. Bar No. 323006
Maryland Bar No. 806010003
California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C. 20005
202-429-6520 office
619-895-8336 cell
412-261-2627 fax
jdhull@hullmcguire.com

FOR HENDRIK EDWARD BLOCK